# EXHIBIT A

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

| | |
|---|---|
| DEDICATED NURSING ASSOCIATES, INC., | CIVIL DIVISION |
| Plaintiff, | NO.:  19CI05578 |
| | ISSUE: |
| vs. | CODE: |
| AKRON HEALTHCARE, LLC d/b/a AKRON HEALTHCARE, ET AL., | **SUGGESTION OF BANKRUPTCY** |
| Defendants. | |

FILED ON BEHALF OF DEFENDANTS

COUNSEL OF RECORD FOR THIS PARTY:

PHILIP J. SBROLLA, ESQUIRE
PA I.D. NO.:  90231
POST & SCHELL, P.C.
ONE OXFORD CENTRE
301 GRANT STREET, SUITE 3010
PITTSBURGH, PA  15219
412-506-6377 (PHONE)
412-227-9065 (FAX)
psbrolla@postschell.com

24748989v1

11/17/2022 02:02 PM Westmoreland County   19CI05578

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

| | |
|---|---|
| DEDICATED NURSING ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No.:  5578 of 2019 |
| AKRON HEALTHCARE LLC d/b/a AKRON HEALTHCARE, ET AL., | ) |
| Defendants. | ) |

## SUGGESTION OF BANKRUPTCY

Please be advised that the following Defendants have filed Chapter 7 Bankruptcy:

Boulder Operations Holdings LLC
Akron Healthcare LLC
Bellefontaine Healthcare LLC
Euclid Beach Healthcare LLC
Greenville Healthcare LLC
Madeira healthcare LLC
Mayfield Heights Healthcare LLC
North Olmsted Healthcare LLC

Upon information and belief, the bankruptcy is being jointly administered In the United States Bankruptcy Court for the District of Delaware at Docket No. 22-10664.

Respectfully submitted,

Post & Schell, P.C.

By: *Philip J. Sbrolla*

Philip J. Sbrolla, Esquire
Attorney for Defendants

24748989v1

## CERTIFICATE OF SERVICE

I, Philip J. Sbrolla, Esquire, hereby certifies that a true and correct copy of its Suggestion of Bankruptcy has been served on the below counsel of record, via electronic correspondence, on this 17th day of November, 2022.

>E-Mail: jtm@mihoklaw.com
>Jennifer Tis Mihok, Esquire
>The Mihok Law Firm, P.C.
>BNY Mellon Center
>500 Grant Street, Suite 2900
>Pittsburgh, PA 15219
>Attorney for Plaintiff

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Record of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**POST & SCHELL, P.C.**

BY: _____
PHILIP J. SBROLLA, ESQUIRE
Attorney for Defendants

11/17/2022 02:02 PM Westmoreland County   19CI05578