# EXHIBIT C

# THE MIHOK LAW FIRM, P.C.

JENNIFER T. MIHOK, Esq.                    3706 BUTLER STREET · SUITE 327            PHONE: 412.944.5975
EMAIL: jtm@mihoklaw.com                    PITTSBURGH, PA 15201                      FAX: 412.204.3472

August 4, 2023

Buckeye Forest at Mayfield Heights LLC
c/o The Limited Liability Co.
1800 Rockaway Ave, Ste. 200
Hewlett, NY 11557

RE: Dedicated Nursing Associates, Inc. v. Akron Healthcare LLC d/b/a Akron
Healthcare et al.
Case No. 5578 of 2019

Ladies and Gentlemen:

Please find enclosed a copy of the Amended Complaint for the above-referenced
matter. This Amended Complaint was filed April 25, 2023 and reinstated on July 31, 2023.

Regards,

THE MIHOK LAW FIRM, P.C.

Zachary Mihok, Paralegal

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY,
PENNSYLVANIA CIVIL DIVISION

DEDICATED NURSING ASSOCIATES, INC.

Plaintiff,

v.

NO. 5578 OF 2019

AKRON HEALTHCARE LLC D/B/A AKRON
HEALTHCARE; BELLEFONTAINE
HEALTHCARE LLC D/B/A BELLEFONTAIN
HEALTHCARE; EUCLID BEACH
HEALTHCARE LLC D/B/A EUCLID BEACH
HEALTHCARE; GREENVILLE
HEALTHCARE LLC D/B/A GREENVILLE
HEALTHCARE; NORTH OLMSTED
HEALTHCARE LLC D/B/A NORTH
OLMSTED HEALTHCARE; MADEIRA
HEALTHCARE LLC D/B/A MADEIRA
HEALTHCARE; MAYFIELD HEIGHTS
HEALTHCARE LLC D/B/A MAYFIELD
HEIGHTS HEALTHCARE; WATERVILLE
HEALTHCARE LLC D/B/A WATERVILLE
HEALTHCARE; WOODRIDGE
HEALTHCARE LLC D/B/A WOODRIDGE
HEALTHCARE; BOULDER OPERATIONS
HOLDINGS LLC; HILLSTONE
HEALTHCARE, INC.; SMZ MGMT
HOLDINGS LLC D/B/A REACH LTC; SIRO
MGMT BIG RIVER LLC  D/B/A REACH LTC;
SIRO MGMT ROYAL OAK LLC  D/B/A
REACH LTC; SIRO MGMT OAKWOOD LLC
D/B/A REACH LTC; AND REACH AW
MANAGEMENT LLC  D/B/A REACH LTC;
BUCKEYE FOREST AT AKRON LLC D/B/A
HIGHLAND SQUARE REHABILITATION
AND NURSING CENTER;   BUCKEYE
FOREST AT BELLEFONTAINE LLC D/B/A
AYDEN HEALTHCARE OF BELLE
SPRINGS;  BUCKEYE FOREST AT
CLEVELAND LLC D/B/A GARDENS OF
EUCLID BEACH;  BUCKEYE FOREST AT
MADEIRA LLC D/B/A AYDEN
HEALTHCARE OF MADEIRA;  BUCKEYE
FOREST AT MAYFIELD HEIGHTS LLC
D/B/A GARDENS OF MAYFIELD HEIGHTS;

BUCKEYE FOREST AT NORTH OLMSTED
LLC D/B/A GARDENS OF NORTH
OLMSTED;  BUCKEYE FOREST AT
WATERVILLE LLC D/B/A AYDEN
HEALTHCARE OF WATERVILLE;
BUCKEYE FOREST AT FAIRFIELD LLC
D/B/A AYDEN HEALTHCARE OF
FAIRFIELD; SAMUEL FEUER; LARRY
KATZ; EPHRAM LAHASKY; ELI
LESHKOWITZ; LOLOMON
KAZARNOVSKY; ABBA STEIN;
MORDECHAI WEISZ; MED HEALTHCARE
PARTNERS

Defendants.

**AMENDED COMPLAINT**

FILED ON BEHALF OF:
PLAINTIFF

COUNSEL OF RECORD OF THIS
PARTY:

JENNIFER TIS MIHOK, ESQUIRE
PA ID #203751

THE MIHOK LAW FIRM, P.C.
3706 Butler Street
Suite 327
 Pittsburgh, PA 15201
412.860.0907
412.204.3472 (fax)

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY,
PENNSYLVANIA CIVIL DIVISION

DEDICATED NURSING ASSOCIATES, INC.

Plaintiff,                                                    Case No.

        v.

AKRON HEALTHCARE LLC D/B/A AKRON
HEALTHCARE; BELLEFONTAINE
HEALTHCARE LLC D/B/A BELLEFONTAIN
HEALTHCARE; EUCLID BEACH
HEALTHCARE LLC D/B/A EUCLID BEACH
HEALTHCARE; GREENVILLE
HEALTHCARE LLC D/B/A GREENVILLE
HEALTHCARE; NORTH OLMSTED
HEALTHCARE LLC D/B/A NORTH
OLMSTED HEALTHCARE; MADEIRA
HEALTHCARE LLC D/B/A MADEIRA
HEALTHCARE; MAYFIELD HEIGHTS
HEALTHCARE LLC D/B/A MAYFIELD
HEIGHTS HEALTHCARE; WATERVILLE
HEALTHCARE LLC D/B/A WATERVILLE
HEALTHCARE; WOODRIDGE
HEALTHCARE LLC D/B/A WOODRIDGE
HEALTHCARE; BOULDER OPERATIONS
HOLDINGS LLC; HILLSTONE
HEALTHCARE, INC.; SMZ MGMT
HOLDINGS LLC D/B/A REACH LTC; SIRO
MGMT BIG RIVER LLC  D/B/A REACH LTC;
SIRO MGMT ROYAL OAK LLC  D/B/A
REACH LTC; SIRO MGMT OAKWOOD LLC
D/B/A REACH LTC; AND REACH AW
MANAGEMENT LLC  D/B/A REACH LTC

Defendants.

## NOTICE AND AMENDED COMPLAINT
## NOTICE TO DEFEND

        You have been sued in Court.  If you wish to defend against the claims set forth in the
following pages, you must take action within twenty (20) days after this Complaint and Notice are
served upon you, by entering a written appearance personally or by attorney and filing in writing
with the Court your defenses or objections to the claims set forth against you. You are warned that
if you fail to do so the case may proceed without you and a Judgment may be entered against you
by the Court, without further notice, for any money claimed in the Complaint or for any other

claim or relief requested by the Plaintiff.  You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

Lawyer Referral Service
Westmoreland Bar Association
P.O. Box 565
Greensburg, PA 15601
(724) 834-8490
http://lrs.westbar.org

## COMPLAINT

1.       Plaintiff, Dedicated Nursing Associates, Inc. ("DNA"), is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania with offices located in Westmoreland County at 6536 William Penn Hwy Rt. 22, Suite 202, Delmont, Pennsylvania 15626.

2.       Defendant, Akron Healthcare LLC doing business as Akron Healthcare is a limited liability company organized and existing under the laws of the State of Ohio with offices located at 1211 West Market Street, Akron, Ohio 44313.

3.       Defendant, Bellefontaine Healthcare LLC doing business as Bellefontaine Healthcare is a limited liability company organized and existing under the laws of the State of Ohio with offices located at 221 North School Street, Bellefontaine, Ohio 43311.

4.       Defendant, Euclid Beach Healthcare LLC doing business as Euclid Beach Healthcare is a limited liability company organized and existing under the laws of the State of Ohio with offices located at 16101 Euclid Beach Boulevard, Cleveland, Ohio 44110.

5.       Defendant, Greenville Healthcare LLC doing business as Greenville Healthcare is a limited liability company organized and existing under the laws of the State of Ohio with offices located at 243 Marion Drive, Greenville, Ohio 45331.

6.       Defendant, North Olmsted Healthcare LLC doing business as North Olmsted Healthcare is a limited liability company organized and existing under the laws of the State of Ohio with offices located at 23225 Lorain Road, North Olmsted, Ohio 44070.

7.       Defendant, Madeira Healthcare LLC doing business as Madeira Healthcare is a limited liability company organized and existing under the laws of the State of Ohio with offices located at 5970 Kenwood Road, Cincinnati, Ohio 45243.

8.      Defendant, Mayfield Heights Healthcare LLC doing business as Mayfield Heights Healthcare is a limited liability company organized and existing under the laws of the State of Ohio with offices located at 6757 Mayfield Road, Mayfield Heights, Ohio 44124.

9.      Defendant, Waterville Healthcare LLC doing business as Waterville Healthcare is a limited liability company organized and existing under the laws of the State of Ohio with offices located at 8885 Browning Drive, Waterville, Ohio 43566.

10.     Defendant, Woodridge Healthcare LLC doing business as Woodridge Healthcare is a limited liability company organized and existing under the laws of the State of Ohio with offices located at 3801 Woodridge Boulevard, Fairfield, Ohio 45041.

11.     Defendant, Boulder Operations Holdings LLC, is a limited liability company organized and existing under the laws of the State of Delaware with a registered agent of The Corporation Trust Company located at Corporation Trust Center 1209 Orange Street, Wilmington, Delaware 19801.

12.     Defendant, Hillstone Healthcare, Inc. ("Defendant Hillstone") is a corporation organized and existing under the laws of the State of Ohio with offices located at 979 Brule Court, Westerville, Ohio 43081.

13.     Defendant SRZ MGMT Holdings LLC d/b/a Reach LTC ("Defendant SRZ") is a limited liability company organized and existing under the laws of the State of Delaware with a registered agent of CSC-Lawyers Incorporating Service Company located at 221 Bolivar Street, Jefferson City, Missouri 65101.

14.     Defendant SIRO MGMT Big River LLC d/b/a Reach LTC ("Defendant "Big River") is a limited liability company organized and existing under the laws of the State of

Delaware with a registered agent of CSC-Lawyers Incorporating Service Company located at

221 Bolivar Street, Jefferson City, Missouri 65101.

15.     Defendant SIRO MGMT Royal Oak LLC d/b/a Reach LTC ("Defendant Royal

Oak") is a limited liability company organized and existing under the laws of the State of

Delaware with a registered agent of CSC-Lawyers Incorporating Service Company located at

221 Bolivar Street, Jefferson City, Missouri 65101.

16.     Defendant SIRO MGMT Oakwood LLC d/b/a Reach LTC ("Defendant

Oakwood") is a limited liability company organized and existing under the laws of the State of

Delaware with a registered agent of CSC-Lawyers Incorporating Service Company located at

221 Bolivar Street, Jefferson City, Missouri 65101.

17.     Defendant AW Management LLC d/b/a Reach LTC ("Defendant AW") is a

limited liability company organized and existing under the laws of the State of Missouri with a

registered agent of CT Corporation System located at 120 South Central Avenue, Clayton,

Missouri 63105.

18.     Defendant, Buckeye Forest at Akron LLC d/b/a Highland Square Rehabilitation

and Nursing Center is a limited liability company organized under the laws of New York State

and registered to do business in the State of Ohio with a registered agent of National Registered

Agents, Inc., 4400 Easton Commons Way, Suite 125, Columbus, OH 43219.

19.     Defendant, Buckeye Forest at Bellefontaine LLC d/b/a Ayden Healthcare of Belle

Springs is a limited liability company organized under the laws of New York State and registered

to do business in the State of Ohio with a Service of Process Name and Address of The Limited

Liability Company, 1800 Rockaway Avenue, Suite 200, Hewlett, NY 11557.

20.     Defendant, Buckeye Forest at Cleveland LLC d/b/a Gardens of Euclid Beach is a limited liability company organized under the laws of Delaware and registered to do business in the State of Ohio with offices located at 1800 Rockaway Avenue, Suite 200, Hewlett, NY 11557.

21.     Defendant, Buckeye Forest at Greenville LLC d/b/a Ayden Healthcare of Greenville is a limited liability company organized under the laws of New York State and registered to do business in the State of Ohio with a Service of Process Name and Address of The Limited Liability Company, 1800 Rockaway Avenue, Suite 200, Hewlett, NY 11557.

22.     Defendant, Buckeye Forest at Madeira LLC d/b/a Ayden Healthcare of Madeira is a limited liability company organized under the laws of New York State and registered to do business in the State of Ohio with a Service of Process Name and Address of The Limited Liability Company, 1800 Rockaway Avenue, Suite 200, Hewlett, NY 11557.

23.     Defendant, Buckeye Forest at Mayfield Heights LLC d/b/a Gardens of Mayfield Heights is a limited liability company organized under the laws of New York State and registered to do business in the State of Ohio with a Service of Process Name and Address of The Limited Liability Company, 1800 Rockaway Avenue, Suite 200, Hewlett, NY 11557.

24.     Defendant, Buckeye Forest at North Olmsted LLC d/b/a Gardens of North Olmsted is a limited liability company organized under the laws of New York State and registered to do business in the State of Ohio with a Service of Process Name and Address of The Limited Liability Company, 1800 Rockaway Avenue, Suite 200, Hewlett, NY 11557.

25.     Defendant, Buckeye Forest at Waterville LLC d/b/a Ayden Healthcare of Waterville is a limited liability company organized under the laws of New York State and registered to do business in the State of Ohio with a Service of Process Name and Address of The Limited Liability Company, 1800 Rockaway Avenue, Suite 200, Hewlett, NY 11557.

26.      Defendant, Buckeye Forest at Fairfield LLC d/b/a Ayden Healthcare of Fairfield is a limited liability company organized under the laws of New York State and registered to do business in the State of Ohio with a Service of Process Name and Address of The Limited Liability Company, 1800 Rockaway Avenue, Suite 200, Hewlett, NY 11557. Ayden Healthcare of Fairfield is a fictitious name with a Registered Agent of Buckeye Forest at Fairfield LLC, 3801 Woodridge Boulevard, Fairfield, OH 45014.

27.      Defendant, Samuel Feuer is an adult individual residing and receiving mail at 1383 E 26th Street, Brooklyn, New York 11210-5240.

28.      Defendant Larry Katz is an adult individual residing and receiving mail at 79 Forshay Road, Monsey, New York 10952-1401.

29.      Defendant, Ephram Lahasky is an adult individual residing and receiving mail at 34 Lord Avenue, Lawrence, New York 11559.

30.      Defendant, Eli Leshkowitz is an adult individual residing and receiving mail at 1739 52nd Street, Brooklyn, New York 11204.

31.      Defendant, Solomon Kazarnovsky, is an adult individual residing and receiving mail at 13 Bartlett Road, Monsey, New York 10952.

32.      Defendant, Abba Stein is an adult individual residing and receiving mail at 657 Colfax Place, Valley Stream, New York 11581.

33.      Defendant, Mordechai Weisz is an adult individual residing and receiving mail at 1 Marisa Drive, Spring Valley, New York 10977.

34.      Defendant, Med Healthcare Partners is a limited liability company organized and existing under the laws of the state of Delaware with a registered agent of VCORP SERVICES, LLC located at 1013 Centre Road, Suite 403-B, Wilmington, Delaware 19805.

## JURISDICTION

35.     Jurisdiction and venue properly rest in this honorable Court because the transactions out of which this cause of action arose occurred in Westmoreland County and the payments due under the contracts entered into between Plaintiff and Defendant were due at Plaintiff's place of business located in Westmoreland County.

## FACTUAL BACKGROUND

36.     Defendants, Akron, Bellefontaine, Euclid, Greenville, Olmsted, Madeira, Mayfield, Waterville and Woodridge are skilled nursing facilities (individually "Facility"; collectively the "Facilities").

37.     The Facilities are owned by Defendant, Boulder Operations Holdings LLC and were owned by Defendant, Boulder during the time period in which the transactions which gave rise to this cause of action took place.

38.     DNA is in the business of providing registered nurses, licensed practical nurses, certified nursing aides and other medical assistance with particular skills and experience.

39.     Defendant Boulder and Defendant Facilities were in need of personnel with the skill and experience that DNA provides.

40.     Plaintiff initially filed the instant action against Defendants, Akron Healthcare LLC d/b/a Akron Healthcare; Bellefontaine Healthcare LLC d/b/a Bellefontaine Healthcare; Euclid Beach Healthcare LLC d/b/a Euclid Beach Healthcare; Greenville Healthcare LLC d/b/a Greenville Healthcare; North Olmsted Healthcare LLC d/b/a North Olmsted Healthcare; Madeira Healthcare LLC d/b/a Madeira Healthcare; Mayfield Heights Healthcare LLC d/b/a Mayfield Heights Healthcare; Waterville Healthcare LLC d/b/a Waterville Healthcare; Woodridge Healthcare LLC d/b/a Woodridge Healthcare; Boulder Operations Holdings LLC; Hillstone Healthcare, Inc.; SMZ Mgmt Holdings LLC d/b/a Reach LTC; SIRO Mgmt Big River LLC d/b/a

6

Reach LTC; Siro Mgmt Royal Oak LLC d/b/a Reach LTC; SIRO Mgmt Oakwood LLC d/b/a Reach LTC; and/or Reach AW Management LLC d/b/a Reach LTC (collectively the "Initial Defendants") on or about November 1, 2019.

41.     After litigating this matter for approximately 3 years, on or about August 25, 2022, Plaintiff's Ohio office received a Notice of Chapter 7 Bankruptcy Case filed by Boulder Operations Holdings LLC in the United States Bankruptcy Court for the District of Delaware as well as notice of a Section 341 Meeting of Creditors associated with Chapter 7 bankruptcy filings by, *inter alia*, Akron Healthcare LLC, Bellefontaine Healthcare LLC, Euclid Beach Healthcare LLC, Greenville Healthcare LLC, Maderia Healthcare LLC, Mayfield Heights Healthcare LLC, North Olmsted Healthcare LLC, Waterville Healthcare, LLC, and Woodridge Healthcare LLC (collectively, the "Bankruptcy Action").

42.     Plaintiff's counsel contacted Defendant's counsel to discuss the same, however, Defendant's counsel stated that he was previously unaware of the Bankruptcy Action.

43.     Plaintiff's counsel attended the telephonic Section 341 Meeting of Creditors on September 12, 2022.

44.     Susan Koenig testified on behalf of the debtors.

45.     Ms. Koenig testified that all of the Facilities were sold on December 31, 2021 to Med Healthcare Partners for $145 million.

46.     Ms. Koenig further testified that the Facilities continue to operate, under new ownership, and that no notice of the sale was provided to creditors of the Facilities.

## COUNT I - BREACH OF CONTRACT

### *(Dedicated Nursing Associates, Inc. v. Akron Healthcare LLC)*

47.      DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

48.      On or about February 18, 2019, DNA and Defendant Akron, also known as Highland Square Nursing and Rehab, entered into a written contract ("Akron Contract") whereby DNA would provide nursing personnel to Defendant Akron.

49.      A true and correct copy of the Akron Contract is attached hereto, marked Exhibit "1" and made a part hereof.

50.      Pursuant to the Akron Contract, the parties agreed to litigate any disputes in the Court of Common Pleas of Westmoreland County.

51.      Pursuant to the Akron Contract and at the special instance and request of the Defendant Akron, DNA began providing nursing personnel to Defendant Akron as is more particularly set forth in DNA's Invoices.

52.      True and correct copies of DNA's Invoices, which are incorporated as if fully re-written herein, are attached hereto, collectively marked Exhibit "2", and made a part hereof.

53.      Defendant Akron received and accepted the aforementioned nursing and nursing aides' services.

54.      The prices charged by DNA were the fair, reasonable and market prices that prevailed at the times of the transactions.

55.      The prices charged by DNA were the prices that Defendant Akron agreed to pay.

56.      Payments were due at DNA's place of business as evidenced by Plaintiff's Invoices. See, Exhibit 2.

57.    DNA avers that the balance due amounts to $406.40, as is more specifically shown by DNA's Statement of Account.

58.    A true and correct copy of DNA's Statement of Account is attached hereto, marked Exhibit "3", and made a part hereof.

59.    DNA claims interest at the rate of 1.5% per month as damages on the balance due and owing.

60.    Although repeatedly requested to do so by DNA, Defendant Akron has willfully failed and refused to pay the aforesaid balance, interest, or any part thereof to DNA.

61.    Despite providing nursing personnel to Defendant Akron in good faith and per Defendant Akron's request, Defendant Akron has failed to make payments to DNA in accordance with the terms of the Akron Contract.

62.    Defendant Akron has failed to pay the principal balance, interest, or any part thereof to DNA as of the present date.

63.    Defendant Akron's failure to pay DNA is a breach of the Akron Contract.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Akron Healthcare LLC d/b/a Akron Healthcare, in the amount of $406.40 with continuing interest at the rate of 1.5% per month from January 24, 2023.

## COUNT II - BREACH OF CONTRACT
### *(Dedicated Nursing Associates, Inc. v. Bellefontaine Healthcare LLC)*

64.    DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

65.    On or about May 9, 2019, DNA and Defendant Bellefontaine entered into a written contract ("Bellefontaine Contract") whereby DNA would provide nursing personnel to Defendant Bellefontaine.

9

66.     A true and correct copy of the Bellefontaine Contract is attached hereto, marked Exhibit "4" and made a part hereof.

67.     Pursuant to the Bellefontaine Contract, the parties agreed to litigate any disputes in the Court of Common Pleas of Westmoreland County.

68.     Pursuant to the Bellefontaine Contract and at the special instance and request of the Defendant Bellefontaine, DNA began providing nursing personnel to Defendant Bellefontaine as is more particularly set forth in DNA's Invoices.

69.     True and correct copies of DNA's Invoices, which are incorporated as if fully re-written herein, are attached hereto, collectively marked Exhibit "5", and made a part hereof.

70.     Defendant Bellefontaine received and accepted the aforementioned nursing and nursing aides' services.

71.     The prices charged by DNA were the fair, reasonable and market prices that prevailed at the times of the transactions.

72.     The prices charged by DNA were the prices that Defendant Bellefontaine agreed to pay.

73.     Payments were due at DNA's place of business as evidenced by Plaintiff's Invoices. See, Exhibit 5.

74.     DNA avers that the balance due amounts to $274,655.55, as is more specifically shown by DNA's Statement of Account.

75.     A true and correct copy of DNA's Statement of Account is attached hereto, marked Exhibit "6", and made a part hereof.

76.     DNA claims interest at the rate of 1.5% per month as damages on the balance due and owing.

77.     Although repeatedly requested to do so by DNA, Defendant Bellefontaine has willfully failed and refused to pay the aforesaid balance, interest, or any part thereof to DNA.

78.     Despite providing nursing personnel to Defendant Bellefontaine in good faith and per Defendant Bellefontaine's request, Defendant Bellefontaine has failed to make payments to DNA in accordance with the terms of the Bellefontaine Contract.

79.     Defendant Bellefontaine has failed to pay the principal balance, interest, or any part thereof to DNA as of the present date.

80.     Defendant Bellefontaine's failure to pay DNA is a breach of the Bellefontaine Contract.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Bellefontaine Healthcare LLC d/b/a Bellefontaine Healthcare, in the amount of $274,655.55 with continuing interest at the rate of 1.5% per month from January 24, 2023.

## COUNT III - BREACH OF CONTRACT
### (Dedicated Nursing Associates, Inc. v. Euclid Beach Healthcare LLC)

81.     DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

82.     On or about February 8, 2019, DNA and Defendant Euclid Beach entered into a written contract ("EB Contract") whereby DNA would provide nursing personnel to Defendant Euclid Beach.

83.     A true and correct copy of the EB Contract is attached hereto, marked Exhibit "7" and made a part hereof.

84.     Pursuant to the EB Contract, the parties agreed to litigate any disputes in the Court of Common Pleas of Westmoreland County.

85.     Pursuant to the EB Contract and at the special instance and request of the Defendant Euclid Beach, DNA began providing nursing personnel to Defendant Euclid Beach as is more particularly set forth in DNA's Invoices.

86.     True and correct copies of DNA's Invoices, which are incorporated as if fully re-written herein, are attached hereto, collectively marked Exhibit "8", and made a part hereof.

87.     Defendant Euclid Beach received and accepted the aforementioned nursing and nursing aides' services.

88.     The prices charged by DNA were the fair, reasonable and market prices that prevailed at the times of the transactions.

89.     The prices charged by DNA were the prices that Defendant Euclid Beach agreed to pay.

90.     Payments were due at DNA's place of business as evidenced by Plaintiff's Invoices. See, Exhibit 8.

91.     DNA avers that the balance due amounts to $86,153.47 as is more specifically shown by DNA's Statement of Account.

92.     A true and correct copy of DNA's Statement of Account is attached hereto, marked Exhibit "9", and made a part hereof.

93.     DNA claims interest at the rate of 1.5% per month as damages on the balance due and owing.

94.     Although repeatedly requested to do so by DNA, Defendant Euclid Beach has willfully failed and refused to pay the aforesaid balance, interest, or any part thereof to DNA.

95.     Despite providing nursing personnel to Defendant Euclid Beach in good faith and per Defendant Euclid Beach's request, Defendant Euclid Beach has failed to make payments to DNA in accordance with the terms of the EB Contract.

96.     Defendant Euclid Beach has failed to pay the principal balance, interest, or any part thereof to DNA as of the present date.

97.     Defendant Euclid Beach's failure to pay DNA is a breach of the EB Contract.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Euclid Beach Healthcare LLC d/b/a Euclid Beach Healthcare, in the amount of $86,153.47 with continuing interest at the rate of 1.5% per month from January 24, 2023.

## COUNT IV - BREACH OF CONTRACT
### *(Dedicated Nursing Associates, Inc. v. Greenville Healthcare LLC)*

98.     DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

99.     On or about July 2, 2019, DNA and Defendant Greenville entered into a written contract ("Greenville Contract") whereby DNA would provide nursing personnel to Defendant Greenville.

100.    A true and correct copy of the Greenville Contract is attached hereto, marked Exhibit "10" and made a part hereof.

101.    Pursuant to the Greenville Contract, the parties agreed to litigate any disputes in the Court of Common Pleas of Westmoreland County.

102.    Pursuant to the Greenville Contract and at the special instance and request of the Defendant Greenville, DNA began providing nursing personnel to Defendant Greenville as is more particularly set forth in DNA's Invoices.

103.    True and correct copies of DNA's Invoices, which are incorporated as if fully re-written herein, are attached hereto, collectively marked Exhibit "11", and made a part hereof.

104.    Defendant Greenville received and accepted the aforementioned nursing and nursing aides' services.

105.    The prices charged by DNA were the fair, reasonable and market prices that prevailed at the times of the transactions.

106.    The prices charged by DNA were the prices that Defendant Greenville agreed to pay.

107.    Payments were due at DNA's place of business as evidenced by Plaintiff's Invoices. See, Exhibit 11.

108.    DNA avers that the balance due amounts to $181,058.91, as is more specifically shown by DNA's Statement of Account.

109.    A true and correct copy of DNA's Statement of Account is attached hereto, marked Exhibit "12", and made a part hereof.

110.    DNA claims interest at the rate of 1.5% per month as damages on the balance due and owing.

111.    Although repeatedly requested to do so by DNA, Defendant Greenville has willfully failed and refused to pay the aforesaid balance, interest, or any part thereof to DNA.

112.    Despite providing nursing personnel to Defendant Greenville in good faith and per Defendant Greenville's request, Defendant Greenville has failed to make payments to DNA in accordance with the terms of the Greenville Contract.

113.    Defendant Greenville has failed to pay the principal balance, interest, or any part thereof to DNA as of the present date.

14

114.   Defendant Greenville's failure to pay DNA is a breach of the Greenville Contract.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Greenville Healthcare LLC d/b/a Greenville Healthcare, in the amount of $181,058.91 with continuing interest at the rate of 1.5% per month from January 24, 2023.

## COUNT V - BREACH OF CONTRACT
### (Dedicated Nursing Associates, Inc. v. North Olmsted Healthcare LLC)

115.   DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

116.   On or about January 18, 2019, DNA and Defendant Olmsted entered into a written contract ("Olmsted Contract") whereby DNA would provide nursing personnel to Defendant Olmsted.

117.   A true and correct copy of the Olmsted Contract is attached hereto, marked Exhibit "13" and made a part hereof.

118.   Pursuant to the Olmsted Contract, the parties agreed to litigate any disputes in the Court of Common Pleas of Westmoreland County.

119.   Pursuant to the Olmsted Contract and at the special instance and request of the Defendant Olmsted, DNA began providing nursing personnel to Defendant Olmsted as is more particularly set forth in DNA's Invoices.

120.   True and correct copies of DNA's Invoices, which are incorporated as if fully re-written herein, are attached hereto, collectively marked Exhibit "14", and made a part hereof.

121.   Defendant Olmsted received and accepted the aforementioned nursing and nursing aides' services.

122.   The prices charged by DNA were the fair, reasonable and market prices that prevailed at the times of the transactions.

15

123.    The prices charged by DNA were the prices that Defendant Olmsted agreed to pay.

124.    Payments were due at DNA's place of business as evidenced by Plaintiff's Invoices. See, Exhibit 14.

125.    DNA avers that the balance due amounts to $11,531.31, as is more specifically shown by DNA's Statement of Account.

126.    A true and correct copy of DNA's Statement of Account is attached hereto, marked Exhibit "15", and made a part hereof.

127.    DNA claims interest at the rate of 1.5% per month as damages on the balance due and owing.

128.    Although repeatedly requested to do so by DNA, Defendant Olmsted has willfully failed and refused to pay the aforesaid balance, interest, or any part thereof to DNA.

129.    Despite providing nursing personnel to Defendant Olmsted in good faith and per Defendant Olmsted's request, Defendant Olmsted has failed to make payments to DNA in accordance with the terms of the Olmsted Contract.

130.    Defendant Olmsted has failed to pay the principal balance, interest, or any part thereof to DNA as of the present date.

131.    Defendant Olmsted's failure to pay DNA is a breach of the Olmsted Contract.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, North Olmsted Healthcare LLC d/b/a North Olmsted Healthcare, in the amount of $11,531.31 with continuing interest at the rate of 1.5% per month from January 24, 2023.

## COUNT VI - BREACH OF CONTRACT
### (Dedicated Nursing Associates, Inc. v. Madeira Healthcare LLC)

132.    DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

133.   On or about January 3, 2019, DNA and Defendant Madeira entered into a written contract ("Madeira Contract") whereby DNA would provide nursing personnel to Defendant Madeira.

134.   A true and correct copy of the Madeira Contract is attached hereto, marked Exhibit "16" and made a part hereof.

135.   Pursuant to the Madeira Contract, the parties agreed to litigate any disputes in the Court of Common Pleas of Westmoreland County.

136.   Pursuant to the Madeira Contract and at the special instance and request of the Defendant Madeira, DNA began providing nursing personnel to Defendant Madeira as is more particularly set forth in DNA's Invoices.

137.   True and correct copies of DNA's Invoices, which are incorporated as if fully re-written herein, are attached hereto, collectively marked Exhibit "17", and made a part hereof.

138.   Defendant Madeira received and accepted the aforementioned nursing and nursing aides' services.

139.   The prices charged by DNA were the fair, reasonable and market prices that prevailed at the times of the transactions.

140.   The prices charged by DNA were the prices that Defendant Madeira agreed to pay.

141.   Payments were due at DNA's place of business as evidenced by Plaintiff's Invoices. See, Exhibit 17.

142.   DNA avers that the balance due amounts to $11,006.25, as is more specifically shown by DNA's Statement of Account.

143.   A true and correct copy of DNA's Statement of Account is attached hereto, marked Exhibit "18", and made a part hereof.

17

144.   DNA claims interest at the rate of 1.5% per month as damages on the balance due and owing.

145.   Although repeatedly requested to do so by DNA, Defendant Madeira has willfully failed and refused to pay the aforesaid balance, interest, or any part thereof to DNA.

146.   Despite providing nursing personnel to Defendant Madeira in good faith and per Defendant Madeira's request, Defendant Madeira has failed to make payments to DNA in accordance with the terms of the Madeira Contract.

147.   Defendant Madeira has failed to pay the principal balance, interest, or any part thereof to DNA as of the present date.

148.   Defendant Madeira's failure to pay DNA is a breach of the Madeira Contract.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Madeira Healthcare LLC d/b/a Madeira Healthcare, in the amount of $11,006.25 with continuing interest at the rate of 1.5% per month from January 24, 2023.

## COUNT VII - BREACH OF CONTRACT
### (Dedicated Nursing Associates, Inc. v. Mayfield Heights Healthcare LLC)

149.   DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

150.   On or about January 14, 2019, DNA and Defendant Mayfield entered into a written contract ("Mayfield Contract") whereby DNA would provide nursing personnel to Defendant Mayfield.

151.   A true and correct copy of the Mayfield Contract is attached hereto, marked Exhibit "19" and made a part hereof.

152.   Pursuant to the Mayfield Contract, the parties agreed to litigate any disputes in the Court of Common Pleas of Westmoreland County.

18

153.    Pursuant to the Mayfield Contract and at the special instance and request of the Defendant Mayfield, DNA began providing nursing personnel to Defendant Mayfield as is more particularly set forth in DNA's Invoices.

154.    True and correct copies of DNA's Invoices, which are incorporated as if fully re-written herein, are attached hereto, collectively marked Exhibit "20", and made a part hereof.

155.    Defendant Mayfield received and accepted the aforementioned nursing and nursing aides' services.

156.    The prices charged by DNA were the fair, reasonable and market prices that prevailed at the times of the transactions.

157.    The prices charged by DNA were the prices that Defendant Mayfield agreed to pay.

158.    Payments were due at DNA's place of business as evidenced by Plaintiff's Invoices. See, Exhibit 20.

159.    DNA avers that the balance due amounts to $569.86, as is more specifically shown by DNA's Statement of Account.

160.    A true and correct copy of DNA's Statement of Account is attached hereto, marked Exhibit "21", and made a part hereof.

161.    DNA claims interest at the rate of 1.5% per month as damages on the balance due and owing.

162.    Although repeatedly requested to do so by DNA, Defendant Mayfield has willfully failed and refused to pay the aforesaid balance, interest, or any part thereof to DNA.

163.    Despite providing nursing personnel to Defendant Mayfield in good faith and per Defendant Mayfield's request, Defendant Mayfield has failed to make payments to DNA in accordance with the terms of the Mayfield Contract.

19

164.    Defendant Mayfield has failed to pay the principal balance, interest, or any part thereof to DNA as of the present date.

165.    Defendant Mayfield's failure to pay DNA is a breach of the Mayfield Contract.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Mayfield Heights Healthcare LLC d/b/a Mayfield Heights Healthcare, in the amount of $569.86 with continuing interest at the rate of 1.5% per month from January 24, 2023.

## COUNT VIII - BREACH OF CONTRACT
### *(Dedicated Nursing Associates, Inc. v. Waterville Healthcare LLC)*

166.    DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

167.    On or about March 5, 2019, DNA and Defendant Waterville entered into a written contract ("Waterville Contract") whereby DNA would provide nursing personnel to Defendant Waterville.

168.    A true and correct copy of the Waterville Contract is attached hereto, marked Exhibit "22" and made a part hereof.

169.    Pursuant to the Waterville Contract, the parties agreed to litigate any disputes in the Court of Common Pleas of Westmoreland County.

170.    Pursuant to the Waterville Contract and at the special instance and request of the Defendant Waterville, DNA began providing nursing personnel to Defendant Waterville as is more particularly set forth in DNA's Invoices.

171.    True and correct copies of DNA's Invoices, which are incorporated as if fully re-written herein, are attached hereto, collectively marked Exhibit "23", and made a part hereof.

172.    Defendant Waterville received and accepted the aforementioned nursing and nursing aides' services.

20

173.   The prices charged by DNA were the fair, reasonable and market prices that prevailed at the times of the transactions.

174.   The prices charged by DNA were the prices that Defendant Waterville agreed to pay.

175.   Payments were due at DNA's place of business as evidenced by Plaintiff's Invoices. See, Exhibit 23.

176.   DNA avers that the balance due amounts to $107,672.03, as is more specifically shown by DNA's Statement of Account.

177.   A true and correct copy of DNA's Statement of Account is attached hereto, marked Exhibit "24", and made a part hereof.

178.   DNA claims interest at the rate of 1.5% per month as damages on the balance due and owing.

179.   Although repeatedly requested to do so by DNA, Defendant Waterville has willfully failed and refused to pay the aforesaid balance, interest, or any part thereof to DNA.

180.   Despite providing nursing personnel to Defendant Waterville in good faith and per Defendant Waterville's request, Defendant Waterville has failed to make payments to DNA in accordance with the terms of the Waterville Contract.

181.   Defendant Waterville has failed to pay the principal balance, interest, or any part thereof to DNA as of the present date.

182.   Defendant Waterville's failure to pay DNA is a breach of the Waterville Contract.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Waterville Healthcare LLC d/b/a Waterville Healthcare, in the amount of $107,672.03 with continuing interest at the rate of 1.5% per month from January 24, 2023.

## COUNT IX - BREACH OF CONTRACT
### *(Dedicated Nursing Associates, Inc. v. Woodridge Healthcare LLC)*

183.    DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

184.    On or about March 18, 2019, DNA and Defendant Woodridge entered into a written contract ("Woodridge Contract") whereby DNA would provide nursing personnel to Defendant Woodridge.

185.    A true and correct copy of the Woodridge Contract is attached hereto, marked Exhibit "25" and made a part hereof.

186.    Pursuant to the Woodridge Contract, the parties agreed to litigate any disputes in the Court of Common Pleas of Westmoreland County.

187.    Pursuant to the Woodridge Contract and at the special instance and request of the Defendant Woodridge, DNA began providing nursing personnel to Defendant Woodridge as is more particularly set forth in DNA's Invoices.

188.    True and correct copies of DNA's Invoices, which are incorporated as if fully re-written herein, are attached hereto, collectively marked Exhibit "26", and made a part hereof.

189.    Defendant Woodridge received and accepted the aforementioned nursing and nursing aides' services.

190.    The prices charged by DNA were the fair, reasonable and market prices that prevailed at the times of the transactions.

191.    The prices charged by DNA were the prices that Defendant Woodridge agreed to pay.

192.    Payments were due at DNA's place of business as evidenced by Plaintiff's Invoices. See, Exhibit 26.

22

193.    DNA avers that the balance due amounts to $52,412.91, as is more specifically shown by DNA's Statement of Account.

194.    A true and correct copy of DNA's Statement of Account is attached hereto, marked Exhibit "27", and made a part hereof.

195.    DNA claims interest at the rate of 1.5% per month as damages on the balance due and owing.

196.    Although repeatedly requested to do so by DNA, Defendant Woodridge has willfully failed and refused to pay the aforesaid balance, interest, or any part thereof to DNA.

197.    Despite providing nursing personnel to Defendant Woodridge in good faith and per Defendant Woodridge's request, Defendant Woodridge has failed to make payments to DNA in accordance with the terms of the Woodridge Contract.

198.    Defendant Woodridge has failed to pay the principal balance, interest, or any part thereof to DNA as of the present date.

199.    Defendant Woodridge's failure to pay DNA is a breach of the Woodridge Contract.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Woodridge Healthcare LLC d/b/a Woodridge Healthcare, in the amount of $52,412.91 with continuing interest at the rate of 1.5% per month from January 24, 2023.

### COUNT X – UNJUST ENRICHMENT (in the alternative to Count I)
*(Dedicated Nursing Associates, Inc. v. Akron Healthcare LLC)*

200.    DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

23

201.    To the extent that Defendant Akron denies the existence of an express agreement in this matter, which is denied, then DNA alleges, in the alternative to Count I, that Defendant Akron has been unjustly enriched.

203.    DNA provided Defendant Akron with nursing personnel at the special instance and request of Defendant Akron for the purpose of continuing operations at the Akron Facility.

204.    Defendant Akron realized the benefit of said nursing personnel.

205.    To allow Defendant Akron to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

206.    DNA has been damaged in the principal amount of $225.00, representing the value of said nursing personnel.

207.    Although repeatedly requested to do so by DNA, Defendant Akron has willfully failed and refused to pay the aforesaid principal balance to Plaintiff.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Akron Healthcare LLC d/b/a Akron Healthcare, in the alternative to Count I, in the amount of $225.00.

### COUNT XI – UNJUST ENRICHMENT (in the alternative to Count II)
### (Dedicated Nursing Associates, Inc. v. Bellefontaine Healthcare LLC)

208.    DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

209.    To the extent that Defendant Bellefontaine denies the existence of an express agreement in this matter, which is denied, then DNA alleges, in the alternative to Count II, that Defendant Bellefontaine has been unjustly enriched.

24

210.    DNA provided Defendant Bellefontaine with nursing personnel at the special instance and request of Defendant Bellefontaine for the purpose of continuing operations at the Bellefontaine Facility.

211.    Defendant Bellefontaine realized the benefit of said nursing personnel.

212.    To allow Defendant Bellefontaine to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

213.    DNA has been damaged in the principal amount of $153,732.19, representing the value of said nursing personnel.

214.    Although repeatedly requested to do so by DNA, Defendant Bellefontaine has willfully failed and refused to pay the aforesaid principal balance to Plaintiff.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Bellefontaine Healthcare LLC d/b/a Bellefontaine Healthcare, in the alternative to Count I, in the amount of $153,732.19.

### COUNT XII – UNJUST ENRICHMENT (in the alternative to Count III)
#### (Dedicated Nursing Associates, Inc. v. Euclid Beach Healthcare LLC)

215.    DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

216.    To the extent that Defendant Euclid Beach denies the existence of an express agreement in this matter, which is denied, then DNA alleges, in the alternative to Count III, that Defendant Euclid Beach has been unjustly enriched.

217.    DNA provided Defendant Euclid Beach with nursing personnel at the special instance and request of Defendant Euclid Beach for the purpose of continuing operations at the Euclid Beach Facility.

218.    Defendant Euclid Beach realized the benefit of said nursing personnel.

25

219.    To allow Defendant Euclid Beach to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

220.    DNA has been damaged in the principal amount of $40,938.85, representing the value of said nursing personnel.

221.    Although repeatedly requested to do so by DNA, Defendant Euclid Beach has willfully failed and refused to pay the aforesaid principal balance to Plaintiff.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Euclid Beach Healthcare LLC d/b/a Euclid Beach Healthcare, in the alternative to Count III, in the amount of $40,938.85.

## COUNT XIII – UNJUST ENRICHMENT (in the alternative to Count IV)
### *(Dedicated Nursing Associates, Inc. v. Greenville Healthcare LLC)*

222.    DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

223.    To the extent that Defendant Greenville denies the existence of an express agreement in this matter, which is denied, then DNA alleges, in the alternative to Count IV, that Defendant Greenville has been unjustly enriched.

224.    DNA provided Defendant Greenville with nursing personnel at the special instance and request of Defendant Greenville for the purpose of continuing operations at the Greenville Facility.

225.    Defendant Greenville realized the benefit of said nursing personnel.

226.    To allow Defendant Greenville to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

227.    DNA has been damaged in the principal amount of $100,778.77, representing the value of said nursing personnel.

26

228.    Although repeatedly requested to do so by DNA, Defendant Greenville has willfully failed and refused to pay the aforesaid principal balance to Plaintiff.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Greenville Healthcare LLC d/b/a Greenville Healthcare, in the alternative to Count IV, in the amount of $100,778.77.

## COUNT XIV – UNJUST ENRICHMENT (in the alternative to Count V)
### (Dedicated Nursing Associates, Inc. v. North Olmsted Healthcare LLC)

229.    DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

230.    To the extent that Defendant Olmsted denies the existence of an express agreement in this matter, which is denied, then DNA alleges, in the alternative to Count V, that Defendant Olmsted has been unjustly enriched.

231.    DNA provided Defendant Olmsted with nursing personnel at the special instance and request of Defendant Olmsted for the purpose of continuing operations at the Olmsted Facility.

232.    Defendant Olmsted realized the benefit of said nursing personnel.

233.    To allow Defendant Olmsted to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

234.    DNA has been damaged in the principal amount of $6,385.75, representing the value of said nursing personnel.

235.    Although repeatedly requested to do so by DNA, Defendant Olmsted has willfully failed and refused to pay the aforesaid principal balance to Plaintiff.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, North Olmsted Healthcare LLC d/b/a North Olmsted Healthcare, in the alternative to Count V, in the amount of $6,385.75.

27

## COUNT XV – UNJUST ENRICHMENT (in the alternative to Count VI)
### *(Dedicated Nursing Associates, Inc. v. Madeira Healthcare LLC)*

236.    DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

237.    To the extent that Defendant Madeira denies the existence of an express agreement in this matter, which is denied, then DNA alleges, in the alternative to Count VI, that Defendant Madeira has been unjustly enriched.

238.    DNA provided Defendant Madeira with nursing personnel at the special instance and request of Defendant Madeira for the purpose of continuing operations at the Madeira Facility.

239.    Defendant Madeira realized the benefit of said nursing personnel.

236.    To allow Defendant Madeira to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

240.    DNA has been damaged in the principal amount of $5,995.75, representing the value of said nursing personnel.

241.    Although repeatedly requested to do so by DNA, Defendant Madeira has willfully failed and refused to pay the aforesaid principal balance to Plaintiff.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Madeira Healthcare LLC d/b/a Madeira Healthcare, in the alternative to Count VI, in the amount of $5,995.75.

## COUNT XVI – UNJUST ENRICHMENT (in the alternative to Count VII)
### *(Dedicated Nursing Associates, Inc. v. Mayfield Heights Healthcare LLC)*

242.    DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

243.   To the extent that Defendant Mayfield denies the existence of an express agreement in this matter, which is denied, then DNA alleges, in the alternative to Count VII, that Defendant Mayfield has been unjustly enriched.

244.   DNA provided Defendant Mayfield with nursing personnel at the special instance and request of Defendant Mayfield for the purpose of continuing operations at the Mayfield Facility.

245.   Defendant Mayfield realized the benefit of said nursing personnel.

246.   To allow Defendant Mayfield to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

247.   DNA has been damaged in the principal amount of $320.00, representing the value of said nursing personnel.

248.   Although repeatedly requested to do so by DNA, Defendant Mayfield has willfully failed and refused to pay the aforesaid principal balance to Plaintiff.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Mayfield Heights Healthcare LLC d/b/a Mayfield Heights Healthcare, in the alternative to Count VII, in the amount of $320.00.

### COUNT XVII – UNJUST ENRICHMENT (in the alternative to Count VIII)
*(Dedicated Nursing Associates, Inc. v. Waterville Healthcare LLC)*

249.   DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

250.   To the extent that Defendant Waterville denies the existence of an express agreement in this matter, which is denied, then DNA alleges, in the alternative to Count VIII, that Defendant Waterville has been unjustly enriched.

251.    DNA provided Defendant Waterville with nursing personnel at the special instance and request of Defendant Waterville for the purpose of continuing operations at the Waterville Facility.

252.    Defendant Waterville realized the benefit of said nursing personnel.

253.    To allow Defendant Waterville to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

254.    DNA has been damaged in the principal amount of $59,164.83, representing the value of said nursing personnel.

255.    Although repeatedly requested to do so by DNA, Defendant Waterville has willfully failed and refused to pay the aforesaid principal balance to Plaintiff.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Waterville Healthcare LLC d/b/a Waterville Healthcare, in the alternative to Count VIII, in the amount of $59,164.83.

## COUNT XVIII – UNJUST ENRICHMENT (in the alternative to Count IX)
### (Dedicated Nursing Associates, Inc. v. Woodridge Healthcare LLC)

256.    DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

257.    To the extent that Defendant Woodridge denies the existence of an express agreement in this matter, which is denied, then DNA alleges, in the alternative to Count IX, that Defendant Woodridge has been unjustly enriched.

258.    DNA provided Defendant Woodridge with nursing personnel at the special instance and request of Defendant Woodridge for the purpose of continuing operations at the Woodridge Facility.

259.    Defendant Woodridge realized the benefit of said nursing personnel.

30

260.   To allow Defendant Woodridge to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

261.   DNA has been damaged in the principal amount of $27,336.28, representing the value of said nursing personnel.

262.   Although repeatedly requested to do so by DNA, Defendant Woodridge has willfully failed and refused to pay the aforesaid principal balance to Plaintiff.

WHEREFORE, Plaintiff, Dedicated Nursing Associates, Inc., demands judgment against Defendant, Woodridge Healthcare LLC d/b/a Woodridge Healthcare, in the alternative to Count IX, in the amount of $27,336.28.

<u>**COUNT XIX – UNJUST ENRICHMENT**</u>
*(Dedicated Nursing Associates, Inc. v. Boulder Operations Holdings LLC)*

263.   DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

264.   Upon information and belief, including Ownership Information from Medicare's website, Boulder Operations Holdings LLC owned and operated Defendant Waterville, Defendant Mayfield, Defendant Olmsted, Defendant Euclid, Defendant Bellefontaine and Defendant Akron at the time(s) at which the transactions which form the subject matter of this Complaint took place. See, "Billing Information" in Exhibits 1, 4, 7, 13, 19, and 22.

265.   True and correct copies of the Ownership Information from Medicare's website for each Defendant Facility are attached hereto, collectively marked Exhibit "28" and made a part hereof.

266.   On information and belief, Defendant Boulder continues to own and operate Defendant Waterville, Defendant Mayfield, Defendant Olmsted, Defendant Euclid, Defendant Bellefontaine and Defendant Akron as well as the other Defendant Facilities.

31

267.    On information and belief, Defendant Boulder receives profits from its ownership of the Facilities.

268.    It has become increasingly common in the nursing, rehabilitation and assisted living industry for skilled nursing facilities to be sold and purchased quickly, frequently and without notice to vendors or provisions for creditors.

269.    These practices are designed *inter alia* to attempt to avoid vendors' invoices and existing creditors.

270.    At the special instance and request of the Facilities, DNA provided nursing personnel to the Facilities, as is more particularly set forth in DNA's Invoices. See, Exhibits 2, 5, 8, 11, 14, 17, 20, 23 and 26.

271.    Without the nursing personnel provided by DNA, the Facilities would not have been able to continue operations.

272.    Defendant Boulder realized the benefit of said nursing personnel as the Facilities were able to continue operating and, and therefore, continue to generate income.

273.    Upon information and belief, Defendant Boulder was aware of the use of DNA's nursing personnel.

274.    To allow Defendant Boulder to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

275.    DNA has been damaged in the principal amount of $260,766.62, representing the value of said nursing personnel.

276.    Although repeatedly requested to do so by DNA, Defendant Boulder has willfully failed and refused to pay the aforesaid principal balance to DNA.

WHEREFORE, Plaintiff demands judgment against Defendant, Boulder Operations Holdings LLC, in the amount of $260,766.62.

## COUNT XX – UNJUST ENRICHMENT
### *(Dedicated Nursing Associates, Inc. v. Hillstone Healthcare, Inc.)*

277. DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

278. Upon information and belief, Defendant Hillstone had an ownership interest in operated Defendant Woodridge and Defendant Bellefontaine at the time(s) at which the transactions which form the subject matter of this Complaint took place. See, "Billing Information": "Company Billing Name" in Exhibits 4, and 25.

279. Upon information and belief, Defendant Hillstone received and may still receive profits from its ownership of Defendant Woodridge and Defendant Bellefontaine.

280. At the special instance and request of the Defendant Woodridge and Defendant Bellefontaine, DNA provided nursing personnel to Defendant Woodridge and Defendant Bellefontaine, as is more particularly set forth in DNA's Invoices. See, Exhibits 5 and 26.

281. Without the nursing personnel provided by DNA, the Defendant Woodridge and Defendant Bellefontaine would not have been able to continue operations.

282. Defendant Hillstone realized the benefit of said nursing personnel as Defendant Woodridge and Defendant Bellefontaine were able to continue operating and, and therefore, continue to generate income.

283. Upon information and belief, Defendant Hillstone was aware of the use of DNA's nursing personnel.

284. To allow Defendant Hillstone to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

285. DNA has been damaged in the principal amount of $181,068.47, representing the value of said nursing personnel.

286.   Although repeatedly requested to do so by DNA, Defendant Hillstone has willfully failed and refused to pay the aforesaid principal balance to DNA.

WHEREFORE, Plaintiff demands judgment against Defendant, Hillstone Healthcare, Inc., in the amount of $181,068.47.

## COUNT XXI – UNJUST ENRICHMENT
*(Dedicated Nursing Associates, Inc. v. SRZ MGMT Holdings LLC, SIRO MGMT Big River LLC, SIRO MGMT Royal Oak LLC, SIRO MGMT Oakwood LLC and Reach AW Management LLC, jointly and severally)*

287.   DNA incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

288.   Upon information and belief, "Reach LTC" had had an ownership interest in Defendant Greenville at the time(s) at which the transactions which form the subject matter of this Complaint took place. See, "Billing Information": "Company Billing Name" in Exhibit 10.

289.   Reach LTC is a fictitious name registered with the Missouri Secretary of State.

290.   A true and correct copy of the information generated for "Reach LTC" pursuant to the website for the Missouri Secretary of State is attached hereto, marked Exhibit "29" and made a part hereof.

291.   Upon information and belief, Defendant SRZ, Defendant Big River, Defendant Royal Oak, Defendant Oakwood and Defendant AW are the owners of "Reach LTC".

292.   True and correct copies of the Registration of Fictitious name for "Reach LTC" by Defendant SRZ, Defendant Big River, Defendant Royal Oak, Defendant Oakwood and Defendant AW are attached hereto, collectively marked "Exhibit 30" and made a part hereof.

293.   Upon information and belief, Defendant SRZ, Defendant Big River, Defendant Royal Oak, Defendant Oakwood and Defendant AW received and may still receive profits from its ownership of Defendant Greenville.

294.    At the special instance and request of the Defendant Greenville, DNA provided nursing personnel to Defendant Greenville, as is more particularly set forth in DNA's Invoices. See, Exhibit 11.

295.    Without the nursing personnel provided by DNA, the Defendant Greenville would not have been able to continue operations.

296.    Defendant SRZ, Defendant Big River, Defendant Royal Oak, Defendant Oakwood and Defendant AW realized the benefit of said nursing personnel as Defendant Greenville was able to continue operating and, and therefore, continue to generate income.

297.    Upon information and belief, Defendant SRZ, Defendant Big River, Defendant Royal Oak, Defendant Oakwood and Defendant AW were aware of the use of DNA's nursing personnel.

298.    To allow Defendant SRZ, Defendant Big River, Defendant Royal Oak, Defendant Oakwood and Defendant AW to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

299.    DNA has been damaged in the principal amount of $100,778.77, representing the value of said nursing personnel.

300.    Although repeatedly requested to do so by DNA, Defendant SRZ, Defendant Big River, Defendant Royal Oak, Defendant Oakwood and Defendant AW have willfully failed and refused to pay the aforesaid principal balance to DNA.

WHEREFORE, Plaintiff demands judgment against Defendants SRZ MGMT Holdings LLC d/b/a Reach LTC, SIRO MGMT Big River LLC d/b/a Reach LTC, SIRO MGMT Royal Oak LLC d/b/a Reach LTC, SIRO MGMT Oakwood LLC d/b/a Reach LTC and Reach AW Management LLC d/b/a Reach LTC, jointly and severally, in the amount of $100,778.77.

## COUNT XXII – SUCCESSOR LIABILITY OF BUCKEYE FOREST AT AKRON LLC D/B/A HIGHLAND SQUARE REHABILITATION AND NURSING CENTER

301.    Plaintiff incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

302.    Highland Square Rehabilitation and Nursing Center is a registered trade name owned by Buckeye Forest at Akron LLC.

303.    A true and correct copy of the Trade Name Registration for Highland Square Rehabilitation and Nursing Center is attached hereto, marked Exhibit "31" and made a part hereof.

304.    Pursuant to Medicare.gov, the legal business name of Highland Square Rehabilitation and Nursing Center is Buckeye Forest at Akron LLC.

305.    A true and correct copy of the information for the Facility from Medicare.gov is attached hereto, marked Exhibit "32" and made a part hereof.

306.    Pursuant to Susan Koenig's testimony at the Section 341 Creditors' Meeting, there is continuity of the management, personnel, physical location, assets and general business operations of the Highland Square Rehabilitation and Nursing Center Facility.

307.    The Original Defendants ceased their ordinary business operations and filed for bankruptcy immediately after the transfer of the Facilities.

308.    Pursuant to the testimony of Susan Koenig at the Section 341 Creditors' Meeting, no notice of the transfer of the Facilities was provided to creditors of the Facilities.

309.    As a result, the purchaser, Akron Buckeye, assumed the obligations of the seller ordinarily necessary for the uninterrupted continuation of normal business operations.

WHEREFORE, Plaintiff demands judgment against Defendant Buckeye Forest at Akron LLC d/b/a Highland Square Rehabilitation and Nursing Center in the amount of $406.40 with continuing interest at the rate of 1.5% per month from January 24, 2023.

## COUNT XXIII – SUCCESSOR LIABILITY OF BUCKEYE FOREST AT BELLEFONTAINE LLC D/B/A AYDEN HEALTHCARE OF BELLE SPRINGS

310.     Plaintiff incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

311.     Pursuant to Medicare.gov, the legal business name of Ayden Healthcare of Belle Springs is Buckeye Forest at Bellefontaine LLC.

312.     A true and correct copy of the information for the Facility from Medicare.gov is attached hereto, marked Exhibit "33" and made a part hereof.

313.     Pursuant to Susan Koenig's testimony at the Section 341 Creditors' Meeting, there is continuity of the management, personnel, physical location, assets and general business operations of the Ayden Healthcare of Belle Springs Facility.

314.     The Original Defendants ceased their ordinary business operations and filed for bankruptcy immediately after the transfer of the Facilities.

315.     Pursuant to the testimony of Susan Koenig at the Section 341 Creditors' Meeting, no notice of the transfer of the Facilities was provided to creditors of the Facilities.

316.     As a result, the purchaser, Buckeye Forest at Bellefontaine LLC assumed the obligations of the seller ordinarily necessary for the uninterrupted continuation of normal business operations.

WHEREFORE, Plaintiff demands judgment against Defendant Buckeye Forest at Bellefontaine LLC d/b/a Ayden Healthcare of Belle Springs in the amount of $274,655.55 with continuing interest at the rate of 1.5% per month from January 24, 2023.

## COUNT XXIV – SUCCESSOR LIABILITY OF BUCKEYE FOREST AT CLEVELAND LLC D/B/A GARDENS OF EUCLID BEACH

317.    Plaintiff incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

318.    Gardens of Euclid Beach is a registered trade name owned by Buckeye Forest at Cleveland LLC.

319.    A true and correct copy of the Trade Name Registration for Gardens of Euclid Beach is attached hereto, marked Exhibit "34" and made a part hereof.

320.    Pursuant to Medicare.gov, the legal business name of Gardens of Euclid Beach is Buckeye Forest at Cleveland LLC.

321.    A true and correct copy of the information for the Facility from Medicare.gov is attached hereto, marked Exhibit 35" and made a part hereof.

322.    Pursuant to Susan Koenig's testimony at the Section 341 Creditors' Meeting, there is continuity of the management, personnel, physical location, assets and general business operations of the Gardens of Euclid Beach Facility.

323.    The Original Defendants ceased their ordinary business operations and filed for bankruptcy immediately after the transfer of the Facilities.

324.    Pursuant to the testimony of Susan Koenig at the Section 341 Creditors' Meeting, no notice of the transfer of the Facilities was provided to creditors of the Facilities.

325.    As a result, the purchaser, Buckeye Forest at Cleveland LLC assumed the obligations of the seller ordinarily necessary for the uninterrupted continuation of normal business operations.

WHEREFORE, Plaintiff demands judgment against Defendant Buckeye Forest at Cleveland LLC d/b/a Gardens of Euclid Beach in the amount of $86,153.47 with continuing interest at the rate of 1.5% per month from January 24, 2023.

## COUNT XXV – SUCCESSOR LIABILITY OF BUCKEYE FOREST AT GREENVILLE LLC D/B/A AYDEN HEALTHCARE OF GREENVILLE

326.    Plaintiff incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

327.    Pursuant to Medicare.gov, the legal business name of Ayden Healthcare of Greenville is Buckeye Forest at Greenville LLC.

328.    A true and correct copy of the information for the Facility from Medicare.gov is attached hereto, marked Exhibit "36" and made a part hereof.

329.    Pursuant to Susan Koenig's testimony at the Section 341 Creditors' Meeting, there is continuity of the management, personnel, physical location, assets and general business operations of the Ayden Healthcare of Greenville Facility.

330.    The Original Defendants ceased their ordinary business operations and filed for bankruptcy immediately after the transfer of the Facilities.

331.    Pursuant to the testimony of Susan Koenig at the Section 341 Creditors' Meeting, no notice of the transfer of the Facilities was provided to creditors of the Facilities.

332.    As a result, the purchaser, Buckeye Forest at Greenville LLC assumed the obligations of the seller ordinarily necessary for the uninterrupted continuation of normal business operations.

WHEREFORE, Plaintiff demands judgment against Defendant Buckeye Forest at Greenville LLC d/b/a Ayden Healthcare of Greenville in the amount of $181,058.91 with continuing interest at the rate of 1.5% per month from January 24, 2023.

## COUNT XXVI – SUCCESSOR LIABILITY OF BUCKEYE FOREST AT MADEIRA LLC D/B/A AYDEN HEALTHCARE OF MADEIRA

333.    Plaintiff incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

334.    Pursuant to Medicare.gov, the legal business name of Ayden Healthcare of Madeira is Buckeye Forest at Madeira LLC.

335.    A true and correct copy of the information for the Facility from Medicare.gov is attached hereto, marked Exhibit "37" and made a part hereof.

336.    Pursuant to Susan Koenig's testimony at the Section 341 Creditors' Meeting, there is continuity of the management, personnel, physical location, assets and general business operations of the Ayden Healthcare of Madeira Facility.

337.    The Original Defendants ceased their ordinary business operations and filed for bankruptcy immediately after the transfer of the Facilities.

338.    Pursuant to the testimony of Susan Koenig at the Section 341 Creditors' Meeting, no notice of the transfer of the Facilities was provided to creditors of the Facilities.

339.    As a result, the purchaser, Buckeye Forest at Madeira LLC assumed the obligations of the seller ordinarily necessary for the uninterrupted continuation of normal business operations.

WHEREFORE, Plaintiff demands judgment against Defendant Buckeye Forest at Madeira LLC d/b/a Ayden Healthcare of Madeira in the amount of $11,006.25 with continuing interest at the rate of 1.5% per month from January 24, 2023.

## COUNT XXVII – SUCCESSOR LIABILITY OF BUCKEYE FOREST AT MAYFIELD HEIGHTS LLC D/B/A GARDENS OF MAYFIELD HEIGHTS

340.    Plaintiff incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

341.    Gardens of Mayfield Heights is a registered trade name owned by Buckeye Forest at Mayfield Heights LLC.

342.    A true and correct copy of the Trade Name Registration for Gardens of Mayfield Heights is attached hereto, marked Exhibit "38" and made a part hereof.

343.    Pursuant to Medicare.gov, the legal business name of Gardens of Mayfield Heights is Buckeye Forest at Mayfield Heights LLC.

344.    A true and correct copy of the information for the Facility from Medicare.gov is attached hereto, marked Exhibit "39" and made a part hereof.

345.    Pursuant to Susan Koenig's testimony at the Section 341 Creditors' Meeting, there is continuity of the management, personnel, physical location, assets and general business operations of the Gardens of Mayfield Heights Facility.

346.    The Original Defendants ceased their ordinary business operations and filed for bankruptcy immediately after the transfer of the Facilities.

347.    Pursuant to the testimony of Susan Koenig at the Section 341 Creditors' Meeting, no notice of the transfer of the Facilities was provided to creditors of the Facilities.

348.    As a result, the purchaser, Buckeye Forest at Mayfield Heights LLC assumed the obligations of the seller ordinarily necessary for the uninterrupted continuation of normal business operations.

WHEREFORE, Plaintiff demands judgment against Defendant Buckeye Forest at Mayfield Heights LLC d/b/a Gardens of Mayfield Heights in the amount of $569.86 with continuing interest at the rate of 1.5% per month from January 24, 2023.

### COUNT XXVIII – SUCCESSOR LIABILITY OF BUCKEYE FOREST AT NORTH OLMSTED LLC D/B/A GARDENS OF NORTH OLMSTED

349.    Plaintiff incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

350.    Gardens of North Olmsted is a registered trade name owned by Buckeye Forest at North Olmsted LLC.

351.    A true and correct copy of the Trade Name Registration for Gardens of North Olmsted is attached hereto, marked Exhibit "40" and made a part hereof.

352.    Pursuant to Medicare.gov, the legal business name of Gardens of North Olmsted is Buckeye Forest at North Olmsted LLC.

353.    A true and correct copy of the information for the Facility from Medicare.gov is attached hereto, marked Exhibit 41" and made a part hereof.

354.    Pursuant to Susan Koenig's testimony at the Section 341 Creditors' Meeting, there is continuity of the management, personnel, physical location, assets and general business operations of the Gardens of North Olmsted Facility.

355.    The Original Defendants ceased their ordinary business operations and filed for bankruptcy immediately after the transfer of the Facilities.

356.    Pursuant to the testimony of Susan Koenig at the Section 341 Creditors' Meeting, no notice of the transfer of the Facilities was provided to creditors of the Facilities.

357.    As a result, the purchaser, Buckeye Forest at North Olmsted LLC assumed the obligations of the seller ordinarily necessary for the uninterrupted continuation of normal business operations.

WHEREFORE, Plaintiff demands judgment against Defendant Buckeye Forest at North Olmsted LLC d/b/a Gardens of North Olmsted in the amount of $11,531.31 with continuing interest at the rate of 1.5% per month from January 24, 2023.

## COUNT XXIX – SUCCESSOR LIABILITY OF BUCKEYE FOREST AT WATERVILLE LLC D/B/A AYDEN HEALTHCARE OF WATERVILLE

358.    Plaintiff incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

359.    Pursuant to Medicare.gov, the legal business name of Ayden Healthcare of Waterville is Buckeye Forest at Waterville LLC.

360.    A true and correct copy of the information for the Facility from Medicare.gov is attached hereto, marked Exhibit "42" and made a part hereof.

361.    Pursuant to Susan Koenig's testimony at the Section 341 Creditors' Meeting, there is continuity of the management, personnel, physical location, assets and general business operations of the Ayden Healthcare of Waterville Facility.

362.    The Original Defendants ceased their ordinary business operations and filed for bankruptcy immediately after the transfer of the Facilities.

363.    Pursuant to the testimony of Susan Koenig at the Section 341 Creditors' Meeting, no notice of the transfer of the Facilities was provided to creditors of the Facilities.

364.    As a result, the purchaser, Buckeye Forest at Waterville LLC assumed the obligations of the seller ordinarily necessary for the uninterrupted continuation of normal business operations.

WHEREFORE, Plaintiff demands judgment against Defendant Buckeye Forest at Waterville LLC d/b/a Ayden Healthcare of Waterville in the amount of $107,672.03 with continuing interest at the rate of 1.5% per month from January 24, 2023.

43

## COUNT XXX – SUCCESSOR LIABILITY OF BUCKEYE FOREST AT FAIRFIELD LLC D/B/A AYDEN HEALTHCARE OF FAIRFIELD

365.    Plaintiff incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

366.    Ayden Healthcare of Fairfield is a registered trade name owned by Buckeye Forest at Fairfield LLC.

367.    A true and correct copy of the Trade Name Registration for Ayden Healthcare of Fairfield is attached hereto, marked Exhibit "43" and made a part hereof.

368.    Pursuant to Medicare.gov, the legal business name of Ayden Healthcare of Fairfield is Buckeye Forest at Fairfield LLC.

369.    A true and correct copy of the information for the Facility from Medicare.gov is attached hereto, marked Exhibit "44" and made a part hereof.

370.    Pursuant to Susan Koenig's testimony at the Section 341 Creditors' Meeting, there is continuity of the management, personnel, physical location, assets and general business operations of the Ayden Healthcare of Fairfield Facility.

371.    The Original Defendants ceased their ordinary business operations and filed for bankruptcy immediately after the transfer of the Facilities.

372.    Pursuant to the testimony of Susan Koenig at the Section 341 Creditors' Meeting, no notice of the transfer of the Facilities was provided to creditors of the Facilities.

373.    As a result, the purchaser, Buckeye Forest at Fairfield LLC assumed the obligations of the seller ordinarily necessary for the uninterrupted continuation of normal business operations.

WHEREFORE, Plaintiff demands judgment against Defendant Buckeye Forest at Fairfield LLC d/b/a Ayden Healthcare of Fairfield in the amount of $52,412.91 with continuing interest at the rate of 1.5% per month from January 24, 2023.

**COUNT XXXI – ACTUAL FRAUD PURSUANT TO 12 Pa.C.S.A. §5104(a)(1) AS
TO DEFENDANTS BUCKEYE FOREST AT AKRON LLC, BUCKEYE FOREST AT
BELLEFONTAINE LLC, BUCKEYE FOREST AT CLEVELAND LLC, BUCKEYE
FOREST AT GREENVILLE LLC, BUCKEYE FOREST AT MADEIRA LLC, BUCKEYE
FOREST AT MAYFIELD HEIGHTS LLC, BUCKEYE FOREST AT NORTH OLMSTED
LLC, BUCKEYE FOREST AT WATERVILLE LLC, BUCKEYE FOREST AT
FAIRFIELD LLC, AND MED HEALTHCARE PARTNERS LLC**
*(Jointly and severally)*

374.    Plaintiff incorporates herein by reference thereto each and every of the preceding

paragraphs of this Complaint as if the same were more fully set forth herein.

375.    Defendants Akron Healthcare LLC, Bellefontaine Healthcare LLC, Euclid Beach

Healthcare LLC, Greenville Healthcare LLC, North Olmsted Healthcare LLC, Madeira

Healthcare LLC, Mayfield Heights Healthcare LLC, Waterville Healthcare LLC, Woodridge

Healthcare LLC owned and operated the Facilities at the times at which the transactions which

form the subject matter of this Complaint took place.

376.    In fact, Defendants Akron Healthcare LLC, Bellefontaine Healthcare LLC, Euclid

Beach Healthcare LLC, Greenville Healthcare LLC, North Olmsted Healthcare LLC, Madeira

Healthcare LLC, Mayfield Heights Healthcare LLC, Waterville Healthcare LLC, Woodridge

Healthcare LLC owned and operated the Facilities during more than three (3) years of litigation

with regard to the instant matter.

377.    Upon information and belief, on or about December 31, 2021, the Facilities were

sold to Med Healthcare Partners for consideration in the amount of $145 million.

378.    The Facilities are now legally owned by Defendants, Buckeye Forest at Akron

LLC, Buckeye Forest at Bellefontaine LLC, Buckeye Forest at Cleveland LLC, Buckeye Forest

at Greenville LLC, Buckeye Forest at Madeira LLC, Buckeye Forest at Mayfield Heights LLC,

Buckeye Forest at North Olmsted LLC, Buckeye Forest at Waterville LLC, and Buckeye Forest at Fairfield LLC (the "New Owners").

379.    The transfer occurred after the debt owed to DNA was incurred.

380.    The New Owners are limited liability companies organized under the laws of New York State.

381.    The New Owners each registered to do business in the State of Ohio on October 22, 2021.

382.    True and correct copies of the Foreign Limited Liability Company Registrations with the Ohio Department of State for the New Owners are attached hereto, collectively marked Exhibit "45" and made a part hereof.

383.    Never once during the course of litigation was Plaintiff or Plaintiff's counsel ever informed of the possibility of a transfer of the Facilities.

384.    The New Owners knew or should have known of the debts owed to DNA.

385.    The New Owners knew or should have known of the litigation regarding the debts owed to DNA.

386.    The  transfer was made with actual intent to hinder, delay or defraud DNA as evidenced by the following factors pursuant to 12 Pa.C.S.A. 5104(b):

a. The transfer of the Facilities was concealed from DNA;

b. The debt owed to DNA was incurred prior to the transfers;

c. The transfers were of substantially all of the assets of Akron Healthcare LLC, Bellefontaine Healthcare LLC, Euclid Beach Healthcare LLC, Greenville Healthcare LLC, North Olmsted Healthcare LLC, Madeira Healthcare LLC, Mayfield Heights Healthcare LLC, Waterville Healthcare LLC, Woodridge Healthcare LLC; and

46

d. Akron Healthcare LLC, Bellefontaine Healthcare LLC, Euclid Beach Healthcare LLC, Greenville Healthcare LLC, North Olmsted Healthcare LLC, Madeira Healthcare LLC, Mayfield Heights Healthcare LLC, Waterville Healthcare LLC, Woodridge Healthcare LLC became insolvent as a result of or very shortly after the transfer of ownership of the Facilities.

WHEREFORE, Plaintiff Dedicated Nursing Associates, Inc. respectfully requests the entry of judgment in its favor and against Defendants, Buckeye Forest at Akron LLC, Buckeye Forest at Bellefontaine LLC, Buckeye Forest at Cleveland LLC, Buckeye Forest at Greenville LLC, Buckeye Forest at Madeira LLC, Buckeye Forest at Mayfield Heights LLC, Buckeye Forest at North Olmsted LLC, Buckeye Forest at Waterville LLC, and Buckeye Forest at Fairfield LLC and MED Healthcare Partners LLC, jointly and severally, granting the following relief pursuant to 12 Pa.C.S.A. § 5107:

a. Avoidance of the transfer of the Facilities;

b. Attaching a lien against the Facilities and their assets which was created by the fraudulent transfer thereof;

c. enjoining Defendants from further disposition or transfer of the Facility and its assets until further Order of Court;

d. Granting all other available damages, remedies, interest, attorneys' fees, and/or court costs and all such other relief as this honorable Court deems just and proper.

### COUNT XXXII – UNJUST ENRICHMENT
#### (Dedicated Nursing Associates, Inc. v. Ephram Lahasky)

387. Plaintiff incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

388.    Pursuant to Medicare.gov, Defendant, Ephram Lahasky holds a 100% direct ownership interest in Ayden of Healthcare of Belle Springs Facility, the Ayden Healthcare of Greenville Facility and the Ayden Healthcare of Waterville Facility.

389.    True and correct copies of the ownership information from Medicare.gov for the Ayden of Healthcare of Belle Springs Facility, the Ayden Healthcare of Greenville Facility and the Ayden Healthcare of Waterville Facility are attached hereto, collectively marked Exhibit "46" and made a part hereof.

390.    Upon information and belief, Defendant receives profits from his ownership of the Ayden of Healthcare of Belle Springs Facility, the Ayden Healthcare of Greenville Facility and the Ayden Healthcare of Waterville Facility.

391.    At the special instance and request of the Facilities, DNA provided nursing personnel to the Ayden of Healthcare of Belle Springs Facility, the Ayden Healthcare of Greenville Facility and the Ayden Healthcare of Waterville Facility, as is more particularly set forth in DNA's Invoices. See, Exhibit 11.

392.    Without the nursing personnel provided by DNA, the Ayden of Healthcare of Belle Springs Facility, the Ayden Healthcare of Greenville Facility and the Ayden Healthcare of Waterville Facility would not have been able to continue operations.

393.    Defendant Ephram Lahasky realized the benefit of said nursing personnel as the Ayden of Healthcare of Belle Springs Facility, the Ayden Healthcare of Greenville Facility and the Ayden Healthcare of Waterville Facility were able to continue operating and, and therefore, continue to generate income.

394.    Upon information and belief, Defendant Ephram Lahasky was aware of the use of DNA's nursing personnel.

395.    Further, Ephram Lahasky also holds an ownership interest in facilities which are the subject of another lawsuit currently pending with DNA in the Westmoreland County Court of Common Pleas at Docket No. 5170 of 2016.

396.    To allow Defendant Ephram Lahasky to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

397.    DNA has been damaged in the principal amount of $313,675.79, representing the value of said nursing personnel.

WHEREFORE, Plaintiff demands judgment against Defendant Ephram Lahasky in the amount of $313,675.79.

## COUNT XXXIII – UNJUST ENRICHMENT
### (Dedicated Nursing Associates, Inc. v. Solomon A. Kazarnovsky and Abba Stein, jointly and severally)

398. Plaintiff incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

399.    Pursuant to Medicare.gov, Defendant, Solomon A. Kazarnovsky holds a 50% direct ownership interest in the Ayden of Healthcare of Madeira Facility, the Ayden Healthcare of Fairfield Facility.

400. Pursuant to Medicare.gov, Defendant, Abba Stein holds a 50% direct ownership interest in the Ayden of Healthcare of Madeira Facility, the Ayden Healthcare of Fairfield Facility.

401.    True and correct copies of the ownership information from Medicare.gov for the Ayden of Healthcare of Madeira Facility and the Ayden Healthcare of Fairfield Facility are attached hereto, collectively marked Exhibit "47" and made a part hereof.

402.    Upon information and belief, Defendants Solomon A. Kazarnovsky and Abba Stein receive profits from their ownership of the Ayden of Healthcare of Madeira Facility and the Ayden Healthcare of Fairfield Facility.

403.    At the special instance and request of the Facilities, DNA provided nursing personnel to the Ayden of Healthcare of Madeira Facility and the Ayden Healthcare of Fairfield Facility, as is more particularly set forth in DNA's Invoices. See, Exhibit 11.

404.    Without the nursing personnel provided by DNA, Ayden of Healthcare of Madeira Facility and the Ayden Healthcare of Fairfield Facility would not have been able to continue operations.

405.    Defendants Solomon A. Kazarnovsky and Abba Stein realized the benefit of said nursing personnel as the Ayden of Healthcare of Madeira Facility and the Ayden Healthcare of Fairfield Facility were able to continue operating and, and therefore, continue to generate income.

406.    To allow Defendants Solomon A. Kazarnovsky and Abba Stein to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

407.    DNA has been damaged in the principal amount of $33,332.03 representing the value of said nursing personnel.

WHEREFORE, Plaintiff demands judgment against Defendants Solomon A. Kazarnovsky and Abba Stein, jointly and severally, in the amount of $33,332.03.  .

### COUNT XXXIV – UNJUST ENRICHMENT
*(Dedicated Nursing Associates, Inc. v. Mordechai A. Weisz)*

408. Plaintiff incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

409.    Pursuant to Medicare.gov, Defendant, Mordechai A. Weisz holds a 100% direct ownership interest in the Gardens of Mayfield Village Facility.

410.     A true and correct copy of the ownership information from Medicare.gov for the Gardens of Mayfield Village Facility is attached hereto, marked Exhibit "48" and made a part hereof.

411.     Upon information and belief, Defendant receives profits from his ownership of the Gardens of Mayfield Village Facility.

412.     At the special instance and request of the Facility, DNA provided nursing personnel to the Gardens of Mayfield Village Facility, as is more particularly set forth in DNA's Invoices. See, Exhibit 11.

413.     Without the nursing personnel provided by DNA, the Gardens of Mayfield Village Facility would not have been able to continue operations.

414.     Defendant Mordechai A. Weisz realized the benefit of said nursing personnel as the Gardens of Mayfield Village Facility was able to continue operating and, and therefore, continue to generate income.

415.     To allow Defendant Mordechai A. Weisz to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

416.     DNA has been damaged in the principal amount of $320.00 representing the value of said nursing personnel.

WHEREFORE, Plaintiff demands judgment against Defendant Mordechai A. Weisz in the amount of $320.00.

## COUNT XXXV – UNJUST ENRICHMENT
### (Dedicated Nursing Associates, Inc. v. Eli M. Leshkowitz)

417. Plaintiff incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

418.     Pursuant to Medicare.gov, Defendant, Eli M. Leshkowitz holds a 100% direct ownership interest in the Gardens of North Olmsted Facility.

419.     A true and correct copy of the ownership information from Medicare.gov for the Gardens of North Olmsted Facility is attached hereto, marked Exhibit "49" and made a part hereof.

420.     Upon information and belief, Defendant Eli M. Leshkowitz receives profits from his ownership of the Gardens of North Olmsted Facility.

421.     At the special instance and request of the Facility, DNA provided nursing personnel to the Gardens of North Olmsted Facility, as is more particularly set forth in DNA's Invoices. See, Exhibit 11.

422.     Without the nursing personnel provided by DNA, the Gardens of North Olmsted Facility would not have been able to continue operations.

423.     Defendant Eli M. Leshkowitz realized the benefit of said nursing personnel as the Gardens of North Olmsted Facility was able to continue operating and, and therefore, continue to generate income.

424.     To allow Defendant Eli M. Leshkowitz to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

425.     DNA has been damaged in the principal amount of $6,385.75 representing the value of said nursing personnel.

WHEREFORE, Plaintiff demands judgment against Defendant Eli M. Leshkowitz in the amount of $6,385.75.

### COUNT XXXVI – UNJUST ENRICHMENT
*(Dedicated Nursing Associates, Inc. v. MED Healthcare Partners LLC)*

426. Plaintiff incorporates herein by reference thereto each and every of the preceding paragraphs of this Complaint as if the same were more fully set forth herein.

427.    Pursuant to the testimony of the authorized representative of the Initial Defendants during the Section 341 Creditors Meeting, Defendant MED Healthcare Partners LLC purchased the Facilities from the Initial Defendants on or about December 31, 2021 for the amount of $145 million.

428.    Upon information and belief, Defendant MED Healthcare Partners LLC receives profits from its ownership of the Facilities.

429.    At the special instance and request of the Facilities, DNA provided nursing personnel to the Facilities, as is more particularly set forth in DNA's Invoices. See, Exhibit 11.

430.    Without the nursing personnel provided by DNA, the Facilities would not have been able to continue operations.

431.    Defendant MED Healthcare Partners LLC realized the benefit of said nursing personnel as the Facilities were able to continue operating and, and therefore, continue to generate income.

432.    To allow Defendant MED Healthcare Partners LLC to receive and benefit from said nursing personnel without payment to DNA would be inequitable.

433.    DNA has been damaged in the principal amount of $394,877.42 representing the value of said nursing personnel.

WHEREFORE, Plaintiff demands judgment against Defendant MED Healthcare Partners LLC in the amount of $394,877.42.

THE MIHOK LAW FIRM, P.C.

BY:

Jennifer Tis Mihok, Esquire
PA ID #203751
Attorney for Plaintiff
3706 Butler Street, Suite 327
Pittsburgh, PA 15201
412.860.0907
412.204.3472 (fax)
jtm@mihoklaw.com

## **VERIFICATION**

The undersigned does hereby verify subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities, and under penalty of perjury, that she is the Controller of Dedicated Nursing Associates, Inc., Plaintiff herein, that she is duly authorized to make this Verification and that the facts set forth in the foregoing AMENDED COMPLAINT are true and correct to the best of her knowledge, information and belief.

Date: 02/20/23

Amy Silveri

55

# EXHIBIT 1

MEDICAL STAFFING AGREEMENT

**THIS MEDICAL STAFFING AGREEMENT** ("Agreement"), made this 18th day of February 2019, between **DEDICATED NURSING ASSOCIATES, INC.** ("DNA"), a Pennsylvania corporation having a place of business at 6536 William Penn Highway Rt. 22, Suite 202, Delmont, Pennsylvania 15626,

A N D

Akron Healthcare LLC, d/b/a – Highland Square Nursing and Rehab ("Contractor"), having its principle place of business at 1211 West Market Street, Akron, Ohio 44313.

**WHEREAS**, DNA is in the business of providing registered nurses, licensed practical nurses, certified nursing aides, home health aides and other medical professionals ("Employee" or "Employees") with particular skills and experience; and

**WHEREAS**, Contractor is in need of personnel with the skill and experience provided by DNA.

**NOW, THEREFORE**, in consideration of the covenants contained herein and intending to be legally bound, the parties hereby agree as follows:

1. **EMPLOYEES TO BE PROVIDED**
The Employees to be provided include, but are not limited to, the following: RN's, LPN's, CNA's, HHA's and NA's.

2. **QUALIFICATIONS OF EMPLOYEES**
DNA will ensure that Employees to be provided shall possess the qualifications required to perform the work for which they are contracted to provide in their particular field of practice. They shall also possess the required qualifications in the areas of education, certification, license, Physical and Mantoux test and criminal clearances, as required.

3. **DNA AS EMPLOYER**
Contractor shall not be responsible for payment of wages, salaries, and other compensation, fringe benefits, unemployment insurance, workers' compensation, social security, or other payroll taxes for staff provided to Contractor by DNA. Further, DNA shall be the employer of all persons it furnishes to Contractor.

4. **EXPENSES**
Contractor shall be responsible for all expenses incurred by DNA Employees relating to patient care (by way of example only, gloves) while on assignment to Contractor under this Agreement.

5. **ADMINISTRATIVE LINK**
For the purpose of facilitating the services contemplated by this Agreement, Contractor and DNA each shall designate an administrative employee to be available for such purpose.

6. **COMPENSATION (TIME RECORDS)**
Contractor shall compensate DNA for its services in accordance with the schedule set forth in Exhibit "A" hereto, which is incorporated by reference and made part of this Agreement. For the purpose of compensation, DNA shall submit documentation in the form of time records for the services provided to Contractor. Contractor, or its authorized representative, shall be responsible for verifying that the time records are accurate.

7. **SCHEDULING AND SUBSTITUTE STAFF**
A. Contractor must immediately notify DNA of any changes to the agreed upon staffing schedule for Employees. Contractor is not authorized to accept a schedule change that is only discussed with an Employee and not approved in advance by DNA. If the schedule change results in the Employee working fewer hours than scheduled, failure to give notice to and receive consent from DNA may result in a charge for the originally scheduled hours. If a schedule change results in an Employee working over forty (40) hours in one week for DNA, and if there is no agreement to the contrary, Contractor will be charged the overtime billing rate for any hours that were not approved in advance by DNA for the Employee.

B. DNA shall use its best efforts to replace regularly scheduled staff that are unavailable on a given day due to an illness or paid time off, or because of an emergency, vacation or holiday; however, DNA cannot guarantee that it can or will provide substitute staff.

8. **HIRING OF EMPLOYEES BY CONTRACTOR AND CONVERSION FEE**
Contractor may wish to employ directly an Employee who has been supplied by DNA. In the event of such a conversion to the employ of Contractor or to another employer to whom Contractor refers such Employee, Contractor agrees to pay a conversion fee. The conversion fee is $15,000.00 for an RN, $12,000.00 for an LPN, $9,000.00 for a CNA and $9,000.00 for a HHA or NA. The conversion fee will be reduced by $200.00 for each 40 hours of weekly services performed while on assignment to the Contractor, however in no event will there be any less than a $6,000.00 conversion fee for any position. The same calculation will be used if Contractor converts a DNA Employee to part-time status. Again, the conversion fee will not be less than $6,000.00.
   A. The conversion fee is payable if Contractor hires the DNA Employee assigned, regardless of the employment classification, on either a permanent, temporary (including temporary assignments through another agency) or consulting basis within six (6) months after the last day of the assignment. Contractor also agrees to pay a conversion fee if the DNA Employee assigned to Contractor is hired by a subsidiary, other related company or any other entity or business as a result of referral of the Employee by Contractor.

9. **COMPLIANCE WITH APPLICABLE LAW**
DNA and Contractor shall comply with the Fair Labor Standards Act, the Occupational Safety and Health Act ("OSHA"), Immigration Reform and Control Act, the Health Insurance Portability and Accountability Act ("HIPAA"), and all other applicable federal, state, and local statutes, laws, ordinances, regulations and standards including, but not limited to, equal employment opportunity, civil rights, anti-discrimination, wage and hour, privacy and Joint Commission, whether as presently enacted or as hereafter amended. Notwithstanding the above, it is agreed that Contractor is primarily responsible for compliance with OSHA and comparable state laws and regulations thereunder, to the extent those laws and regulations apply to Employees assigned to Contractor. This responsibility includes, but is not limited to, required information and training in site-specific protocols, the facility exposure control plan and available personal protective equipment. Contractor will maintain documentation regarding training and related obligations hereunder, and make this documentation available to DNA upon request. Contractor will provide post-exposure evaluation and follow-up in accordance with OSHA standards.

10. **CONFIDENCE OF INFORMATION**
A. Contractor shall keep in confidence all information relating to the methods of operations, trade secrets, business plans, business opportunities, finances, strategic planning and development, research, development, personnel data, recruiting, compensation, billing, and all other confidential knowledge, data and information related to the business and affairs of DNA that may be acquired in furtherance of the relationship contemplated by this Agreement. During and after the term of this Agreement, Contractor shall not, without the prior written consent of DNA, publish, communicate, divulge or disclose any such information.

B. The parties hereto agree to comply with any and all federal or state laws or regulations that have or may become effective during the term of this Agreement, including, but not limited to HIPAA and any amendments, rules and regulations promulgated thereunder. The parties further agree to execute any additional documents that may be required under HIPAA, including, but not limited to, a Business Associates Agreement.

11. **INDEMNIFICATION**
DNA and Contractor shall indemnify, hold harmless, and, upon request, defend the other party and their respective subsidiaries, affiliates, directors, officers, employees, agents and independent contractors, from and against all liens, claims, charges, causes of action of any type, whether in law or equity, liabilities, damages, losses and expenses including, but not limited to, interest, penalties, reasonable attorney's fees and costs of suit, arising out of or in connection with their own acts or omissions, whether in whole or in part, relating to their obligations pursuant to this Agreement.

12. **PROFESSIONAL LIABILITY INSURANCE**
Each party to this Agreement shall obtain, at its own cost, professional liability insurance covering its own act or omissions. Each shall maintain such insurance in amounts not less than Two Million ($2,000,000.00) Dollars per occurrence and Six Million ($6,000,000.00) Dollars annual aggregate.

13. **GENERAL LIABILITY INSURANCE**

Contractor shall maintain accident and general liability insurance covering the premises where DNA Employees will perform services hereunder, as well as any Contractor owned or leased vehicles that DNA Employees may use in the course of their work pursuant to this Agreement. Upon request of DNA, Contractor shall provide a copy of all insurance policies demonstrating compliance with this paragraph.

14. **INDEPENDENT STATUS**

A. In the performance of their respective duties under this Agreement, DNA and Contractor shall remain independent contracting entities, and neither shall be deemed to be the employer or employee of the other for any purpose whatsoever. The relationship between the parties shall at all times be that of independent contractors. No provision of this Agreement is intended to, or shall be construed, to render one party an employee, servant or partner of the other.

B. In the event that the Internal Revenue Service or another government agency questions or challenges the independent contractor status of either DNA or Contractor, both DNA and Contractor, upon receipt by either of them of notice from the Internal Revenue Service or other government agency, shall promptly notify and afford the other party the opportunity to participate in any discussion or negotiation with the Internal Revenue Service or other government agency, irrespective by whom such negotiations were initiated, to the extent permitted by the Internal Revenue Service or other government agencies.

15. **COMMUNICATION WITH STAFF**

Contractor shall not communicate directly with DNA Employees outside of the assignment scope. All communications regarding staff scheduling with DNA Employees, whether written, verbal, or in person, shall be relayed through DNA unless otherwise agreed to in writing by both parties. *See also* paragraph 7.A. hereof.

16. **NO SOLICITATION BY CONTRACTOR**

During the term of this Agreement, Contractor shall not solicit or attempt to solicit, either directly or indirectly, the business or trade of DNA for Contractor's benefit or the benefit of any other person or entity to the exclusion of DNA, nor shall Contractor request or allow anyone to do so on its behalf.

17. **INJUNCTIVE RELIEF**

In addition to all other available remedies in the event of a breach of this Agreement, DNA, as the aggrieved party, shall be entitled to immediate injunctive relief to prevent the irreparable harm which will result in the absence of such relief.

18. **FLOATING POLICIES AND COMPETENCE**

Floating refers to the reassignment of Employees when the Employee's job functions differ from specified requirements. With the express, written permission of DNA, Contractor may float one or more Employees that are within the scope of the Employee's clinical expertise. Joint Commission standards, and to which they have been fully oriented. Contractor shall pay to DNA the agreed upon rate under these circumstances.

19. **ORIENTATION POLICIES**

Contractor will require Employees furnished under this Agreement to review Contractor's fire and disaster, infection control and no-lift policies prior to placement.

20. **SUBCONTRACTING**

DNA, at its sole discretion, may contract with one or more persons or entities for the performance of DNA's services covered by this Agreement, provided the contract shall not relieve DNA of its obligations and liability under this Agreement. Any individual provided under such a subcontracting arrangement shall be deemed an "Employee" solely for purposes of this Agreement.

21. **INCIDENT, ERROR TRACKING SYSTEM**

DNA has a system for reporting, tracking, and documenting unexpected incidents. When any Employee is involved in medication and/or documentation errors, unanticipated deaths, patient incidents, injuries, safety hazards related to the care and services provided, occupational illnesses, or security incidents including incidents of property damage or theft, the Employee and Contractor shall immediately report the incident to DNA, as DNA requires documentation to insure continued patient safety.

22. **ADDITIONAL REPORTING OBLIGATIONS OF CONTRACTOR**

A. Contractor shall also immediately report to DNA any employment-related concerns, problems or issues with any Employee supplied by DNA, including any Employee report made directly to Contractor.

B. If Contractor reasonably believes that any Employee assigned by DNA is incompetent, negligent or has engaged in misconduct, Contractor may require such Employee to leave its premises and shall inform DNA of this action immediately. Contractor's obligation to compensate DNA for the Employee's services shall be limited to the hours actually worked by such Employee; however, any action taken by Contractor in this regard must be based upon a reasonable, good faith belief by Contractor that the Employee must in fact be removed from the premises immediately.

C. Contractor is responsible to determine the adequacy of each Employee's job performance. If Contractor determines that the Employee's performance is unsatisfactory, Contractor will notify DNA of specific deficiencies in writing in circumstances other than those requiring immediate removal from the premises.

23. **ADDITIONAL LIMITATIONS/REQUIREMENTS**

A. Contractor agrees that it will not entrust any Employee with unattended premises, cash, checks, keys, credit cards, merchandise or other valuables without prior, express permission from DNA.

B. Contractor will not request or permit any Employee to use any vehicle, regardless of ownership, in connection with the performance of services for Contractor, without prior, express permission from DNA.

24. **NON-DISCRIMINATION**

Both DNA and Contractor agree that they will abide by all federal, state, and applicable laws regarding the prohibition of discrimination in the provision of services on the basis of race, sex, religion, creed, disability, ancestry, national origin, sexual preference or age.

25. **NO WAIVER**

No course of dealing or failure of either party to strictly enforce any term, right or condition of this Agreement shall be construed as a waiver of such term, right, or condition relating to any subsequent breach.

26. **SURVIVAL OF OBLIGATIONS**

Contractor's obligations under this Agreement which by their nature would continue beyond the termination, cancellation, or expiration of this Agreement, shall survive termination, cancellation or expiration of this Agreement.

27. **NO GENERAL INVALIDITY**

If any of the provisions of this Agreement are judicially declared invalid or unenforceable, such invalidity or unenforceability shall not invalidate or render unenforceable the entire Agreement, and this Agreement shall be construed as if not containing the particular invalid or unenforceable provision or provisions.

28. **DISASTERS AND RELATED EVENTS**

Neither DNA nor Contractor shall be liable for failure to perform hereunder due to contingencies beyond either of their reasonable control including, but not limited to, strikes, riots, war, fire, acts of God or natural disasters, accidents, mechanical failures not caused by the fault or neglect of DNA or Contractor, compliance with any law, regulation, or order of the United States of America or any state, governmental body, or any instrumentality thereof, whether now existing or hereafter created.

29. **ASSIGNMENT/SUCCESSORS AND ASSIGNS**

A. Contractor shall not assign or delegate its rights, duties and obligations under this Agreement, either in whole or in part, or any manner due to or become due hereunder without the prior written consent of DNA, which shall not be unreasonably withheld. Any such assignment without the prior written consent of DNA shall be absolutely invalid. DNA may in its discretion, assign this Agreement in whole or in part to its subsidiaries, or affiliated corporations.

B. This Agreement shall be binding upon any and all successors and assigns of Contractor. In the event of a potential asset, stock or other sale of Contractor, Contractor and/or any or all of its agents and representatives (including, but not limited to brokers) shall have an affirmative duty to notify the potential buyer through the due diligence process or otherwise of the binding nature of this Agreement and that it is binding on all successors and assigns of Contractor. Contractor shall also notify DNA of the pendency of any transaction contemplated herein and shall provide DNA with reasonable notice thereof so that DNA may assert all rights it has under this Agreement, including, but not limited to, those referenced in Sections 29.A., 11 and 17 hereof.

C. To the extent Contractor breaches any part of this Section 29, the indemnification provisions of Section 11 hereof shall be fully enforced by DNA against Contractor. It expressly is understood that liability to DNA shall **not** be limited to booked but unworked shifts.

30. **CHANGES TO AGREEMENT**

Any changes to this Agreement shall be effective only if mutually agreed upon in writing by duly authorized representatives of the parties. This Agreement shall not be modified or supplemented, or any rights, duties or obligations of a party in it waived, except by such a writing.

31. **FINAL AGREEMENT; SURVIVABILITY OF TERMS**

This Agreement represents the entire agreement between the parties. It supersedes and voids all contract terms contained in any earlier agreements between the parties. There are no other oral or written agreements between the parties supplemental or contrary to this Agreement. If any provision hereof shall be held unenforceable, the remaining provisions shall be given full force and effect.

32. **TERM OF AGREEMENT AND TERMINATION**

The term of this Agreement shall be from February 2019 to February 2020, and will automatically renew on an annual basis if not revised by agreement of each party or terminated. Either party may terminate this Agreement for any lawful reason by sending the other written notice of termination at least thirty (30) days before the date of termination. Such termination shall not be a waiver of any right to pursue damages for a pre-existing breach. The parties herein shall deal with each other in good faith during the thirty (30) day period after which any notice of intent to terminate without cause has been given.

4

5

6

7

33.   **NOTICE**

Any notice given pursuant to this Agreement shall be given by personal delivery, prepaid telegram, telecopy, overnight delivery service postage prepaid, registered or certified mail, with return receipt requested, directed to the parties at the following addresses:

**Dedicated Nursing Associates, Inc.:**
6536 William Penn Highway Rt 22
Suite 202
Delmont, Pennsylvania 15626

**Contractor:**
1211 West Market Street
Akron, Ohio 44313

34.   **CHOICE OF LAW/VENUE**

This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania, without reference to any conflicts of law principles thereof. In addition, any claims brought hereunder shall first attempted to be mediated informally by the parties. In the event mediation is unsuccessful, then any litigation brought hereunder must be brought in the Court of Common Pleas of Westmoreland County, Pennsylvania, or the U.S. District Court for the Western District of Pennsylvania, to the extent federal law or federal diversity jurisdiction would apply.

35.   **EXECUTION**

This Agreement is executed by duly authorized officers, employees or agents of the parties on the dates below, and with the intent to be legally bound hereby:

**Dedicated Nursing Associates, Inc.:**

By: _____ Title: _____ Dated: _____

By: _____ Title: VP of Sales   Dated: 2/11/14
[Authorized Representatives]

**Contractor:**

Entity: _____

By: _____ Title: Administrator   Dated: 2/12/14
[Authorized Representative]

[Electronic signature/verification has the same legal significance as writing.]

8

---

<table>
<tr><td colspan="2">Dedicated Nursing Associates, Inc</td><td rowspan="2">DNA</td></tr>
<tr><td colspan="2">Contract Forms</td></tr>
<tr><td colspan="2">DNA Contract Compliance</td><td></td></tr>
<tr><td rowspan="2">Document Title:<br>Joint Commission Compliance Form</td><td></td><td>Document Number:<br>Effective Date: 01/13/2016</td></tr>
<tr><td></td><td>Revision Date:<br>Approved By: D.R./C.W.<br>Page Number:    Page 9 of 9</td></tr>
</table>

9

---

**Exhibit A**

| Per-Diem Rates | Weekday | Weekend |
|---|---|---|
| a. State Tested Nursing Assistant | $29.00/Hr | $32.00/Hr |
| b. Licensed Practical Nurse | $42.00/Hr | $45.00/Hr |
| c. Registered Nurse | $52.00/Hr | $55.00/Hr |

| Contract Assignment Rates | | |
|---|---|---|
| a. State Tested Nursing Assistant | $36.00/Hr | $39.00/Hr |
| b. Licensed Practical Nurse | $49.00/Hr | $52.00/Hr |
| c. Registered Nurse | $59.00/Hr | $62.00/Hr |

\* **Travel/Contract Assignments** are typically (13) thirteen weeks in duration, however never less than (4) four weeks and encompass all costs, e.g. lodging and travel.
**Any new service not listed will be added by an addendum attachment.**

\*\* **Specialty** is considered any unit outside of Long Term Care, Med/Surg, Telemetry. All Registered Nurses that have management functions (floor manager, unit manager, etc) during their assignment will also be considered specialty.

**Weekend Bill Rates**
Contractor agrees to pay the weekend bill rates for the following days and shifts worked:
- Saturday-  7:00 am-3:00 pm
  3:00 pm-11:00 pm
  11:00 pm-7:00 am
- Sunday-  7:00 am-3:00 pm
  3:00 pm-11:00 pm
  11:00 pm-7:00 am

**Holiday Policy**
The following days will be billed at 1 ½ the hourly rate:
- New Year's Eve 3:00 p.m. through New Year's Day
- Martin Luther King Jr. Day
- Easter Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Eve 3:00 p.m. through Christmas Day

10

---

**Training/Orientation**
Contractor agrees to pay for all orientation/training hours.

**Lunch Breaks**
Signed time cards that authorize a paid lunch break will be billed to the Contractor.

**Overtime Policy**
Any hours exceeding 40 hours in single payroll week (Sunday through Saturday) will be billed at time and a half (1 ½).

**Cancellation Policy for Per Diem Personnel**

- Per Diem: Any shift that is cancelled with less than two (2) hours notice will result in a four (4) hour billing charge.

**Cancellation Policy for Travel/Contract Assignment:**

- Travel/Contract Assignments are guaranteed. If cancelled (for any reason), weeks agreed upon will be billed in full. If an employee works part of the assignment, that time and the unworked portion will also be billed. The billed time is not to exceed agreement unless an extension is required and documented. Minimum contract assignments are four (4) weeks.

**Interest:** Any invoice beyond 30 days past due will be charged interest at a rate of 1.5%.

11

## CONTACT CHECKLIST

| Point of Contact | |
|---|---|
| **Administrator:** Name: Lindsay Potrypk | **DON:** Name: |
| E-mail: lpotryak@bouldinghealthcare.com | E-mail: |
| Phone: 330-321-7791 | Phone: |
| **Scheduler/Staffing Coordinator:** Name: | **Other:** |
| E-mail: | |
| Phone: | |

| Type of Facility: | Nursing Home |
|---|---|
| Size/Number of Beds: | 116 |
| Main Need (Discipline): | STNA + LPN |
| Currently Using Agency? | NO |

1 **Who** (ex: OR Nurse, ER Nurse, Med Tech, Telemetry, Nurse Aide etc.) ?

2 **What** (ex: education requirements, clinical requirements, specific years of experience, male or female, height requirements etc.) ?

3 **When** (ex: length of assignment, specific schedule/days, start date etc.) ?

4 **Where** (ex: if multiple locations/wings, where is the help needed) ?

12

## Billing Information

| | | |
|---|---|---|
| **Billing/Invoice** | | |
| **Contact Name:** Lindsay Potryak | **Title:** Administrator | |
| **Phone Number:** 330-321-7791 | **E-mail Address:** lpotryak@bouldenhealthcare.com | |

| | | |
|---|---|---|
| **Corporate Group Affiliation:** Boulder | | |
| **Company Billing Name:** Akron Healthcare LLC | | |
| **Billing Address:** 1011 W Market St. Akron OH 44313 | | |
| **Invoicing Preference:** | (✗) E-mail | ( ) Mail |
| **Payment Preference:** | ( ) ACH  (✗) Check | ( ) Credit Card |
| **OT Rate:** | **Holiday Rate:** | |
| **MSP/VMS fee (if applicable):** | | |
| **Administrative fees (if applicable) & Special billing requirements:** | | |

13

**EXHIBIT 2**

Contingent Staffing Invoice

**DNA**
Dedicated Nursing Associates, Inc

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 149-6013

Akron Healthcare LLC, d/b/a-Highland Square Nursing and Rehab
1011 West Market Street,
Akron , OH 44313

**INVOICE**
Invoice No: 180087
Date 06/14/2019
Page 1

Terms /PO Number
10

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 05/11/19 Sat | 07:00P - 12:00A | Britt, Janine (LPN) | LTC | S2 Regular Weekend | 45.00 | 5.00 | 225.00 |

**Akron Healthcare LLC, d/b/a-Highland Square Nursing and Rehab Subtotal:** 5.00 225.00
**Invoice Total:** 5.00 $225.00

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

Dedicated Nursing Associates, Inc.

**Invoice**

6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

| Date | Invoice # |
|------|-----------|
| 10/1/2019 | 3170i |

| Bill To |
|---------|
| Akron Healthcare LLC |
| 1211 West Market Street |
| Akron, OH 44313 |

| | P.O. No. | Terms | Project |
|--|----------|-------|---------|
| | | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Interest Due on the Following | | |
| 225 | Invoice #160087 | 0.015 | 3.38 |

| | Total | $3.38 |
|--|-------|-------|

**EXHIBIT 3**

Dedicated Nursing Associates, Inc.

**Statement**

6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

| Date |
|------|
| 10/8/2019 |

| To: |
|-----|
| Akron Healthcare LLC |
| 1211 West Market Street |
| Akron, OH 44313 |

| | Amount Due | Amount Enc. |
|--|-----------|-------------|
| | $228.38 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 06/14/2019 | INV #160087. Due 07/14/2019. Orig. Amount $225.00. | 225.00 | 225.00 |
| 10/01/2019 | INV #3170i. Due 10/31/2019. Orig. Amount $3.38. | 3.38 | 228.38 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|---------------------|----------------------|----------------------|------------------------|------------|
| 3.38 | 0.00 | 0.00 | 225.00 | 0.00 | $228.38 |

**EXHIBIT 4**

### MEDICAL STAFFING AGREEMENT

THIS **MEDICAL STAFFING AGREEMENT** ("Agreement"), made this 4th day of March, 2019, between **DEDICATED NURSING ASSOCIATES, INC.** ("DNA"), a Pennsylvania corporation having a place of business at 6536 William Penn Highway Rt. 22, Suite 202, Delmont, Pennsylvania 15626,

A N D

Belle Springs Health and Rehabilitation ("Contractor"), having its principle place of business at 221 North School Street, Bellefontaine, Ohio 43311.

**WHEREAS**, DNA is in the business of providing registered nurses, licensed practical nurses, certified nursing aides, home health aides and other medical professionals ("Employee" or "Employees") with particular skills and experience; and

**WHEREAS**, Contractor is in need of personnel with the skill and experience provided by DNA.

**NOW, THEREFORE**, in consideration of the covenants contained herein and intending to be legally bound, the parties hereby agree as follows:

1. **EMPLOYEES TO BE PROVIDED**
   The Employees to be provided include, but are not limited to, the following: RN's, LPN's, CNA's, HHA's and NA's.

2. **QUALIFICATIONS OF EMPLOYEES**
   DNA will ensure that Employees to be provided shall possess the qualifications required to perform the work for which they are contracted to provide in their particular field of practice. They shall also possess the required qualifications in the areas of education, certification, license, Physical and Mantoux test and criminal clearances, as required.

3. **DNA AS EMPLOYER**
   Contractor shall not be responsible for payment of wages, salaries, and other compensation, fringe benefits, unemployment insurance, workers' compensation, social security, or other payroll taxes for staff provided to Contractor by DNA. Further, DNA shall be the employer of all persons it furnishes to Contractor.

4. **EXPENSES**
   Contractor shall be responsible for all expenses incurred by DNA Employees relating to patient care (by way of example only, gloves) while on assignment to Contractor under this Agreement.

5. **ADMINISTRATIVE LINK**
   For the purpose of facilitating the services contemplated by this Agreement, Contractor and DNA each shall designate an administrative employee to be available for such purpose.

6. **COMPENSATION (TIME RECORDS)**
   Contractor shall compensate DNA for its services in accordance with the schedule set forth in Exhibit "A" hereto, which is incorporated by reference and made part of this Agreement. For the purpose of compensation, DNA shall submit documentation in the form of time records for the services provided to Contractor. Contractor, or its authorized representative, shall be responsible for verifying that the time records are accurate.

7. **SCHEDULING AND SUBSTITUTE STAFF**
   A. Contractor must immediately notify DNA of any changes to the agreed upon staffing schedule for Employees. Contractor is not authorized to accept a schedule change that is only discussed with an Employee and not approved in advance by DNA. If the schedule change results in the Employee working fewer hours than scheduled, failure to give notice to and receive consent from DNA may result in a charge for the originally scheduled hours. If a schedule change results in an Employee working over forty (40) hours in one week for DNA, and if there is no agreement to the contrary, Contractor will be charged the overtime billing rate for any hours that were not approved in advance by DNA for the Employee.

   B. DNA shall use its best efforts to replace regularly scheduled staff that are unavailable on a given day due to an illness or paid time off, or because of an emergency, vacation or holiday; however, DNA cannot guarantee that it can or will provide substitute staff.

8. **HIRING OF EMPLOYEES BY CONTRACTOR AND CONVERSION FEE**
   Contractor may wish to employ directly an Employee who has been supplied by DNA. In the event of such a conversion to the employ of Contractor or to another employer to whom Contractor refers such Employee, Contractor agrees to pay a conversion fee. The conversion fee is $15,000.00 for an RN, $12,000.00 for an LPN, $9,000.00 for a CNA and $9,000.00 for a HHA or NA. The conversion fee will be reduced by $200.00 for each 40 hours of weekly services performed while on assignment to the Contractor, however in no event will there be any less than a $6,000.00 conversion fee for any position. The same calculation will be used if Contractor converts a DNA Employee to part-time status. Again, the conversion fee will not be less than $6,000.00.

   A. The conversion fee is payable if Contractor hires the DNA Employee assigned, regardless of the employment classification, on either a permanent, temporary (including temporary assignments through another agency) or consulting basis within six (6) months after the last day of the assignment. Contractor also agrees to pay a conversion fee if the DNA Employee assigned to Contractor is hired by a subsidiary, other related company or any other entity or business as a result of referral of the Employee by Contractor.

1

2

9. **COMPLIANCE WITH APPLICABLE LAW**
   DNA and Contractor shall comply with the Fair Labor Standards Act, the Occupational Safety and Health Act ("OSHA"), Immigration Reform and Control Act, the Health Insurance Portability and Accountability Act ("HIPAA"), and all other applicable federal, state, and local statutes, laws, ordinances, regulations and standards including, but not limited to, equal employment opportunity, civil rights, anti-discrimination, wage and hour, privacy and Joint Commission, whether as presently enacted or as hereafter amended. Notwithstanding the above, it is agreed that Contractor is primarily responsible for compliance with OSHA and comparable state laws and regulations thereunder, to the extent those laws and regulations apply to Employees assigned to Contractor. This responsibility includes, but is not limited to, required information and training in site-specific protocols, the facility exposure control plan and available personal protective equipment. Contractor will maintain documentation regarding training and related obligations hereunder, and make this documentation available to DNA upon request. Contractor will provide post-exposure evaluation and follow-up in accordance with OSHA standards.

10. **CONFIDENCE OF INFORMATION**
    A. Contractor shall keep in confidence all information relating to the methods of operations, trade secrets, business plans, business opportunities, finances, strategic planning and development, research, development, personnel data, recruiting, compensation, billing, and all other confidential knowledge, data and information related to the business and affairs of DNA that may be acquired in furtherance of the relationship contemplated by this Agreement. During and after the term of this Agreement, Contractor shall not, without the prior written consent of DNA, publish, communicate, divulge or disclose any such information.

    B. The parties hereto agree to comply with any and all federal or state laws or regulations that have or may become effective during the term of this Agreement, including, but not limited to HIPAA and any amendments, rules and regulations promulgated thereunder. The parties further agree to execute any additional documents that may be required under HIPAA, including, but not limited to, a Business Associates Agreement.

11. **INDEMNIFICATION**
    DNA and Contractor shall indemnify, hold harmless, and, upon request, defend the other party and their respective subsidiaries, affiliates, directors, officers, employees, agents and independent contractors, from and against all liens, claims, charges, causes of action of any type, whether in law or equity, liabilities, damages, losses and expenses including, but not limited to, interest, penalties, reasonable attorney's fees and costs of suit, arising out of or in connection with their own acts or omissions, whether in whole or in part, relating to their obligations pursuant to this Agreement.

12. **PROFESSIONAL LIABILITY INSURANCE**
    Each party to this Agreement shall obtain, at its own cost, professional liability insurance covering its own act or omissions. Each shall maintain such insurance in amounts not less than Two Million ($2,000,000.00) Dollars per occurrence and Six Million ($6,000,000.00) Dollars annual aggregate.

13. **GENERAL LIABILITY INSURANCE**
    Contractor shall maintain accident and general liability insurance covering the premises where DNA Employees may perform services hereunder, as well as any Contractor owned or leased vehicles that DNA Employees may use in the course of their work pursuant to this Agreement. Upon request of DNA, Contractor shall provide a copy of all insurance policies demonstrating compliance with this paragraph.

14. **INDEPENDENT STATUS**
    A. In the performance of their respective duties under this Agreement, DNA and Contractor shall remain independent contracting entities, and neither shall be deemed to be the employer or employee of the other for any purpose whatsoever. The relationship between the parties shall at all times be that of independent contractors. No provision of this Agreement is intended to, or shall be construed, to render one party an employee, servant or partner of the other.

    B. In the event that the Internal Revenue Service or another government agency questions or challenges the independent contractor status of either DNA or Contractor, both DNA and Contractor, upon receipt by either of them of notice from the Internal Revenue Service or other government agency, shall promptly notify and afford the other party the opportunity to participate in any discussion or negotiation with the Internal Revenue Service or other government agency, irrespective by whom such negotiations were initiated, to the extent permitted by the Internal Revenue Service or other government agencies.

15. **COMMUNICATION WITH STAFF**
    Contractor shall not communicate directly with DNA Employees outside of the assignment scope. All communications regarding staff scheduling with DNA Employees, whether written, verbal, or in person, shall be relayed through DNA unless otherwise agreed to in writing by both parties. *See also* paragraph 7.A. hereof.

16. **NO SOLICITATION BY CONTRACTOR**
    During the term of this Agreement, Contractor shall not solicit or attempt to solicit, either directly or indirectly, the business or trade of DNA for Contractor's benefit or the benefit of any other person or entity to the exclusion of DNA, nor shall Contractor request or allow anyone to do so on its behalf.

17. **INJUNCTIVE RELIEF**
    In addition to all other available remedies in the event of a breach of this Agreement, DNA, as the aggrieved party, shall be entitled to immediate injunctive relief to prevent the irreparable harm which will result in the absence of such relief.

3

4

18. **FLOATING POLICIES AND COMPETENCE**

Floating refers to the reassignment of Employees, where the Employee's job functions differ from specified requirements. With the express, written permission of DNA, Contractor may float one or more Employees that are within the scope of the Employee's clinical expertise, Joint Commission standards, and to which they have been fully oriented. Contractor shall pay to DNA the agreed upon rate under these circumstances.

19. **ORIENTATION POLICIES**

Contractor will require Employees furnished under this Agreement to review Contractor's fire and disaster, infection control and no-lift policies prior to placement.

20. **SUBCONTRACTING**

DNA, at its sole discretion, may contract with one or more persons or entities for the performance of DNA's services covered by this Agreement, provided the contract shall not relieve DNA of its obligations and liability under this Agreement. Any individual provided under such a subcontracting arrangement shall be deemed an "Employee" solely for purposes of this Agreement.

21. **INCIDENT, ERROR TRACKING SYSTEM**

DNA has a system for reporting, tracking, and documenting unexpected incidents. When any Employee is involved in medication and/or documentation errors, unanticipated deaths, patient incidents, injuries, safety hazards related to the care and services provided, occupational illnesses, or security incidents including incidents of property damage or theft, the Employee and Contractor shall immediately report the incident to DNA, as DNA requires documentation to insure continued patient safety.

22. **ADDITIONAL REPORTING OBLIGATIONS OF CONTRACTOR**

A. Contractor shall also immediately report to DNA any employment-related concerns, problems or issues with any Employee supplied by DNA, including any Employee report made directly to Contractor.

B. If Contractor reasonably believes that any Employee assigned by DNA is incompetent, negligent or has engaged in misconduct, Contractor may require such Employee to leave its premises and shall inform DNA of this action immediately. Contractor's obligation to compensate DNA for the Employee's services shall be limited to the hours actually worked by such Employee; however, any action taken by Contractor in this regard must be based upon a reasonable, good faith belief by Contractor that the Employee must in fact be removed from the premises immediately.

C. Contractor is responsible to determine the adequacy of each Employee's job performance. If Contractor determines that the Employee's performance is unsatisfactory, Contractor will notify DNA of specific deficiencies in writing in circumstances other than those requiring immediate removal from the premises.

23. **ADDITIONAL LIMITATIONS/REQUIREMENTS**

A. Contractor agrees that it will not entrust any Employee with unattended premises, cash, checks, keys, credit cards, merchandise or other valuables without prior, express permission from DNA.

B. Contractor will not request or permit any Employee to use any vehicle, regardless of ownership, in connection with the performance of services for Contractor, without prior, express permission from DNA.

24. **NON-DISCRIMINATION**

Both DNA and Contractor agree that they will abide by all federal, state, and applicable laws regarding the prohibition of discrimination in the provision of services on the basis of race, sex, religion, creed, disability, ancestry, national origin, sexual preference or age.

25. **NO WAIVER**

No course of dealing or failure of either party to strictly enforce any term, right or condition of this Agreement shall be construed as a waiver of such term, right, or condition relating to any subsequent breach.

26. **SURVIVAL OF OBLIGATIONS**

Contractor's obligations under this Agreement which by their nature would continue beyond the termination, cancellation, or expiration of this Agreement, shall survive termination, cancellation or expiration of the Agreement.

27. **NO GENERAL INVALIDITY**

If any of the provisions of this Agreement are judicially declared invalid or unenforceable, such invalidity or unenforceability shall not invalidate or render unenforceable the entire Agreement, and this Agreement shall be construed as if not containing the particular invalid or unenforceable provision or provisions.

28. **DISASTERS AND RELATED EVENTS**

Neither DNA nor Contractor shall be liable for failure to perform hereunder due to contingencies beyond either of their reasonable control including, but not limited to, strikes, riots, war, fire, acts of God or natural disasters, accidents, mechanical failures not caused by the fault or neglect of DNA or Contractor, compliance with any law, regulation, or order of the United States of America or any state, governmental body, or any instrumentality thereof, whether now existing or hereafter created.

29. **ASSIGNMENT/SUCCESSORS AND ASSIGNS**

A. Contractor shall not assign or delegate its rights, duties and obligations under this Agreement, either in whole or in part, or any monies due or to become due hereunder without the prior written consent of DNA, which shall not be unreasonably withheld. Any such assignment without the prior written consent of DNA shall be absolutely invalid. DNA may in its discretion, assign this Agreement in whole or in part to its subsidiaries, or affiliated corporations.

5

8

B. This Agreement shall be binding upon any and all successors and assigns of Contractor. In the event of a potential asset, stock or other sale of Contractor, Contractor and/or any or all of its agents and representatives (including, but not limited to brokers) shall have an affirmative duty to notify the potential buyer through the due diligence process or otherwise of the binding nature of this Agreement and that it is binding on all successors and assigns of Contractor. Contractor shall also notify DNA of the pendency of any transaction contemplated herein and shall provide DNA with reasonable notice thereof so that DNA may assert all rights it has under this Agreement, including, but not limited to, those referenced in Sections 29.A., 11 and 17 hereof.

C. To the extent Contractor breaches any part of this Section 29, the Indemnification provisions of Section 11 hereof shall be fully enforced by DNA against Contractor. It expressly is understood that liability to DNA shall not be limited to booked but unworked shifts.

30. **CHANGES TO AGREEMENT**

Any changes to this Agreement shall be effective only if mutually agreed upon in writing by duly authorized representatives of the parties. This Agreement shall not be modified or supplemented, or any rights, duties or obligations of a party is waived, except by such a writing.

31. **FINAL AGREEMENT: SURVIVABILITY OF TERMS**

This Agreement represents the entire agreement between the parties. It supersedes and voids all contract terms contained in any earlier agreements between the parties. There are no other oral or written agreements between the parties supplemental or contrary to this Agreement. If any provision hereof shall be held unenforceable, the remaining provisions shall be given full force and effect.

32. **TERM OF AGREEMENT AND TERMINATION**

The term of this Agreement shall be from March 2019 to March 2020, and will automatically renew on an annual basis if not revised by agreement of each party or terminated. Either party may terminate this Agreement for any lawful reason by sending the other written notice of termination at least thirty (30) days before the date of termination. Such termination shall not be a waiver of any right to pursue damages for a pre-existing breach. The parties herein shall deal with each other in good faith during the thirty (30) day period after which any notice of intent to terminate without cause has been given.

33. **NOTICE**

Any notice given pursuant to this Agreement shall be given by personal delivery, prepaid telegram, telecopy, overnight delivery service postage prepaid, registered or certified mail, with return receipt requested, directed to the parties at the following addresses:

**Dedicated Nursing Associates, Inc.:**
6536 William Penn Highway Rt 22
Suite 202
Delmont, Pennsylvania 15626

**Contractor:**
221 North School Street
Bellefontaine, Ohio 43311

34. **CHOICE OF LAW/VENUE**

This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania, without reference to any conflicts of law principles thereof. In addition, any claims brought hereunder shall first attempted to be mediated informally by the parties. In the event mediation is unsuccessful, then any litigation brought hereunder must be brought in the Court of Common Pleas of Westmoreland County, Pennsylvania, or the U.S. District Court for the Western District of Pennsylvania, to the extent federal law or federal diversity jurisdiction would apply.

35. **EXECUTION**

This Agreement is executed by duly authorized officers, employees or agents of the parties on the dates below, and with the intent to be legally bound hereby:

**Dedicated Nursing Associates, Inc.:**

By: _Juliette Rusinko_   Title: Account Representative  Dated: _5/9/2019_

By: _Tom Brown_   Title: Contract Administrator  Dated: _5/9/2019_
[Authorized Representatives]

**Contractor:**

Entity: _Belle Springs Housing + Rehab_

By: _____   Title: _Administrator_   Dated: _4-19-04_
                                                    _5-8-19_
[Authorized Representative]

[Electronic signature/verification has the same legal significance as writing].

7

8

**Dedicated Nursing Associates, Inc**

| Contract Forms | | DNA |
|---|---|---|
| DNA Contract Compliance | | *Dedicated Nursing Associates, Inc* |
| | | |
| Document Title: | Document Number: | |
| Joint Commission Compliance Form | Effective Date: 01/13/2016 | |
| | Revision Date: | |
| | Approved By: D.R./C.W. | |
| | Page Number:   Page 9 of 9 | |

Dedicated Nursing Associates, Inc. (DNA), as a Joint Commission certified organization, we encourage our clients to:

- Provide an orientation and training program to each health care professional at the time of hire
- Evaluate the competency of the health care professional at the time of orientation and periodically thereafter
- Agree to provide DNA with verbal or written performance feedback after the employee has completed a client based orientation.
- Agree to report any incident involving a risk to patient safety and quality of care and security incident involving an employee of DNA that includes errors injuries and safety hazards as defined in the Joint Commission Standards for Sentinel Events.
- DNA acknowledges, as a Joint Commission certified organization, notice to the public and employees that concerns about patient care and safety within the client's organization are to be brought to the attention of the client's management personnel. When issues are not addressed, these individuals are encouraged to contact the Joint Commission.
- Staff members that are provided by DNA are our employees that are contracted to work through the agency.
- Reassignment of staff (floating) into to areas of practice within their clinical competence.
- We discourage any personnel give due to the relationship with DNA (i.e. a conflict of interest)

Any client of Dedicated Nursing Associates, Inc. is encouraged to report a complaint or concern to the Joint Commission within 14 calendar days of the event(s) giving rise to the complaint. You may contact the Joint Commission by:

Below:   http://www.jointcommission.org/GeneralPublic/Complaint/
Mail:   Office of Quality Monitoring
The Joint Commission
One Renaissance Boulevard
Oakbrook Terrace, IL 60181

*[signature]* 4-19 CH 5/8/19

*[signatures]*  5/9/2019

---

**Exhibit A**

| Per-Diem Rates | Weekday | Weekend |
|---|---|---|
| a. State Tested Nursing Assistant | $29.00/Hr | $30.00/Hr |
| b. Licensed Practical Nurse | $42.00/Hr | $43.00/Hr |
| c. Registered Nurse | $53.00/Hr | $54.00/Hr |
| | | |
| **Contract Assignment Rates** | | |
| | | |
| a. State Tested Nursing Assistant | $36.00/Hr | $37.00/Hr |
| b. Licensed Practical Nurse | $49.00/Hr | $50.00/Hr |
| c. Registered Nurse | $59.00/Hr | $61.00/Hr |

* Travel/Contract Assignments are typically (13) thirteen weeks in duration, however never less than (4) four weeks and encompass all costs, e.g. lodging and travel. Any new service not listed will be added by an addendum attachment.

** Specialty is considered any unit outside of Long Term Care, Med/Surg, Telemetry. All Registered Nurses that have management functions (floor manager, unit manager, etc) during their assignment will also be considered specialty.

**Weekend Bill Rates**
Contractor agrees to pay the weekend bill rates for the following days and shifts worked:
- Saturday-   7:00 am-3:00 pm
3:00 pm-11:00 pm
11:00 pm-7:00 am
- Sunday-   7:00 am-3:00 pm
3:00 pm-11:00 pm
11:00 pm-7:00 am

**Holiday Policy**
The following days will be billed at 1 ½ the hourly rate:
- New Year's Eve 3:00 p.m. through New Year's Day
- Martin Luther King Jr. Day
- Easter Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Eve 3:00 p.m. through Christmas Day

---

**Training/Orientation**
Contractor agrees to pay for all orientation/training hours.

**Lunch Breaks**
Signed time cards that authorize a paid lunch break will be billed to the Contractor.

**Overtime Policy**
Any hours exceeding 40 hours in single payroll week (Sunday through Saturday) will be billed at time and a half (1 ½).

**Cancellation Policy for Per Diem Personnel**

- Per Diem: Any shift that is cancelled with less than two (2) hours notice will result in a four (4) hour billing charge.

**Cancellation Policy for Travel/Contract Assignment:**

- Travel/Contract Assignments are guaranteed. If cancelled (for any reason), weeks agreed upon will be billed in full. If an employee works part of the assignment, that time and the unworked portion will also be billed. The billed time is not to exceed agreement unless an extension is required and documented. Minimum contract assignments are four (4) weeks.

**Interest:** Any invoice beyond 30 days past due will be charged interest at a rate of 1.5%.

---

## CONTACT CHECKLIST

| Point of Contact | |
|---|---|
| **Administrator:**  Name: Chuck Helmandollar | **DON:**  Name: Tracy Daniels |
| E-mail: Chelmendollar@boulderhealthcare.com | E-mail: Tdaniels@boulderhealthcare.com |
| Phone: 937-599-5123 | Phone: |
| **Scheduler/Staffing Coordinator:**  Name: ? | **Corporate Point of Contact:**  Name: |
| E-mail: | Email: |
| Phone: | Phone: |

| Type of Facility: | SNF |
|---|---|
| Size/Number of Beds: | 99 |
| Main Need (Discipline): | |
| Currently Using Agency? | yes |

1 Who (ex: OR Nurse, ER Nurse, Med Tech, Telemetry, Nurse Aide etc.) ?
Nurse - RN, LPN     STNA

2 What (ex: education requirements, clinical requirements, specific years of experience, male or female, height requirements etc.) ?
Active CPR, LTC experience-acute care, w/ YOU or MST

3 When (ex: length of assignment, specific schedule/days, start date etc.) ?
Open

4 Where (ex: if multiple locations/wings, where is the help needed) ?
facility wide

## Billing Information

| Billing/Invoice | |
|---|---|
| **Contact Name:** Joyce Martin | **Title:** Business Office Mgr |
| **Phone Number:** 937-599-5723 | **E-mail Address:** jmartin@buckbch.(_)(_)com |

| |
|---|
| **Corporate Group Affiliation:** Hillspire / BoulderHSmith CCR (?) |
| **Company Billing Name:** Belle Springs Nursing + Rehab |
| **Billing Address:** 221 North School St Bellefontaine OH 43311 |
| **Invoicing Preference:**   ( ) E-mail        ( ✓ ) Mail |
| **Payment Preference:**   ( ) ACH   ( ✓ ) Check   ( ) Credit Card |
| **OT Rate:**                                    **Holiday Rate:** |
| **MSP/VMS fee (if applicable):** |
| **Administrative fees (if applicable) & Special billing requirements:** |

**EXHIBIT 5**

---

**DNA**
*Dedicated Nursing Associates Inc*

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder - Belle Springs Health and Rehabilitation
221 North School Street
Bellefontaine, OH 43311

**INVOICE**
Invoice No. 15396(
Date 06/14/2019
Page 1

| | | | Terms | PO Number |
|---|---|---|---|---|
| | | | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/04/19 Tue | 06:30A - 06:45P | Davis, Keiana (LPN) | LTC | S4 Regular | 42.00 | 11.75 | 493.50 |

**Boulder - Belle Springs Health and Rehabilitation Subtotal:** 11.75   493.50

**Invoice Total:** 11.75   $493.50

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
*Thank You For Allowing Us the Privilege of Serving You!*
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

**DNA**
*Dedicated Nursing Associates Inc*

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Belle Springs Health and Rehabilitation Contract
221 North School Street
Bellefontaine, OH 43311

**INVOICE**
Invoice No. 15584?
Date 06/14/2019
Page 1

| | | | Terms | PO Number |
|---|---|---|---|---|
| | | | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/02/19 Sun | 07:00P - 07:00A | Anderson, Annabeth (STNA) | LTC | S3 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 06/05/19 Wed | 07:00P - 07:00A | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/07/19 Fri | 07:00P - 07:00A | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/02/19 Sun | 07:00A - 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 06/04/19 Tue | 07:00A - 07:00P | Buchenroth, Tarma (STNA) | LTC | S4 Regular | 36.00 | 12.00 | 432.00 |
| 06/05/19 Wed | 07:00A - 07:00P | Buchenroth, Tarma (STNA) | LTC | S1 Regular | 36.00 | 12.00 | 432.00 |
| 06/08/19 Sat | 07:00A - 07:00P | Buchenroth, Tarma (STNA) | LTC | S4 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 06/02/19 Sun | 06:45P - 07:15A | eneh, onyedika (STNA) | LTC | S3 Regular Weekend | 37.00 | 12.50 | 462.50 |
| 06/05/19 Wed | 06:45P - 07:30A | eneh, onyedika (STNA) | LTC | S1 Regular | 36.00 | 12.75 | 459.00 |
| 06/07/19 Fri | 07:00P - 07:15A | eneh, onyedika (STNA) | LTC | S1 Regular | 36.00 | 12.25 | 441.00 |
| 03/08/19 Sat | 06:45P - 07:15A | eneh, onyedika (STNA) | LTC | S1 Regular Weekend | 37.00 | 2.50 | 92.50 |
| | | | | S1 Overtime Weekend | 55.50 | 9.50 | 527.25 |
| 06/05/19 Wed | 06:30A - 07:15P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 12.25 | 600.25 |
| 06/04/19 Tue | 06:45P - 07:15A | Nwoye, Emmanuel (STNA) | LTC | S1 Regular | 36.00 | 12.00 | 432.00 |
| 06/06/19 Thu | 06:45P - 07:15A | Nwoye, Emmanuel (STNA) | LTC | S1 Regular | 36.00 | 4.00 | 144.00 |
| | | | | S1 Regular | 36.00 | 8.00 | 288.00 |
| 06/07/19 Fri | 06:45P - 07:15A | Nwoye, Emmanuel (STNA) | LTC | S1 Regular | 36.00 | 12.00 | 432.00 |
| 06/08/19 Sat | 06:45P - 07:15A | Nwoye, Emmanuel (STNA) | LTC | S1 Regular Weekend | 37.00 | 4.00 | 148.00 |
| | | | | S1 Overtime Weekend | 59.50 | 8.00 | 444.00 |
| 06/02/19 Sun | 07:00P - 07:00A | Redman, Chardana (STNA) | LTC | S3 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 06/03/19 Mon | 09:00P - 07:00A | Redman, Chardana (STNA) | LTC | S3 Regular | 36.00 | 10.00 | 360.00 |
| 06/04/19 Tue | 07:00P - 07:00A | Redman, Chardana (STNA) | LTC | S3 Regular | 36.00 | 12.00 | 432.00 |
| 06/06/19 Thu | 07:00P - 07:00A | Redman, Chardana (STNA) | LTC | S3 Regular | 36.00 | 6.50 | 234.00 |
| | | | | S3 Overtime | 54.00 | 5.00 | 270.00 |
| 06/03/19 Mon | 07:00P - 07:00A | Rockard, Amaris (STNA) | LTC | S1 Regular | 36.00 | 12.00 | 432.00 |
| 06/05/19 Wed | 07:00P - 07:00A | Rockard, Amaris (STNA) | LTC | S1 Regular | 36.00 | 12.00 | 432.00 |
| 06/06/19 Thu | 07:00P - 07:00A | Rockard, Amaris (STNA) | LTC | S1 Regular | 36.00 | 12.00 | 432.00 |

**Belle Springs Health and Rehabilitation Contract Subtotal:** 272.75  10,475.00

**Invoice Total:** 272.75  $10,475.00

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
*Thank You For Allowing Us the Privilege of Serving You!*
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Belle Springs Health and Rehabilitation Contract
221 North School Street
Bellefontaine , OH 43311

**INVOICE**
Invoice No. 160361
Date 06/13/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/11/19 Tue | 07:00P – 07:00A | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/12/19 Wed | 07:00P – 07:00A | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 5.50 | 198.00 |
| | | | | S1 Regular | 36.00 | 6.00 | 216.00 |
| 06/13/19 Thu | 07:00P – 07:00A | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/15/19 Sat | 07:00P – 07:00A | Anderson, Annabeth (STNA) | LTC | S1 Regular Weekend | 37.00 | 5.50 | 203.50 |
| | | | | S1 Overtime Weekend | 55.50 | 6.00 | 333.00 |
| 06/03/19 Mon | 07:30A – 07:15P | Banks, Cassandra (STNA) | LTC | S1 Regular | 36.00 | 11.25 | 405.00 |
| 06/04/19 Tue | 07:00A – 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular | 36.00 | 11.00 | 396.00 |
| 06/13/19 Thu | 07:00A – 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/14/19 Fri | 07:00A – 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/15/19 Sat | 07:15A – 07:15P | Banks, Cassandra (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 06/09/19 Sun | 07:00P – 07:00P | Buchenroth, Taima (STNA) | LTC | S4 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 06/11/19 Thu | 07:00A – 03:00P | Buchenroth, Taima (STNA) | LTC | S3 Regular | 36.00 | 7.50 | 270.00 |
| 06/14/19 Fri | 07:00A – 07:00P | Buchenroth, Taima (STNA) | LTC | S1 Regular | 36.00 | 7.50 | 270.00 |
| 06/17/19 Mon | 07:00P – 07:00A | eneh, onyedika (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/14/19 Fri | 06:45P – 07:15A | eneh, onyedika (STNA) | LTC | S1 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 06/10/19 Mon | 06:30A – 07:15P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 12.50 | 612.50 |
| 06/12/19 Wed | 06:30A – 09:30P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 14.50 | 710.50 |
| 06/13/19 Thu | 11:00A – 07:00P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 7.50 | 367.50 |
| 06/15/19 Sat | 06:30A – 07:45P | Leffel, Heather (LPN) | LTC | S1 Regular Weekend | 50.00 | 5.50 | 275.00 |
| | | | | S1 Overtime Weekend | 75.00 | 7.25 | 543.75 |
| 06/16/19 Mon | 06:45P – 07:15A | Nwoye, Emmanuel (STNA) | LTC | S1 Regular | 36.00 | 12.00 | 432.00 |
| 06/12/19 Wed | 06:45P – 07:15A | Nwoye, Emmanuel (STNA) | LTC | S1 Regular | 36.00 | 12.00 | 432.00 |
| 06/15/19 Sat | 06:45P – 07:15A | Nwoye, Emmanuel (STNA) | LTC | S1 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 06/11/19 Tue | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/15/19 Sat | 06:30P – 07:00A | Rhinehart, Letitia (LPN) | LTC | S1 Regular Weekend | 50.00 | 12.00 | 600.00 |
| 06/12/19 Wed | 07:00P – 07:00A | Rockard, Amaris (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/14/19 Fri | 07:00P – 07:00A | Rockard, Amaris (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |

**Belle Springs Health and Rehabilitation Contract Subtotal: 298.00 11,873.75**

Invoice Total: 298.00 11,873.75

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

Invoice No. 160764
Date 06/28/2019
Page 2

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/21/19 Fri | 07:00P – 07:00A | Rockard, Amaris (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |

**Belle Springs Health and Rehabilitation Contract Subtotal: 322.00 13,956.63**

Invoice Total: 322.00 13,956.63

---



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Belle Springs Health and Rehabilitation Contract
221 North School Street
Bellefontaine , OH 43311

**INVOICE**
Invoice No. 160764
Date 06/28/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/19/19 Wed | 07:00P – 07:00A | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 12.00 | 432.00 |
| 06/20/19 Thu | 07:00P – 07:00A | Banks, Cassandra (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/19/19 Wed | 07:00A – 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular | 36.00 | 11.25 | 405.00 |
| 06/22/19 Sat | 07:00A – 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 06/19/19 Wed | 07:00A – 07:00P | Buchenroth, Taima (STNA) | LTC | S4 Regular | 36.00 | 11.50 | 414.00 |
| 06/19/19 Wed | 07:00A – 07:00P | Buchenroth, Taima (STNA) | LTC | S4 Regular | 36.00 | 11.50 | 414.00 |
| 06/22/19 Sat | 07:00A – 07:00P | Buchenroth, Taima (STNA) | LTC | S4 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 06/16/19 Sun | 07:00P – 07:00A | eneh, onyedika (STNA) | LTC | S1 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 06/19/19 Wed | 07:00P – 07:00A | eneh, onyedika (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/20/19 Thu | 07:00P – 07:00A | eneh, onyedika (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/07/19 Fri | 06:30A – 07:00P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 12.00 | 588.00 |
| | | Note 36 hours guaranteed as per contracted. JC | | | | | |
| 06/08/19 Sat | 06:30A – 06:45P | Leffel, Heather (LPN) | LTC | S1 Regular Weekend | 50.00 | 11.75 | 587.50 |
| | | Note 36 hours guaranteed as per contracted. JC | | | | | |
| 06/16/19 Sun | 06:30A – 07:15P | Leffel, Heather (LPN) | LTC | S1 Regular Weekend | 50.00 | 12.25 | 612.50 |
| 06/17/19 Mon | 06:30A – 07:00P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 12.00 | 588.00 |
| 06/19/19 Wed | 06:30A – 08:00P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 13.00 | 637.00 |
| 06/20/19 Thu | 06:30A – 09:30P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 2.75 | 134.75 |
| | | | | S1 Overtime | 73.50 | 9.25 | 679.88 |
| 06/22/19 Sat | 06:30A – 11:30P | Leffel, Heather (LPN) | LTC | S1 Overtime Weekend | 75.00 | 16.50 | 1,237.50 |
| 06/16/19 Sun | 06:45P – 07:15A | Nwoye, Emmanuel (STNA) | LTC | S1 Regular | 37.00 | 12.00 | 444.00 |
| 06/20/19 Thu | 07:00P – 07:00A | Nwoye, Emmanuel (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/21/19 Fri | 07:00P – 07:00A | Nwoye, Emmanuel (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/18/19 Tue | 07:00P – 08:00A | Redman, Chardana (STNA) | LTC | S1 Regular | 36.00 | 12.50 | 450.00 |
| 06/22/19 Sat | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 06/11/19 Tue | 07:00P – 07:00A | Rhinehart, Letitia (LPN) | LTC | S1 Regular | 49.00 | 12.00 | 588.00 |
| 06/21/19 Fri | 07:00P – 07:45A | Rhinehart, Letitia (LPN) | LTC | S1 Regular | 50.00 | 11.25 | 562.50 |
| 06/22/19 Sat | 07:00P – 07:45A | Rhinehart, Letitia (LPN) | LTC | S1 Regular | 50.00 | 11.25 | 562.50 |
| 06/19/19 Wed | 07:00P – 07:00A | Rockard, Amaris (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

**DNA**

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Belle Springs Health and Rehabilitation Contract
221 North School Street
Bellefontaine , OH 43311

**INVOICE**
Invoice No. 161029
Date 07/05/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/16/19 Sun | 07:00P – 07:00A | Anderson, Annabeth (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 06/25/19 Tue | 07:00P – 07:00A | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/26/19 Wed | 07:00P – 07:00A | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/29/19 Sat | 07:00P – 07:00A | Anderson, Annabeth (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 06/22/19 Sat | 07:00A – 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 06/27/19 Thu | 07:00A – 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/25/19 Tue | 08:15A – 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular | 36.00 | 10.25 | 369.00 |
| 06/27/19 Thu | 07:00A – 07:00P | Buchenroth, Taima (STNA) | LTC | S4 Regular | 36.00 | 11.50 | 414.00 |
| 06/28/19 Fri | 07:00A – 07:00P | Buchenroth, Taima (STNA) | LTC | S4 Regular | 36.00 | 11.50 | 414.00 |
| 06/24/19 Mon | 06:15P – 07:00A | Cole, Shalitta (STNA) | LTC | S2 Regular | 49.00 | 13.25 | 649.25 |
| 06/25/19 Tue | 06:15P – 08:00A | Cole, Shalitta (STNA) | LTC | S1 Regular | 49.00 | 13.25 | 649.25 |
| 06/26/19 Wed | 07:00P – 07:30A | Cole, Shalitta (STNA) | LTC | S2 Regular Weekend | 50.00 | 13.50 | 675.00 |
| 06/26/19 Wed | 06:30A – 07:30P | Krystek, Linda (RN) | LTC | S1 Regular | 59.00 | 12.50 | 737.50 |
| 06/23/19 Sun | 11:15A – 06:30P | Leffel, Heather (LPN) | LTC | S1 Regular Weekend | 50.00 | 6.75 | 337.50 |
| 06/24/19 Mon | 06:15A – 07:00P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 13.25 | 649.25 |
| 06/26/19 Wed | 06:30A – 07:30P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 12.50 | 612.50 |
| 06/27/19 Thu | 06:30A – 07:30P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 12.50 | 612.50 |
| | | | | S1 Overtime | 73.50 | 5.00 | 367.50 |
| 06/21/19 Sat | 06:30A – 06:30P | Leffel, Heather (LPN) | LTC | S1 Overtime Weekend | 75.00 | 11.50 | 862.50 |
| 06/24/19 Mon | 07:00P – 07:00A | Nwoye, Emmanuel (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 06/26/19 Wed | 07:00P – 07:00A | Nwoye, Emmanuel (STNA) | LTC | S1 Regular Weekend | 37.00 | 13.25 | 490.25 |
| 06/23/19 Sun | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 06/24/19 Mon | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 12.00 | 432.00 |
| 06/25/19 Tue | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S3 Regular | 36.00 | 12.00 | 432.00 |
| | | | | S5 Overtime Weekend | 55.50 | 8.00 | 444.00 |
| 06/26/19 Wed | 07:00P – 07:00A | Rockard, Amaris (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

## Top-left invoice (Page 2)

Invoice No 161295
Date 17/05/2019
Page 2

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept | Desc | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/28/19 Fri | 07:00P - 07:00A | Rookard, Amaris (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| | | **Belle Springs Health and Rehabilitation Contract Subtotal:** | | | **328.00** | **14,031.25** | |
| | | | | | **Invoice Total:** | **328.00** | **$14,031.25** |

## Top-right invoice



**Dedicated Nursing Associates, Inc**
5636 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Belle Springs Health and Rehabilitation Contract
221 North School Street
Bellefontaine, OH 43311

### INVOICE
Invoice No 161528
Date 07/12/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept | Desc | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/03/19 Wed | 07:00P - 07:00A | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 5.00 | 180.00 |
| | | | | S1 Regular Holiday | 54.00 | 6.50 | 351.00 |
| 07/05/19 Fri | 07:00P - 07:00A | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 07/06/19 Sat | 07:00P - 07:00A | Anderson, Annabeth (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 07/02/19 Tue | 07:00A - 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 07/03/19 Wed | 07:15A - 07:30P | Banks, Cassandra (STNA) | LTC | S1 Regular | 36.00 | 11.25 | 405.00 |
| 07/02/19 Tue | 07:00A - 07:00P | Buchanroth, Taima (STNA) | LTC | S4 Regular | 36.00 | 11.50 | 414.00 |
| 07/01/19 Mon | 06:15P - 07:30A | Cole, Shalitta (LPN) | LTC | S2 Regular | 49.00 | 13.25 | 649.25 |
| 07/02/19 Tue | 06:30P - 07:15A | Cole, Shalitta (LPN) | LTC | S2 Regular | 49.00 | 13.25 | 649.25 |
| 07/04/19 Thu | 06:30P - 08:00A | Cole, Shalitta (LPN) | LTC | S2 Regular | 49.00 | 8.00 | 392.00 |
| | | | | S2 Regular Holiday | 73.50 | 5.50 | 404.25 |
| 06/30/19 Sun | 06:30A - 06:30P | Davis, Keiana (LPN) | LTC | S4 Regular Weekend | 50.00 | 11.50 | 575.00 |
| 06/30/19 Sun | 07:00P - 07:00A | eneh, Onyedika (STNA) | LTC | S1 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 07/01/19 Wed | 02:30P - 07:00P | Hearock, Samantha (STNA) | LTC | S1 Regular | 36.00 | 11.75 | 423.00 |
| 07/03/19 Wed | 07:00A - 07:00P | Hearock, Samantha (STNA) | LTC | S1 Regular | 36.00 | 4.50 | 162.00 |
| 07/04/19 Thu | 07:00A - 07:00P | Hearock, Samantha (STNA) | LTC | S1 Regular Holiday | 54.00 | 12.00 | 648.00 |
| 07/05/19 Fri | 07:00P - 07:00A | Hearock, Samantha (STNA) | LTC | S1 Regular | 36.00 | 6.00 | 216.00 |
| 07/06/19 Sat | 07:00A - 07:30P | Hearock, Samantha (STNA) | LTC | S1 Regular Weekend | 37.00 | 5.75 | 212.75 |
| | | | | S1 Overtime Weekend | 55.50 | 6.75 | 374.63 |
| 07/05/19 Fri | 06:00P - 06:00P | Krystek, Linda (RN) | LTC | S4 Regular | 90.00 | 12.00 | 649.00 |
| | | | | S4 Overtime | 88.50 | 12.00 | 882.00 |
| 06/30/19 Sun | 06:30A - 07:00P | Leffel, Heather (LPN) | LTC | S1 Regular Weekend | 50.00 | 12.00 | 600.00 |
| 07/02/19 Tue | 06:30A - 07:30P | Leffel, Heather (LPN) | LTC | S2 Regular | 49.00 | 12.50 | 612.50 |
| 07/03/19 Wed | 06:30A - 07:00P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 12.00 | 588.00 |
| 07/04/19 Thu | 06:30A - 07:00P | Leffel, Heather (LPN) | LTC | S1 Regular Holiday | 73.50 | 3.50 | 257.25 |
| | | | | S1 Overtime Holiday | 73.50 | 12.00 | 882.00 |
| 07/05/19 Fri | 06:30A - 07:00P | Leffel, Heather (LPN) | LTC | S1 Overtime | 73.50 | 12.00 | 882.00 |
| 06/30/19 Sun | 07:00P - 07:00A | Nwoye, Emmanuel (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 07/01/19 Mon | 07:00P - 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 12.00 | 432.00 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
5636 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

## Bottom-left invoice (Page 2)

Invoice No 161528
Date 07/12/2019
Page 2

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept | Desc | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/04/19 Thu | 07:00P - 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 7.00 | 252.00 |
| | | | | S5 Regular Holiday | 54.00 | 5.00 | 270.00 |
| 07/02/19 Tue | 07:00P - 07:00A | Wilder, Tenesha (STNA) | LTC | S1 Regular | 36.00 | 12.00 | 432.00 |
| 07/03/19 Wed | 07:00P - 07:00A | Wilder, Tenesha (STNA) | LTC | S1 Regular | 36.00 | 5.00 | 180.00 |
| | | | | S1 Regular Holiday | 54.00 | 7.00 | 378.00 |
| 07/04/19 Thu | 07:00P - 07:00A | Wilder, Tenesha (STNA) | LTC | S1 Regular | 36.00 | 7.00 | 252.00 |
| | | | | S1 Regular Holiday | 54.00 | 5.00 | 270.00 |
| 07/06/19 Sat | 07:00P - 07:00A | Wilder, Tenesha (STNA) | LTC | S1 Regular Weekend | 37.00 | 4.00 | 148.00 |
| | | | | S1 Overtime Weekend | 55.50 | 8.00 | 444.00 |
| | | **Belle Springs Health and Rehabilitation Contract Subtotal:** | | | **335.00** | **15,747.38** | |
| | | | | | **Invoice Total:** | **335.00** | **$15,747.38** |

## Bottom-right invoice



**Dedicated Nursing Associates, Inc**
5636 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder - Belle Springs Health and Rehabilitation
221 North School Street
Bellefontaine, OH 43311

### INVOICE
Invoice No 161285
Date 07/12/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept | Desc | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/03/19 Wed | 06:30A - 06:30P | Davis, Keiana (LPN) | LTC | S1 Regular | 42.00 | 12.00 | 504.00 |
| | | **Boulder - Belle Springs Health and Rehabilitation Subtotal:** | | | | **12.00** | **504.00** |
| | | | | | **Invoice Total:** | **12.00** | **$504.00** |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
5636 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%



**Invoice 1 (top left)**

Dedicated Nursing Associates, Inc

6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

## Invoice

| Date | Invoice # |
|------|-----------|
| 7/19/2019 | I-0117 |

**Bill To**

Belle Springs Health and Rehab
221 North School Street
Bellefontaine, OH 43311

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Kiana Davis- Temp To Hire | 12,000.00 | 12,000.00 |

The conversion of the DNA field professional is not final until full payment is received.

**Total** $12,000.00

---

**Invoice 2 (top right)**



DNA
Dedicated Nursing Associates, Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Belle Springs Health and Rehabilitation Contract
221 North School Street
Bellefontaine , OH 43311

**INVOICE**

Invoice No. 161703
Date 07/19/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|------|------|------|------|------|------|------|
| 07/09/19 Tue | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 07/10/19 Wed | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 07/13/19 Sat | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 07/08/19 Mon | 07:00A – 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular Holiday | 54.00 | 11.50 | 621.00 |
| 07/10/19 Wed | 07:00A – 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular | 37.00 | 11.50 | 425.50 |
| 07/11/19 Thu | 07:00P – 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 07/12/19 Fri | 07:00A – 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular | 5.00 | 180.00 |
| 07/12/19 Fri | 07:00A – 07:00P | Banks, Cassandra (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 07/08/19 Mon | 06:00P – 11:15P | Cole, Shelita (LPN) | LTC | S2 Regular | 49.50 | 5.25 | 257.25 |
| 07/09/19 Tue | 06:15P – 07:15A | Cole, Shelita (LPN) | LTC | S2 Regular | 49.00 | 13.00 | 637.00 |
| 07/13/19 Sat | 06:00P – 07:15A | Cole, Shelita (LPN) | LTC | S2 Regular Weekend | 49.00 | 13.75 | 687.50 |
| 07/07/19 Sun | 07:00A – 01:00P | Hearock, Samantha (STNA) | LTC | S1 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 07/10/19 Wed | 07:15A – 06:15P | Hearock, Samantha (STNA) | LTC | S1 Regular | 36.00 | 10.50 | 378.00 |
| 07/11/19 Thu | 07:00A – 02:15P | Hearock, Samantha (STNA) | LTC | S1 Regular | 36.00 | 6.00 | 216.00 |
| | | | | S1 Regular | 36.00 | 1.00 | 36.00 |
| 07/12/19 Fri | 07:00A – 07:00P | Hearock, Samantha (STNA) | LTC | S1 Regular | 36.00 | 10.50 | 378.00 |
| | | | | S1 Overtime | 54.00 | 1.00 | 54.00 |
| 07/08/19 Mon | 06:30A – 07:15P | Krystek, Linda (RN) | LTC | S1 Regular | 59.00 | 12.75 | 722.75 |
| 07/11/19 Thu | 06:30A – 07:00P | Krystek, Linda (RN) | LTC | S1 Regular | 59.00 | 12.50 | 737.50 |
| 07/08/19 Mon | 06:30A – 07:30P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 12.50 | 612.50 |
| 07/10/19 Wed | 06:30A – 07:00P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 12.00 | 588.00 |
| 07/11/19 Thu | 06:30A – 07:00P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 12.00 | 588.00 |
| 07/12/19 Fri | 06:30A – 07:00P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 3.50 | 171.50 |
| | | | | S1 Overtime | 73.50 | 8.50 | 624.75 |
| 07/13/19 Sat | 06:30A – 07:00P | Leffel, Heather (LPN) | LTC | S5 Overtime Weekend | 75.00 | 12.00 | 900.00 |
| 06/30/19 Sun | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular Weekend | 37.00 | 4.00 | 148.00 |
| | | | | S5 Regular Weekend | 37.00 | 8.00 | 296.00 |
| 07/01/19 Mon | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 12.00 | 432.00 |
| 07/08/19 Mon | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 12.00 | 432.00 |

**Please Send Payments to:**
Dedicated Nursing Associates, Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

**Invoice 3 (bottom left continuation)**

Invoice No. 161703
Date 07/19/2019
Page 2

| Terms | PO Number |
|-------|-----------|
| 31 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|------|------|------|------|------|------|------|
| 07/09/19 Tue | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 12.00 | 432.00 |
| 07/13/19 Sat | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 07/11/19 Thu | 07:00P – 07:00A | Wilder, Tenisha (STNA) | LTC | S1 Regular | 36.00 | 12.00 | 432.00 |

**Belle Springs Health and Rehabilitation Contract Subtotal:** 315.75 13,956.75

**Invoice Total:** 315.75 $13,956.75

---

**Invoice 4 (bottom right)**

DNA
Dedicated Nursing Associates, Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Belle Springs Health and Rehabilitation Contract
221 North School Street
Bellefontaine , OH 43311

**INVOICE**

Invoice No. 161706
Date 07/19/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|------|------|------|------|------|------|------|
| 07/14/19 Sun | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 07/16/19 Tue | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 07/17/19 Wed | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Regular | 35.00 | 5.50 | 198.00 |
| | | | | S1 Regular | 54.00 | 6.00 | 324.00 |
| 07/18/19 Thu | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Regular | 35.00 | 5.50 | 198.00 |
| | | | | S1 Overtime | 54.00 | 6.00 | 324.00 |
| 07/19/19 Fri | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Overtime | 54.00 | 11.50 | 621.00 |
| 07/14/19 Sun | 06:15P – 07:30A | Cole, Shelita (LPN) | LTC | S2 Regular Weekend | 50.00 | 13.25 | 662.50 |
| 07/18/19 Thu | 06:15P – 06:45A | Cole, Shelita (LPN) | LTC | S2 Regular | 49.00 | 12.00 | 444.00 |
| 07/15/19 Mon | 07:00A – 07:00P | Hearock, Samantha (STNA) | LTC | S1 Regular | 36.00 | 12.50 | 612.50 |
| 07/18/19 Thu | 07:15A – 07:00P | Hearock, Samantha (STNA) | LTC | S1 Regular | 36.00 | 11.25 | 405.00 |
| 07/20/19 Sat | 07:00A – 07:00P | Hearock, Samantha (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 07/14/19 Sun | 06:30A – 07:00P | Leffel, Heather (LPN) | LTC | S2 Regular Weekend | 50.00 | 12.00 | 600.00 |
| 07/15/19 Mon | 06:30A – 07:15P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 12.25 | 600.25 |
| 07/16/19 Tue | 06:30A – 05:00P | Leffel, Heather (LPN) | LTC | S1 Regular | 49.00 | 10.50 | 514.50 |
| 07/14/19 Sun | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 07/16/19 Tue | 07:15P – 07:15A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 8.00 | 288.00 |
| | | | | S5 Overtime | 36.00 | 4.00 | 144.00 |
| 07/17/19 Wed | 11:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 8.00 | 288.00 |
| 07/18/19 Thu | 07:15P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 8.00 | 288.00 |
| | | | | S5 Overtime | 54.00 | 4.00 | 216.00 |
| 07/07/19 Sun | 07:00P – 07:00A | Wilder, Tenisha (STNA) | LTC | S5 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 07/10/19 Wed | 07:00P – 07:00A | Wilder, Tenisha (STNA) | LTC | S5 Regular | 36.00 | 12.00 | 432.00 |
| 07/12/19 Fri | 07:00P – 07:00A | Wilder, Tenisha (STNA) | LTC | S5 Regular | 36.00 | 4.00 | 144.00 |
| | | | | S1 Overtime | 54.00 | 8.00 | 432.00 |

**Belle Springs Health and Rehabilitation Contract Subtotal:** 232.25 9,858.75

**Invoice Total:** 232.25 $9,858.75

**Please Send Payments to:**
Dedicated Nursing Associates, Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Belle Springs Health and Rehabilitation Contract
721 North School Street
Bellefontaine, OH 43311

**INVOICE**
Invoice No. 182526
Date 08/02/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/23/19 Tue | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 07/24/19 Wed | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 07/27/19 Sat | 07:45A – 07:45P | Anderson, Annabeth (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 07/16/19 Tue | 06:00P – 07:30A | Cole, Shalitta (LPN) | LTC | S2 Regular | 49.00 | 13.50 | 561.50 |
| 07/21/19 Sun | 07:00A – 07:00P | Hearock, Samantha (STNA) | LTC | S1 Regular | 37.00 | 11.50 | 425.50 |
| 07/26/19 Fri | 07:00P – 07:00A | Hearock, Samantha (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 07/27/19 Sat | 07:00P – 07:00A | Kidow, Kari (STNA) | LTC | S1 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 07/22/19 Mon | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 12.00 | 432.00 |
| 07/23/19 Tue | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 12.00 | 432.00 |
| 07/27/19 Sat | 07:00P – 07:15A | Redman, Chardana (STNA) | LTC | S5 Regular Weekend | 37.00 | 12.25 | 453.25 |
| 07/22/19 Mon | 07:00P – 07:00A | Vasquez, Susan (STNA) | LTC | S3 Regular | 36.00 | 11.50 | 414.00 |
| 07/23/19 Tue | 07:00P – 07:00A | Vasquez, Susan (STNA) | LTC | S3 Regular | 36.00 | 11.50 | 414.00 |
| 07/25/19 Thu | 07:00P – 07:00A | Vasquez, Susan (STNA) | LTC | S3 Regular | 36.00 | 11.50 | 414.00 |
| 07/26/19 Fri | 03:00P – 08:00P | Vasquez, Susan (STNA) | LTC | S3 Regular | 36.00 | 5.00 | 180.00 |

**Belle Springs Health and Rehabilitation Contract Subtotal: 158.75  $5,937.75**

**Invoice Total: 158.75  $5,937.75**

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
*Thank You For Allowing Us the Privilege of Serving You!*
*All invoices that are paid due per the terms of the contract will be charged interest at a rate of 1.5%*

---



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Belle Springs Health and Rehabilitation Contract
721 North School Street
Bellefontaine, OH 43311

**INVOICE**
Invoice No. 183061
Date 08/09/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/28/19 Sun | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 07/30/19 Tue | 07:00P – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 07/31/19 Wed | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 08/01/19 Thu | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 5.50 | 198.00 |
| | | | | S1 Overtime | 54.00 | 6.00 | 324.00 |
| 08/02/19 Fri | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Overtime | 54.00 | 11.50 | 621.00 |
| 08/03/19 Sat | 08:30A – 04:30P | Anderson, Annabeth (STNA) | LTC | S1 Overtime Weekend | 55.50 | 7.50 | 416.25 |
| 07/22/19 Mon | 07:00P – 10:00A | Frey, Madeline (LPN) | LTC | S5 Regular | 49.50 | 2.50 | 122.50 |
| | | | | S5 Regular | 49.00 | 11.83 | 579.67 |
| 07/28/19 Sun | 06:30P – 07:00A | Green, Cortney (LPN) | LTC | S3 Regular Weekend | 49.00 | 12.00 | 588.00 |
| 07/31/19 Wed | 06:30P – 07:00A | Green, Cortney (LPN) | LTC | S3 Regular | 49.00 | 12.00 | 588.00 |
| 07/28/19 Sun | 04:15P – 04:15A | Kidow, Kari (STNA) | LTC | S1 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 08/02/19 Fri | 07:00P – 07:00A | Kidow, Kari (STNA) | LTC | S1 Regular | 36.00 | 12.00 | 432.00 |
| 07/28/19 Sun | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 07/29/19 Mon | 11:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 8.00 | 288.00 |
| 07/30/19 Tue | 07:00P – 11:30P | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 4.50 | 162.00 |
| 08/01/19 Thu | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 12.00 | 432.00 |
| 08/03/19 Sat | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S4 Regular Weekend | 37.00 | 11.75 | 434.75 |
| 07/30/19 Tue | 07:00A – 07:00P | Zimmerman, Robyn (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 08/02/19 Fri | 07:00A – 07:00P | Zimmerman, Robyn (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 08/03/19 Sat | 07:00A – 07:00P | Zimmerman, Robyn (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |

**Belle Springs Health and Rehabilitation Contract Subtotal: 210.08  8,581.17**

**Invoice Total: 210.08  $8,581.17**

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
*Thank You For Allowing Us the Privilege of Serving You!*
*All invoices that are paid due per the terms of the contract will be charged interest at a rate of 1.5%*

---



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Belle Springs Health and Rehabilitation Contract
721 North School Street
Bellefontaine, OH 43311

**INVOICE**
Invoice No. 183513
Date 08/16/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/03/19 Sat | 07:00P – 07:15A | Vasquez, Susan (STNA) | LTC | S3 Regular Weekend | 37.00 | 11.75 | 434.75 |

**Belle Springs Health and Rehabilitation Contract Subtotal: 11.75  434.75**

**Invoice Total: 11.75  $434.75**

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
*Thank You For Allowing Us the Privilege of Serving You!*
*All invoices that are paid due per the terms of the contract will be charged interest at a rate of 1.5%*

---

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Belle Springs Health and Rehabilitation Contract
721 North School Street
Bellefontaine, OH 43311

**INVOICE**
Invoice No. 183411
Date 08/16/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/07/19 Wed | 07:00A – 07:00P | Anderson, Annabeth (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 08/05/19 Mon | 06:30P – 07:00A | Green, Cortney (LPN) | LTC | S5 Regular | 49.00 | 12.00 | 588.00 |
| 08/07/19 Wed | 06:30P – 07:00A | Green, Cortney (LPN) | LTC | S5 Regular | 49.00 | 12.00 | 588.00 |
| 08/09/19 Fri | 06:30P – 07:00A | Green, Cortney (LPN) | LTC | S5 Regular | 49.00 | 12.00 | 588.00 |
| 08/10/19 Sat | 06:30P – 07:00A | Green, Cortney (LPN) | LTC | S5 Regular Weekend | 49.00 | 4.00 | 196.00 |
| | | | | S5 Overtime Weekend | 73.50 | 8.00 | 588.00 |
| 08/05/19 Mon | 07:00P – 07:00A | Kidow, Kari (STNA) | LTC | S1 Regular | 36.00 | 12.00 | 432.00 |
| 08/09/19 Fri | 04:00P – 04:00A | Kidow, Kari (STNA) | LTC | S1 Regular | 36.00 | 12.00 | 432.00 |
| 08/10/19 Sat | 07:00P – 07:00A | Kidow, Kari (STNA) | LTC | S1 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 08/05/19 Mon | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 12.00 | 432.00 |
| 08/06/19 Tue | 07:00P – 07:15A | Redman, Chardana (STNA) | LTC | S5 Regular | 36.00 | 12.25 | 441.00 |
| 08/10/19 Sat | 07:00P – 07:00A | Redman, Chardana (STNA) | LTC | S5 Regular Weekend | 37.00 | 12.00 | 444.00 |
| 08/04/19 Sun | 07:00A – 07:00P | Rix, Michelle (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 08/08/19 Thu | 07:00A – 07:00P | Rix, Michelle (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 08/09/19 Fri | 07:00A – 07:15P | Rix, Michelle (STNA) | LTC | S4 Regular | 36.00 | 11.75 | 423.00 |
| 08/07/19 Wed | 07:00P – 07:00A | Vasquez, Susan (STNA) | LTC | S3 Regular | 37.00 | 11.50 | 425.50 |
| 08/06/19 Tue | 07:00P – 07:00A | Vasquez, Susan (STNA) | LTC | S3 Regular | 36.00 | 11.50 | 414.00 |
| 08/08/19 Thu | 07:00P – 07:00A | Vasquez, Susan (STNA) | LTC | S3 Regular | 36.00 | 11.50 | 414.00 |
| 08/04/19 Sun | 07:00A – 07:00P | Zimmerman, Robyn (STNA) | LTC | S1 Regular Weekend | 37.00 | 11.50 | 425.50 |
| 08/08/19 Thu | 07:00A – 07:00P | Zimmerman, Robyn (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |
| 08/09/19 Fri | 07:00A – 07:00P | Zimmerman, Robyn (STNA) | LTC | S1 Regular | 36.00 | 11.50 | 414.00 |

**Belle Springs Health and Rehabilitation Contract Subtotal: 235.50  9,356.50**

**Invoice Total: 235.50  $9,356.50**

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
*Thank You For Allowing Us the Privilege of Serving You!*
*All invoices that are paid due per the terms of the contract will be charged interest at a rate of 1.5%*



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder - Belle Springs Health and Rehabilitation
221 North School Street
Bellefontaine , OH 43311

**INVOICE**
Invoice No. 163280
Date: 08/19/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/10/19 Sat | 07:00A – 07:00P | Mckamy, Elizabeth (STNA) | LTC | S4 Regular Weekend | 30.00 | 11.50 | 345.00 |
| 08/08/19 Thu | 06:30A – 08:00P | Snowden, Kimyatta (LPN) | LTC | S1 Regular | 42.00 | 13.00 | 546.00 |
| 08/10/19 Sat | 06:30A – 07:30P | Snowden, Kimyatta (LPN) | LTC | S1 Regular Weekend | 43.00 | 12.50 | 537.50 |
| | | Boulder – Belle Springs Health and Rehabilitation Subtotal: | | | 37.00 | | 1,428.50 |
| | | | | Invoice Total: | 37.00 | | $1,428.50 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

**Dedicated Nursing Associates, Inc.**
6536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Period Ending: 8/17/2019
Invoice #: 14924489

Bill To:
Belle Springs Health and Rehabilitation
221 North Street
Bellefontaine , OH - 43311

Services Provided For:
Belle Springs Health and Rehabilitation
221 North Street
Bellefontaine , OH - 43311

Facility Name: Belle Springs Health and Rehabilitation
Department Name: STAR
Unit Name: Annabeth Anderson

Caregiver Name: Annabeth Anderson

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/14/2019 | 7:00AM - 7:00PM | Annabeth Anderson | OH - STNA Hourly | 11.50 | $36.00 | $414.00 |
| 08/15/2019 | 7:00AM - 7:00PM | Annabeth Anderson | OH - STNA Hourly | 11.50 | $36.00 | $414.00 |
| | | | Caregiver Sub Total: | 23.00 | | $828.00 |
| | | | Unit Sub Total: | 23.00 | | $828.00 |

Unit Name: Chardana Redman

Caregiver Name: Chardane Redman

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/11/2019 | 7:00PM - 7:00AM | Chardana Redman | OH - STNA Hourly | 12.00 | $37.00 | $444.00 |
| 08/13/2019 | 7:00PM - 7:00AM | Chardana Redman | OH - STNA Hourly | 12.00 | $36.00 | $432.00 |
| 08/15/2019 | 7:00PM - 7:00AM | Chardana Redman | OH - STNA Hourly | 12.00 | $36.00 | $432.00 |
| | | | Caregiver Sub Total: | 36.00 | | $1308.00 |
| | | | Unit Sub Total: | 36.00 | | $1308.00 |

Unit Name: Cortney Green

Caregiver Name: Cortney Green

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/11/2019 | 6:30PM - 7:00AM | Cortney Green | OH - LPN Hourly | 12.00 | $49.00 | $588.00 |
| 08/13/2019 | 6:30PM - 7:00AM | Cortney Green | OH - LPN Hourly | 12.00 | $49.00 | $588.00 |
| 08/14/2019 | 6:30PM - 7:15AM | Cortney Green | OH - LPN Hourly | 12.25 | $49.00 | $600.25 |
| 08/15/2019 | 6:30PM - 10:15PM | Cortney Green | OH - LPN Hourly | 3.75 | $49.00 | $183.75 |
| 08/15/2019 | 10:15PM - 7:00AM | Cortney Green | OH - LPN Hourly | 8.25 | $73.50 | $606.38 |
| | | | Caregiver Sub Total: | 48.25 | | $2566.38 |
| | | | Unit Sub Total: | 48.25 | | $2566.38 |

Facility: Belle Springs Health and Rehabilitation
Invoice #:14924489
Page 1 Of 3

---

Unit Name: Kari Kiddow

Caregiver Name: Kari Ann Kiddow

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/11/2019 | 7:00PM - 7:00AM | Kari Ann Kiddow | OH - STNA Hourly | 12.00 | $37.00 | $444.00 |
| 08/14/2019 | 7:00PM - 7:00AM | Kari Ann Kiddow | OH - STNA Hourly | 12.00 | $36.00 | $432.00 |
| 08/16/2019 | 4:00PM - 4:00AM | Kari Ann Kiddow | OH - STNA Hourly | 12.00 | $36.00 | $432.00 |
| | | | Caregiver Sub Total: | 36.00 | | $1308.00 |
| | | | Unit Sub Total: | 36.00 | | $1308.00 |

Unit Name: Michele Rix

Caregiver Name: Michelle Lynn Rix

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/12/2019 | 7:00AM - 7:15PM | Michelle Lynn Rix | OH - STNA Hourly | 11.50 | $36.00 | $414.00 |
| 08/13/2019 | 7:00AM - 7:15PM | Michelle Lynn Rix | OH - STNA Hourly | 11.75 | $36.00 | $423.00 |
| 08/14/2019 | 7:00AM - 7:15PM | Michelle Lynn Rix | OH - STNA Hourly | 12.00 | $36.00 | $432.00 |
| 08/17/2019 | 7:00AM - 11:45AM | Michelle Lynn Rix | OH - STNA Hourly | 4.75 | $37.00 | $175.75 |
| 08/17/2019 | 11:45AM - 7:15PM | Michelle Lynn Rix | OH - STNA Hourly | 7.00 | $55.50 | $388.50 |
| | | | Caregiver Sub Total: | 47.00 | | $1833.25 |
| | | | Unit Sub Total: | 47.00 | | $1833.25 |

Unit Name: Robyn Zimmerman

Caregiver Name: Robyn Zimmerman

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/13/2019 | 7:00AM - 7:15PM | Robyn Zimmerman | OH - STNA Hourly | 11.75 | $36.00 | $423.00 |
| 08/16/2019 | 7:00AM - 7:15PM | Robyn Zimmerman | OH - STNA Hourly | 11.75 | $36.00 | $423.00 |
| 08/17/2019 | 7:00AM - 7:00PM | Robyn Zimmerman | OH - STNA Hourly | 11.50 | $37.00 | $425.50 |
| | | | Caregiver Sub Total: | 35.00 | | $1271.50 |
| | | | Unit Sub Total: | 35.00 | | $1271.50 |

Unit Name: Susan Vasquez

Caregiver Name: Susan Vasquez

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/16/2019 | 7:00PM - 8:30PM | Susan Vasquez | OH - STNA Hourly | 1.50 | $36.00 | $54.00 |
| 08/17/2019 | 7:00PM - 7:00AM | Susan Vasquez | OH - STNA Hourly | 11.50 | $37.00 | $425.50 |
| | | | Caregiver Sub Total: | 13.00 | | $479.50 |
| | | | Unit Sub Total: | 13.00 | | $479.50 |

---

| Department Sub Total: | 238.25 | $9594.63 |
|---|---|---|
| Facility Total: | 238.25 | $9594.63 |

Please pay this amount $9594.63

Please remit amount to:
Dedicated Nursing Associates, Inc.
6536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Please return a copy of this invoice with your payment or indicate the invoice number on your check.

Terms Net 30 All invoices that are past due per terms of the contract will be charged an interest rate of 1.5%.



**DNA**
Dedicated Nursing Associates, Inc.

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder - Belle Springs Health and Rehabilitation
221 North Schoo Street
Bellefontaine - OH 43311

**INVOICE**
Invoice No. 163694
Date 08/23/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/11/19 Sun | 07:00A - 07:00P | Howard, Adam (STNA) | LTC | S4 Regular Weekend | 30.00 | 11.50 | 345.00 |
| 08/13/19 Tue | 07:00A - 07:00P | Howard, Adam (STNA) | LTC | S4 Regular | 29.00 | 11.50 | 333.50 |
| 08/17/19 Sat | 07:00A - 07:00P | Howard, Adam (STNA) | LTC | S4 Overtime Weekend | 45.00 | 11.50 | 517.50 |
| 08/17/19 Sat | 07:00A - 07:00P | Mckamy, Elizabeth (STNA) | LTC | S4 Regular Weekend | 30.00 | 11.50 | 345.00 |
| 08/11/19 Sun | 07:30A - 07:30P | Snowden, Kimyatta (LPN) | LTC | S1 Regular Weekend | 43.00 | 12.50 | 537.50 |
| 08/16/19 Fri | 06:30A - 07:00P | Snowden, Kimyatta (LPN) | LTC | S1 Regular | 42.00 | 12.00 | 504.00 |
| 08/17/19 Sat | 06:30A - 07:15P | Snowden, Kimyatta (LPN) | LTC | S1 Regular Weekend | 43.00 | 12.25 | 526.75 |
| 08/16/19 Fri | 06:30A - 07:15P | Williamson, Brolyncia (LPN) | LTC | S1 Regular | 42.00 | 12.25 | 514.50 |
| 08/17/19 Sat | 06:30A - 11:15A | Williamson, Brolyncia (LPN) | LTC | S4 Regular Weekend | 43.00 | 4.75 | 204.25 |

**Boulder - Belle Springs Health and Rehabilitation Subtotal: 99.75 3,828.00**
Invoice Total: 99.75 $3,828.00

**Please Send Payments to:**
Dedicated Nursing Associates, Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

**DNA**
Dedicated Nursing Associates, Inc

Dedicated Nursing Associates, Inc.
6536 William Penn Highway
Rt 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Period Ending: 8/24/2019
Invoice #: 14956903

Bill To:
Belle Springs Health and Rehabilitation
221 North Street
Bellefontaine , OH - 43311

Services Provided For:
Belle Springs Health and Rehabilitation
221 North Street
Bellefontaine , OH - 43311

Facility Name: Belle Springs Health and Rehabilitation
Department Name: STAR
Unit Name: Annabeth Anderson

Caregiver Name: Annabeth Anderson

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/18/2019 | 7:00AM - 7:00PM | Annabeth Anderson | OH - STNA Hourly | 11.50 | $37.00 | $421.50 |
| 08/20/2019 | 7:02AM - 7:00PM | Annabeth Anderson | OH - STNA Hourly | 11.50 | $36.00 | $414.00 |
| 08/21/2019 | 7:00AM - 7:00PM | Annabeth Anderson | OH - STNA Hourly | 11.50 | $36.00 | $414.00 |
| | | | Caregiver Sub Total: | 34.50 | | $1253.50 |
| | | | Unit Sub Total: | 34.50 | | $1253.50 |

Unit Name: Kari Kildow

Caregiver Name: Kari Ana Kildow

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/19/2019 | 7:00PM - 9:15PM | Kari Ana Kildow | OH - STNA Hourly | 2.25 | $36.00 | $81.00 |
| 08/23/2019 | 3:45PM - 3:45AM | Kari Ana Kildow | OH - STNA Hourly | 11.50 | $36.00 | $414.00 |
| | | | Caregiver Sub Total: | 13.75 | | $495.00 |
| | | | Unit Sub Total: | 13.75 | | $495.00 |

Unit Name: Michelle Rix

Caregiver Name: Michelle Lynn Rix

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/18/2019 | 7:30AM - 7:30PM | Michelle Lynn Rix | OH - STNA Hourly | 11.50 | $37.00 | $423.50 |
| 08/22/2019 | 7:00AM - 7:15PM | Michelle Lynn Rix | OH - STNA Hourly | 11.75 | $36.00 | $423.00 |

Facility: Belle Springs Health and Rehabilitation
Invoice #:14956903
Page 1 Of 2

---

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/23/2019 | 7:45AM - 7:15PM | Michelle Lynn Rix | OH - STNA Hourly | 11.50 | $36.00 | $414.00 |
| | | | Caregiver Sub Total: | 34.75 | | $1292.50 |
| | | | Unit Sub Total: | 34.75 | | $1292.50 |
| | | | Department Sub Total: | 83.00 | | $3011.00 |
| | | | Facility Total: | 83.00 | | $3011.00 |

**Please pay this amount: $3011.00**

Please remit amount to:
Dedicated Nursing Associates, Inc.
6536 William Penn Highway
Rt 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Please return a copy of this invoice with your payment or indicate the invoice number on your check.

Terms Net 30 All invoices that are past due per terms of the contract will be charged an interest rate of 1.5%.

Facility: Belle Springs Health and Rehabilitation
Invoice #:14956903
Page 2 Of 2

---

**DNA**
Dedicated Nursing Associates, Inc

Dedicated Nursing Associates, Inc.
6536 William Penn Highway
Rt 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Period Ending: 8/31/2019
Invoice #: 15099426

Bill To:
Belle Springs Health and Rehabilitation
221 North Street
Bellefontaine , OH - 43311

Services Provided For:
Belle Springs Health and Rehabilitation
221 North Street
Bellefontaine , OH - 43311

Facility: Belle Springs Health and Rehabilitation
Department Name: STAR
Unit Name: Annabeth Anderson

Caregiver Name: Annabeth Anderson

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/26/2019 | 7:00AM - 6:00PM | Annabeth Anderson | OH - STNA Hourly | 10.50 | $36.00 | $378.00 |
| 08/30/2019 | 7:1AM - 7:00PM | Annabeth Anderson | OH - STNA Hourly | 11.50 | $36.00 | $414.00 |
| 08/31/2019 | 7:00AM - 7:30PM | Annabeth Anderson | OH - STNA Hourly | 12.00 | $37.00 | $444.00 |
| | | | Caregiver Sub Total: | 34.00 | | $1236.00 |
| | | | Unit Sub Total: | 34.00 | | $1236.00 |

Unit Name: Michele Rix

Caregiver Name: Michelle Lynn Rix

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/27/2019 | 7:00AM - 7:15PM | Michelle Lynn Rix | OH - STNA Hourly | 11.75 | $36.00 | $423.00 |
| 08/28/2019 | 7:00AM - 7:30PM | Michelle Lynn Rix | OH - STNA Hourly | 12.50 | $36.00 | $450.00 |

Facility: Belle Springs Health and Rehabilitation
Invoice #:15099426
Page 1 Of 2

08/30/2518    7:00AM - 3:00PM   Michele Lynn Ra        OH - STNA Hourly         8.00    $36.00    $288.00
                                                Caregiver Sub Total:    32.25           $1161.00
                                                Unit Sub Total:         32.25           $1161.00
                                                Department Sub Total:   88.25           $2397.00
                                                Facility Total:         88.25           $2397.00

Please pay this amount: $2397.00

Please remit amount to:
Dedicated Nursing Associates, Inc.
6536 William Penn Highway
Please return a copy of this invoice with your payment or indicate the invoice number   Rt 22 Suite 202
on your check.                                                                          Delmont, PA - 15636-2409
                                                                                        Phone: 855-349-6013
Terms Net 30 All invoices that are past due terms of the contract will be charged
an interest rate of 1.5%.

Facility: Belle Springs Health and          Invoice              Page 2 Of 2
Rehabilitation                              #15099426

---

## DNA
Dedicated Nursing Associates, Inc.

Dedicated Nursing Associates, Inc          Period Ending:   8/17/2019
6536 William Penn Highway                  Invoice #:       15099425
Rt 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Bill To:                                   Services Provided For:

Belle Springs Health and Rehabilitation    Belle Springs Health and
221 North Street                           Rehabilitation
Bellefontaine , OH - 43311                 221 North Street
                                           Bellefontaine , OH - 43311

Facility Name:     Belle Springs Health and Rehabilitation
Department Name:   STAR
Unit Name:         Annabeth Anderson

Caregiver Name:    Annabeth Anderson
Date         Shifts          Caregiver       Description          Hrs/Units   Rate    Total
08/17/2019   7:00AM - 7:00PM  Annabeth Anderson  OH - STNA Hourly  11.50    $37.00    $425.50
                                                Caregiver Sub Total:   11.50            $425.50
                                                Unit Sub Total:        11.50            $425.50
                                                Department Sub Total:  11.50            $425.50
                                                Facility Total:        11.50            $425.50

Please pay this amount: $425.50

Please remit amount to:
Dedicated Nursing Associates,
Inc.
Please return a copy of this invoice with your payment or indicate the invoice number   6536 William Penn Highway
on your check.                                                                          Rt 22 Suite 202
                                                                                        Delmont, PA - 15636-2409
Terms Net 30 All invoices that are past due per terms of the contract will be charged   Phone: 855-349-6013
an interest rate of 1.5%.

Facility: Belle Springs Health and          Invoice              Page 1 Of 1
Rehabilitation                              # 15099425

---

## DNA
Dedicated Nursing Associates, Inc.

Dedicated Nursing Associates, Inc.         Period Ending:   6/22/2019
6536 William Penn Highway                  Invoice #:       15099427
Rt 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Bill To:                                   Services Provided For:

Belle Springs Health and Rehabilitation    Belle Springs Health and
221 North Street                           Rehabilitation
Bellefontaine , OH - 43311                 221 North Street
                                           Bellefontaine , OH - 43311

Facility Name:     Belle Springs Health and Rehabilitation
Department Name:   STAR
Unit Name:

Caregiver Name:    Lebba Rhinehart
Date         Shifts          Caregiver       Description          Hrs/Units   Rate    Total
06/18/2019   8:30PM - 9:30AM  Lebba Rhinehart  OH - LPN Hourly    14.50    $49.00    $710.50
                                                Caregiver Sub Total:   14.50            $710.50
                                                Unit Sub Total:        14.50            $710.50
                                                Department Sub Total:  14.50            $710.50
                                                Facility Total:        14.50            $710.50

Please pay this amount: $710.50

Please remit amount to:
Dedicated Nursing Associates,
Inc.
Please return a copy of this invoice with your payment or indicate the invoice number   6536 William Penn Highway
on your check.                                                                          Rt 22 Suite 202
                                                                                        Delmont, PA - 15636-2409
Terms Net 30 All invoices that are past due per terms of the contract will be charged   Phone: 855-349-6013
an interest rate of 1.5%.

Facility: Belle Springs Health and          Invoice              Page 1 Of 1
Rehabilitation                              #15099427

---

## DNA
Dedicated Nursing Associates, Inc.

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder - Belle Springs Health and Rehabilitation     **INVOICE**
221 North School Street                               Invoice No. 194125
Bellefontaine , OH 43311                              Date 09/06/2019
                                                      Page 1

| | | | | | Terms | PO Number |
|---|---|---|---|---|---|---|
| | | | | | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/30/19 Fri | 07:00A - 11:00A | Hearock, Samantha (STNA) | LTC | S4 Regular | 29.00 | 4.00 | 116.00 |
| 08/26/19 Mon | 07:00A - 07:00P | Howard, Adam (STNA) | LTC | S4 Regular | 29.00 | 11.50 | 333.50 |
| 08/18/19 Sun | 06:30A - 07:00P | Snowden, Kimyatta (LPN) | LTC | S4 Regular Weekend | 43.00 | 12.00 | 516.00 |
| 08/29/19 Thu | 06:30A - 07:00P | Snowden, Kimyatta (LPN) | LTC | S4 Regular | 42.00 | 12.50 | 525.00 |
| 08/30/19 Fri | 06:30A - 10:00P | Snowden, Kimyatta (LPN) | LTC | S4 Regular | 42.00 | 15.50 | 651.00 |
| 08/30/19 Fri | 08:15A - 07:00P | Thaler, Destiny (STNA) | LTC | S4 Regular | 29.00 | 10.25 | 297.25 |
| | | | **Boulder - Belle Springs Health and Rehabilitation Subtotal:** | | | 65.75 | **2,438.75** |
| | | | | | **Invoice Total:** | 65.75 | **$2,438.75** |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%.

**DNA**

Dedicated Nursing Associates, Inc.
6536 William Penn Highway
Rt 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Period Ending: 8/17/2019
Invoice #: 15132374

Bill To:

Belle Springs Health and Rehabilitation
221 North Street
Bellefontaine - OH - 43311

Services Provided For:

Belle Springs Health and
Rehabilitation
221 North Street
Bellefontaine - OH - 43311

Facility Name: Belle Springs Health and Rehabilitation
Department Name: STAR
Unit Name: Annabeth Anderson

Caregiver Name: Annabeth Anderson

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/15/2019 | 10:00AM - 2:00PM | Annabeth Anderson | OH - STNA Hourly | 4.00 | $36.00 | $144.00 |
| 08/15/2019 | 2:00PM - 7:00PM | Annabeth Anderson | OH - STNA Hourly | 4.50 | $54.00 | $243.00 |
| | | | Caregiver Sub Total | 8.50 | | $387.00 |
| | | | Unit Sub Total | 8.50 | | $387.00 |
| | | | Department Sub Total | 8.50 | | $387.00 |
| | | | Facility Total | 8.50 | | $387.00 |

Please pay this amount: $387.00

Please remit amount to:
Dedicated Nursing Associates,
Inc.
6536 William Penn Highway
Rt 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Please return a copy of this invoice with your payment or indicate the invoice number on your check.

Terms Net 30 All invoices are past due per terms of the contract will be charged an interest rate of 1.5%

Facility: Belle Springs Health and Rehabilitation

Invoice #15132374

Page 1 Of 1

---

Dedicated Nursing Associates, Inc.
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

## Invoice

| Date | Invoice # |
|---|---|
| 10/1/2019 | 3230 |

Bill To

Belle Springs Health and Rehab
221 North School Street
Bellefontaine, OH 43311

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Interest Due on the Following | | |
| 493.5 | Invoice #159981 | 0.015 | 7.40 |
| 504 | Invoice #161285 | 0.015 | 7.56 |
| 1,428.5 | Invoice #163280 | 0.015 | 21.43 |
| 3,828 | Invoice #163694 | 0.015 | 57.42 |
| 1,858 | Invoice #164018 | 0.015 | 27.87 |

| Total | $121.68 |
|---|---|

---

Dedicated Nursing Associates, Inc.
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

## Statement

| Date |
|---|
| 10/1/2019 |

To:

Belle Springs Health and Rehab
221 North School Street
Bellefontaine, OH 43311

| Amount Due | Amount Enc |
|---|---|
| $155,745.48 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/14/2019 | INV #159847. Due 07/14/2019. Orig. Amount $10,365.75. | 10,365.75 | 10,365.75 |
| 06/14/2019 | INV #159981 Due 07/14/2019. Orig. Amount $493.50. | 493.50 | 10,859.25 |
| 06/21/2019 | INV #160361 Due 07/21/2019. Orig. Amount $11,873.75. | 11,873.75 | 22,733.00 |
| 06/28/2019 | INV #160754. Due 07/28/2019. Orig. Amount $13,936.63. | 13,936.63 | 36,669.63 |
| 07/05/2019 | INV #161039. Due 08/04/2019. Orig. Amount $14,031.25. | 14,031.25 | 50,720.88 |
| 07/12/2019 | INV #161285. Due 08/11/2019. Orig. Amount $504.00. | 504.00 | 51,224.88 |
| 07/12/2019 | INV #161558. Due 08/11/2019. Orig. Amount $15,747.38. | 15,747.38 | 66,972.26 |
| 07/19/2019 | INV #161703. Due 08/18/2019. Orig. Amount $13,956.75. | 13,956.75 | 80,929.01 |
| 07/19/2019 | INV #TT117. Due 08/18/2019. Orig. Amount $12,000.00. | 12,000.00 | 92,929.01 |
| 07/26/2019 | INV #162156. Due 08/25/2019. Orig. Amount $9,858.75. | 9,858.75 | 102,787.76 |
| 08/02/2019 | INV #162520. Due 09/01/2019. Orig. Amount $5,937.75. | 5,937.75 | 108,725.51 |
| 08/09/2019 | INV #163081. Due 09/08/2019. Orig. Amount $8,581.17. | 8,581.17 | 117,306.68 |
| 08/16/2019 | INV #163280. Due 09/15/2019. Orig. Amount $1,428.50. | 1,428.50 | 118,735.18 |
| 08/16/2019 | INV #163411. Due 09/15/2019. Orig. Amount $9,356.50. | 9,356.50 | 128,091.68 |
| 08/16/2019 | INV #163513. Due 09/15/2019. Orig. Amount $434.75. | 434.75 | 128,526.43 |
| 08/23/2019 | INV #163694. Due 09/22/2019. Orig. Amount $3,828.00. | 3,828.00 | 132,354.43 |
| 08/23/2019 | INV #TT577781. Due 09/22/2019. Orig. Amount $9,594.63. | 9,546.51 | 141,960.94 |
| 08/30/2019 | INV #164018. Due 09/29/2019. Orig. Amount $1,858.51. | 1,858.50 | 143,759.44 |
| 08/30/2019 | INV #164056903. Due 09/29/2019. Orig. Amount $3,011.00. | 3,011.00 | 146,770.44 |
| 09/06/2019 | INV #164125. Due 10/06/2019. Orig. Amount $2,438.75. | 2,438.75 | 149,209.19 |
| 09/06/2019 | INV #15099427. Due 10/06/2019. Orig. Amount $710.50. | 710.50 | 149,919.69 |
| 09/06/2019 | INV #15099425. Due 10/06/2019. Orig. Amount $425.50. | 425.50 | 150,345.19 |
| 09/06/2019 | INV #15099426. Due 10/06/2019. Orig. Amount $2,397.00. | 2,397.00 | 152,742.19 |
| 09/13/2019 | INV #15132374. Due 10/13/2019. Orig. Amount $387.00. | 387.00 | 153,129.19 |
| 09/27/2019 | INV #15203389. Due 10/27/2019. Orig. Amount $414.00. | 414.00 | 153,543.19 |
| 10/01/2019 | INV #3230. Due 10/31/2019. Orig. Amount $121.68. | 121.68 | 153,664.87 |
| 10/01/2019 | INV #3231. Due 10/31/2019. Orig. Amount $2,080.61. | 2,080.61 | 155,745.48 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 3,003.29 | 44,016.68 | 58,004.63 | 50,720.88 | 0.00 | $155,745.48 |

**EXHIBIT 6**

# EXHIBIT 7

## MEDICAL STAFFING AGREEMENT

**THIS MEDICAL STAFFING AGREEMENT** ("Agreement"), made this 5th day of February 2019, between **DEDICATED NURSING ASSOCIATES, INC.** ("DNA"), a Pennsylvania corporation having a place of business at 6536 William Penn Highway Rt. 22, Suite 202, Delmont, Pennsylvania 15626,

### A N D

Euclid Beach Healthcare ("Contractor"), having its principle place of business at 16101 Euclid Beach Boulevard, Cleveland, Ohio 44110.

**WHEREAS**, DNA is in the business of providing registered nurses, licensed practical nurses, certified nursing aides, home health aides and other medical professionals ("Employee" or "Employees") with particular skills and experience; and

**WHEREAS**, Contractor is in need of personnel with the skill and experience provided by DNA.

**NOW, THEREFORE**, in consideration of the covenants contained herein and intending to be legally bound, the parties hereby agree as follows:

### 1.   EMPLOYEES TO BE PROVIDED
The Employees to be provided include, but are not limited to, the following: RN's, LPN's, CNA's, HHA's and NA's.

### 2.   QUALIFICATIONS OF EMPLOYEES
DNA will ensure that Employees to be provided shall possess the qualifications required to perform the work for which they are contracted to provide in their particular field of practice. They shall also possess the required qualifications in the areas of education, certification, license, Physical and Mantoux test and criminal clearances, as required.

### 3.   DNA AS EMPLOYER
Contractor shall not be responsible for payment of wages, salaries, and other compensation, fringe benefits, unemployment insurance, workers' compensation, social security, or other payroll taxes for staff provided to Contractor by DNA. Further, DNA shall be the employer of all persons it furnishes to Contractor.

### 4.   EXPENSES
Contractor shall be responsible for all expenses incurred by DNA Employees relating to patient care (by way of example only, gloves) while on assignment to Contractor under this Agreement.

### 5.   ADMINISTRATIVE LINK
For the purpose of facilitating the services contemplated by this Agreement, Contractor and DNA each shall designate an administrative employee to be available for such purpose.

### 6.   COMPENSATION (TIME RECORDS)
Contractor shall compensate DNA for its services in accordance with the schedule set forth in Exhibit "A" hereto, which is incorporated by reference and made part of this Agreement. For the purpose of compensation, DNA shall submit documentation in the form of time records for the services provided to Contractor. Contractor, or its authorized representative, shall be responsible for verifying that the time records are accurate.

### 7.   SCHEDULING AND SUBSTITUTE STAFF
A. Contractor must immediately notify DNA of any changes to the agreed upon staffing schedule for Employees. Contractor is not authorized to accept a schedule change that is only discussed with an Employee and not approved in advance by DNA. If the schedule change results in the Employee working fewer hours than scheduled, failure to give notice and receive consent from DNA may result in a charge for the originally scheduled hours. If a schedule change results in an Employee working over forty (40) hours in one week for DNA, and if there is no agreement to the contrary, Contractor will be charged the overtime billing rate for any hours that were not approved in advance by DNA for the Employee.

B. DNA shall use its best efforts to replace regularly scheduled staff that are unavailable on a given day due to an illness or paid time off, or because of an emergency, vacation or holiday; however, DNA cannot guarantee that it can or will provide substitute staff.

### 8.   HIRING OF EMPLOYEES BY CONTRACTOR AND CONVERSION FEE
Contractor may wish to employ directly an Employee who has been supplied by DNA. In the event of such a conversion to the employ of Contractor or to another employer to whom Contractor refers such Employee, Contractor agrees to pay a conversion fee. The conversion fee is $15,000.00 for an RN, $12,000.00 for an LPN, $9,000.00 for a CNA and $9,000.00 for a HHA or NA. The conversion fee will be reduced by $200.00 for each 40 hours of weekly services performed while on assignment to the Contractor, however in no event will there be any less than a $6,000.00 conversion fee for any position. The same calculation will be used if Contractor converts a DNA Employee to part-time status. Again, the conversion fee will not be less than $6,000.00.

A. The conversion fee is payable if Contractor hires the DNA Employee assigned, regardless of the employment classification, on either a permanent, temporary (including temporary assignments through another agency) or consulting basis within six (6) months after the last day of the assignment. Contractor also agrees to pay a conversion fee if the DNA Employee assigned to Contractor is hired by a subsidiary, other related company or any other entity or business as a result of referral of the Employee by Contractor.

### 9.   COMPLIANCE WITH APPLICABLE LAW
DNA and Contractor shall comply with the Fair Labor Standards Act, the Occupational Safety and Health Act ("OSHA"), Immigration Reform and Control Act, the Health Insurance Portability and Accountability Act ("HIPAA"), and all other applicable federal, state, and local statutes, laws, ordinances, regulations and standards including, but not limited to, equal employment opportunity, civil rights, anti-discrimination, wage and hour, privacy and Joint Commission, whether as presently enacted or as hereafter amended. Notwithstanding the above, it is agreed that Contractor is primarily responsible for compliance with OSHA and comparable state laws and regulations thereunder, to the extent those laws and regulations apply to Employees assigned to Contractor. This responsibility includes, but is not limited to, required information and training in site-specific protocols, the facility exposure control plan and available personal protective equipment. Contractor will maintain documentation regarding training and related obligations hereunder, and make this documentation available to DNA upon request. Contractor will provide post-exposure evaluation and follow-up in accordance with OSHA standards.

### 10.   CONFIDENCE OF INFORMATION
A. Contractor shall keep in confidence all information relating to the methods of operations, trade secrets, business plans, business opportunities, finances, strategic planning and development, research, development, personnel data, recruiting, compensation, billing, and all other confidential knowledge, data and information related to the business and affairs of DNA that may be acquired in furtherance of the relationship contemplated by this Agreement. During and after the term of this Agreement, Contractor shall not, without the prior written consent of DNA, publish, communicate, divulge or disclose any such information.

B. The parties hereto agree to comply with any and all federal or state laws or regulations that have or may become effective during the term of this Agreement, including, but not limited to HIPAA and any amendments, rules and regulations promulgated thereunder. The parties further agree to execute any additional documents that may be required under HIPAA, including, but not limited to, a Business Associates Agreement.

### 11.   INDEMNIFICATION
DNA and Contractor shall indemnify, hold harmless, and, upon request, defend the other party and their respective subsidiaries, affiliates, directors, officers, employees, agents and independent contractors, from and against all liens, claims, charges, causes of action of any type, whether in law or equity, liabilities, damages, losses and expenses including, but not limited to, interest, penalties, reasonable attorney's fees and costs of suit, arising out of or in connection with their own acts or omissions, whether in whole or in part, relating to their obligations pursuant to this Agreement.

### 12.   PROFESSIONAL LIABILITY INSURANCE
Each party to this Agreement shall obtain, at its own cost, professional liability insurance covering its own act or omissions. Each shall maintain such insurance in amounts not less than Two Million ($2,000,000.00) Dollars per occurrence and Six Million ($6,000,000.00) Dollars annual aggregate.

2

3

13. **GENERAL LIABILITY INSURANCE**

Contractor shall maintain accident and general liability insurance covering the premises where DNA Employees will perform services hereunder, as well as any Contractor owned or leased vehicles that DNA Employees may use in the course of their work pursuant to this Agreement. Upon request of DNA, Contractor shall provide a copy of all insurance policies demonstrating compliance with this paragraph.

14. **INDEPENDENT STATUS**

A. In the performance of their respective duties under this Agreement, DNA and Contractor shall remain independent contracting entities, and neither shall be deemed to be the employer or employee of the other for any purpose whatsoever. The relationship between the parties shall at all times be that of independent contractors. No provision of this Agreement is intended to, or shall be construed, to render one party an employee, servant or partner of the other.

B. In the event that the Internal Revenue Service or another government agency questions or challenges the independent contractor status of either DNA or Contractor, both DNA and Contractor, upon receipt by either of them of notice from the Internal Revenue Service or other government agency, shall promptly notify and afford the other party the opportunity to participate in any discussion or negotiation with the Internal Revenue Service or other government agency, irrespective by whom such negotiations were initiated, to the extent permitted by the Internal Revenue Service or other government agencies.

15. **COMMUNICATION WITH STAFF**

Contractor shall not communicate directly with DNA Employees outside of the assignment scope. All communications regarding staff scheduling with DNA Employees, whether written, verbal, or in person, shall be relayed through DNA unless otherwise agreed to in writing by both parties. *See also* paragraph 7.A. hereof.

16. **NO SOLICITATION BY CONTRACTOR**

During the term of this Agreement, Contractor shall not solicit or attempt to solicit, either directly or indirectly, the business or trade of DNA for Contractor's benefit or the benefit of any other person or entity to the exclusion of DNA, nor shall Contractor request or allow anyone to do so on its behalf.

17. **INJUNCTIVE RELIEF**

In addition to other available remedies in the event of a breach of this Agreement, DNA, as the aggrieved party, shall be entitled to immediate injunctive relief to prevent the irreparable harm which will result in the absence of such relief.

4

18. **FLOATING POLICIES AND COMPETENCE**

Floating refers to the reassignment of Employees, where the Employee's job functions differ from specified requirements. With the express, written permission of DNA, Contractor may float one or more Employees that are within the scope of the Employee's clinical expertise. Joint Commission standards, and to which they have been fully oriented. Contractor shall pay to DNA the agreed upon rate under these circumstances.

19. **ORIENTATION POLICIES**

Contractor will require Employees furnished under this Agreement to review Contractor's fire and disaster, infection control and no-lift policies prior to placement.

20. **SUBCONTRACTING**

DNA, at its sole discretion, may contract with one or more persons or entities for the performance of DNA's services covered by this Agreement, provided the contract shall not relieve DNA of its obligations and liability under this Agreement. Any individual provided under such a subcontracting arrangement shall be deemed an "Employee" solely for purposes of this Agreement.

21. **INCIDENT, ERROR TRACKING SYSTEM**

DNA has a system for reporting, tracking, and documenting unexpected incidents. When any Employee is involved in medication and/or documentation errors, unanticipated deaths, patient incidents, injuries, safety hazards related to the care and services provided, occupational illnesses, or security incidents including incidents of property damage or theft, the Employee and Contractor shall immediately report the incident to DNA, as DNA requires documentation to insure continued patient safety.

22. **ADDITIONAL REPORTING OBLIGATIONS OF CONTRACTOR**

A. Contractor shall also immediately report to DNA any employment-related concerns, problems or issues with any Employee supplied by DNA, including any Employee report made directly to Contractor.

B. If Contractor reasonably believes that any Employee assigned by DNA is incompetent, negligent or has engaged in misconduct, Contractor may require such Employee to leave its premises and shall inform DNA of this action immediately. Contractor's obligation to compensate DNA for the Employee's services shall be limited to the hours actually worked by such Employee; however, any action taken by Contractor in this regard must be based upon a reasonable, good faith belief by Contractor that the Employee must in fact be removed from the premises immediately.

C. Contractor is responsible to determine the adequacy of each Employee's job performance. If Contractor determines that the Employee's performance is unsatisfactory, Contractor will notify DNA of specific deficiencies in writing in circumstances other than those requiring immediate removal from the premises.

5

23. **ADDITIONAL LIMITATIONS/REQUIREMENTS**

A. Contractor agrees that it will not entrust any Employee with unattended premises, cash, checks, keys, credit cards, merchandise or other valuables without prior, express permission from DNA.

B. Contractor will not request or permit any Employee to use any vehicle, regardless of ownership, in connection with the performance of services for Contractor, without prior, express permission from DNA.

24. **NON-DISCRIMINATION**

Both DNA and Contractor agree that they will abide by all federal, state, and applicable laws regarding the prohibition of discrimination in the provision of services on the basis of race, sex, religion, creed, disability, ancestry, national origin, sexual preference or age.

25. **NO WAIVER**

No course of dealing or failure of either party to strictly enforce any term, right or condition of this Agreement shall be construed as a waiver of such term, right, or condition relating to any subsequent breach.

26. **SURVIVAL OF OBLIGATIONS**

Contractor's obligations under this Agreement which by their nature would continue beyond the termination, cancellation, or expiration of this Agreement, shall survive termination, cancellation or expiration of the Agreement.

27. **NO GENERAL INVALIDITY**

If any of the provisions of this Agreement are judicially declared invalid or unenforceable, such invalidity or unenforceability shall not invalidate or render unenforceable the entire Agreement, and this Agreement shall be construed as if not containing the particular invalid or unenforceable provision or provisions.

28. **DISASTERS AND RELATED EVENTS**

Neither DNA nor Contractor shall be liable for failure to perform hereunder due to contingencies beyond either of their reasonable control including, but not limited to, strikes, riots, war, fire, acts of God or natural disasters, accidents, mechanical failures not caused by the fault or neglect of DNA or Contractor, compliance with any law, regulation, or order of the United States of America or any state, governmental body, or any instrumentality thereof, whether now existing or hereafter created.

29. **ASSIGNMENT/SUCCESSORS AND ASSIGNS**

A. Contractor shall not assign or delegate its rights, duties and obligations under this Agreement, either in whole or in part, or any monies due or to become due hereunder without the prior written consent of DNA, which shall not be unreasonably withheld. Any such assignment without the prior written consent of DNA shall be absolutely invalid. DNA may in its discretion, assign this Agreement in whole or in part to its subsidiaries, or affiliated corporations.

6

B. This Agreement shall be binding upon any and all successors and assigns of Contractor. In the event of a potential asset, stock or other sale of Contractor, Contractor and/or any or all of its agents and representatives (including, but not limited to brokers) shall have an affirmative duty to notify the potential buyer through the due diligence process or otherwise of the binding nature of this Agreement and that it is binding on all successors and assigns of Contractor. Contractor shall also notify DNA of the pendency of any transaction contemplated herein and shall provide DNA with reasonable notice thereof so that DNA may assert all rights it has under this Agreement, including, but not limited to, those referenced in Sections 29.A., 11 and 17 hereof.

C. To the extent Contractor breaches any part of this Section 29, the Indemnification provisions of Section 11 hereof shall be fully enforced by DNA against Contractor. It expressly is understood that liability to DNA shall **not** be limited to booked but unworked shifts.

30. **CHANGES TO AGREEMENT**

Any changes to this Agreement shall be effective only if mutually agreed upon in writing by duly authorized representatives of the parties. This Agreement shall not be modified or supplemented, or any rights, duties or obligations of a party is waived, except by such a writing.

31. **FINAL AGREEMENT; SURVIVABILITY OF TERMS**

This Agreement represents the entire agreement between the parties. It supersedes and voids all contract terms contained in any earlier agreements between the parties. There are no other oral or written agreements between the parties supplemental or contrary to this Agreement. If any provision hereof shall be held unenforceable, the remaining provisions shall be given full force and effect.

32. **TERM OF AGREEMENT AND TERMINATION**

The term of this Agreement shall be from February 2019 to February 2020, and will automatically renew on an annual basis if not revised by agreement of each party or terminated. Either party may terminate this Agreement for any lawful reason by sending the other written notice of termination at least thirty (30) days before the date of termination. Such termination shall not be a waiver of any right to pursue damages for a pre-existing breach. The parties herein shall deal with each other in good faith during the thirty (30) day period after which any notice of intent to terminate without cause has been given.

7

33.   **NOTICE**

Any notice given pursuant to this Agreement shall be given by personal delivery, prepaid telegram, telecopy, overnight delivery service postage prepaid, registered or certified mail, with return receipt requested, directed to the parties at the following addresses:

**Dedicated Nursing Associates, Inc.:**
6536 William Penn Highway Rt 22
Suite 202
Delmont, Pennsylvania 15626

**Contractor:**
16101 Euclid Beach Boulevard
Cleveland, Ohio 44110

34.   **CHOICE OF LAW/VENUE**

This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania, without reference to any conflicts of law principles thereof. In addition, any claims brought hereunder shall first attempted to be mediated informally by the parties.  In the event mediation is unsuccessful, then any litigation brought hereunder must be brought in the Court of Common Pleas of Westmoreland County, Pennsylvania, or the U. S. District Court for the Western District of Pennsylvania, to the extent federal law or federal diversity jurisdiction would apply.

35.   **EXECUTION**

This Agreement is executed by duly authorized officers, employee or agents of the parties on the dates below, and with the intent to be legally bound hereby.

**Dedicated Nursing Associates, Inc.:**

By: _Mason Brown_ Title: _Accounting_ Dated: _2/8/19_

By: _____ Title: _Account Rep_ Dated: _2/8/19_
[Authorized Representatives]

**Contractor:**

Entity: _Euclid Beach Healthcare_

By: _Adam RHa_ Title: _Administrator_ Dated: _2/7/19_
[Authorized Representative]

[Electronic signature/verification has the same legal significance as writing.]

8

---

**Exhibit A**

| Per-Diem Rates | Weekday | Weekend |
|---|---|---|
| a. State Tested Nursing Assistant | $29.00/Hr | $32.00/Hr |
| b. Licensed Practical Nurse | $42.00/Hr | $45.00/Hr |
| c. Registered Nurse | $52.00/Hr | $55.00/Hr |
| | | |
| Contract Assignment Rates | | |
| a. State Tested Nursing Assistant | $36.00/Hr | $39.00/Hr |
| b. Licensed Practical Nurse | $49.00/Hr | $52.00/Hr |
| c. Registered Nurse | $59.00/Hr | $62.00/Hr |

* Travel/Contract Assignments are typically (13) thirteen weeks in duration, however never less than (4) four weeks and encompass all costs, e.g. lodging and travel.
Any new service not listed will be added by an addendum attachment.

** Specialty is considered any unit outside of Long Term Care, Med/Surg, Telemetry. All Registered Nurses that have management functions (floor manager, unit manager, etc) during their assignment will also be considered specialty.

**Weekend Bill Rates**
Contractor agrees to pay the weekend bill rates for the following days and shifts worked:
- Saturday-  7:00 am-3:00 pm
  3:00 pm-11:00 pm
  11:00 pm-7:00 am
- Sunday-  7:00 am-3:00 pm
  3:00 pm-11:00 pm
  11:00 pm-7:00 am

**Holiday Policy**
The following days will be billed at 1 ½ the hourly rate:
- New Year's Eve 3:00 p.m. through New Year's Day
- Martin Luther King Jr. Day
- Easter Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Eve 3:00 p.m. through Christmas Day

**Training/Orientation**
Contractor agrees to pay for all orientation/training hours.

**Lunch Breaks**
Signed time cards that authorize a paid lunch break will be billed to the Contractor.

**Overtime Policy**
Any hours exceeding 40 hours in single payroll week (Sunday through Saturday) will be billed at time and a half (1 ½).

**Cancellation Policy for Per Diem Personnel**
- Per Diem: Any shift that is cancelled with less than two (2) hours notice will result in a four (4) hour billing charge.

**Cancellation Policy for Travel/Contract Assignment:**
- Travel/Contract Assignments are guaranteed.  If cancelled (for any reason), weeks agreed upon will be billed in full. If an employee works part of the assignment, that time and the unworked portion will also be billed. The billed time is not to exceed agreement unless an extension is required and documented. Minimum contract assignments are four (4) weeks.

**Interest:** Any invoice beyond 30 days past due will be charged interest at a rate of 1.5%.

## CONTACT CHECKLIST

| Point of Contact | | |
|---|---|---|
| **Administrator:** Name: Kevin Ritz LNHA | **DON:** Celeste Laney RN | |
| E-mail: Kritz@boulderhealthcare.com | Name: | |
| Phone: 216-486-2300 ext 2501 | E-mail: CLaney@boulderhealthcare.com | |
| | Phone: 216-486-2300 ext 2501 | |
| **Scheduler/Staffing Coordinator:** Name: Same info as Celeste's | **Other:** | |
| E-mail: Celeste's | | |
| Phone: more | | |

| | |
|---|---|
| **Type of Facility:** Skilled Nursing Facility (SNF) | |
| **Size/Number of Beds:** 149 | |
| **Main Need (Discipline):** Nursing, LPN's, RN's | |
| **Currently Using Agency?** No | |

1 **Who** (ex: OR Nurse, ER Nurse, Med Tech, Telemetry, Nurse Aide etc.) ?

2 **What** (ex: education requirements, clinical requirements, specific years of experience, male or female, height requirements etc.) ?

3 **When** (ex: length of assignment, specific schedule/days, start date etc.) ?

4 **Where** (ex: if multiple locations/wings, where is the help needed) ?

12

## Billing Information

| Billing/Invoice | | |
|---|---|---|
| **Contact Name:** Barbara Williams | **Title:** A.P. | |
| **Phone Number:** 216-486-2300 | **E-mail Address:** Bwilliams@Boulderhealthcare.com | |

| | | |
|---|---|---|
| **Corporate Group Affiliation:** Boulder Healthcare | | |
| **Company Billing Name:** Euclid Beach Healthcare | | |
| **Billing Address:** 16101 Euclid Beach Blvd Cleveland, OH 44110 | | |
| **Invoicing Preference:** ( ) E-mail | (X) Mail | |
| **Payment Preference:** ( ) ACH | (X) Check | ( ) Credit Card |
| **OT Rate:** | **Holiday Rate:** | |
| **MSP/VMS fee (if applicable):** | | |
| **Administrative fees (if applicable) & Special billing requirements:** | | |

13



**DNA**

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder Healthcare - Euclid Beach Healthcare
16701 Euclid Beach Blvd.
Cleveland, OH 44110

**INVOICE**
Invoice No. 109631
Date 06/07/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 05/29/19 Wed | 07:00A - 03:00P | Benson, Tavia (STNA) | LTC | S1 Regular | 29.00 | 7.50 | 217.50 |
| 05/30/19 Thu | 07:00A - 03:00P | Benson, Tavia (STNA) | LTC | S1 Regular | 29.00 | 7.50 | 217.50 |
| 05/31/19 Fri | 07:00A - 03:00P | Benson, Tavia (STNA) | LTC | S1 Regular | 29.00 | 7.50 | 217.50 |
| 05/01/19 Sat | 07:00A - 03:00P | Benson, Tavia (STNA) | LTC | S1 Regular | 29.00 | 7.50 | 217.50 |
| 05/26/19 Sun | 11:00P - 07:00A | Eaton, Porchia (STNA) | LTC | S2 Regular Weekend | 32.00 | 7.50 | 240.00 |
| | | | | S3 Regular Weekend | 32.00 | 1.00 | 32.00 |
| 05/29/19 Wed | 07:00A - 03:00P | Eaton, Porchia (STNA) | LTC | S3 Regular Weekend | 48.00 | 6.50 | 312.00 |
| 05/29/19 Wed | 03:00P - 11:00P | Hawkins, Lataisia (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 05/27/19 Mon | 07:00A - 11:00P | Holton, Brittney (STNA) | LTC | S1 Regular Holiday | 43.50 | 16.00 | 696.00 |
| 05/27/19 Mon | 08:00A - 03:15P | Kamau, Martin (STNA) | LTC | S1 Regular Holiday | 32.00 | 8.00 | 256.00 |
| 05/30/19 Thu | 07:00A - 03:00P | Nichols, Shameka (STNA) | LTC | S1 Regular Holiday | 43.50 | 7.25 | 315.38 |
| 05/26/19 Sun | 03:00P - 11:00P | Payne, Tiffany (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 05/27/19 Mon | 03:00P - 11:00P | Stewart, Autumn (STNA) | LTC | S2 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 05/28/19 Tue | 07:00A - 03:00P | Stewart, Autumn (STNA) | LTC | S2 Regular Holiday | 43.50 | 8.00 | 348.00 |
| 05/28/19 Tue | 07:00A - 03:00P | Stewart, Autumn (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 05/31/19 Fri | 07:00A - 03:00P | Stewart, Autumn (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 05/31/19 Fri | 03:00P - 11:00P | Stewart, Autumn (STNA) | LTC | S1 Overtime | 43.50 | 8.00 | 348.00 |
| 06/01/19 Sat | 07:00A - 03:00P | Stewart, Autumn (STNA) | LTC | S1 Overtime Weekend | 48.00 | 8.00 | 384.00 |
| 05/30/19 Thu | 07:00A - 02:00P | Washington, Shalina (STNA) | LTC | S1 Regular | 29.00 | 7.00 | 203.00 |
| 05/30/19 Thu | 07:00A - 03:00P | Washington, Shalina (STNA) | LTC | S1 Regular | 29.00 | 7.00 | 203.00 |
| 05/28/19 Tue | 07:00A - 03:00P | Willis, Brittany (STNA) | LTC | S1 Regular Holiday | 43.50 | 8.00 | 348.00 |
| 05/28/19 Tue | 07:00A - 03:00P | Zietlow, Orion (STNA) | LTC | S1 Regular | 29.00 | 7.50 | 217.50 |

**Boulder Healthcare - Euclid Beach Healthcare Subtotal:** 178.25 6,203.38
**Invoice Total:** 178.25 $6,203.38

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

**EXHIBIT 8**



**DNA**

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder Healthcare - Euclid Beach Healthcare
14303 Euclid Beach Blvd.
Cleveland, OH 44110

Contingent Staffing Invoice

**INVOICE**
Invoice No. 160091
Date 06/14/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/07/19 Fri | 11:00P - 07:00A | Beaman, Juanita (STNA) | LTC | S3 Regular | 29.00 | 8.00 | 232.00 |
| 06/07/19 Fri | 07:00A - 04:00A | Benford, Toney (STNA) | LTC | S3 Regular | 29.00 | 7.50 | 217.50 |
| 05/02/19 Thu | 07:00A - 03:00P | Benson, Tavia (STNA) | LTC | S3 Regular | 29.00 | 7.50 | 217.50 |
| 06/05/19 Wed | 03:00P - 11:00P | Benson, Tavia (STNA) | LTC | S3 Regular | 29.00 | 7.50 | 217.50 |
| 06/08/19 Sat | 03:00P - 03:00P | Benson, Tavia (STNA) | LTC | S1 Regular Weekend | 32.00 | 7.50 | 240.00 |
| 06/05/19 Wed | 03:00P - 11:00P | Blackmon, Renee (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/05/19 Wed | 03:00P - 11:00P | Chukwunede, Tatiana (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/08/19 Sat | 03:00P - 11:15P | Conner, Ashlee (LPN) | LTC | S2 Regular Weekend | 45.00 | 8.25 | 371.25 |
| 06/05/19 Wed | 03:00P - 03:00P | Eaton, Porchia (STNA) | LTC | S1 Regular | 29.00 | 7.50 | 217.50 |
| 06/06/19 Thu | 03:00P - 11:00P | Eaton, Porchia (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/06/19 Thu | 07:00A - 03:00P | Eaton, Porchia (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/06/19 Fri | 07:00A - 03:00P | Eaton, Porchia (STNA) | LTC | S1 Regular | 29.00 | 7.50 | 217.50 |
| 06/07/19 Fri | 03:00P - 11:00P | Eaton, Porchia (STNA) | LTC | S2 Regular | 29.00 | 2.50 | 72.50 |
| | | | | S2 Overtime | 43.50 | 5.50 | 239.25 |
| 06/05/19 Wed | 03:00P - 03:00P | Eaton, Porchia (STNA) | LTC | S1 Overtime Weekend | 48.00 | 8.00 | 384.00 |
| 06/07/19 Fri | 11:00P - 07:00A | Goggins, Tenisha (STNA) | LTC | S3 Regular | 29.00 | 0.75 | 21.75 |
| 06/08/19 Sat | 11:00P - 07:00A | Goggins, Tenisha (STNA) | LTC | S3 Regular | 29.00 | 8.00 | 232.00 |
| 06/04/19 Tue | 07:00A - 03:00P | Gossett, Sakia (STNA) | LTC | S3 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 06/08/19 Sat | 07:00A - 03:00P | Gossett, Sakia (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 05/17/19 Fri | 11:00P - 07:00A | Male, Princess (STNA) | LTC | S1 Regular Weekend | 32.00 | 7.50 | 240.00 |
| 06/07/19 Fri | 03:00P - 11:00P | Hawkins, Lalaisia (STNA) | LTC | S3 Regular | 29.00 | 8.00 | 232.00 |
| 06/08/19 Sat | 07:00A - 03:00P | Hawkins, Lataisia (STNA) | LTC | S2 Regular | 32.00 | 8.00 | 256.00 |
| 06/04/19 Tue | 03:00P - 11:00P | Haynes, Candence (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 05/15/19 Wed | 11:00P - 11:00P | Holton, Brittney (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 05/01/19 Wed | 03:00P - 11:30P | Hyche, Derrick (LPN) | LTC | S2 Regular | 42.00 | 8.00 | 336.00 |
| 06/02/19 Sun | 03:00P - 11:00P | Kamau, Martin (STNA) | LTC | S2 Regular Weekend | 32.00 | 8.00 | 256.00 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

Contingent Staffing Invoice

**INVOICE**
Invoice No. 160091
Date 06/14/2019
Page 2

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/05/19 Wed | 03:00P - 11:00P | Kamau, Martin (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/06/19 Thu | 03:00P - 11:00P | Kamau, Martin (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/07/19 Fri | 03:00P - 11:00P | Kamau, Martin (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/08/19 Sat | 03:00P - 03:00P | Kamau, Martin (STNA) | LTC | S2 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 06/07/19 Fri | 07:00A - 03:00P | Kelly, Iesha (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/07/19 Fri | 03:00P - 11:00P | Kelly, Iesha (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/08/19 Sat | 03:00P - 03:00P | Kelly, Iesha (STNA) | LTC | S1 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 06/08/19 Sat | 03:00P - 11:00P | Kelly, Iesha (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/07/19 Fri | 03:00P - 03:00P | Kelly, Iesha (STNA) | LTC | S2 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 06/05/19 Wed | 07:00A - 03:00P | Obe, Oluwatoyin (STNA) | LTC | S1 Regular | 42.00 | 8.50 | 357.00 |
| 06/07/19 Fri | 07:00A - 03:45P | Philpot, Honey (LPN) | LTC | S2 Regular | 42.00 | 8.50 | 357.00 |
| 06/07/19 Fri | 03:00P - 11:00P | Robinson, Shatuana (LPN) | LTC | S2 Regular | 42.00 | 8.25 | 346.50 |
| 06/05/19 Wed | 03:00P - 11:00P | Smith, Adreyonna (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/06/19 Thu | 03:00P - 11:00P | Smith, Daesha (STNA) | LTC | S2 Regular | 29.00 | 1.75 | 50.75 |
| | | | | S1 Overtime | 43.50 | 6.25 | 271.88 |
| 06/06/19 Thu | 11:00P - 07:00A | Smith, Daesha (STNA) | LTC | S3 Overtime | 43.50 | 8.00 | 348.00 |
| 06/04/19 Tue | 07:00A - 03:00P | Stewart, Autumn (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 06/05/19 Wed | 07:00A - 03:00P | Stewart, Autumn (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 06/07/19 Fri | 07:00A - 03:00P | Stewart, Autumn (STNA) | LTC | S1 Regular | 29.00 | 0.50 | 14.50 |
| | | | | S1 Overtime | 43.50 | 7.50 | 326.25 |
| 06/05/19 Wed | 03:00P - 11:00P | Taylor, Tiara (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/07/19 Fri | 03:00P - 11:00P | Taylor, Tiara (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/08/19 Sat | 11:00P - 06:45A | Vassar, Carmi (STNA) | LTC | S2 Regular Weekend | 32.00 | 7.75 | 248.00 |
| 06/08/19 Sat | 11:00P - 06:45A | Vassar, Carmi (STNA) | LTC | S2 Regular Weekend | 32.00 | 7.50 | 240.00 |
| 06/04/19 Tue | 11:00P - 07:00A | Wilson, Zinga (STNA) | LTC | S3 Regular | 29.00 | 8.00 | 232.00 |

**Boulder Healthcare - Euclid Beach Healthcare Subtotal:** 401.50 12,983.13
**Invoice Total:** 401.50 $12,983.13

**DNA**
Dedicated Nursing Associates, Inc

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder Healthcare - Euclid Beach Healthcare
16101 Euclid Beach Blvd
Cleveland, OH 44110

**INVOICE**
Invoice No. 162302
Date 06/21/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/10/19 Mon | 03:00P - 11:00P | Benford, Toney (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/10/19 Mon | 03:00P - 10:00P | Benson, Tavia (LPN) | LTC | S1 Regular | 29.00 | 11.50 | 333.50 |
| 06/11/19 Tue | 07:00A - 03:00P | Benson, Tavia (LPN) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 05/14/19 Fri | 07:00A - 03:00P | Benson, Tavia (LPN) | LTC | S1 Regular | 29.00 | 7.50 | 217.50 |
| 06/14/19 Fri | 03:00P - 10:00P | Benson, Tavia (LPN) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/15/19 Sat | 07:00A - 03:00P | Benson, Tavia (LPN) | LTC | S1 Regular Weekend | 32.00 | 6.00 | 192.00 |
| | | | | S1 Overtime Weekend | 48.00 | 1.50 | 72.00 |
| 06/13/19 Thu | 03:00P - 11:00P | Blackmon, Renee (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/14/19 Fri | 03:00P - 11:00P | Blackmon, Renee (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/11/19 Tue | 03:00P - 11:00P | Drew, Tavana (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/15/19 Sat | 03:00P - 11:00P | Drew, Tavana (STNA) | LTC | S2 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 06/10/19 Mon | 03:00P - 11:00P | Eaton, Porchia (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/10/19 Mon | 03:00P - 11:00P | Eaton, Porchia (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/11/19 Tue | 03:00P - 11:00P | Eaton, Porchia (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/14/19 Fri | 07:00A - 03:00P | Eaton, Porchia (STNA) | LTC | S1 Regular | 29.00 | 7.50 | 217.50 |
| 06/14/19 Fri | 07:00A - 03:00P | Eaton, Porchia (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| | | | | S2 Overtime | 29.00 | 2.00 | 58.00 |
| 06/13/19 Thu | 11:00P - 07:00A | Ebotmanyinaw, Nakoline (STNA) | LTC | S2 Regular | 43.50 | 6.00 | 261.00 |
| 06/12/19 Wed | 03:00P - 11:00P | Erix, Angela (RN) | LTC | S2 Regular | 52.00 | 8.50 | 442.00 |
| 06/09/19 Sun | 11:00P - 07:00A | Goggins, Tenisha (STNA) | LTC | S3 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 06/10/19 Mon | 11:00P - 07:00A | Goggins, Tenisha (STNA) | LTC | S3 Regular | 29.00 | 8.00 | 232.00 |
| 05/14/19 Fri | 03:00P - 11:00P | Goodson, Alexia (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/09/19 Sun | 03:00P - 03:00P | Gossett, Sakia (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/10/19 Mon | 07:00A - 03:00P | Gossett, Sakia (STNA) | LTC | S2 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 06/10/19 Mon | 11:00P - 07:00A | Hawkins, Lataisia (STNA) | LTC | S3 Regular | 29.00 | 8.00 | 232.00 |
| 06/13/19 Thu | 03:00P - 03:00P | Hawkins, Lataisia (STNA) | LTC | S1 Regular | 29.00 | 7.50 | 217.50 |
| 06/10/19 Mon | 07:00A - 03:00P | Jackson, DeAndra (STNA) | LTC | S2 Regular | 29.00 | 3.00 | 67.00 |
| 06/11/19 Tue | 07:00A - 03:00P | Jennings, Gequanna (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

Invoice No. 162302
Date 06/21/2019
Page 2

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/13/19 Thu | 07:00A - 03:00P | Jennings, Gequanna (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 06/13/19 Thu | 07:00A - 03:00P | Jorden, Alexandra (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 06/09/19 Sun | 11:00P - 07:00A | Kamau, Martin (STNA) | LTC | S2 Regular Weekend | 32.00 | 8.00 | 217.50 |
| 06/13/19 Thu | 03:00P - 11:00P | Kelly, Iesha (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 256.00 |
| 06/14/19 Fri | 03:00P - 11:00P | Kelly, Iesha (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/09/19 Sun | 07:00A - 02:00P | Lori, Mynah (STNA) | LTC | S2 Regular Weekend | 32.00 | 6.50 | 208.00 |
| 06/13/19 Tue | 07:00A - 03:45P | Patterson, Denika (LPN) | LTC | S1 Regular | 42.00 | 8.25 | 346.50 |
| 06/14/19 Fri | 03:00P - 11:30P | Robinson, Shauana (STNA) | LTC | S2 Regular | 42.00 | 8.00 | 336.00 |
| 06/13/19 Thu | 07:00A - 03:00P | Simmons, Astin (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 06/14/19 Fri | 07:00A - 03:00P | Simmons, Astin (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 06/11/19 Tue | 03:00P - 11:00P | Smith, Adreyonna (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/12/19 Wed | 03:00P - 11:00P | Smith, Adreyonna (STNA) | LTC | S2 Regular | 29.00 | 7.75 | 224.75 |
| 06/12/19 Wed | 11:00P - 07:00A | Smith, Adreyonna (STNA) | LTC | S2 Regular | 29.00 | 7.75 | 224.75 |
| 06/13/19 Thu | 03:00P - 11:00P | Smith, Adreyonna (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/05/19 Wed | 07:00A - 11:00P | Smith, Siera (STNA) | LTC | S2 Regular | 29.00 | 4.00 | 116.00 |
| | | **Note** Inconvenience | | | | | |
| 06/10/19 Mon | 03:00P - 11:00P | Vossal, Carmi (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/09/19 Sun | 07:00A - 03:00P | Washington, Shalina (STNA) | LTC | S1 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 06/10/19 Mon | 03:00P - 11:00P | Washington, Shalina (STNA) | LTC | S2 Regular | 29.00 | 7.00 | 203.00 |
| 06/13/19 Thu | 03:00P - 11:00P | Washington, Shalina (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/12/19 Wed | 03:00P - 05:30P | Watson, Tierra (STNA) | LTC | S2 Regular | 29.00 | 2.50 | 72.50 |

**Boulder Healthcare - Euclid Beach Healthcare Subtotal:** 354.75  $10,967.50

**Invoice Total:** 354.75  $10,967.50

---

**DNA**
Dedicated Nursing Associates, Inc

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder Healthcare - Euclid Beach Healthcare
16101 Euclid Beach Blvd
Cleveland, OH 44110

**INVOICE**
Invoice No. 161706
Date 06/28/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/20/19 Thu | 03:00P - 11:30P | Amey, Tiffany (LPN) | LTC | S2 Regular | 42.00 | 8.00 | 336.00 |
| 06/16/19 Sun | 03:00P - 03:00P | Benson, Tavia (STNA) | LTC | S2 Regular Weekend | 32.00 | 7.50 | 240.00 |
| 06/17/19 Mon | 03:00P - 11:00P | Blackmon, Renee (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/16/19 Sun | 03:00P - 10:00P | Bockin, Jennifer (LPN) | LTC | S2 Regular | 42.00 | 6.50 | 273.00 |
| 06/21/19 Fri | 07:00A - 04:00P | Conner, Ashlee (LPN) | LTC | S1 Regular | 42.00 | 8.00 | 336.00 |
| 06/22/19 Sat | 07:00A - 03:15P | Conner, Ashlee (LPN) | LTC | S1 Regular Weekend | 45.00 | 8.25 | 371.25 |
| 06/22/19 Sat | 07:00A - 03:00P | Desselles, Jasmine (STNA) | LTC | S2 Regular Weekend | 29.00 | 8.00 | 232.00 |
| 06/22/19 Sat | 07:00A - 03:00P | Desselles, Jasmine (STNA) | LTC | S1 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 06/21/19 Fri | 11:00P - 07:00A | Eaton, Porchia (STNA) | LTC | S3 Regular | 29.00 | 8.00 | 232.00 |
| 06/21/19 Sat | 03:00P - 11:00P | Eaton, Porchia (STNA) | LTC | S2 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 06/22/19 Sat | 11:00P - 07:00A | Eaton, Porchia (STNA) | LTC | S3 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 06/21/19 Fri | 07:00A - 03:00P | Goodlow, Deanna (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 06/21/19 Fri | 03:00P - 03:00P | Gossett, Sakia (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/22/19 Sat | 07:00A - 03:00P | Gossett, Sakia (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 06/22/19 Sat | 07:00A - 03:00P | Hamilton, Deiven (LPN) | LTC | S1 Regular Weekend | 32.00 | 8.00 | 360.00 |
| 06/16/19 Sun | 07:00A - 08:00P | Hawkins, Lataisia (STNA) | LTC | S2 Regular Weekend | 29.00 | 8.00 | 256.00 |
| 06/17/19 Mon | 11:00P - 07:00A | Hawkins, Lataisia (STNA) | LTC | S3 Regular | 29.00 | 8.00 | 232.00 |
| 06/20/19 Thu | 03:00P - 11:30P | Hill, Shantell (LPN) | LTC | S2 Regular | 42.00 | 8.25 | 346.50 |
| 06/21/19 Fri | 03:00P - 11:30P | Hill, Shantell (LPN) | LTC | S2 Regular | 42.00 | 8.25 | 346.50 |
| 06/19/19 Wed | 03:00P - 07:15A | Holton, Brittney (STNA) | LTC | S2 Regular | 29.00 | 16.25 | 471.25 |
| 06/21/19 Fri | 07:00A - 03:00P | Holton, Brittney (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 06/18/19 Tue | 03:00P - 11:00P | Johnson, Cory (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/19/19 Wed | 03:00P - 11:00P | Kamau, Martin (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/19/19 Wed | 03:00P - 11:00P | Kamau, Martin (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/21/19 Fri | 03:00P - 11:00P | Kamau, Martin (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/15/19 Wed | 03:00P - 11:00P | Kelly, Iesha (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/21/19 Fri | 07:00A - 03:00P | Kelly, Iesha (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

**DNA**
Dedicated Nursing Associates, Inc

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013



Boulder Healthcare - Euclid Beach Healthcare
16101 Euclid Beach Blvd
Cleveland, OH 44110

**INVOICE**
Invoice No. 161989
Date 07/12/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/02/19 Tue | 07:00A - 03:00P | Amey, Tiffany (LPN) | LTC | S1 Regular | 42.00 | 7.50 | 315.00 |
| 07/02/19 Tue | 03:00P - 11:30P | Amey, Tiffany (LPN) | LTC | S2 Regular | 42.00 | 8.50 | 357.00 |
| 07/01/19 Mon | 03:00P - 03:30P | Conner, Ashlee (LPN) | LTC | S2 Regular | 42.00 | 8.50 | 357.00 |
| 07/02/19 Tue | 03:00P - 03:00P | Conner, Ashlee (LPN) | LTC | S2 Regular | 42.00 | 8.50 | 357.00 |
| 07/05/19 Sat | 03:00P - 10:00P | Curtis, Antonio (STNA) | LTC | S2 Regular Weekend | 32.00 | 7.00 | 224.00 |
| 07/05/19 Sat | 07:00A - 03:00P | Curtis, Antonio (STNA) | LTC | S2 Regular Weekend | 32.00 | 8.00 | 224.00 |
| 07/01/19 Mon | 07:00A - 04:00P | Griffin, Tiffany (LPN) | LTC | S1 Regular | 42.00 | 8.50 | 357.00 |
| 07/02/19 Tue | 07:00A - 03:30P | Griffin, Tiffany (LPN) | LTC | S1 Regular | 42.00 | 8.50 | 357.00 |
| 07/01/19 Mon | 03:00P - 03:00P | Jennings, Gequanna (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 07/02/19 Tue | 03:00P - 11:00P | Kamau, Martin (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 07/01/19 Mon | 03:00P - 11:00P | Kelly, Iesha (STNA) | LTC | S2 Regular | 29.00 | 4.00 | 116.00 |
| | | **Note** Inconvenience pay | | | | | |
| 07/02/19 Tue | 03:00P - 11:00P | Stewart, Autumn (STNA) | LTC | S2 Regular | 29.00 | 7.00 | 203.00 |
| 07/03/19 Wed | 07:00A - 03:00P | Stewart, Autumn (STNA) | LTC | S1 Regular | 29.00 | 8.00 | 232.00 |
| 07/03/19 Wed | 03:00P - 03:00P | Stewart, Autumn (STNA) | LTC | S2 Regular | 42.00 | 8.50 | 357.00 |
| 07/03/19 Wed | 03:00P - 11:00P | Sumory, Rayona (LPN) | LTC | S2 Regular | 42.00 | 8.50 | 357.00 |
| 07/02/19 Tue | 10:45P - 11:45P | Tan, Reva (STNA) | LTC | S2 Regular | 42.00 | 7.25 | 304.50 |
| 07/03/19 Wed | 07:00P - 07:00P | Vernon, Treasure (RN) | LTC | S2 Regular | 42.00 | 8.50 | 268.00 |
| | | **Note** Inconvenience pay per contract | | | | | |

**Boulder Healthcare - Euclid Beach Healthcare Subtotal:** 135.75  $4,923.50

**Invoice Total:** 135.75  $4,923.50

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

## DNA

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder Healthcare - Euclid Beach Healthcare
16101 Euclid Beach Blvd.
Cleveland, OH 44110

**INVOICE**
Invoice No. 181802
Date 07/13/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | to | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/07/19 Sun | 07:00A - 03:00P | Benner, Tavia (STNA) | LTC | S1 Regular Weekend | 32.00 | 7.50 | 240.00 |
| 07/15/19 Wed | 07:00A - 03:15P | Conner, Ashlee (LPN) | LTC | S1 Regular | 42.00 | 8.25 | 346.50 |
| 07/09/19 Tue | 03:00P - 11:00P | Forte, Eyani (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 07/10/19 Wed | 03:00P - 11:00P | Forte, Eyani (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 07/10/19 Wed | 03:00P - 11:00P | Hulton, Brittney (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 07/03/19 Wed | 11:00P - 03:00A | Philpot, Honey (LPN) | LTC | S3 Regular | 42.00 | 1.00 | 42.00 |
| | | | | S3 Regular Holiday | 63.00 | 3.00 | 189.00 |
| 07/03/19 Wed | 03:00P - 07:00P | Smith, Adreyonna (STNA) | LTC | S2 Regular | 29.00 | 4.00 | 116.00 |

**Note** Inconvenience pay

**Boulder Healthcare - Euclid Beach Healthcare Subtotal: 46.75 1,600.50**

**Invoice Total: 44.75 $1,600.50**

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving Your
All Invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

Dedicated Nursing Associates, Inc

6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

**Invoice**

| Date | Invoice # |
|---|---|
| 8/1/2019 | 29511 |

**Bill To**
Boulder Healthcare-Euclid Beach Healthcare
16101 Euclid Beach Blvd.
Cleveland, OH 44110

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Interest Due on the Following | | |
| 6,203.38 | Invoice #159631 | 0.015 | 93.05 |
| 12,983.12 | Invoice #160091 | 0.015 | 194.75 |
| 10,967.5 | Invoice #160302 | 0.015 | 164.51 |
| 9,378.5 | Invoice #160706 | 0.015 | 140.68 |

| | | **Total** | $592.99 |
|---|---|---|---|

---

Dedicated Nursing Associates, Inc.

6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

**Invoice**

| Date | Invoice # |
|---|---|
| 9/1/2019 | 3122s |

**Bill To**
Boulder Healthcare-Euclid Beach Healthcare
16101 Euclid Beach Blvd.
Cleveland, OH 44110

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Interest Due on the Following | | |
| 6,203.38 | Invoice #159631 | 0.015 | 93.05 |
| 12,983.12 | Invoice #160091 | 0.015 | 194.75 |
| 10,967.5 | Invoice #160302 | 0.015 | 164.51 |
| 9,378.5 | Invoice #160706 | 0.015 | 140.68 |
| 5.63 | Invoice #157326B | 0.015 | 0.08 |
| 6,695 | Invoice #160896 | 0.015 | 100.43 |
| 4,923.5 | Invoice #161389 | 0.015 | 73.85 |
| 1,600.5 | Invoice #161802 | 0.015 | 24.01 |
| 592.99 | Invoice #29511 | 0.015 | 8.89 |

| | | **Total** | $800.25 |
|---|---|---|---|

---

Dedicated Nursing Associates, Inc.

6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

**Invoice**

| Date | Invoice # |
|---|---|
| 10/1/2019 | 3185t |

**Bill To**
Boulder Healthcare-Euclid Beach Healthcare
16101 Euclid Beach Blvd.
Cleveland, OH 44110

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Interest Due on the Following | | |
| 6,203.38 | Invoice #159631 | 0.015 | 93.05 |
| 12,983.12 | Invoice #160091 | 0.015 | 194.75 |
| 10,967.5 | Invoice #160302 | 0.015 | 164.51 |
| 9,378.5 | Invoice #160706 | 0.015 | 140.68 |
| 5.63 | Invoice #157326B | 0.015 | 0.08 |
| 6,695 | Invoice #160896 | 0.015 | 100.43 |
| 4,923.5 | Invoice #161389 | 0.015 | 73.85 |
| 1,600.5 | Invoice #161802 | 0.015 | 24.01 |
| 592.99 | Invoice #29511 | 0.015 | 8.89 |
| 800.25 | Invoice #3122s | 0.015 | 12.00 |

| | | **Total** | $812.25 |
|---|---|---|---|

**EXHIBIT 9**

Dedicated Nursing Associates, Inc.
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

## Statement

| Date |
|------|
| 10/1/2019 |

To:
Boulder Healthcare-Euclid Beach Healthcare
16101 Euclid Beach Blvd.
Cleveland, OH 44110

| Amount Due | Amount Enc. |
|------------|-------------|
| $43,144.34 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 05/17/2019 | PMT #1428. | -11,738.54 | -11,738.54 |
| 06/07/2019 | INV #159631. Due 07/07/2019. Orig. Amount $6,203.38. | -6,203.38 | -5,535.16 |
| 06/14/2019 | INV #160091. Due 07/14/2019. Orig. Amount $12,983.11 | 12,983.11 | 7,447.97 |
| 06/20/2019 | CREDMEM #cm158177 | -79.75 | 7,368.22 |
| 06/21/2019 | INV #160302. Due 07/21/2019. Orig. Amount $10,967.50 | 10,967.50 | 18,335.72 |
| 06/28/2019 | INV #160706. Due 07/28/2019. Orig. Amount $9,378.50 | 9,378.50 | 27,714.22 |
| 07/05/2019 | INV #160896. Due 08/04/2019. Orig. Amount $6,695.00 | 6,695.00 | 34,409.22 |
| 07/05/2019 | INV #157326B. Due 08/04/2019. Orig. Amount $5.63. | -5.63 | 34,414.85 |
| 07/12/2019 | INV #161389. Due 08/11/2019. Orig. Amount $4,923.50 | 4,923.50 | 39,338.35 |
| 07/19/2019 | INV #161802. Due 08/18/2019. Orig. Amount $1,600.50. | 1,600.50 | 40,938.85 |
| 08/01/2019 | INV #2951i. Due 08/31/2019. Orig. Amount $592.99 | 592.99 | 41,531.84 |
| 09/01/2019 | INV #3122i. Due 10/01/2019. Orig. Amount $800.25 | 800.25 | 42,332.09 |
| 10/01/2019 | INV #3185i. Due 10/31/2019. Orig. Amount $812.25 | 812.25 | 43,144.34 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|---------------------|---------------------|-----------------------|------------|
| 812.25 | 800.25 | 7,116.99 | 34,414.85 | 0.00 | $43,144.34 |

---

**EXHIBIT 10**

DocuSign Envelope ID: C82736A0-6136-4802-B71C-0ACF.BAJ8C736
From: Jeromy Farinn   Fax 1/24/2019   To: 1016890027hci.com   Fax: (877) 564-3091
Heartland of Greenville 937-548-0091   Page 1 of 31   17/01/2019 11:27 PM   2/16

### MEDICAL STAFFING AGREEMENT

THIS MEDICAL STAFFING AGREEMENT ("Agreement"), made this 2nd day of July 2019, between DEDICATED NURSING ASSOCIATES, INC. ("DNA"), a Pennsylvania corporation having a place of business at 6536 William Penn Highway Rt 22, Suite 202, Delmont, Pennsylvania 15626,

AND

Greenville Health and Rehab ("Contractor"), having its principle place of business at 243 Marion Drive, Greenville, Ohio 45331.

WHEREAS, DNA is in the business of providing registered nurses, licensed practical nurses, certified nursing aides, home health aides and other medical professionals ("Employee" or "Employees") with particular skills and experience; and

WHEREAS, Contractor is in need of personnel with the skill and experience provided by DNA.

NOW, THEREFORE, in consideration of the covenants contained herein and intending to be legally bound, the parties hereby agree as follows:

1. **EMPLOYEES TO BE PROVIDED**
The Employees to be provided include, but are not limited to, the following: RN's, LPN's, CNA's, HHA's and NA's.

2. **QUALIFICATIONS OF EMPLOYEES**
DNA will ensure that Employees to be provided shall possess the qualifications required to perform the work for which they are contracted to provide in their particular field of practice. They shall also possess the required qualifications in the areas of education, certification, license, Physical and Mantoux test and criminal clearances, as required.

3. **DNA AS EMPLOYER**
Contractor shall not be responsible for payment of wages, salaries, and other compensation, fringe benefits, unemployment insurance, workers' compensation, social security, or other payroll taxes for staff provided to Contractor by DNA. Further, DNA shall be the employer of all persons it furnishes to Contractor.

4. **EXPENSES**
Contractor shall be responsible for all expenses incurred by DNA Employees relating to patient care (by way of example only, gloves) while on assignment to Contractor under this Agreement.

1

## 5. ADMINISTRATIVE LINK

For the purpose of facilitating the services contemplated by this Agreement, Contractor and DNA each shall designate an administrative employee to be available for such purpose.

## 6. COMPENSATION (TIME RECORDS)

Contractor shall compensate DNA for its services in accordance with the schedule set forth in Exhibit "A" hereto, which is incorporated by reference and made part of this Agreement. For the purposes of compensation, DNA shall submit documentation in the form of time records for the services provided to Contractor. Contractor, or its authorized representative, shall be responsible for verifying that the time records are accurate.

## 7. SCHEDULING AND SUBSTITUTE STAFF

A. Contractor must immediately notify DNA of any changes to the agreed upon staffing schedule for Employees. Contractor is not authorized to accept a schedule change that is only discussed with an Employee and not approved in advance by DNA. If the schedule change results in the Employee working fewer hours than scheduled, failure to give notice to and receive consent from DNA may result in a charge for the originally scheduled hours. If a schedule change results in an Employee working over forty (40) hours in one week for DNA, and if there is no agreement to the contrary, Contractor will be charged the overtime billing rate for any hours that were not approved in advance by DNA for the Employee.

B. DNA shall use its best efforts to replace regularly scheduled staff that are unavailable on a given day due to an illness or paid time off, or because of an emergency, vacation or holiday; however, DNA cannot guarantee that it can or will provide substitute staff.

## 8. HIRING OF EMPLOYEES BY CONTRACTOR AND CONVERSION FEE

Contractor may wish to employ directly an Employee who has been supplied by DNA. In the event of such a conversion to the employ of Contractor or to another employer to whom Contractor refers such Employee, Contractor agrees to pay a conversion fee. The conversion fee is $15,000.00 for an RN, $12,000.00 for an LPN, $9,000.00 for a CNA, and $9,000.00 for a HHA or NA. The conversion fee will be reduced by $200.00 for each 40 hours of weekly services performed while on assignment to the Contractor, however in no event will there be any less than a $6,000.00 conversion fee for any position. The same stipulation will be used if Contractor converts a DNA Employee to part-time status. Again, the conversion fee will not be less than $6,000.00.

A. The conversion fee is payable if Contractor hires the DNA Employee assigned, regardless of the employment classification, on either a permanent, temporary (including temporary assignments through another agency) or consulting basis within six (6) months after the last day of the assignment. Contractor also agrees to pay a conversion fee if the DNA Employee assigned to Contractor is hired by a subsidiary, other related company or any other entity or business as a result of referral of the Employee by Contractor.

2

## 9. COMPLIANCE WITH APPLICABLE LAW

DNA and Contractor shall comply with the Fair Labor Standards Act, the Occupational Safety and Health Act ("OSHA"), Immigration Reform and Control Act, the Health Insurance Portability and Accountability Act ("HIPAA"), and all other applicable federal, state, and local statutes, laws, ordinances, regulations and standards including, but not limited to, equal employment opportunity, civil rights, anti-discrimination, wage and hour, privacy and Joint Commission, whether as presently enacted or as hereafter amended. Notwithstanding the above, it is agreed that Contractor is primarily responsible for compliance with OSHA and comparable state laws and regulations thereunder, to the extent those laws and regulations apply to Employees assigned to Contractor. This responsibility includes, but is not limited to, required information and training in site-specific protocols, the facility exposure control plan and available personal protective equipment. Contractor will maintain documentation regarding training and related obligations hereunder, and make this documentation available to DNA upon request. Contractor will provide post-exposure evaluation and follow-up in accordance with OSHA standards.

## 10. CONFIDENCE OF INFORMATION

A. Contractor shall keep in confidence all information relating to the methods of operations, trade secrets, business plans, business opportunities, finances, strategic planning and development, research, development, personnel data, recruiting, compensation, billing, and all other confidential knowledge, data and information related to the business and affairs of DNA that may be acquired in furtherance of the relationship contemplated by this Agreement. During and after the term of this Agreement, Contractor shall not, without the prior written consent of DNA, publish, communicate, divulge or disclose any such information.

B. The parties hereto agree to comply with any and all federal or state laws or regulations that have or may become effective during the term of this Agreement, including, but not limited to HIPAA and any amendments, rules and regulations promulgated thereunder. The parties further agree to execute any additional documents that may be required under HIPAA, including, but not limited to, a Business Associates Agreement.

## 11. INDEMNIFICATION

DNA and Contractor shall indemnify, hold harmless, and, upon request, defend the other party and their respective subsidiaries, affiliates, directors, officers, employees, agents and independent contractors from and against all loses, claims, charges, causes of action of any type, whether in law or equity, liabilities, damages, losses and expenses including, but not limited to, interest, penalties, reasonable attorney's fees and costs of suit, arising out of or in connection with their own acts or omissions, whether in whole or in part, relating to their obligations pursuant to this Agreement.

## 12. PROFESSIONAL LIABILITY INSURANCE

Each party to this Agreement shall obtain, at its own cost, professional liability insurance covering its own act or omissions. Each shall maintain such insurance in amounts not less than

3

Two Million ($2,000,000.00) Dollars per occurrence and Six Million ($6,000,000.00) Dollars annual aggregate.

## 13. GENERAL LIABILITY INSURANCE

Contractor shall maintain accident and general liability insurance covering the premises where DNA Employees will perform services hereunder, as well as any Contractor owned or leased vehicles that DNA Employees may use in the course of their work pursuant to this Agreement. Upon request of DNA, Contractor shall provide a copy of all insurance policies demonstrating compliance with this paragraph.

## 14. INDEPENDENT STATUS

A. In the performance of their respective duties under this Agreement, DNA and Contractor shall remain independent contracting entities, and neither shall be deemed to be the employer or employee of the other for any purpose whatsoever. The relationship between the parties shall at all times be that of independent contractors. No provision of this Agreement is intended to, or shall be construed, to render one party an employee, servant or partner of the other.

B. In the event that the Internal Revenue Service or another government agency questions or challenges the independent contractor status of either DNA or Contractor, both DNA and Contractor, upon receipt by them of notice from the Internal Revenue Service or other government agency, shall promptly notify and afford the other party the opportunity to participate in any discussion or negotiation with the Internal Revenue Service or other government agency, irrespective by whom such notifications were initiated, to the extent permitted by the Internal Revenue Service or other government agencies.

## 15. COMMUNICATION WITH STAFF

Contractor shall not communicate directly with DNA Employees outside of the assignment scope. All communications regarding staff scheduling with DNA Employees, whether written, verbal, or in person, shall be relayed through DNA unless otherwise agreed to in writing by both parties. See also paragraph 7.A hereof.

## 16. NO SOLICITATION BY CONTRACTOR

During the term of this Agreement, Contractor shall not solicit or attempt to solicit, either directly or indirectly, the business or trade of DNA for Contractor's benefit or the benefit of any other person or entity to the exclusion of DNA, nor shall Contractor request or allow anyone to do so on its behalf.

## 17. INJUNCTIVE RELIEF

In addition to all other available remedies in the event of a breach of this Agreement, DNA, as the aggrieved party, shall be entitled to immediate injunctive relief to prevent the irreparable harm which will result in the absence of such relief.

4

## 18. FLOATING POLICIES AND COMPETENCE

Floating refers to the reassignment of Employees, where the Employee's job functions differ from specified requirements. With the express, written permission of DNA, Contractor may float one or more Employees that are within the scope of the Employee's clinical expertise, Joint Commission standards, and to which they have been fully oriented. Contractor shall pay to DNA the agreed upon rate under these circumstances.

## 19. ORIENTATION POLICIES

Contractor will require Employees furnished under this Agreement to review Contractor's fire and disaster, infection control and no-lift policies prior to placement.

## 20. SUBCONTRACTING

DNA, at its sole discretion, may contract with one or more persons or entities for the performance of DNA's obligations covered by this Agreement, provided the contract shall not relieve DNA of its obligations and liability under this Agreement. Any individual provided under such a subcontracting arrangement shall be deemed an "Employee" solely for purposes of this Agreement.

## 21. INCIDENT, ERROR TRACKING SYSTEM

DNA has a system for reporting, tracking, and documenting unexpected incidents. When any Employee is involved in medication and/or documentation errors, unanticipated deaths, patient incidents, injuries, safety hazards related to the care and services provided, occupational illnesses, or security incidents including incidents of property damage or theft, the Employee and Contractor shall immediately report the incident to DNA, as DNA requires documentation to insure continued patient safety.

## 22. ADDITIONAL REPORTING OBLIGATIONS OF CONTRACTOR

A. Contractor shall also immediately report to DNA any employment-related concerns, problems or issues with any Employee supplied by DNA, including any Employee report made directly to Contractor.

B. If Contractor reasonably believes that any Employee assigned by DNA is incompetent, negligent or has engaged in misconduct, Contractor may require such Employee to leave its premises and shall inform DNA of this action immediately. Contractor's obligation to compensate DNA for the Employee's services shall be limited to the hours actually worked by such Employee; however, any action taken by Contractor in this regard must be based upon a reasonable, good faith belief by Contractor that the Employee must in fact be removed from the premises immediately.

C. Contractor is responsible to determine the adequacy of each Employee's job performance. If Contractor determines that the Employee's performance is unsatisfactory, Contractor will notify DNA of specific deficiencies in writing in circumstances other than those requiring immediate removal from the premises.

5

DocuSign Envelope ID: C821589C-618E-4B32-81CE-0ACF8A3BC10F

23.   ADDITIONAL LIMITATIONS/REQUIREMENTS
A.   Contractor agrees that it will not entrust any Employee with unattended premises, cash, checks, keys, credit cards, merchandise or other valuables without prior, express permission from DNA.

B.   Contractor will not request or permit any Employee to use any vehicle, regardless of ownership, in connection with the performance of services for Contractor, without prior, express permission from DNA.

24.   NON-DISCRIMINATION
Both DNA and Contractor agree that they will abide by all federal, state, and applicable laws regarding the prohibition of discrimination in the provision of services on the basis of race, sex, religion, creed, disability, ancestry, national origin, sexual preference or age.

25.   NO WAIVER
No course of dealing or failure of either party to strictly enforce any term, right or condition of this Agreement shall be construed as a waiver of such term, right, or condition relating to any subsequent breach.

26.   SURVIVAL OF OBLIGATIONS
Contractor's obligations under this Agreement which by their nature would continue beyond the termination, cancellation, or expiration of this Agreement shall survive termination, cancellation or expiration of the Agreement.

27.   NO GENERAL INVALIDITY
If any of the provisions of this Agreement are judicially declared invalid or unenforceable, such invalidity or unenforceability shall not invalidate or render unenforceable the entire Agreement, and this Agreement shall be construed as if not containing the particular invalid or unenforceable provision or provisions.

28.   DISASTERS AND RELATED EVENTS
Neither DNA nor Contractor shall be liable for failure to perform hereunder due to contingencies beyond either of their reasonable control including, but not limited to, strikes, riots, war, fire, acts of God or natural disasters, accidents, mechanical failure not caused by the fault or neglect of DNA or Contractor, compliance with any law, regulation, or order of the United States of America or any state, governmental body, or any instrumentality thereof, whether now existing or hereafter created.

29.   ASSIGNMENT/SUCCESSORS AND ASSIGNS
A.   Contractor shall not assign or delegate its rights, duties and obligations under this Agreement, either in whole or in part, or any monies due or to become due hereunder without the prior written consent of DNA, which shall not be unreasonably withheld. Any such assignment without the prior written consent of DNA shall be absolutely invalid. DNA may in its discretion, assign this Agreement in whole or in part to its subsidiaries, or affiliated corporations.

8

B.   This Agreement shall be binding upon any and all successors and assigns of Contractor. In the event of a potential sale, stock or other sale of Contractor, Contractor and/or any or all of its agents and representatives (including, but not limited to brokers) shall have an affirmative duty to notify the potential buyer through the due diligence process or otherwise of the binding nature of this Agreement and that it is binding on all successors and assigns of Contractor. Contractor shall also notify DNA of the pendency of any transaction contemplated herein and shall provide DNA with reasonable notice thereof so that DNA may assert all rights it has under this Agreement, including, but not limited to, those referenced in Sections 29.A., 11 and 17 hereof.

C.   To the extent Contractor breaches any part of this Section 29, the Indemnification provisions of Section 11 hereof shall be fully enforced by DNA against Contractor. It expressly is understood that liability to DNA shall not be limited to booked but unworked shifts.

30.   CHANGES TO AGREEMENT
Any changes to this Agreement shall be effective only if mutually agreed upon in writing by duly authorized representatives of the parties. This Agreement shall not be modified or supplemented, or any rights, duties or obligations of a party in it waived, except by such a writing.

31.   FINAL AGREEMENT; SURVIVABILITY OF TERMS
This Agreement represents the entire agreement between the parties. It supersedes and voids all contract terms contained in any earlier agreements between the parties. There are no other oral or written agreements between the parties supplemental or contrary to this Agreement. If any provision hereof shall be held unenforceable, the remaining provisions shall be given full force and effect.

32.   TERM OF AGREEMENT AND TERMINATION
The term of this Agreement shall be from July 2019 to July 2020, and will automatically renew on an annual basis if not revised by Agreement of each party or terminated. Either party may terminate this Agreement for any lawful reason by sending the other written notice of termination at least thirty (30) days before the date of termination. Such termination shall not be a waiver of any right to pursue damages for a pre-existing breach. The parties herein shall deal with each other in good faith during the thirty (30) day period after which any notice of intent to terminate without cause has been given.

7

DocuSign Envelope ID: C821589C-618E-4B32-81CE-0ACF8A3BC10F

33.   NOTICE
Any notice given pursuant to this Agreement shall be given by personal delivery, prepaid telegram, telecopy, overnight delivery service postage prepaid, registered or certified mail, with return receipt requested, directed to the parties at the following addresses:

**Dedicated Nursing Associates, Inc.**
6536 William Penn Highway Rt 22
Suite 202
Delmont, Pennsylvania 15626

**Contractor:**
243 Marion Drive
Greenville, Ohio 45331

34.   CHOICE OF LAW/VENUE
This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania, without reference to any conflicts of law principles thereof. In addition, any claims brought hereunder shall first attempted to be mediated informally by the parties.  In the event mediation is unsuccessful, then any litigation brought hereunder must be brought in the Court of Common Pleas of Westmoreland County, Pennsylvania, or the U.S. District Court for the Western District of Pennsylvania, to the extent federal law or federal diversity jurisdiction would apply.

8

35.   EXECUTION
This Agreement is executed by duly authorized officers, employees or agents of the parties on the dates below, and with the intent to be legally bound hereby:

**Dedicated Nursing Associates, Inc.**

By: _Christopher Brant_   Title: Contract Administrator   Dated: 7/2/2019
[Authorized Representative]

By: _Jennifer Pasting_   Title: Senior Account Executive   Dated: 7/2/2019
[Authorized Representative]

By: _Linda Webb_   Title: Collections Manager   Dated: 7/2/2019
[Accounting Department]

**Contractor:**

Print Name: _Greenville Health & Rehab_

By: _____   Title: _owner_   Dated: 7/2/19
[Authorized Representative]

[Electronic signature/verification has the same legal significance as writing].

9

DocuSign Envelope ID: CB2158NC-618E-4B32-81CE-0ACF8A3BC10F

**Top-left panel:**

| | Document Number: |
|---|---|
| Dedicated Nursing Associates, Inc | |
| Contract Forms | **DNA** |
| DNA Contract Compliance | |
| Document Title: | Document Number: |
| Joint Commission Compliance Form | Effective Date: 01/13/2016 |
| | Revision Date: |
| | Approved By: D.R.C.W. |
| | Page Number:   Page 9 of 9 |

*(body text illegible paragraphs)*

Exhibit A

**Top-right panel:**

| Per-Diem Rates | Weekday | Weekend |
|---|---|---|
| a. State Tested Nursing Assistant | $29.50/Hr | $32.50/Hr |
| b. Licensed Practical Nurse | $42.50/Hr | $45.50/Hr |
| c. Registered Nurse | $52.50/Hr | $55.50/Hr |

| Contract Assignment Rates | | |
|---|---|---|
| a. State Tested Nursing Assistant | $36.50/Hr | $39.50/Hr |
| b. Licensed Practical Nurse | $49.50/Hr | $52.50/Hr |
| c. Registered Nurse | $59.50/Hr | $62.50/Hr |

* Travel/Contract Assignments are typically (13) thirteen weeks in duration, however never less than (4) four weeks and encompass all costs, e.g. lodging and travel. Any new service not listed will be added by an addendum attachment.

** Specialty is considered any unit outside of Long Term Care, Med Surg, Telemetry. All Registered Nurses that have management functions (floor manager, unit manager, etc) during their assignment will also be considered specialty.

Weekend Bill Rates
Contractor agrees to pay the weekend bill rates for the following days and shifts worked:
- Saturday-  7:00 am-3:00 pm
3:00 pm-11:00 pm
11:00 pm-7:00 am
- Sunday-  7:00 am-3:00 pm
3:00 pm-11:00 pm
11:00 pm-7:00 am

Holiday Policy
The following days will be billed at 1 ½ the hourly rate:
- New Year's Eve 3:00 p.m. through New Year's Day
- Martin Luther King Jr. Day
- Easter Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Eve 3:00 p.m. through Christmas Day

Training/Orientation

Contractor agrees to pay for all orientation/training hours.

Lunch Breaks
Signed time cards that authorize a paid lunch break will be billed to the Contractor.

Overtime Policy
Any hours exceeding 40 hours in single payroll week (Sunday through Saturday) will be billed at time and a half (1½).

Cancellation Policy for Per Diem Personnel

- Per Diem: Any shift that is cancelled with less than two (2) hours notice will result in a four (4) hour billing charge.

Cancellation Policy for Travel/Contract Assignment:

- Travel/Contract Assignments are guaranteed. If cancelled (for any reason), weeks agreed upon will be billed in full. If an employee works part of the assignment, that time and the unworked portion will also be billed. The billed time is not to exceed agreement unless an extension is required and documented. Minimum contract assignments are four (4) weeks.

Interest: Any invoice beyond 30 days past due will be charged interest at a rate of 1.5%.

**CONTACT CHECKLIST**

**Bottom-right panel:**

Point of Contact

| Administrator: | DON: |
|---|---|
| Name: Victor Glassford | Name: Tracey Curran |
| E-mail: | E-mail: |
| Phone: (419) 779-4461 | Phone: (513) 234-1460 |
| Scheduler/Staffing Coordinator: | Corporate Point of Contact: |
| Name: Jody Prauch | Name: Victor Glassford |
| E-mail: | Email: |
| Phone: (937) 548-3141 | Phone: (419) 779-4461 |

| | |
|---|---|
| Type of Facility: | Skilled Nursing Facility |
| Size/Number of Beds: | 92 |
| Main Need (Discipline): | STNA's RN's LPN's |
| Currently Using Agency? | No |

1 Who (ex: OR Nurse, ER Nurse, Med Tech, Telemetry, Nurse Aide etc.) ?

2 What (ex: education requirements, clinical requirements, specific years of experience, male or female, height requirements etc.) ?

3 When (ex: length of assignment, specific schedule/days, start date etc.) ?

4 Where (ex: if multiple locations/wings, where is the help needed) ?

## Billing Information

| Billing/Invoice | | |
|---|---|---|
| Contact Name: Kyle Westmire | Title: AP | |
| Phone Number: (937) 548-8141 | E-mail Address: Kwestmire@boulderhealthcare.com | |

| | | |
|---|---|---|
| Corporate Group Affiliation: Regan LTi | | |
| Company Billing Name: Greenville Health and Rehab | | |
| Billing Address: 248 Marion Drive Greenville OH 45331 | | |
| Invoicing Preference: | ( ) E-mail | (✓) Mail |
| Payment Preference: | ( ) ACH (✓) Check | ( ) Credit Card |
| DUNs Number: | | |
| OT Rate: | Holiday Rate: | |
| MSP/VMS fee (if applicable): | | |
| Administrative fees (if applicable) & Special billing requirements: | | |

EXHIBIT 11

## DNA
Dedicated Nursing Associates, Inc

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder - Greenville Health and Rehab
243 Marion Drive
Greenville, OH 45331

**INVOICE**
Invoice No. 161974
Date 07/19/2019
Page 1

| | | | | | | |
|---|---|---|---|---|---|---|
| Terms | PO Number | | | | | |
| 30 | | | | | | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/11/19 Thu | 06:00A - 02:00P | Dahlstrom, Merissa (STNA) | LTC | S1 Regular | 29.50 | 7.50 | 221.25 |
| | | **Boulder - Greenville Health and Rehab Subtotal:** | | | | 7.50 | 221.25 |
| | | | | | **Invoice Total:** | 7.50 | 6321.25 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

## DNA
Dedicated Nursing Associates, Inc

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder - Greenville Health and Rehab
243 Marion Drive
Greenville, OH 45331

**INVOICE**
Invoice No. 162382
Date 07/26/2019
Page 1

| | | | | | | |
|---|---|---|---|---|---|---|
| Terms | PO Number | | | | | |
| 30 | | | | | | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/18/19 Thu | 06:00A - 02:00P | Barnes, Chrystal (STNA) | LTC | S1 Regular | 29.50 | 7.50 | 221.25 |
| 07/19/19 Fri | 06:00A - 02:15P | Dahlstrom, Merissa (STNA) | LTC | S1 Regular | 29.50 | 8.25 | 243.38 |
| 07/15/19 Mon | 02:00P - 10:15P | Williams, Rebecca (LPN) | LTC | S2 Regular | 42.50 | 8.25 | 350.63 |
| 07/16/19 Tue | 02:00P - 11:00P | Williams, Rebecca (LPN) | LTC | S2 Regular | 42.50 | 8.75 | 371.88 |
| | | **Boulder - Greenville Health and Rehab Subtotal:** | | | | 32.75 | 1,187.14 |
| | | | | | **Invoice Total:** | 32.75 | $1,187.14 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%



**DNA**
Dedicated Nursing Associates, Inc

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Greenville Health and Rehab Contract
243 Marion Drive
Greenville, OH 45331

**INVOICE**
Invoice No. 162172
Date 07/26/2019
Page 1

| | | | | Terms | PO Number |
|---|---|---|---|---|---|
| | | | | 10 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/16/19 Tue | 09:45P - 06:15A | Heisle, Rickita (LPN) | LTC | S1 Regular | 49.50 | 8.00 | 396.00 |
| 07/18/19 Thu | 10:00P - 05:45A | Heisle, Rickita (LPN) | LTC | S1 Regular | 49.50 | 7.25 | 358.88 |
| 07/15/19 Mon | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular | 36.50 | 7.50 | 273.75 |
| 07/16/19 Tue | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular | 36.50 | 7.50 | 273.75 |
| 07/17/19 Wed | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular | 36.50 | 7.50 | 273.75 |
| 07/18/19 Thu | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular | 36.50 | 7.50 | 273.75 |
| 07/14/19 Sun | 11:00P - 06:00A | Scruggs, Tiffany (STNA) | LTC | S1 Regular Weekend | 39.50 | 6.50 | 256.75 |
| 07/15/19 Mon | 10:00P - 06:00A | Scruggs, Tiffany (STNA) | LTC | S1 Regular | 36.50 | 7.50 | 273.75 |
| 07/17/19 Wed | 10:15P - 06:15A | Scruggs, Tiffany (STNA) | LTC | S1 Regular | 36.50 | 7.50 | 273.75 |
| 07/18/19 Thu | 10:00P - 06:00A | Scruggs, Tiffany (STNA) | LTC | S3 Regular | 36.50 | 7.50 | 273.75 |

**Greenville Health and Rehab Contract Subtotal: 74.25 2,927.88**
**Invoice Total: 74.23 $2,927.88**

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

**DNA**
Dedicated Nursing Associates, Inc

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder - Greenville Health and Rehab
243 Marion Drive
Greenville, OH 45331

**INVOICE**
Invoice No. 162728
Date 08/02/2019
Page 1

| | | | | Terms | PO Number |
|---|---|---|---|---|---|
| | | | | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/23/19 Tue | 02:00P - 10:45P | Nicoletti, Jamie (LPN) | LTC | S2 Regular | 42.50 | 8.25 | 350.63 |
| 07/26/19 Fri | 02:00P - 11:15P | Williams, Rebecca (LPN) | LTC | S2 Overtime | 63.75 | 9.00 | 573.75 |
| 07/27/19 Sat | 02:00P - 10:15P | Williams, Rebecca (LPN) | LTC | S2 Overtime Weekend | 68.25 | 7.75 | 528.94 |

**Boulder - Greenville Health and Rehab Subtotal: 25.00 1,453.32**
**Invoice Total: 25.00 $1,453.32**

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

**DNA**
Dedicated Nursing Associates, Inc

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Greenville Health and Rehab Contract
243 Marion Drive
Greenville, OH 45331

**INVOICE**
Invoice No. 162534
Date 08/02/2019
Page 1

| | | | | Terms | PO Number |
|---|---|---|---|---|---|
| | | | | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/20/19 Sat | 09:45P - 06:00A | Heisle, Rickita (LPN) | LTC | S1 Regular Weekend | 52.50 | 7.75 | 406.88 |
| 07/22/19 Mon | 09:45P - 06:15A | Heisle, Rickita (LPN) | LTC | S3 Regular | 49.50 | 8.00 | 396.00 |
| 07/23/19 Tue | 09:45P - 06:00A | Heisle, Rickita (LPN) | LTC | S3 Regular | 49.50 | 7.75 | 383.63 |
| 07/24/19 Wed | 09:45P - 06:00A | Heisle, Rickita (LPN) | LTC | S3 Regular | 49.50 | 7.75 | 383.63 |
| 07/25/19 Thu | 09:45P - 06:00A | Heisle, Rickita (LPN) | LTC | S3 Regular | 49.50 | 7.75 | 383.63 |
| 07/19/19 Fri | 11:00P - 06:00A | Jackson, Kelsie (STNA) | LTC | S1 Regular | 36.50 | 6.50 | 237.25 |
| 07/20/19 Sat | 10:00P - 06:00A | Jackson, Kelsie (STNA) | LTC | S1 Regular Weekend | 39.50 | 11.50 | 454.25 |
| 07/23/19 Tue | 10:00P - 06:00A | Jackson, Kelsie (STNA) | LTC | S1 Regular | 36.50 | 7.50 | 273.75 |
| 07/24/19 Wed | 10:00P - 06:00A | Jackson, Kelsie (STNA) | LTC | S1 Regular | 36.50 | 7.50 | 273.75 |
| 07/26/19 Fri | 10:00P - 06:00A | Jackson, Kelsie (STNA) | LTC | S1 Regular | 36.50 | 7.50 | 273.75 |
| 07/20/19 Sat | 06:00A - 09:00A | Patterson, Amanda (STNA) | LTC | S4 Regular Weekend | 39.50 | 3.00 | 118.50 |
| 07/23/19 Tue | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular | 36.50 | 7.50 | 273.75 |
| 07/24/19 Wed | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular | 36.50 | 7.50 | 273.75 |
| 07/25/19 Thu | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular | 36.50 | 7.50 | 273.75 |
| 07/26/19 Fri | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular | 36.50 | 7.50 | 273.75 |
| 07/20/19 Sat | 10:00P - 06:00A | Scruggs, Tiffany (STNA) | LTC | S1 Regular Weekend | 39.50 | 7.50 | 296.25 |
| 07/21/19 Sun | 10:15P - 06:15A | Scruggs, Tiffany (STNA) | LTC | S1 Regular Weekend | 39.50 | 7.50 | 296.25 |
| 07/22/19 Mon | 10:00P - 06:00A | Scruggs, Tiffany (STNA) | LTC | S1 Regular | 36.50 | 7.50 | 273.75 |
| 07/23/19 Tue | 10:00P - 06:00A | Scruggs, Tiffany (STNA) | LTC | S1 Regular | 36.50 | 7.75 | 282.88 |
| 07/25/19 Thu | 10:15P - 06:15A | Scruggs, Tiffany (STNA) | LTC | S1 Regular | 36.50 | 7.50 | 273.75 |

**Greenville Health and Rehab Contract Subtotal: 150.25 6,102.90**
**Invoice Total: 150.25 $6,102.90**

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

**DNA**
Dedicated Nursing Associates, Inc

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Greenville Health and Rehab Contract
243 Marion Drive
Greenville, OH 45331

**INVOICE**
Invoice No. 163092
Date 08/09/2019
Page 1

| | | | | Terms | PO Number |
|---|---|---|---|---|---|
| | | | | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/28/19 Sun | 09:45P - 06:00A | Heisle, Rickita (LPN) | LTC | S3 Regular Weekend | 52.50 | 7.75 | 406.88 |
| 07/29/19 Mon | 09:45P - 06:15A | Heisle, Rickita (LPN) | LTC | S3 Regular | 49.50 | 8.00 | 396.00 |
| 07/31/19 Wed | 10:00P - 06:15A | Heisle, Rickita (LPN) | LTC | S3 Regular | 49.50 | 8.25 | 408.38 |
| 08/02/19 Fri | 09:45P - 06:00A | Heisle, Rickita (LPN) | LTC | S3 Regular | 49.50 | 7.75 | 383.63 |
| 08/03/19 Sat | 09:45P - 06:00A | Heisle, Rickita (LPN) | LTC | S3 Regular Weekend | 52.50 | 7.75 | 406.88 |
| 07/28/19 Sun | 06:00P - 06:00A | Jackson, Kelsie (STNA) | LTC | S1 Regular Weekend | 39.50 | 11.50 | 454.25 |
| 07/31/19 Wed | 06:00A - 06:00A | Jackson, Kelsie (STNA) | LTC | S1 Regular | 36.50 | 11.50 | 419.75 |
| 08/01/19 Thu | 06:00P - 10:00P | Jackson, Kelsie (STNA) | LTC | S1 Regular | 36.50 | 4.00 | 146.00 |
| 08/02/19 Fri | 06:00P - 06:00A | Jackson, Kelsie (STNA) | LTC | S1 Regular | 36.50 | 11.50 | 419.75 |
| 07/29/19 Mon | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular | 36.50 | 8.00 | 292.00 |
| 07/30/19 Tue | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular | 36.50 | 7.50 | 273.75 |
| 08/02/19 Fri | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular | 36.50 | 7.50 | 273.75 |
| 08/03/19 Sat | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular Weekend | 39.50 | 7.50 | 296.25 |
| 07/26/19 Fri | 07:00A - 04:45P | Scruggs, Tiffany (STNA) | LTC | S1 Regular | 36.50 | 9.75 | 355.88 |

**Note 40 hours guaranteed as per contracted. JC**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07/28/19 Sun | 10:15P - 06:30A | Scruggs, Tiffany (STNA) | LTC | S1 Regular Weekend | 39.50 | 7.75 | 306.13 |
| 07/29/19 Mon | 10:15P - 06:15A | Scruggs, Tiffany (STNA) | LTC | S1 Regular | 36.50 | 7.50 | 273.75 |
| 07/30/19 Tue | 10:00P - 06:00A | Scruggs, Tiffany (STNA) | LTC | S1 Regular | 36.50 | 7.50 | 273.75 |
| 07/31/19 Wed | 10:15P - 06:00A | Scruggs, Tiffany (STNA) | LTC | S1 Regular | 36.50 | 7.25 | 264.63 |
| 07/29/19 Mon | 01:30P - 10:00P | Turk, Courtney (LPN) | LTC | S2 Regular | 49.50 | 8.00 | 396.00 |
| 07/30/19 Tue | 01:45P - 10:15P | Turk, Courtney (LPN) | LTC | S2 Regular | 49.50 | 8.25 | 408.38 |
| 07/31/19 Wed | 01:45P - 10:30P | Turk, Courtney (LPN) | LTC | S2 Regular | 49.50 | 8.75 | 433.13 |
| 08/01/19 Thu | 02:00P - 10:15P | Turk, Courtney (LPN) | LTC | S2 Regular | 49.50 | 6.50 | 321.75 |
| | | | | S2 Overtime | 74.25 | 1.75 | 129.94 |
| 08/02/19 Fri | 02:00P - 10:00P | Turk, Courtney (LPN) | LTC | S2 Overtime | 74.25 | 8.00 | 594.00 |

**Greenville Health and Rehab Contract Subtotal: 189.50 8,334.61**
**Invoice Total: 189.50 $8,334.61**

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder - Greenville Health and Rehab
243 Marion Drive
Greenville, OH 45331

**INVOICE**
Invoice No. 162922
Date 08/09/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/01/19 Thu | 06:30A - 02:00P | Collins, Tyra (STNA) | LTC | S1 Regular | 29.50 | 7.00 | 206.50 |
| 08/02/19 Fri | 06:00A - 02:00P | Collins, Tyra (STNA) | LTC | S1 Regular | 29.50 | 7.50 | 221.25 |
| 07/23/19 Tue | 06:00A - 02:15P | Dahlstrom, Merissa (STNA) | LTC | S1 Regular | 29.50 | 7.75 | 228.63 |
| 07/30/19 Tue | 06:00A - 02:15P | Dahlstrom, Merissa (STNA) | LTC | S1 Regular | 29.50 | 7.75 | 228.63 |
| | | **Boulder - Greenville Health and Rehab Subtotal:** | | | | **30.00** | **885.01** |
| | | | | | **Invoice Total:** | **30.00** | **$885.01** |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Greenville Health and Rehab Contract
243 Marion Drive
Greenville, OH 45331

**INVOICE**
Invoice No. 163421
Date 08/16/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/07/19 Wed | 09:45P - 06:15A | Heisle, Rickita (LPN) | LTC | S3 Regular | 49.50 | 8.00 | 396.00 |
| 08/09/19 Fri | 09:45P - 06:15A | Heisle, Rickita (LPN) | LTC | S3 Regular | 49.50 | 8.00 | 396.00 |
| 08/10/19 Sat | 09:45P - 06:15A | Heisle, Rickita (LPN) | LTC | S3 Regular Weekend | 52.50 | 8.00 | 420.00 |
| 08/06/19 Tue | 06:00P - 01:00A | Jackson, Kelsie (STNA) | LTC | S1 Regular | 36.50 | 7.00 | 255.50 |
| 08/08/19 Thu | 06:00P - 11:00P | Jackson, Kelsie (STNA) | LTC | S1 Regular | 36.50 | 4.00 | 146.00 |
| 08/09/19 Fri | 06:00P - 06:00A | Jackson, Kelsie (STNA) | LTC | S1 Regular | 36.50 | 11.25 | 410.63 |
| 08/10/19 Sat | 06:00P - 06:00A | Jackson, Kelsie (STNA) | LTC | S1 Regular Weekend | 39.50 | 11.50 | 454.25 |
| 08/04/19 Sun | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular Weekend | 39.50 | 7.50 | 296.25 |
| 08/07/19 Wed | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular | 36.50 | 7.50 | 273.75 |
| 08/08/19 Thu | 06:00A - 02:00P | Patterson, Amanda (STNA) | LTC | S4 Regular | 36.50 | 8.00 | 292.00 |
| 08/09/19 Fri | 06:00A - 10:00A | Patterson, Amanda (STNA) | LTC | S4 Regular | 36.50 | 4.00 | 146.00 |
| 08/05/19 Mon | 11:00A - 11:00P | Perdue, Ja'ela (LPN) | LTC | S1 Regular | 49.50 | 11.50 | 569.25 |
| 08/06/19 Tue | 11:00A - 11:00P | Perdue, Ja'ela (LPN) | LTC | S1 Regular | 49.50 | 8.50 | 420.75 |
| | | | | S1 Regular | 49.50 | 3.00 | 148.50 |
| 08/08/19 Thu | 11:00A - 11:00P | Perdue, Ja'ela (LPN) | LTC | S1 Regular | 49.50 | 11.50 | 569.25 |
| 08/09/19 Fri | 02:00P - 11:00P | Perdue, Ja'ela (LPN) | LTC | S1 Regular | 49.50 | 5.50 | 272.25 |
| | | | | S1 Overtime | 74.25 | 3.00 | 222.75 |
| 08/04/19 Sun | 10:15P - 06:00A | Scruggs, Tiffany (STNA) | LTC | S1 Regular Weekend | 39.50 | 7.25 | 286.38 |
| 08/05/19 Mon | 10:15P - 06:00A | Scruggs, Tiffany (STNA) | LTC | S1 Regular | 36.50 | 7.25 | 264.63 |
| 08/06/19 Tue | 10:15P - 06:15A | Scruggs, Tiffany (STNA) | LTC | S1 Regular | 36.50 | 7.00 | 255.50 |
| 08/07/19 Wed | 10:15P - 06:15A | Scruggs, Tiffany (STNA) | LTC | S1 Regular | 36.50 | 7.25 | 264.63 |
| 08/08/19 Thu | 10:15P - 06:15A | Scruggs, Tiffany (STNA) | LTC | S1 Regular | 36.50 | 7.50 | 273.75 |
| 08/05/19 Mon | 01:45P - 10:00P | Turk, Courtney (LPN) | LTC | S2 Regular | 49.50 | 8.00 | 396.00 |
| 08/06/19 Tue | 01:45P - 10:15P | Turk, Courtney (LPN) | LTC | S2 Regular | 49.50 | 8.25 | 408.38 |
| 08/07/19 Wed | 01:45P - 10:00P | Turk, Courtney (LPN) | LTC | S2 Regular | 49.50 | 8.25 | 408.38 |
| 08/09/19 Fri | 01:45P - 10:00P | Turk, Courtney (LPN) | LTC | S2 Regular | 49.50 | 8.25 | 408.38 |
| 08/10/19 Sat | 01:45P - 10:00P | Turk, Courtney (LPN) | LTC | S2 Regular Weekend | 52.50 | 7.25 | 380.63 |
| | | | | S2 Overtime Weekend | 78.75 | 1.00 | 78.75 |

**Please Send Payments to:**

Invoice No. 163421
Date 06/16/2019
Page 2

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/06/19 Tue | 11:00A - 11:00P | Williams, Rebecca (LPN) | LTC | S2 Regular | 49.50 | 11.50 | 569.25 |
| 08/07/19 Wed | 03:00P - 10:30P | Williams, Rebecca (LPN) | LTC | S2 Regular | 49.50 | 7.25 | 358.88 |
| 08/08/19 Thu | 11:00A - 11:00P | Williams, Rebecca (LPN) | LTC | S2 Regular | 49.50 | 11.50 | 569.25 |
| | | **Greenville Health and Rehab Contract Subtotal:** | | | | **242.75** | **10,885.67** |
| | | | | | **Invoice Total:** | **242.75** | **$10,885.67** |





**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder - Greenville Health and Rehab
243 Marion Drive
Greenville, OH 45331

**INVOICE**
Invoice No. 163294
Date 08/16/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/05/19 Mon | 06:00A - 02:00P | Alexander, Julia (STNA) | LTC | S1 Regular | 29.50 | 8.00 | 236.00 |
| | | **Boulder - Greenville Health and Rehab Subtotal:** | | | | **8.00** | **236.00** |
| | | | | | **Invoice Total:** | **8.00** | **$236.00** |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

## DNA

**Dedicated Nursing Associates, Inc.**
6536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Period Ending: 8/10/2019
Invoice #: 14924524

**Bill To:**
Greenville Health and Rehab
243 Marion Drive
Greenville, OH - 45331

**Services Provided For:**
Greenville Health and Rehab
243 Marion Drive
Greenville, OH - 45331

Facility Name: Greenville Health and Rehab
Department Name: STAR
Unit Name: Rickita Heisle

Caregiver Name: Rickita Lynn Heisle

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/08/2019 | 9:45PM - 6:15AM | Rickita Lynn Heisle | OH - LPN Hourly | 8.00 | $49.50 | $396.00 |
| | | | Caregiver Sub Total: | 8.00 | | $396.00 |
| | | | Unit Sub Total: | 8.00 | | $396.00 |
| | | | Department Sub Total: | 8.00 | | $396.00 |
| | | | Facility Total: | 8.00 | | $396.00 |

**Please pay this amount: $396.00**

Please remit amount to:
Dedicated Nursing Associates, Inc.
6536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Please return a copy of this invoice with your payment or indicate the invoice number on your check.

All invoices that are past due per terms of the contract will be charged an interest rate of 1.5%.

Facility: Greenville Health and Rehab | Invoice #:14924524 | Page 1 Of 1

---

## DNA

**Dedicated Nursing Associates, Inc.**
6536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Period Ending: 8/17/2019
Invoice #: 14924523

**Bill To:**
Greenville Health and Rehab
243 Marion Drive
Greenville, OH - 45331

**Services Provided For:**
Greenville Health and Rehab
243 Marion Drive
Greenville, OH - 45331

Facility Name: Greenville Health and Rehab
Department Name: STAR
Unit Name: Amanda Patterson

Caregiver Name: Amanda LaShe Patterson

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/13/2019 | 6:00AM - 6:00PM | Amanda LaShe Patterson | OH - STNA Hourly | 11.50 | $36.50 | $419.75 |
| 08/14/2019 | 6:00AM - 6:00PM | Amanda LaShe Patterson | OH - STNA Hourly | 11.50 | $36.50 | $420.75 |
| 08/17/2019 | 6:00AM - 7:00AM | Amanda LaShe Patterson | OH - STNA Hourly | 1.00 | $36.50 | $36.50 |
| 08/17/2019 | 7:00AM - 6:00PM | Amanda LaShe Patterson | OH - STNA Hourly | 10.50 | $39.50 | $414.75 |
| | | | Caregiver Sub Total: | 34.50 | | $1290.75 |
| | | | Unit Sub Total: | 34.50 | | $1290.75 |

Unit Name: Courtney Blaik Turk

Caregiver Name: Courtney Blaik Turk

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/11/2019 | 1:45PM - 10:00PM | Courtney Blaik Turk | OH - LPN Hourly | 8.25 | $52.50 | $433.13 |
| 08/12/2019 | 1:45PM - 10:15PM | Courtney Blaik Turk | OH - LPN Hourly | 8.50 | $49.50 | $420.75 |
| 08/14/2019 | 1:45PM - 10:30PM | Courtney Blaik Turk | OH - LPN Hourly | 8.75 | $49.50 | $433.13 |
| 08/15/2019 | 1:45PM - 10:00PM | Courtney Blaik Turk | OH - LPN Hourly | 8.25 | $49.50 | $408.38 |
| 08/15/2019 | 10:00PM - 4:15AM | Courtney Blaik Turk | OH - LPN Hourly | 6.25 | $49.50 | $309.38 |
| 08/15/2019 | 4:15AM - 6:30AM | Courtney Blaik Turk | OH - LPN Hourly | 2.25 | $74.25 | $167.06 |
| | | | Caregiver Sub Total: | 42.25 | | $2171.83 |
| | | | Unit Sub Total: | 42.25 | | $2171.83 |

Unit Name: Damon Dicks

Caregiver Name: Damon Isaia Dicks

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/12/2019 | 9:45PM - 6:15AM | Damon Isaia Dicks | OH - STNA Hourly | 8.25 | $36.50 | $301.13 |
| 08/13/2019 | 9:45PM - 6:00AM | Damon Isaia Dicks | OH - STNA Hourly | 8.00 | $36.50 | $292.00 |
| 08/15/2019 | 9:45PM - 6:00AM | Damon Isaia Dicks | OH - STNA Hourly | 8.25 | $36.50 | $301.13 |

Facility: Greenville Health and Rehab | Invoice #:14924523 | Page 1 Of 3

---

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/16/2019 | 9:45PM - 6:00AM | Damon Isaia Dicks | OH - STNA Hourly | 8.25 | $36.50 | $301.13 |
| | | | Caregiver Sub Total: | 32.75 | | $1195.39 |
| | | | Unit Sub Total: | 32.75 | | $1195.39 |

Unit Name: Ja'ela Perdue

Caregiver Name: Ja'ela Tyrae Perdue

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/13/2019 | 11:00AM - 11:00PM | Ja'ela Tyrae Perdue | OH - LPN Hourly | 11.50 | $49.50 | $569.25 |
| 08/16/2019 | 11:00AM - 11:30PM | Ja'ela Tyrae Perdue | OH - LPN Hourly | 12.00 | $49.50 | $594.00 |
| 08/17/2019 | 11:00AM - 11:00PM | Ja'ela Tyrae Perdue | OH - LPN Hourly | 11.50 | $52.50 | $603.75 |
| | | | Caregiver Sub Total: | 35.00 | | $1767.00 |
| | | | Unit Sub Total: | 35.00 | | $1767.00 |

Unit Name: Kelsie Jackson

Caregiver Name: Kelsie Jackson

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/11/2019 | 6:00PM - 6:00AM | Kelsie Jackson | OH - STNA Hourly | 11.50 | $39.50 | $454.25 |
| 08/14/2019 | 6:00PM - 6:00AM | Kelsie Jackson | OH - STNA Hourly | 11.50 | $36.50 | $419.75 |
| 08/17/2019 | 6:00PM - 10:00PM | Kelsie Jackson | OH - STNA Hourly | 4.00 | $39.50 | $158.00 |
| | | | Caregiver Sub Total: | 27.00 | | $1032.00 |
| | | | Unit Sub Total: | 27.00 | | $1032.00 |

Unit Name: Rebecca Williams

Caregiver Name: Rebecca Cathe Williams

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/11/2019 | 2:00PM - 10:30PM | Rebecca Cathe Williams | OH - LPN Hourly | 8.25 | $52.50 | $433.13 |
| 08/12/2019 | 2:00PM - 11:15PM | Rebecca Cathe Williams | OH - LPN Hourly | 9.00 | $49.50 | $445.50 |
| 08/13/2019 | 1:45PM - 10:15PM | Rebecca Cathe Williams | OH - LPN Hourly | 8.25 | $49.50 | $408.38 |
| 08/14/2019 | 10:45AM - 11:30PM | Rebecca Cathe Williams | OH - LPN Hourly | 12.25 | $49.50 | $606.38 |
| 08/16/2019 | 10:45AM - 1:00PM | Rebecca Cathe Williams | OH - LPN Hourly | 2.25 | $49.50 | $111.38 |
| 08/16/2019 | 1:00PM - 11:15PM | Rebecca Cathe Williams | OH - LPN Hourly | 9.75 | $74.25 | $723.94 |
| 08/17/2019 | 10:45AM - 10:45PM | Rebecca Cathe Williams | OH - LPN Hourly | 11.50 | $78.75 | $905.63 |
| | | | Caregiver Sub Total: | 61.25 | | $3634.34 |
| | | | Unit Sub Total: | 61.25 | | $3634.34 |

Facility: Greenville Health and Rehab | Invoice #:14924523 | Page 2 Of 3

---

Unit Name: Rickita Heisle

Caregiver Name: Rickita Lynn Heisle

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/13/2019 | 9:45PM - 6:15AM | Rickita Lynn Heisle | OH - LPN Hourly | 8.00 | $49.50 | $396.00 |
| 08/14/2019 | 10:00PM - 6:00AM | Rickita Lynn Heisle | OH - LPN Hourly | 8.00 | $49.50 | $398.00 |
| 08/16/2019 | 9:45PM - 6:15AM | Rickita Lynn Heisle | OH - LPN Hourly | 8.00 | $49.50 | $396.00 |
| | | | Caregiver Sub Total: | 24.00 | | $1188.00 |
| | | | Unit Sub Total: | 24.00 | | $1188.00 |
| | | | Department Sub Total: | 256.75 | | $12279.31 |
| | | | Facility Total: | 256.75 | | $12279.31 |

**Please pay this amount: $12279.31**

Please remit amount to:
Dedicated Nursing Associates, Inc.
6536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Please return a copy of this invoice with your payment or indicate the invoice number on your check.

All invoices that are past due per terms of the contract will be charged an interest rate of 1.5%.

Facility: Greenville Health and Rehab | Invoice #:14924523 | Page 3 Of 3

**DNA**

Dedicated Nursing Associates, Inc.
6536 William Penn Highway
Rt. 22 Suite 202
Delmont , PA - 15638-2409
Phone: 855-349-6013

Period Ending: 8/17/2019
Invoice #: 14924523

Bill To:

Greenville Health and Rehab
243 Marion Drive
Greenville , OH - 45331

Services Provided For:

Greenville Health and Rehab
243 Marion Drive
Greenville , OH - 45331

Facility Name: Greenville Health and Rehab
Department Name: STAR
Unit Name: Amanda Patterson

Caregiver Name: Amanda LaSha Patterson

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/13/2019 | 6:00AM - 8:00PM | Amanda LaSha Patterson | OH - STNA Hourly | 11.50 | $36.50 | $419.75 |
| 08/14/2019 | 6:00AM - 6:00PM | Amanda LaSha Patterson | OH - STNA Hourly | 11.50 | $36.50 | $419.75 |
| 08/17/2019 | 8:00AM - 7:00AM | Amanda LaSha Patterson | OH - STNA Hourly | 1.00 | $36.50 | $36.50 |
| 08/17/2019 | 7:00AM - 6:00PM | Amanda LaSha Patterson | OH - STNA Hourly | 10.50 | $39.50 | $414.75 |
| | | | Caregiver Sub Total: | 34.50 | | $1290.75 |
| | | | Unit Sub Total: | 34.50 | | $1290.75 |

Unit Name: Courtney Blaike Turk

Caregiver Name: Courtney Blaik Turk

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/11/2019 | 1:45PM - 10:00PM | Courtney Blaik Turk | OH - LPN Hourly | 8.25 | $52.50 | $433.13 |
| 08/12/2019 | 1:45PM - 10:15PM | Courtney Blaik Turk | OH - LPN Hourly | 8.50 | $49.50 | $420.75 |
| 08/14/2019 | 1:45PM - 10:00PM | Courtney Blaik Turk | OH - LPN Hourly | 8.75 | $49.50 | $433.13 |
| 08/15/2019 | 1:45PM - 10:00PM | Courtney Blaik Turk | OH - LPN Hourly | 8.25 | $49.50 | $408.38 |
| 08/15/2019 | 10:00PM - 4:15AM | Courtney Blaik Turk | OH - LPN Hourly | 6.25 | $49.50 | $309.38 |
| 08/16/2019 | 4:15AM - 6:30AM | Courtney Blaik Turk | OH - LPN Hourly | 2.25 | $74.25 | $167.06 |
| | | | Caregiver Sub Total: | 42.25 | | $2171.83 |
| | | | Unit Sub Total: | 42.25 | | $2171.83 |

Unit Name: Damon Dicks

Caregiver Name: Damon Isaia Dicks

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/12/2019 | 9:45PM - 8:15AM | Damon Isaia Dicks | OH - STNA Hourly | 8.25 | $36.50 | $301.13 |
| 08/13/2019 | 9:45PM - 6:00AM | Damon Isaia Dicks | OH - STNA Hourly | 8.00 | $36.50 | $292.00 |
| 08/15/2019 | 9:45PM - 6:00AM | Damon Isaia Dicks | OH - STNA Hourly | 8.25 | $36.50 | $301.13 |

Facility: Greenville Health and Rehab

Invoice #:14924523

Page 1 Of 3

---

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/15/2019 | 9:45PM - 6:00AM | Damon Isaia Dicks | OH - STNA Hourly | 8.25 | $36.50 | $301.13 |
| | | | Caregiver Sub Total: | 32.75 | | $1195.39 |
| | | | Unit Sub Total: | 32.75 | | $1195.39 |

Unit Name: Ja'ela Perdue

Caregiver Name: Ja'ela Tyrae Perdue

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/13/2019 | 11:00AM - 11:00PM | Ja'ela Tyrae Perdue | OH - LPN Hourly | 11.50 | $49.50 | $569.25 |
| 08/16/2019 | 11:00AM - 11:30PM | Ja'ela Tyrae Perdue | OH - LPN Hourly | 12.00 | $49.50 | $594.00 |
| 08/17/2019 | 11:00AM - 11:00PM | Ja'ela Tyrae Perdue | OH - LPN Hourly | 11.50 | $52.50 | $603.75 |
| | | | Caregiver Sub Total: | 35.00 | | $1767.00 |
| | | | Unit Sub Total: | 35.00 | | $1767.00 |

Unit Name: Kelsie Jackson

Caregiver Name: Kelsie Jackson

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/11/2019 | 6:00PM - 6:00AM | Kelsie Jackson | OH - STNA Hourly | 11.50 | $39.50 | $454.25 |
| 08/14/2019 | 6:00PM - 6:00AM | Kelsie Jackson | OH - STNA Hourly | 11.50 | $36.50 | $419.75 |
| 08/17/2019 | 6:00PM - 10:00PM | Kelsie Jackson | OH - STNA Hourly | 4.00 | $39.50 | $158.00 |
| | | | Caregiver Sub Total: | 27.00 | | $1032.00 |
| | | | Unit Sub Total: | 27.00 | | $1032.00 |

Unit Name: Rebecca Williams

Caregiver Name: Rebecca Cathe Williams

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/11/2019 | 2:00PM - 10:30PM | Rebecca Cathe Williams | OH - LPN Hourly | 8.25 | $52.50 | $433.13 |
| 08/12/2019 | 2:00PM - 11:15PM | Rebecca Cathe Williams | OH - LPN Hourly | 9.00 | $49.50 | $445.50 |
| 08/13/2019 | 1:45PM - 10:15PM | Rebecca Cathe Williams | OH - LPN Hourly | 8.25 | $49.50 | $408.38 |
| 08/15/2019 | 10:45AM - 11:30PM | Rebecca Cathe Williams | OH - LPN Hourly | 12.25 | $49.50 | $806.38 |
| 08/16/2019 | 10:45AM - 1:00PM | Rebecca Cathe Williams | OH - LPN Hourly | 2.25 | $49.50 | $111.38 |
| 08/16/2019 | 1:00PM - 11:15PM | Rebecca Cathe Williams | OH - LPN Hourly | 9.75 | $74.25 | $723.94 |
| 08/17/2019 | 10:45AM - 10:45PM | Rebecca Cathe Williams | OH - LPN Hourly | 11.50 | $78.75 | $905.63 |
| | | | Caregiver Sub Total: | 61.25 | | $3634.34 |
| | | | Unit Sub Total: | 61.25 | | $3634.34 |

Facility: Greenville Health and Rehab

Invoice #:14924523

Page 2 Of 3

---

Unit Name: Rickita Heisie

Caregiver Name: Rickita Lynn Heisie

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/13/2019 | 9:45PM - 6:15AM | Rickita Lynn Heisie | OH - LPN Hourly | 8.00 | $49.50 | $396.00 |
| 08/14/2019 | 10:00PM - 6:00AM | Rickita Lynn Heisie | OH - LPN Hourly | 8.00 | $49.50 | $396.00 |
| 08/15/2019 | 9:45PM - 8:15AM | Rickita Lynn Heisie | OH - LPN Hourly | 8.00 | $49.50 | $396.00 |
| | | | Caregiver Sub Total: | 24.00 | | $1188.00 |
| | | | Unit Sub Total: | 24.00 | | $1188.00 |
| | | | Department Sub Total: | 256.75 | | $12279.31 |
| | | | Facility Sub Total: | 256.75 | | $12279.31 |
| | | | Please pay this amount: $12279.31 | | | |

Please return a copy of this invoice with your payment or indicate the invoice number on your check.

All invoices that are past due per terms of the contract will be charged an interest rate of 1.5%

Please remit amount to:

Dedicated Nursing Associates, Inc.
6536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15638-2409
Phone: 855-349-6013

Facility: Greenville Health and Rehab

Invoice #:14924523

Page 3 Of 3

---

9/17/2019

Contingent Staffing: Invoice

**DNA**
Dedicated and Nursing Associates Inc.

Dedicated Nursing Associates, Inc
6536 William Penn Rd Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder - Greenville Health and Rehab
243 Marion Drive
Greenville, OH 45331

**INVOICE**
Invoice No. 163709
Date 08/23/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/15/19 Thu | 06:00A - 02:00P | Hildebrand, Bobby Jo (STNA) | LTC | S1 Regular | 29.50 | 7.50 | 221.25 |
| 08/13/19 Tue | 02:00P - 10:15P | Nicoletti, Jamie (LPN) | LTC | S2 Regular | 42.50 | 7.75 | 329.38 |
| | | | Boulder - Greenville Health and Rehab Subtotal: | | 15.25 | | 550.63 |
| | | | | Invoice Total: | 15.25 | | $550.63 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All Invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%.

https://cwa.contingentalentmanagement.com/clear_invoice_adv.cfm?requestTimeout=1200

1/2

## DNA

**Dedicated Nursing Associates, Inc.**
5536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Period Ending: 8/17/2019
Invoice #: 14956942

Bill To:
Greenville Health and Rehab
243 Marion Drive
Greenville : OH - 45331

Services Provided For:
Greenville Health and Rehab
243 Marion Drive
Greenville : OH - 45331

Facility Name: Greenville Health and Rehab
Department Name: STAR
Unit Name: Rickita Heisle

Caregiver Name: Rickita Lynn Heisle

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 8/17/2019 | 9:45PM – 8:15AM | Rickita Lynn Heisle | OH – LPN Hourly | 8.00 | $52.50 | $420.00 |
| | | | Caregiver Sub Total: | 8.00 | | $420.00 |
| | | | Unit Sub Total: | 8.00 | | $420.00 |
| | | | Department Sub Total: | 8.00 | | $420.00 |
| | | | Facility Total: | 8.00 | | $420.00 |

Please pay this amount: $420.00

Please remit amount to:
Dedicated Nursing Associates, Inc.
5536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

All invoices that are past due per terms of the contract will be charged an interest rate of 1.5%

Facility: Greenville Health and Rehab
Invoice # 14956942
Page 1 Of 1

---

## DNA

**Dedicated Nursing Associates, Inc.**
5536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Period Ending: 8/24/2019
Invoice #: 14956941

Bill To:
Greenville Health and Rehab
243 Marion Drive
Greenville : OH - 45331

Services Provided For:
Greenville Health and Rehab
243 Marion Drive
Greenville : OH - 45331

Facility Name: Greenville Health and Rehab
Department Name: STAR
Unit Name: Amanda Patterson

Caregiver Name: Amanda LaSha Patterson

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 8/18/2019 | 6:00AM – 6:00PM | Amanda LaSha Patterson | OH – STNA Hourly | 12.00 | $39.50 | $474.00 |
| 8/19/2019 | 6:00AM – 7:00AM | Amanda LaSha Patterson | OH – STNA Hourly | 1.00 | $39.50 | $39.50 |
| 8/19/2019 | 7:00AM – 6:00PM | Amanda LaSha Patterson | OH – STNA Hourly | 10.50 | $36.50 | $383.25 |
| 8/22/2019 | 6:00AM – 7:00PM | Amanda LaSha Patterson | OH – STNA Hourly | 12.50 | $36.50 | $456.25 |
| | | | Caregiver Sub Total: | 36.00 | | $1353.00 |
| | | | Unit Sub Total: | 36.00 | | $1353.00 |

Unit Name: Courtney Blake Turk

Caregiver Name: Courtney Blake Turk

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 8/19/2019 | 1:45PM – 10:15PM | Courtney Blake Turk | OH – LPN Hourly | 8.50 | $49.50 | $420.75 |
| 8/20/2019 | 1:45PM – 10:30PM | Courtney Blake Turk | OH – LPN Hourly | 8.75 | $49.50 | $433.13 |
| 8/21/2019 | 1:30PM – 10:45PM | Courtney Blake Turk | OH – LPN Hourly | 9.25 | $49.50 | $457.88 |
| 8/23/2019 | 1:30PM – 10:15PM | Courtney Blake Turk | OH – LPN Hourly | 8.50 | $49.50 | $420.75 |
| 8/24/2019 | 1:30PM – 8:25PM | Courtney Blake Turk | OH – LPN Hourly | 5.00 | $52.50 | $262.50 |
| 8/24/2019 | 6:25PM – 10:00PM | Courtney Blake Turk | OH – LPN Hourly | 3.50 | $78.75 | $275.63 |
| | | | Caregiver Sub Total: | 43.50 | | $2270.64 |
| | | | Unit Sub Total: | 43.50 | | $2270.64 |

Unit Name: Damon Dicks

Caregiver Name: Damon Isaia Dicks

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 8/19/2019 | 9:45PM – 6:00AM | Damon Isaia Dicks | OH – STNA Hourly | 8.25 | $36.50 | $301.13 |
| 8/20/2019 | 9:45PM – 6:00AM | Damon Isaia Dicks | OH – STNA Hourly | 7.75 | $36.50 | $282.88 |
| 8/21/2019 | 9:45PM – 6:00AM | Damon Isaia Dicks | OH – STNA Hourly | 8.25 | $36.50 | $301.13 |
| 8/23/2019 | 9:45PM – 6:00AM | Damon Isaia Dicks | OH – STNA Hourly | 8.25 | $36.50 | $301.13 |

Facility: Greenville Health and Rehab
Invoice # 14956941
Page 1 Of 3

---

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 8/24/2019 | 9:45PM – 5:15AM | Damon Isaia Dicks | OH – STNA Hourly | 7.50 | $39.50 | $296.25 |
| 8/25/2019 | 5:15AM – 6:00AM | Damon Isaia Dicks | OH – STNA Hourly | 0.75 | $59.25 | $44.44 |
| | | | Caregiver Sub Total: | 40.75 | | $1526.96 |
| | | | Unit Sub Total: | 40.75 | | $1526.96 |

Unit Name: Jakia Perdue

Caregiver Name: Jakia Tyras Perdue

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 8/18/2019 | 11:00AM – 11:00PM | Jakia Tyras Perdue | OH – LPN Hourly | 11.50 | $52.50 | $603.75 |
| 8/22/2019 | 1:00PM – 11:00PM | Jakia Tyras Perdue | OH – LPN Hourly | 9.50 | $49.50 | $470.25 |
| 8/25/2019 | 11:00AM – 11:00PM | Jakia Tyras Perdue | OH – LPN Hourly | 11.50 | $49.50 | $569.25 |
| | | | Caregiver Sub Total: | 32.50 | | $1643.25 |
| | | | Unit Sub Total: | 32.50 | | $1643.25 |

Unit Name: Jasmine Searcy

Caregiver Name: Jasmine Arian Searcy

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 8/19/2019 | 10:00PM – 6:00AM | Jasmine Arian Searcy | OH – STNA Hourly | 7.50 | $36.50 | $273.75 |
| 8/20/2019 | 10:00PM – 6:00AM | Jasmine Arian Searcy | OH – STNA Hourly | 7.75 | $36.50 | $282.88 |
| 8/21/2019 | 10:00PM – 6:00AM | Jasmine Arian Searcy | OH – STNA Hourly | 7.50 | $36.50 | $273.75 |
| 8/22/2019 | 10:00PM – 6:00AM | Jasmine Arian Searcy | OH – STNA Hourly | 7.50 | $36.50 | $273.75 |
| 8/23/2019 | 10:00PM – 6:00AM | Jasmine Arian Searcy | OH – STNA Hourly | 7.50 | $36.50 | $273.75 |
| | | | Caregiver Sub Total: | 37.75 | | $1377.88 |
| | | | Unit Sub Total: | 37.75 | | $1377.88 |

Unit Name: Maddison Miller

Caregiver Name: Maddison Miller

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 8/19/2019 | 6:15AM – 7:00AM | Maddison Miller | OH – STNA Hourly | 0.75 | $18.50 | $23.63 |
| 8/19/2019 | 7:00AM – 2:15PM | Maddison Miller | OH – STNA Hourly | 6.75 | $36.50 | $246.38 |
| 8/20/2019 | 6:30AM – 2:00PM | Maddison Miller | OH – STNA Hourly | 7.50 | $36.50 | $273.75 |
| 8/21/2019 | 6:30AM – 2:00PM | Maddison Miller | OH – STNA Hourly | 7.50 | $36.50 | $273.75 |
| 8/22/2019 | 6:00AM – 2:30PM | Maddison Miller | OH – STNA Hourly | 8.50 | $36.50 | $202.00 |
| 8/24/2019 | 6:00AM – 7:00AM | Maddison Miller | OH – STNA Hourly | 1.00 | $36.50 | $74.50 |
| 8/24/2019 | 7:00AM – 2:00PM | Maddison Miller | OH – STNA Hourly | 6.50 | $39.50 | $256.75 |
| | | | Caregiver Sub Total: | 38.00 | | $1408.78 |
| | | | Unit Sub Total: | 38.00 | | $1408.78 |

Unit Name: Rebecca Williams

Caregiver Name: Rebecca Cathe Williams

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 8/20/2019 | 10:45AM – 11:00PM | Rebecca Cathe Williams | OH – LPN Hourly | 11.75 | $49.50 | $581.63 |
| 8/21/2019 | 1:45PM – 10:45PM | Rebecca Cathe Williams | OH – LPN Hourly | 9.00 | $49.50 | $445.50 |
| 8/23/2019 | 10:45AM – 11:30PM | Rebecca Cathe Williams | OH – LPN Hourly | 12.25 | $49.50 | $606.38 |
| 8/24/2019 | 10:45AM – 3:45PM | Rebecca Cathe Williams | OH – LPN Hourly | 7.00 | $52.50 | $367.50 |
| 8/24/2019 | 5:45PM – 11:00PM | Rebecca Cathe Williams | OH – LPN Hourly | 4.75 | $78.75 | $374.06 |
| | | | Caregiver Sub Total: | 44.75 | | $2375.07 |
| | | | Unit Sub Total: | 44.75 | | $2375.07 |

Facility: Greenville Health and Rehab
Invoice # 14956941
Page 2 Of 3

---

Unit Name: Rickita Heisle

Caregiver Name: Rickita Lynn Heisle

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 8/19/2019 | 9:30PM – 6:00AM | Rickita Lynn Heisle | OH – LPN Hourly | 8.00 | $52.50 | $420.00 |
| 8/20/2019 | 9:15PM – 6:15AM | Rickita Lynn Heisle | OH – LPN Hourly | 8.50 | $49.50 | $420.75 |
| 8/21/2019 | 10:00PM – 6:15AM | Rickita Lynn Heisle | OH – LPN Hourly | 7.75 | $49.50 | $383.63 |
| 8/22/2019 | 9:45PM – 6:15AM | Rickita Lynn Heisle | OH – LPN Hourly | 8.00 | $49.50 | $396.00 |
| 8/23/2019 | 9:30PM – 5:15AM | Rickita Lynn Heisle | OH – LPN Hourly | 7.75 | $49.50 | $383.63 |
| 8/24/2019 | 5:15AM – 8:00AM | Rickita Lynn Heisle | OH – LPN Hourly | 0.25 | $74.25 | $18.56 |
| | | | Caregiver Sub Total: | 40.25 | | $2022.57 |
| | | | Unit Sub Total: | 40.25 | | $2022.57 |
| | | | Department Sub Total: | 313.50 | | $13978.12 |
| | | | Facility Total: | 313.50 | | $13978.12 |

Please pay this amount: $13978.12

Please remit amount to:
Dedicated Nursing Associates, Inc.
5536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Please return a copy of this invoice with your payment or indicate the invoice number on your check.

All invoices that are past due per terms of the contract will be charged an interest rate of 1.5%

Facility: Greenville Health and Rehab
Invoice # 14956941
Page 3 Of 3



**DNA**
Dedicated Nursing Associates, Inc

Dedicated Nursing Associates, Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder - Greenville Health and Rehab
243 Marion Drive
Greenville, OH 45331

**INVOICE**
Invoice No: 164011
Date 08/30/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|------|------|-------|-------|------|-------|-----------|
| 08/16/19 Fri | 06:00A - 02:00P | Howard, Adam (STNA) | LTC | S1 Overtime | 44.25 | 7.50 | 331.88 |
| 08/20/19 Tue | 06:00A - 02:00P | Howard, Adam (STNA) | LTC | S1 Regular | 29.50 | 5.50 | 162.25 |
| | | | | S1 Overtime | 44.25 | 2.00 | 88.50 |
| 08/21/19 Wed | 06:00A - 02:00P | Tobe, Kristina (STNA) | LTC | S1 Regular | 29.50 | 8.00 | 236.00 |
| 08/23/19 Fri | 06:15A - 02:00P | Tobe, Kristina (STNA) | LTC | S1 Regular | 29.50 | 7.75 | 228.63 |
| | | **Boulder - Greenville Health and Rehab Subtotal:** | | | | 30.75 | 1,047.26 |
| | | | | **Invoice Total:** | | 30.75 | $1,047.26 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest At a rate of 1.5%

---

**DNA**
Dedicated Nursing Associates, Inc

Dedicated Nursing Associates, Inc
6536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15626-2409
Phone: 855-349-6013

Period Ending: 8/31/2019
Invoice #: 15099467

Bill To:
Greenville Health and Rehab
243 Marion Drive
Greenville - OH - 45331

Services Provided For:
Greenville Health and Rehab
243 Marion Drive
Greenville - OH - 45331

Facility Name: Greenville Health and Rehab
Department Name: STAR
Unit Name: Amanda Patterson

Caregiver Name: Amanda LaSha Patterson

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|------|--------|-----------|-------------|-----------|------|-------|
| 08/26/2019 | 6:00AM - 7:00AM | Amanda LaSha Patterson | OH - STNA Hourly | 1.00 | $39.50 | $39.50 |
| 08/29/2019 | 7:00AM - 6:30PM | Amanda LaSha Patterson | OH - STNA Hourly | 11.00 | $39.50 | $431.50 |
| 08/29/2019 | 8:00AM - 8:30PM | Amanda LaSha Patterson | OH - STNA Hourly | 12.00 | $36.50 | $438.00 |
| 08/31/2019 | 6:00AM - 7:00AM | Amanda LaSha Patterson | OH - STNA Hourly | 1.00 | $36.50 | $36.50 |
| 08/31/2019 | 7:00AM - 6:30PM | Amanda LaSha Patterson | OH - STNA Hourly | 11.00 | $39.50 | $434.50 |
| | | | Caregiver Sub Total: | 36.00 | | $1350.00 |
| | | | Unit Sub Total: | 36.00 | | $1350.00 |

Unit Name: Courtney Blake Turk

Caregiver Name: Courtney Blake Turk

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|------|--------|-----------|-------------|-----------|------|-------|
| 08/25/2019 | 1:45PM - 10:00PM | Courtney Blake Turk | OH - LPN Hourly | 8.25 | $52.50 | $433.13 |
| 08/26/2019 | 10:45AM - 11:15PM | Courtney Blake Turk | OH - LPN Hourly | 12.50 | $49.50 | $618.75 |
| 08/27/2019 | 1:15PM - 10:15PM | Courtney Blake Turk | OH - LPN Hourly | 8.00 | $49.50 | $445.50 |
| 08/28/2019 | 1:30PM - 10:00PM | Courtney Blake Turk | OH - LPN Hourly | 8.50 | $49.50 | $420.75 |
| 08/29/2019 | 1:30PM - 3:15PM | Courtney Blake Turk | OH - LPN Hourly | 1.75 | $49.50 | $86.63 |
| 08/29/2019 | 3:30PM - 10:45PM | Courtney Blake Turk | OH - LPN Hourly | 7.50 | $74.25 | $556.86 |
| 08/31/2019 | 9:30AM - 10:30PM | Courtney Blake Turk | OH - LPN Hourly | 13.00 | $74.25 | $965.25 |
| | | | Caregiver Sub Total: | 60.50 | | $3526.93 |
| | | | Unit Sub Total: | 60.50 | | $3526.93 |

Unit Name: Damon Dicks

Caregiver Name: Damon Isaia Dicks

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|------|--------|-----------|-------------|-----------|------|-------|
| 08/26/2019 | 9:45PM - 6:15AM | Damon Isaia Dicks | OH - STNA Hourly | 8.00 | $36.50 | $292.00 |
| 08/27/2019 | 9:45PM - 6:15AM | Damon Isaia Dicks | OH - STNA Hourly | 8.50 | $36.50 | $310.25 |

---

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|------|--------|-----------|-------------|-----------|------|-------|
| 08/28/2019 | 9:45PM - 6:15AM | Damon Isaia Dicks | OH - STNA Hourly | 8.00 | $36.50 | $292.00 |
| 08/29/2019 | 9:30PM - 6:15AM | Damon Isaia Dicks | OH - STNA Hourly | 8.75 | $36.50 | $319.38 |
| | | | Caregiver Sub Total: | 33.25 | | $1213.63 |
| | | | Unit Sub Total: | 33.25 | | $1213.63 |

Unit Name: Jakela Perdue

Caregiver Name: Jakela Tyrae Perdue

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|------|--------|-----------|-------------|-----------|------|-------|
| 08/27/2019 | 10:00AM - 10:30PM | Jakela Tyrae Perdue | OH - LPN Hourly | 12.00 | $49.50 | $594.00 |
| 08/30/2019 | 10:00AM - 10:30PM | Jakela Tyrae Perdue | OH - LPN Hourly | 12.00 | $49.50 | $594.00 |
| 08/31/2019 | 10:00AM - 10:30PM | Jakela Tyrae Perdue | OH - LPN Hourly | 12.00 | $52.50 | $630.00 |
| | | | Caregiver Sub Total: | 36.00 | | $1818.00 |
| | | | Unit Sub Total: | 36.00 | | $1818.00 |

Unit Name: Jasmine Searcy

Caregiver Name: Jasmine Arian Searcy

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|------|--------|-----------|-------------|-----------|------|-------|
| 08/26/2019 | 10:00PM - 6:30AM | Jasmine Arian Searcy | OH - STNA Hourly | 7.50 | $36.50 | $273.75 |
| 08/27/2019 | 10:00PM - 6:30AM | Jasmine Arian Searcy | OH - STNA Hourly | 7.50 | $36.50 | $273.75 |
| 08/28/2019 | 10:00PM - 6:00AM | Jasmine Arian Searcy | OH - STNA Hourly | 7.50 | $36.50 | $273.75 |
| 08/30/2019 | 10:15PM - 6:30AM | Jasmine Arian Searcy | OH - STNA Hourly | 7.50 | $36.50 | $273.75 |
| 08/31/2019 | 10:00PM - 6:30AM | Jasmine Arian Searcy | OH - STNA Hourly | 7.50 | $39.50 | $296.25 |
| | | | Caregiver Sub Total: | 37.50 | | $1391.25 |
| | | | Unit Sub Total: | 37.50 | | $1391.25 |

Unit Name: Kelsie Jackson

Caregiver Name: Kelsie Jackson

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|------|--------|-----------|-------------|-----------|------|-------|
| 08/26/2019 | 3:00PM - 11:00PM | Kelsie Jackson | OH - STNA Hourly | 7.50 | $36.50 | $273.75 |
| 08/30/2019 | 3:00PM - 11:00PM | Kelsie Jackson | OH - STNA Hourly | 7.50 | $36.50 | $273.75 |
| | | | Caregiver Sub Total: | 15.00 | | $547.50 |
| | | | Unit Sub Total: | 15.00 | | $547.50 |

Unit Name: Maddison Miler

Caregiver Name: Maddison Lynne Miler

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|------|--------|-----------|-------------|-----------|------|-------|
| 08/25/2019 | 6:00AM - 2:00PM | Maddison Lynne Miler | OH - STNA Hourly | 7.50 | $39.50 | $296.25 |
| 08/27/2019 | 6:00AM - 2:15PM | Maddison Lynne Miler | OH - STNA Hourly | 7.75 | $36.50 | $282.88 |
| 08/28/2019 | 6:00AM - 2:00PM | Maddison Lynne Miler | OH - STNA Hourly | 7.50 | $36.50 | $273.75 |
| 08/29/2019 | 6:00AM - 2:00PM | Maddison Lynne Miler | OH - STNA Hourly | 8.00 | $36.50 | $292.00 |
| 08/30/2019 | 6:00AM - 2:15PM | Maddison Lynne Miler | OH - STNA Hourly | 7.75 | $36.50 | $282.88 |
| | | | Caregiver Sub Total: | 38.50 | | $1427.76 |
| | | | Unit Sub Total: | 38.50 | | $1427.76 |

Unit Name: Rebecca Williams

Caregiver Name: Rebecca Cathe Williams

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|------|--------|-----------|-------------|-----------|------|-------|
| 08/25/2019 | 1:45PM - 10:30PM | Rebecca Cathe Williams | OH - LPN Hourly | 8.25 | $52.50 | $433.13 |

---

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|------|--------|-----------|-------------|-----------|------|-------|
| 08/26/2019 | 1:45PM - 11:45PM | Rebecca Cathe Williams | OH - LPN Hourly | 9.50 | $49.50 | $470.25 |
| 08/28/2019 | 10:45AM - 11:45PM | Rebecca Cathe Williams | OH - LPN Hourly | 12.50 | $49.50 | $618.75 |
| 08/30/2019 | 10:45AM - 8:30PM | Rebecca Cathe Williams | OH - LPN Hourly | 9.75 | $49.50 | $482.63 |
| 08/30/2019 | 8:30PM - 12:45AM | Rebecca Cathe Williams | OH - LPN Hourly | 3.75 | $74.25 | $278.44 |
| 08/31/2019 | 10:45AM - 11:45PM | Rebecca Cathe Williams | OH - LPN Hourly | 12.00 | $78.75 | $945.00 |
| | | | Unit Sub Total: | 55.75 | | $3228.20 |

Unit Name: Rickta Heisle

Caregiver Name: Rickta Lynn Heisle

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|------|--------|-----------|-------------|-----------|------|-------|
| 08/27/2019 | 9:45PM - 6:15AM | Rickta Lynn Heisle | OH - STNA Hourly | 8.50 | $49.50 | $420.75 |
| 08/31/2019 | 9:45PM - 6:15AM | Rickta Lynn Heisle | OH - STNA Hourly | 8.00 | $52.50 | $420.00 |
| | | | Caregiver Sub Total: | 16.50 | | $840.75 |
| | | | Unit Sub Total: | 16.50 | | $840.75 |
| | | | Department Sub Total: | 329.00 | | $15343.98 |
| | | | Facility: | 329.00 | | $15343.98 |

**Pay this amount: $15343.98**

Please remit amount to:
Dedicated Nursing Associates,
Inc
6536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

Please return a copy of this invoice with your payment or indicate the invoice number on your check

All invoices that are past due per terms of the contract will be charged an interest rate of 1.5%

DNA
*Dedicated Nursing Associates, Inc.*

| Dedicated Nursing Associates, Inc | Period Ending: | 8/24/2019 |
| 6536 William Penn Highway | Invoice #: | 15099469 |
| Rt. 22 Suite 202 | | |
| Delmont, PA - 15636-2409 | | |
| Phone: 855-349-6013 | | |

Bill To:

Greenville Health and Rehab
243 Marion Drive
Greenville - OH - 45331

Services Provided For:

Greenville Health and Rehab
243 Marion Drive
Greenville - OH - 45331

Facility Name:   Greenville Health and Rehab
Department Name: STAR
Unit Name:   Rebecca Williams

Caregiver Name:   Rebecca Cathe Williams

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/19/2019 | 1:45PM - 11:15PM | Rebecca Cathe Williams | OH - LPN Hourly | 9.00 | $74.25 | $668.25 |
| | | | Caregiver Sub Total: | 9.00 | | $668.25 |
| | | | Unit Sub Total: | 9.00 | | $668.25 |
| | | | Department Sub Total: | 9.00 | | $668.25 |
| | | | Facility Total: | 9.00 | | $668.25 |

Please pay this amount: $668.25

Please return a copy of this invoice with your payment or indicate the invoice number on your check.

Please remit amount to:
Dedicated Nursing Associates, Inc.
6536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

All invoices that are past due per terms of the contract will be charged an interest rate of 1.5%

Facility: Greenville Health and Rehab   Invoice # 15099469   Page 1 Of 1

---

DNA
*Dedicated Nursing Associates, Inc.*

| Dedicated Nursing Associates, Inc | Period Ending: | 8/17/2019 |
| 6536 William Penn Highway | Invoice #: | 15099468 |
| Rt. 22 Suite 202 | | |
| Delmont, PA - 15636-2409 | | |
| Phone: 855-349-6013 | | |

Bill To:

Greenville Health and Rehab
243 Marion Drive
Greenville - OH - 45331

Services Provided For:

Greenville Health and Rehab
243 Marion Drive
Greenville - OH - 45331

Facility Name:   Greenville Health and Rehab
Department Name: STAR
Unit Name:   Kelsie Jackson

Caregiver Name:   Kelsie Jackson

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| 08/15/2019 | 8:00PM - 12:00AM | Kelsie Jackson | OH - STNA Hourly | 6.00 | $36.50 | $219.00 |
| 08/16/2019 | 12:00AM - 8:00AM | Kelsie Jackson | OH - STNA Hourly | 5.50 | $54.75 | $301.13 |
| | | | Caregiver Sub Total: | 11.50 | | $520.13 |
| | | | Unit Sub Total: | 11.50 | | $520.13 |
| | | | Department Sub Total: | 11.50 | | $520.13 |
| | | | Facility Total: | 11.50 | | $520.13 |

Please pay this amount: $520.13

Please return a copy of this invoice with your payment or indicate the invoice number on your check.

Please remit amount to:
Dedicated Nursing Associates, Inc.
6536 William Penn Highway
Rt. 22 Suite 202
Delmont, PA - 15636-2409
Phone: 855-349-6013

All invoices that are past due per terms of the contract will be charged an interest rate of 1.5%

Facility: Greenville Health and Rehab   Invoice #15099468   Page 1 Of 1

---

Dedicated Nursing Associates, Inc.

6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/2019 | 3192i |

Bill To
Greenville Health and Rehab
243 Marion Drive
Greenville, OH 45334

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Interest for past due invoices | 0.00 | 0.00 |
| 221.25 | Invoice #161974 | 0.015 | 3.32 |
| 1,187.14 | Invoice #162382 | 0.015 | 17.81 |
| 2,927.88 | Invoice #162172 | 0.015 | 43.92 |
| 1,453.32 | Invoice #162728 | 0.015 | 21.80 |
| 6,102.9 | Invoice #162534 | 0.015 | 91.54 |
| 8,334.63 | Invoice #163092 | 0.015 | 125.02 |
| 885.01 | Invoice #162922 | 0.015 | 13.28 |
| 10,885.67 | Invoice #163421 | 0.015 | 163.29 |
| 236 | Invoice #163294 | 0.015 | 3.54 |
| 396 | Invoice #14924524 | 0.015 | 5.94 |
| 12,279.31 | Invoice #14924523 | 0.015 | 184.19 |
| 550.63 | Invoice #163709 | 0.015 | 8.26 |
| 420 | Invoice #14956942 | 0.015 | 6.30 |
| 13,978.12 | Invoice #14956941 | 0.015 | 209.67 |
| 1,047.26 | Invoice #164033 | 0.015 | 15.71 |

| Total | | | $913.59 |

# EXHIBIT 12

Dedicated Nursing Associates, Inc.
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

## Statement

| Date |
|---|
| 10/8/2019 |

To:
Greenville Health and Rehab
243 Marion Drive
Greenville, OH 45331

| Amount Due | Amount Enc. |
|---|---|
| $101,692.36 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/19/2019 | INV #161974. Due 08/18/2019. Orig. Amount $221.25. | 221.25 | 221.25 |
| 07/26/2019 | INV #162172. Due 08/25/2019. Orig. Amount $2,927.88. | 2,927.88 | 3,149.13 |
| 07/26/2019 | INV #162382. Due 08/25/2019. Orig. Amount $1,187.14. | 1,187.14 | 4,336.27 |
| 08/02/2019 | INV #162524. Due 09/01/2019. Orig. Amount $6,102.90. | 6,102.90 | 10,439.17 |
| 08/02/2019 | INV #162728. Due 09/01/2019. Orig. Amount $1,453.32. | 1,453.32 | 11,892.49 |
| 08/09/2019 | INV #162922. Due 09/08/2019. Orig. Amount $885.01. | 885.01 | 12,777.50 |
| 08/09/2019 | INV #163092. Due 09/08/2019. Orig. Amount $8,334.61. | 8,334.61 | 21,112.11 |
| 08/16/2019 | INV #163294. Due 09/15/2019. Orig. Amount $236.00. | 236.00 | 21,348.11 |
| 08/16/2019 | INV #163421. Due 09/15/2019. Orig. Amount $10,885.67. | 10,885.67 | 32,233.78 |
| 08/23/2019 | INV #163709. Due 09/22/2019. Orig. Amount $550.63. | 550.63 | 32,784.41 |
| 08/23/2019 | INV #1492452. Due 09/22/2019. Orig. Amount $12,279.31. | 12,279.31 | 45,063.72 |
| 08/23/2019 | INV #1492452. Due 09/22/2019. Orig. Amount $396.00. | 396.00 | 45,459.72 |
| 08/30/2019 | INV #164033. Due 09/29/2019. Orig. Amount $1,047.26. | 1,047.26 | 46,506.98 |
| 08/30/2019 | INV #14956941. Due 09/29/2019. Orig. Amount $13,978.12. | 13,978.12 | 60,485.10 |
| 08/30/2019 | INV #14956942. Due 09/29/2019. Orig. Amount $420.00. | 420.00 | 60,905.10 |
| 09/06/2019 | INV #5099468. Due 10/06/2019. Orig. Amount $520.13. | 520.13 | 61,425.23 |
| 09/06/2019 | INV #5099469. Due 10/06/2019. Orig. Amount $668.22. | 668.22 | 62,093.48 |
| 09/06/2019 | INV #15099467. Due 10/06/2019. Orig. Amount $15,343.98. | 15,343.98 | 77,437.46 |
| 09/13/2019 | INV #15132417. Due 10/13/2019. Orig. Amount $451.69. | 451.69 | 77,889.15 |
| 09/13/2019 | INV #15132436. Due 10/13/2019. Orig. Amount $11,867.03. | 11,867.03 | 89,756.18 |
| 09/20/2019 | INV #5177466. Due 10/20/2019. Orig. Amount $5,626.89. | 5,626.89 | 95,383.07 |
| 09/27/2019 | INV #164860. Due 10/27/2019. Orig. Amount $988.13. | 988.13 | 96,371.20 |
| 09/27/2019 | INV #55203431. Due 10/27/2019. Orig. Amount $4,407.57. | 4,407.57 | 100,778.77 |
| 10/01/2019 | INV #31921. Due 10/31/2019. Orig. Amount $913.59. | 913.59 | 101,692.36 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 24,254.90 | 65,544.97 | 11,892.49 | 0.00 | 0.00 | $101,692.36 |

# EXHIBIT 13

---

## MEDICAL STAFFING AGREEMENT

**THIS MEDICAL STAFFING AGREEMENT** ("Agreement"), made this 17th day of January 2019, between **DEDICATED NURSING ASSOCIATES, INC.**, ("DNA"), a Pennsylvania corporation having a place of business at 6536 William Penn Highway Rt. 22, Suite 202, Delmont, Pennsylvania 15626,

A N D

Lenox Ridge Nursing Home ("Contractor"), having its principle place of business at 23225 Lorian Road, North Olmstead, Ohio, 44070.

**WHEREAS**, DNA is in the business of providing registered nurses, licensed practical nurses, certified nursing aides, home health aides and other medical professionals ("Employee" or "Employees") with particular skills and experience; and

**WHEREAS**, Contractor is in need of personnel with the skill and experience provided by DNA.

**NOW, THEREFORE**, in consideration of the covenants contained herein and intending to be legally bound, the parties hereby agree as follows:

1. **EMPLOYEES TO BE PROVIDED**
The Employees to be provided include, but are not limited to, the following: RN's, LPN's, CNA's, HHA's and NA's.

2. **QUALIFICATIONS OF EMPLOYEES**
DNA will ensure that Employees to be provided shall possess the qualifications required to perform the work for which they are contracted to provide in their particular field of practice. They shall also possess the required qualifications in the areas of education, certification, license, Physical and Mantoux test and criminal clearances, as required.

3. **DNA AS EMPLOYER**
Contractor shall not be responsible for payment of wages, salaries, and other compensation, fringe benefits, unemployment insurance, workers' compensation, social security, or other payroll taxes for staff provided to Contractor by DNA. Further, DNA shall be the employer of all persons it furnishes to Contractor.

4. **EXPENSES**
Contractor shall be responsible for all expenses incurred by DNA Employees relating to patient care (by way of example only, gloves) while on assignment to Contractor under this Agreement.

5. **ADMINISTRATIVE LINK**
For the purpose of facilitating the services contemplated by this Agreement, Contractor and DNA each shall designate an administrative employee to be available for such purpose.

6. **COMPENSATION (TIME RECORDS)**
Contractor shall compensate DNA for its services in accordance with the schedule set forth in Exhibit "A" hereto, which is incorporated by reference and made part of this Agreement. For the purpose of compensation, DNA shall submit documentation in the form of time records for the services provided to Contractor. Contractor, or its authorized representative, shall be responsible for verifying that the time records are accurate.

7. **SCHEDULING AND SUBSTITUTE STAFF**
A. Contractor must immediately notify DNA of any changes to the agreed upon staffing schedule for Employees. Contractor is not authorized to accept a schedule change that is only discussed with an Employee and not approved in advance by DNA. If the schedule change results in the Employee working fewer hours than scheduled, failure to give notice to and receive consent from DNA may result in a charge for the originally scheduled hours. If a schedule change results in an Employee working over forty (40) hours in one week for DNA, and if there is no agreement to the contrary, Contractor will be charged the overtime billing rate for any hours that were not approved in advance by DNA for the Employee.

B. DNA shall use its best efforts to replace regularly scheduled staff that are unavailable on a given day due to an illness or paid time off, or because of an emergency, vacation or holiday; however, DNA cannot guarantee that it can or will provide substitute staff.

8. **HIRING OF EMPLOYEES BY CONTRACTOR AND CONVERSION FEE**
Contractor may wish to employ directly an Employee who has been supplied by DNA. In the event of such a conversion to the employ of Contractor or to another employer to whom Contractor refers such Employee, Contractor agrees to pay a conversion fee. The conversion fee is $15,000.00 for an RN, $12,000.00 for an LPN, $9,000.00 for a CNA and $9,000.00 for a HHA or NA. The conversion fee will be reduced by $200.00 for each 40 hours of weekly services performed while on assignment to the Contractor, however in no event will there be any less than a $6,000.00 conversion fee for any position. The same calculation will be used if Contractor converts a DNA Employee to part-time status. Again, the conversion fee will not be less than $6,000.00.

A. The conversion fee is payable if Contractor hires the DNA Employee assigned, regardless of the employment classification, on either a permanent, temporary (including temporary assignments through another agency) or consulting basis within six (6) months after the last day of the assignment. Contractor also agrees to pay a conversion fee if the DNA Employee assigned to Contractor is hired by a subsidiary, other related company or any other entity or business as a result of referral of the Employee by Contractor

1

2

9.   **COMPLIANCE WITH APPLICABLE LAW**

DNA and Contractor shall comply with the Fair Labor Standards Act, the Occupational Safety and Health Act ("OSHA"), Immigration Reform and Control Act, the Health Insurance Portability and Accountability Act ("HIPAA"), and all other applicable federal, state, and local statutes, laws, ordinances, regulations and standards including, but not limited to, equal employment opportunity, civil rights, anti-discrimination, wage and hour, privacy and Joint Commission, whether as presently enacted or as hereafter amended. Notwithstanding the above, it is agreed that Contractor is primarily responsible for compliance with OSHA and comparable state laws and regulations thereunder, to the extent those laws and regulations apply to Employees assigned to Contractor. This responsibility includes, but is not limited to, required information and training in site-specific protocols, the facility exposure control plan and available personal protective equipment. Contractor will maintain documentation regarding training and related obligations hereunder, and make this documentation available to DNA upon request. Contractor will provide post-exposure evaluation and follow-up in accordance with OSHA standards.

10.   **CONFIDENCE OF INFORMATION**

A.   Contractor shall keep in confidence all information relating to the methods of operations, trade secrets, business plans, business opportunities, finances, strategic planning and development, research, development, personnel data, recruiting, compensation, billing, and all other confidential knowledge, data and information related to the business and affairs of DNA that may be acquired in furtherance of the relationship contemplated by this Agreement. During and after the term of this Agreement, Contractor shall not, without the prior written consent of DNA, publish, communicate, divulge or disclose any such information.

B.   The parties hereto agree to comply with any and all federal or state laws or regulations that have or may become effective during the term of this Agreement, including, but not limited to HIPAA and any amendments, rules and regulations promulgated thereunder. The parties further agree to execute any additional documents that may be required under HIPAA, including, but not limited to, a Business Associates Agreement.

11.   **INDEMNIFICATION**

DNA and Contractor shall indemnify, hold harmless, and, upon request, defend the other party and their respective subsidiaries, affiliates, directors, officers, employees, agents and independent contractors, from and against all liens, claims, charges, causes of action of any type, whether in law or equity, liabilities, damages, losses and expenses including, but not limited to, interest, penalties, reasonable attorney's fees and costs of suit, arising out of or in connection with their own acts or omissions, whether in whole or in part, relating to their obligations pursuant to this Agreement.

12.   **PROFESSIONAL LIABILITY INSURANCE**

Each party to this Agreement shall obtain, at its own cost, professional liability insurance covering its own act or omissions. Each shall maintain such insurance in amounts not less than Two Million ($2,000,000.00) Dollars per occurrence and Six Million ($6,000,000.00) Dollars annual aggregate.

2

13.   **GENERAL LIABILITY INSURANCE**

Contractor shall maintain accident and general liability insurance covering the premises where DNA Employees will perform services hereunder, as well as any Contractor owned or leased vehicles that DNA Employees may use in the course of their work pursuant to this Agreement. Upon request of DNA, Contractor shall provide a copy of all insurance policies demonstrating compliance with this paragraph.

14.   **INDEPENDENT STATUS**

A.   In the performance of their respective duties under this Agreement, DNA and Contractor shall remain independent contracting entities, and neither shall be deemed to be the employer or employee of the other for any purpose whatsoever. The relationship between the parties shall at all times be that of independent contractors. No provision of this Agreement is intended to, or shall be construed, to render one party an employee, servant or partner of the other.

B.   In the event that the Internal Revenue Service or another government agency questions or challenges the independent contractor status of either DNA or Contractor, both DNA and Contractor, upon receipt by either of them of notice from the Internal Revenue Service or other government agency, shall promptly notify and afford the other party the opportunity to participate in any discussion or negotiation with the Internal Revenue Service or other government agency, irrespective by whom such negotiations were initiated, to the extent permitted by the Internal Revenue Service or other government agencies.

15.   **COMMUNICATION WITH STAFF**

Contractor shall not communicate directly with DNA Employees outside of the assignment scope. All communications regarding staff scheduling with DNA Employees, whether written, verbal, or in person, shall be relayed through DNA unless otherwise agreed to in writing by both parties. *See also* paragraph 7.A. hereof.

16.   **NO SOLICITATION BY CONTRACTOR**

During the term of this Agreement, Contractor shall not solicit or attempt to solicit, either directly or indirectly, the business or trade of DNA for Contractor's benefit or the benefit of any other person or entity to the exclusion of DNA, nor shall Contractor request or allow anyone to do so on its behalf.

17.   **INJUNCTIVE RELIEF**

In addition to all other available remedies in the event of a breach of this Agreement, DNA, as the aggrieved party, shall be entitled to immediate injunctive relief to prevent the irreparable harm which will result in the absence of such relief.

4

18.   **FLOATING POLICIES AND COMPETENCE**

Floating refers to the reassignment of Employees, where the Employee's job functions differ from specified requirements. With the express, written permission of DNA, Contractor may float one or more Employees that are within the scope of the Employee's clinical expertise, Joint Commission standards, and to which they have been fully oriented. Contractor shall pay to DNA the agreed upon rate under these circumstances.

19.   **ORIENTATION POLICIES**

Contractor will require Employees furnished under this Agreement to review Contractor's fire and disaster, infection control and no-lift policies prior to placement.

20.   **SUBCONTRACTING**

DNA, at its sole discretion, may contract with one or more persons or entities for the performance of DNA's services covered by this Agreement, provided the contract shall not relieve DNA of its obligations and liability under this Agreement. Any individual provided under such a subcontracting arrangement shall be deemed an "Employee" solely for purposes of this Agreement.

21.   **INCIDENT, ERROR TRACKING SYSTEM**

DNA has a system for reporting, tracking, and documenting unexpected incidents. When any Employee is involved in medication and/or documentation errors, unanticipated deaths, patient incidents, injuries, safety hazards related to the care and services provided, occupational illnesses, or security incidents including incidents of property damage or theft, the Employee and Contractor shall immediately report the incident to DNA, as DNA requires documentation to insure continued patient safety.

22.   **ADDITIONAL REPORTING OBLIGATIONS OF CONTRACTOR**

A.   Contractor shall also immediately report to DNA any employment-related concerns, problems or issues with any Employee supplied by DNA, including any Employee report made directly to Contractor.

B.   If Contractor reasonably believes that any Employee assigned by DNA is incompetent, negligent or has engaged in misconduct, Contractor may require such Employee to leave its premises and shall inform DNA of this action immediately. Contractor's obligation to compensate DNA for the Employee's services shall be limited to the hours actually worked by such Employee; however, any action taken by Contractor in this regard must be based upon a reasonable, good faith belief by Contractor that the Employee must in fact be removed from the premises immediately.

C.   Contractor is responsible to determine the adequacy of each Employee's job performance. If Contractor determines that the Employee's performance is unsatisfactory, Contractor will notify DNA of specific deficiencies in writing in circumstances other than those requiring immediate removal from the premises.

5

23.   **ADDITIONAL LIMITATIONS/REQUIREMENTS**

A.   Contractor agrees that it will not entrust any Employee with unattended premises, cash, checks, keys, credit cards, merchandise or other valuables without prior, express permission from DNA.

B.   Contractor will not request or permit any Employee to use any vehicle, regardless of ownership, in connection with the performance of services for Contractor, without prior, express permission from DNA.

24.   **NON-DISCRIMINATION**

Both DNA and Contractor agree that they will abide by all federal, state, and applicable laws regarding the prohibition of discrimination in the provision of services on the basis of race, sex, religion, creed, disability, ancestry, national origin, sexual preference or age.

25.   **NO WAIVER**

No course of dealing or failure of either party to strictly enforce any term, right or condition of this Agreement shall be construed as a waiver of such term, right, or condition relating to any subsequent breach.

26.   **SURVIVAL OF OBLIGATIONS**

Contractor's obligations under this Agreement which by their nature would continue beyond the termination, cancellation, or expiration of this Agreement, shall survive termination, cancellation or expiration of the Agreement.

27.   **NO GENERAL INVALIDITY**

If any of the provisions of this Agreement are judicially declared invalid or unenforceable, such invalidity or unenforceability shall not invalidate or render unenforceable the entire Agreement, and this Agreement shall be construed as if not containing the particular invalid or unenforceable provision or provisions.

28.   **DISASTERS AND RELATED EVENTS**

Neither DNA nor Contractor shall be liable for failure to perform hereunder due to contingencies beyond either of their reasonable control including, but not limited to, strikes, riots, war, fire, acts of God or natural disasters, accidents, mechanical failures not caused by the fault or neglect of DNA or Contractor, compliance with any law, regulation, or order of the United States of America or any state, governmental body, or any instrumentality thereof, whether now existing or hereafter created.

29.   **ASSIGNMENT/SUCCESSORS AND ASSIGNS**

A.   Neither DNA nor Contractor may assign or delegate its rights, duties and obligations under this Agreement, either in whole or in part, or any monies due or to become due hereunder without the prior written consent of DNA, which shall not be unreasonably withheld. Any such assignment without the prior written consent of DNA shall be absolutely invalid. DNA may in its discretion, assign this Agreement in whole or in part to its subsidiaries, or affiliated corporations

6

B. This Agreement shall be binding upon any and all successors and assigns of Contractor. In the event of a potential asset, stock or other sale of Contractor, Contractor and/or any or all of its agents and representatives (including, but not limited to brokers) shall have an affirmative duty to notify the potential buyer through the due diligence process or otherwise of the binding nature of this Agreement and that it is binding on all successors and assigns of Contractor. Contractor shall also notify DNA of the pendency of any transaction contemplated herein and shall provide DNA with reasonable notice thereof so that DNA may assert all rights it has under this Agreement, including, but not limited to, those referenced in Sections 29.A., 11 and 17 hereof

C. To the extent Contractor breaches any part of this Section 29, the Indemnification provisions of Section 11 hereof shall be fully enforced by DNA against Contractor. It expressly is understood that liability to DNA shall not be limited to booked but unworked shifts.

30. **CHANGES TO AGREEMENT**
Any changes to this Agreement shall be effective only if mutually agreed upon in writing by duly authorized representatives of the parties. This Agreement shall not be modified or supplemented, or any rights, duties or obligations of a party in it waived, except by such a writing.

31. **FINAL AGREEMENT; SURVIVABILITY OF TERMS**
This Agreement represents the entire agreement between the parties. It supersedes and voids all contract terms contained in any earlier agreements between the parties. There are no other oral or written agreements between the parties supplemental or contrary to this Agreement. If any provision hereof shall be held unenforceable, the remaining provisions shall be given full force and effect.

32. **TERM OF AGREEMENT AND TERMINATION**
The term of this Agreement shall be from January 2019 to January 2020, and will automatically renew on an annual basis if not revised by agreement of each party or terminated. Either party may terminate this Agreement for any lawful reason by sending the other written notice of termination at least thirty (30) days before the date of termination. Such termination shall not be a waiver of any right to pursue damages for a pre-existing breach. The parties herein shall deal with each other in good faith during the thirty (30) day period after which any notice of intent to terminate without cause has been given.

33. **NOTICE**
Any notice given pursuant to this Agreement shall be given by personal delivery, prepaid telegram, telecopy, overnight delivery service postage prepaid, registered or certified mail, with return receipt requested, directed to the parties at the following addresses:

**Dedicated Nursing Associates, Inc.**
6536 William Penn Highway Rt 22
Suite 202
Delmont, Pennsylvania 15626

**Contractor:**
23255 Lorian Road
North Olmstead, Ohio 44070

34. **CHOICE OF LAW/VENUE**
This Agreement shall be governed and construed in accordance with the laws of the Commonwealth of Pennsylvania, without reference to any conflicts of law principles thereof. In addition, any claims brought hereunder shall first attempted to be mediated informally by the parties. In the event mediation is unsuccessful, then any litigation brought hereunder must be brought in the Court of Common Pleas of Westmoreland County, Pennsylvania, or the U.S. District Court for the Western District of Pennsylvania, to the extent federal law or federal diversity jurisdiction would apply.

35. **EXECUTION**
This Agreement is executed by duly authorized officers, employees or agents of the parties on the dates below, and with the intent to be legally bound hereby:

**Dedicated Nursing Associates, Inc.:**

By: _____ Title: Account Rep Dated: 1/18/19

By: _____ Title: Asst Rep Dated: 1/18/19
[Authorized Representative]

**Contractor:**

Entity: Lenox Roose _____

By: _____ Title: Administrator Dated: 1/18/19
[Authorized Representative]

[Electronic signature/verification has the same legal significance as writing].

7

8

---

| Dedicated Nursing Associates, Inc Contract Forms | DNA |
|---|---|
| DNA Contract Compliance | *Dedicated Nursing Associates, Inc.* |

| Document Title: Joint Commission Compliance Form | Document Number: |
| | Effective Date: 01/13/2016 |
| | Revision Date: |
| | Approved By: D.R./C.W. |
| | Page Number:   Page 9 of 9 |

Contracted Nursing Associates, Inc. (CNA) as a Joint Commission certified organization, will encourage our clients to:

- Provide an orientation and in-service program to each healthcare professional at the time of hire.
- Evaluate the competence of the healthcare professional at the time of orientation and periodically thereafter.
- Agree to provide DNA with verified or written performance feedback after the employee has completed a client's individual assignment.
- Agree to report any incidents resulting in risk to patient safety and quality of care and security incident involving an employee of DNA.
- DNA acknowledges as a Joint Commission certified organization, notice to the public and employers that conforms about patient care, and rights within the client's organization are to be brought to the attention of the client's management personnel. When issues are not addressed, these individuals are encouraged to contact the Joint Commission.
- Staff members that are provided by DNA are not whatsoever then are contracted clients to through the agency.
- Management at staff (Nursing) are to be made of practice within their clinical competency.
- We (DNA) encourage our personnel peer due to the relationships with DNA in a turn flow of service.

As a client of Dedicated Nursing Associates, Inc. is encouraged to report a concern or an issue or to the Joint Commission within, to understand steps of the event by going that to the condition. You may contact the Joint Commission by:

Online: https://www.jointcommission.org/GeneralPublic/Complaint/
Mail: Office of Quality Monitoring
The Joint Commission
One Renaissance Boulevard
Oakbrook Terrace, IL 60181

_____
Date Signature          1/18/19

_____
Authorized Representative Signature     1/18/19

9

---

**Exhibit A**

| Per-Diem Rates | Weekday | Weekend |
|---|---|---|
| a. State Tested Nursing Assistant | $27.00/Hr | $30.00/Hr |
| b. Licensed Practical Nurse | $40.00/Hr | $43.00/Hr |
| c. Registered Nurse | $50.00/Hr | $53.00/Hr |

| Contract Assignment Rates | | |
|---|---|---|
| a. State Tested Nursing Assistant | $35.00/Hr | $38.00/Hr |
| b. Licensed Practical Nurse | $48.00/Hr | $51.00/Hr |
| c. Registered Nurse | $58.00/Hr | $61.00/Hr |

* Travel/Contract Assignments are typically (13) thirteen weeks in duration, however never less than (4) four weeks and encompass all costs, e.g. lodging and travel.
Any new service not listed will be added by an addendum attachment.

** Specialty is considered any unit outside of Long Term Care, Med/Surg, Telemetry. All Registered Nurses that have management functions (floor manager, unit manager, etc) during their assignment will also be considered specialty.

**Weekend Bill Rates**
Contractor agrees to pay the weekend bill rates for the following days and shifts worked:
- Saturday -  7:00 am-3:00 pm
  3:00 pm-11:00 pm
  11:00 pm-7:00 am
- Sunday-   7:00 am-3:00 pm
  3:00 pm-11:00 pm
  11:00 pm-7:00 am

**Holiday Policy**
The following days will be billed at 1 ½ the hourly rate:
- New Year's Eve 3:00 p.m. through New Year's Day
- Martin Luther King Jr. Day
- Easter Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Eve 3:00 p.m. through Christmas Day

10

## CONTACT CHECKLIST

| Point of Contact | |
|---|---|
| Administrator: Name: <br><br> E-mail: ASHAH @ BOULDER HEALTHCARE .COM <br><br> Phone: 614-288-7626 | DON: <br> Name: <br><br> E-mail: <br><br> Phone: |
| Scheduler/Staffing Coordinator: <br> Name: HEATHER BILL <br><br> E-mail: hbill@boulderhealthcare.com <br><br> Phone: 440-80A-4040 | Other: |

| | |
|---|---|
| Type of Facility: | SNF |
| Size/Number of Beds: | 165 |
| Main Need (Discipline): | LPN / RN / STNA |
| Currently Using Agency? | NO |

1 **Who** (ex: OR Nurse, ER Nurse, Med Tech, Telemetry, Nurse Aide etc.) ?

2 **What** (ex: education requirements, clinical requirements, specific years of experience, male or female, height requirements etc.) ?

3 **When** (ex: length of assignment, specific schedule/days, start date etc.) ?

4 **Where** (ex: if multiple locations/wings, where is the help needed) ?

12

**Training/Orientation**
Contractor agrees to pay for all orientation/training hours.

**Lunch Breaks**
Signed time cards that authorize a paid lunch break will be billed to the Contractor.

**Overtime Policy**
Any hours exceeding 40 hours in single payroll week (Sunday through Saturday) will be billed at time and a half (1 ½).

**Cancellation Policy for Per Diem Personnel**

- **Per Diem:** Any shift that is cancelled with less than two (2) hours notice will result in a four (4) hour billing charge.

**Cancellation Policy for Travel/Contract Assignment:**

- **Travel/Contract Assignments are guaranteed.** If cancelled (for any reason), weeks agreed upon will be billed in full. If an employee works part of the assignment, that time and the unworked portion will also be billed. The billed time is not to exceed agreement unless an extension is required and documented. Minimum contract assignments are four (4) weeks.

**Interest:** Any invoice beyond 30 days past due will be charged interest at a rate of 1.5%.

8

## Billing Information

| Billing/Invoice | | | |
|---|---|---|---|
| Contact Name: DEBBIE SMITH | | Title: BUSINESS OFFICE MANAGER | |
| Phone Number: 440-779-6400 | | E-mail Address: DSMITH @ BOULDER HEALTHCARE .COM | |

| | |
|---|---|
| Corporate Group Affiliation: | BOULDER HEALTHCARE |
| Company Billing Name: | LENOX ROCK |
| Billing Address: | 23275 LORAIN ROAD, NORTH OLMSTED, OH 44070 |
| Invoicing Preference: | (✓) E-mail       (✓) Mail |
| Payment Preference: <br> Card | ( ) ACH  (✓) Check  ( ) Credit |
| OT Rate: — | Holiday Rate: |
| MSP/VMS fee (if applicable): | |
| Administrative fees (if applicable) & Special billing requirements: | |

# EXHIBIT 14

13

9/16/2019                                Contingent Staffing: Invoice



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Lenox Ridge Nursing Home
23225 Lorian Road
North Olmsted, OH 44070

**INVOICE**
Invoice No. 160105
Date 06/14/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 30    |           |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|--------------|------|-------|-------|------|-------|-----------|
| 06/02/19 Sun | 11:00P - 07:30A | Gill, Eutopia (RN) | LTC | S3 Regular Weekend | 53.00 | 8.00 | 424.00 |
| 06/02/19 Sun | 03:00P - 11:45P | Grayer, Aliyah (LPN) | LTC | S2 Regular Weekend | 43.00 | 8.25 | 354.75 |
| 06/02/19 Sun | 07:00A - 03:30P | Griffin, Tiffany (LPN) | LTC | S1 Regular Weekend | 43.00 | 8.50 | 365.50 |
| 04/04/19 Thu | 11:00P - 07:00A | Jackson, DeAndra (STNA) | LTC | S3 Regular | 27.00 | 8.00 | 216.00 |

**Lenox Ridge Nursing Home Subtotal:** 32.75  1,360.25
**Invoice Total:** 32.75  $1,360.25

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

https://cms.contingentalentmanagement.com/draw_invoice_adv.cfm?requestTimeout=1200                     1/2

---

9/16/2019                                Contingent Staffing: Invoice

**DNA**
Dedicated Nursing Associates Inc

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Lenox Ridge Nursing Home
23225 Lorian Road
North Olmsted, OH 44070

**INVOICE**
Invoice No. 160316
Date 06/21/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 30    |           |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|--------------|------|-------|-------|------|-------|-----------|
| 06/15/19 Sat | 03:00P - 11:15P | Conner, Ashlee (LPN) | LTC | S2 Regular Weekend | 43.00 | 8.25 | 354.75 |
| 06/09/19 Sun | 07:00A - 03:15P | Jackson, Selena (LPN) | LTC | S1 Regular Weekend | 43.00 | 7.75 | 333.25 |

**Lenox Ridge Nursing Home Subtotal:** 16.00  688.00
**Invoice Total:** 16.00  $688.00

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

https://cms.contingentalentmanagement.com/draw_invoice_adv.cfm?requestTimeout=1200                     1/2

---



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Lenox Ridge Nursing Home
23225 Lorian Road
North Olmsted, OH 44070

**INVOICE**
Invoice No. 160723
Date 06/28/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 30    |           |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|--------------|------|-------|-------|------|-------|-----------|
| 06/08/19 Sat | 07:00A - 11:00A | Fettis, Tikiah (LPN) | LTC | S1 Regular Weekend | 43.00 | 4.00 | 172.00 |

**Lenox Ridge Nursing Home Subtotal:** 4.00  172.00
**Invoice Total:** 4.00  $172.00

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

**DNA**
Dedicated Nursing Associates Inc

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Lenox Ridge Nursing Home
23225 Lorian Road
North Olmsted, OH 44070

**INVOICE**
Invoice No. 160915
Date 07/05/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 20    |           |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|--------------|------|-------|-------|------|-------|-----------|
| 06/29/19 Sat | 07:00P - 11:00P | King, Jamica (LPN) | LTC | S2 Regular Weekend | 43.00 | 4.00 | 172.00 |

**Note** Inconvenience pay per contract

**Lenox Ridge Nursing Home Subtotal:** 4.00  172.00
**Invoice Total:** 4.00  $172.00

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

9/16/2019                                    Contingent Staffing: Invoice

# DNA
Dedicated Nursing Associates, Inc.

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Lenox Ridge Nursing Home
23225 Lorian Road
North Olmstead, OH 44070

**INVOICE**
Invoice No. 162665
Date 08/02/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 30    |           |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|--------------|------|-------|-------|------|-------|------------|
| 07/23/19 Tue | 10:00A - 07:30P | Warner, Lydia (LPN) | LTC | S4 Regular | 40.00 | 9.00 | 360.00 |
| | | | | **Lenox Ridge Nursing Home Subtotal:** | | 9.00 | 360.00 |
| | | | | **Invoice Total:** | | 9.00 | $360.00 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
*Thank You For Allowing Us the Privilege of Serving You!*
*All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%*

https://cms.contingenttalentmanagement.com/dna/t_invoice_adv.cfm?requestTimeout=1200                      1/2

---

9/16/2019                                    Contingent Staffing: Invoice

# DNA
Dedicated Nursing Associates, Inc.

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Lenox Ridge Nursing Home
23225 Lorian Road
North Olmstead, OH 44070

**INVOICE**
Invoice No. 163035
Date 08/09/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 30    |           |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|--------------|------|-------|-------|------|-------|------------|
| 08/02/19 Fri | 07:00A - 07:30P | Warner, Lydia (LPN) | LTC | S4 Regular | 40.00 | 12.00 | 480.00 |
| | | | | **Lenox Ridge Nursing Home Subtotal:** | | 12.00 | 480.00 |
| | | | | **Invoice Total:** | | 12.00 | $480.00 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
*Thank You For Allowing Us the Privilege of Serving You!*
*All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%*

---

9/16/2019                                    Contingent Staffing: Invoice

# DNA
Dedicated Nursing Associates, Inc.

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Lenox Ridge Nursing Home
23225 Lorian Road
North Olmstead, OH 44070

**INVOICE**
Invoice No. 163369
Date 08/16/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 30    |           |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|--------------|------|-------|-------|------|-------|------------|
| 08/07/19 Wed | 03:00P - 07:30P | Philpot, Honey (LPN) | LTC | S2 Regular | 40.00 | 4.50 | 180.00 |
| | | | | **Lenox Ridge Nursing Home Subtotal:** | | 4.50 | 180.00 |
| | | | | **Invoice Total:** | | 4.50 | $180.00 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
*Thank You For Allowing Us the Privilege of Serving You!*
*All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%*

https://cms.contingenttalentmanagement.com/dna/t_invoice_adv.cfm?requestTimeout=1200                      1/2

---

9/16/2019                                    Contingent Staffing: Invoice

# DNA
Dedicated Nursing Associates, Inc.

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Lenox Ridge Nursing Home
23225 Lorian Road
North Olmstead, OH 44070

**INVOICE**
Invoice No. 163619
Date 08/23/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 30    |           |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|--------------|------|-------|-------|------|-------|------------|
| 08/17/19 Sat | 07:00P - 07:30A | Conner, Ashlee (LPN) | LTC | S5 Regular Weekend | 43.00 | 12.50 | 537.50 |
| | | | | **Lenox Ridge Nursing Home Subtotal:** | | 12.50 | 537.50 |
| | | | | **Invoice Total:** | | 12.50 | $537.50 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
*Thank You For Allowing Us the Privilege of Serving You!*
*All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%*

https://cms.contingenttalentmanagement.com/dna/t_invoice_adv.cfm?requestTimeout=1200                      1/2

9/18/2019
Contingent Staffing: Invoice

# DNA

Dedicated Nursing Associates Inc.

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Lenox Ridge Nursing Home
23225 Lorian Road
North Olmsted, OH 44070

**INVOICE**
Invoice No. 162920
Date 08/30/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/20/19 Tue | 07:00P - 07:00A | Conner, Ashlee (LPN) | LTC | S5 Regular | 40.00 | 12.00 | 480.00 |
| 08/24/19 Sat | 07:00P - 07:15A | Conner, Ashlee (LPN) | LTC | S5 Regular Weekend | 43.00 | 12.00 | 516.00 |
| 08/20/19 Tue | 07:00P - 07:15A | Davis, Bianca (LPN) | LTC | S5 Regular | 40.00 | 12.25 | 490.00 |
| 08/19/19 Mon | 07:00P - 03:00A | Grayer, Aliyah (LPN) | LTC | S5 Regular | 40.00 | 7.50 | 300.00 |
| 08/21/19 Wed | 07:00A - 07:45P | Milton, Lanetta (LPN) | LTC | S4 Regular | 40.00 | 12.25 | 490.00 |
| 08/20/19 Tue | 07:00P - 11:00P | Philpot, Honey (LPN) | LTC | S5 Regular | 40.00 | 4.00 | 160.00 |
| | | | | **Lenox Ridge Nursing Home Subtotal:** | | **60.00** | **2,436.00** |
| | | | | **Invoice Total:** | | **60.00** | **$2,436.00** |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

https://dews.contingenttalentmanagement.com/draft_invoice_adv.cfm?requestTimeout=1200    1/2

---

Dedicated Nursing Associates, Inc.
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

**Invoice**

| Date | Invoice # |
|---|---|
| 9/1/2019 | 3139 |

Bill To
Lenox Ridge Nursing Home
23225 Lorian Road
North Olmsted, OH 44070

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Interest on Past Due Invoices | | |
| 1,360.25 | Invoice 160105 | 0.015 | 20.40 |
| 688 | Invoice 160316 | 0.015 | 10.32 |
| 172 | Invoice 160723 | 0.015 | 2.58 |
| 172 | Invoice 160913 | 0.015 | 2.58 |
| 360 | Invoice 162665 | 0.015 | 5.40 |
| | | **Total** | $41.28 |

---

Dedicated Nursing Associates, Inc.
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

**Invoice**

| Date | Invoice # |
|---|---|
| 10/1/2019 | 3205 |

Bill To
Lenox Ridge Nursing Home
23225 Lorian Road
North Olmsted, OH 44070

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Interest on Past Due Invoices | | |
| 1,360.25 | Invoice 160105 | 0.015 | 20.40 |
| 688 | Invoice 160316 | 0.015 | 10.32 |
| 172 | Invoice 160723 | 0.015 | 2.58 |
| 172 | Invoice 160913 | 0.015 | 2.58 |
| 360 | Invoice 162665 | 0.015 | 5.40 |
| 41.28 | Invoice #3139 | 0.015 | 0.62 |
| | | **Total** | $41.90 |

# EXHIBIT 15

Dedicated Nursing Associates, Inc.
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

**Statement**

| Date |
| --- |
| 10/8/2019 |

To:
Lorain Ridge Nursing Home
23225 Lorain Road
North Olmsted, OH 44070

| Amount Due | Amount Enc. |
| --- | --- |
| $6,468.93 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 06/14/2019 | INV #160105. Due 07/14/2019. Orig. Amount $1,360.25. | 1,360.25 | 1,360.25 |
| 06/21/2019 | INV #160316. Due 07/21/2019. Orig. Amount $688.00. | 688.00 | 2,048.25 |
| 06/28/2019 | INV #160723. Due 07/28/2019. Orig. Amount $172.00. | 172.00 | 2,220.25 |
| 07/05/2019 | INV #160913. Due 08/04/2019. Orig. Amount $172.00. | 172.00 | 2,392.25 |
| 08/02/2019 | INV #162665. Due 09/01/2019. Orig. Amount $360.00. | 360.00 | 2,752.25 |
| 08/09/2019 | INV #163033. Due 09/08/2019. Orig. Amount $480.00. | 480.00 | 3,232.25 |
| 08/16/2019 | INV #163369. Due 09/15/2019. Orig. Amount $180.00. | 180.00 | 3,412.25 |
| 08/23/2019 | INV #163619. Due 09/22/2019. Orig. Amount $537.50. | 537.50 | 3,949.75 |
| 08/30/2019 | INV #163920. Due 09/29/2019. Orig. Amount $2,435.00. | 2,436.00 | 6,385.75 |
| 09/01/2019 | INV #3139. Due 10/01/2019. Orig. Amount $41.28. | 41.28 | 6,427.03 |
| 10/01/2019 | INV #3205. Due 10/31/2019. Orig. Amount $41.90. | 41.90 | 6,468.93 |

**EXHIBIT 16**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 41.90 | 3,674.78 | 360.00 | 2,392.25 | 0.00 | $6,468.93 |

DocuSign Envelope ID: 70BC6B45-36E3-4921-BC6A-4E6A114B14D9

## MEDICAL STAFFING AGREEMENT

THIS MEDICAL STAFFING AGREEMENT ("Agreement"), made this 3rd day of January 2019, between DEDICATED NURSING ASSOCIATES, INC. ("DNA"), a Pennsylvania corporation having a place of business at 6536 William Penn Highway Rt. 22, Suite 202, Delmont, Pennsylvania 15626,

### A N D

Madeira Village Nursing and Rehab ("Contractor"), having its principle place of business at 5970 Kenwood Road, Cincinnati, Ohio 45243.

WHEREAS, DNA is in the business of providing registered nurses, licensed practical nurses, certified nursing aides, home health aides and other medical professionals ("Employee" or "Employees") with particular skills and experience; and

WHEREAS, Contractor is in need of personnel with the skill and experience provided by DNA.

NOW, THEREFORE, in consideration of the covenants contained herein and intending to be legally bound, the parties hereby agree as follows:

### 1. EMPLOYEES TO BE PROVIDED
The Employees to be provided include, but are not limited to, the following: RN's, LPN's, CNA's, HHA's and NA's.

### 2. QUALIFICATIONS OF EMPLOYEES
DNA will ensure that Employees to be provided shall possess the qualifications required to perform the work for which they are contracted to provide in their particular field of practice. They shall also possess the required qualifications in the areas of education, certification, license, Physical and Mantoux test and criminal clearances, as required.

### 3. DNA AS EMPLOYER
Contractor shall not be responsible for payment of wages, salaries, and other compensation, fringe benefits, unemployment insurance, workers' compensation, social security, or other payroll taxes for staff provided to Contractor by DNA. Further, DNA shall be the employer of all persons it furnishes to Contractor.

### 4. EXPENSES
Contractor shall be responsible for all expenses incurred by DNA Employees relating to patient care (by way of example only, gloves) while on assignment to Contractor under this Agreement.

DocuSign Envelope ID: 70BC6B45-36E3-4921-BC6A-4E6A114B14D9

### 5. ADMINISTRATIVE LINK
For the purpose of facilitating the services contemplated by this Agreement, Contractor and DNA each shall designate an administrative employee to be available for such purpose.

### 6. COMPENSATION (TIME RECORDS)
Contractor shall compensate DNA for its services in accordance with the schedule set forth in Exhibit "A" hereto, which is incorporated by reference and made part of this Agreement. For the purpose of compensation, DNA shall submit documentation in the form of time records for the services provided to Contractor. Contractor, or its authorized representative, shall be responsible for verifying that the time records are accurate.

### 7. SCHEDULING AND SUBSTITUTE STAFF
A. Contractor must immediately notify DNA of any changes to the agreed upon staffing schedule for Employees. Contractor is not authorized to accept a schedule change that is only discussed with an Employee and not approved in advance by DNA. If the schedule change results in the Employee working fewer hours than scheduled, failure to give notice to and receive consent from DNA may result in a charge for the originally scheduled hours. If a schedule change results in an Employee working over forty (40) hours in one week for DNA, and if there is no agreement to the contrary, Contractor will be charged the overtime billing rate for any hours that were not approved in advance by DNA for the Employee.

B. DNA shall use its best efforts to replace regularly scheduled staff that are unavailable on a given day due to an illness or paid time off, or because of an emergency, vacation or holiday; however, DNA cannot guarantee that it can or will provide substitute staff.

### 8. HIRING OF EMPLOYEES BY CONTRACTOR AND CONVERSION FEE
Contractor may wish to employ directly an Employee who has been supplied by DNA. In the event of such a conversion to the employ of Contractor or to another employer to whom Contractor refers such Employee, Contractor agrees to pay a conversion fee. The conversion fee is $15,000.00 for an RN, $12,000.00 for an LPN, $9,000.00 for a CNA and $9,000.00 for a HHA or NA. The conversion fee will be reduced by $200.00 for each 40 hours of weekly services performed while on assignment to the Contractor, however in no event will there be any less than a $6,000.00 conversion fee for any position. The same calculation will be used if Contractor converts a DNA Employee to part-time status. Again, the conversion fee will not be less than $6,000.00.

A. The conversion fee is payable if Contractor hires the DNA Employee assigned, regardless of the employment classification, on either a permanent, temporary (including temporary assignments through another agency) or consulting basis within six (6) months after the last day of the assignment. Contractor also agrees to pay a conversion fee if the DNA Employee assigned to Contractor is hired by a subsidiary, other related company or any other entity or business as a result of referral of the Employee by Contractor.

DocuSign Envelope ID: 70BC5646-05E0-4621-BC5A-4E9A114B14DB

9. **COMPLIANCE WITH APPLICABLE LAW**

DNA and Contractor shall comply with the Fair Labor Standards Act, the Occupational Safety and Health Act ("OSHA"), Immigration Reform and Control Act, the Health Insurance Portability and Accountability Act ("HIPAA"), and all other applicable federal, state, and local statutes, laws, ordinances, regulations and standards including, but not limited to, equal employment opportunity, civil rights, anti-discrimination, wage and hour, privacy and Joint Commission, whether as presently enacted or as hereafter amended. Notwithstanding the above, it is agreed that Contractor is primarily responsible for compliance with OSHA and comparable state laws and regulations thereunder, to the extent those laws and regulations apply to Employees assigned to Contractor. This responsibility includes, but is not limited to, required information and training in site-specific protocols, the facility exposure control plan and available personal protective equipment. Contractor will maintain documentation regarding training and related obligations hereunder, and make this documentation available to DNA upon request. Contractor will provide post-exposure evaluation and follow-up in accordance with OSHA standards

10. **CONFIDENCE OF INFORMATION**

A. Contractor shall keep in confidence all information relating to the methods of operations, trade secrets, business plans, business opportunities, finances, strategic planning and development, research, development, personnel data, recruiting, compensation, billing, and all other confidential knowledge, data and information related to the business and affairs of DNA that may be acquired in furtherance of the relationship contemplated by this Agreement. During and after the term of this Agreement, Contractor shall not, without the prior written consent of DNA, publish, communicate, divulge or disclose any such information.

B. The parties hereto agree to comply with any and all federal or state laws or regulations that have or may become effective during the term of this Agreement, including, but not limited to HIPAA and any amendments, rules and regulations promulgated thereunder. The parties further agree to execute any additional documents that may be required under HIPAA, including, but not limited to, a Business Associates Agreement.

11. **INDEMNIFICATION**

DNA and Contractor shall indemnify, hold harmless, and, upon request, defend the other party and their respective subsidiaries, affiliates, directors, officers, employees, agents and independent contractors, from and against all liens, claims, charges, causes of action of any type, whether in law or equity, liabilities, damages, losses and expenses including, but not limited to, interest, penalties, reasonable attorney's fees and costs of suit, arising out of or in connection with their own acts or omissions, whether in whole or in part, relating to their obligations pursuant to this Agreement.

12. **PROFESSIONAL LIABILITY INSURANCE**

Each party to this Agreement shall obtain, at its own cost, professional liability insurance covering its own act or omissions. Each shall maintain such insurance in amounts not less than Two Million ($2,000,000.00) Dollars per occurrence and Six Million ($6,000,000.00) Dollars annual aggregate.

3

---

DocuSign Envelope ID: 70BC5646-05E0-4621-BC5A-4E9A114B14DB

13. **GENERAL LIABILITY INSURANCE**

Contractor shall maintain accident and general liability insurance covering the premises where DNA Employees will perform services hereunder, as well as any Contractor owned or leased vehicles that DNA Employees may use in the course of their work pursuant to this Agreement. Upon request of DNA, Contractor shall provide a copy of all insurance policies demonstrating compliance with this paragraph.

14. **INDEPENDENT STATUS**

A. In the performance of their respective duties under this Agreement, DNA and Contractor shall remain independent contracting entities, and neither shall be deemed to be the employer or employee of the other for any purpose whatsoever. The relationship between the parties shall at all times be that of independent contractors. No provision of this Agreement is intended to, or shall be construed, to render one party an employee, servant or partner of the other.

B. In the event that the Internal Revenue Service or another government agency questions or challenges the independent contractor status of either DNA or Contractor, both DNA and Contractor, upon receipt by either of them of notice from the Internal Revenue Service or other government agency, shall promptly notify and afford the other party the opportunity to participate in any discussion or negotiation with the Internal Revenue Service or other government agency, irrespective by whom such negotiations were initiated, to the extent permitted by the Internal Revenue Service or other government agencies.

15. **COMMUNICATION WITH STAFF**

Contractor shall not communicate directly with DNA Employees outside of the assignment scope. All communications regarding staff scheduling with DNA Employees, whether written, verbal, or in person, shall be relayed through DNA unless otherwise agreed to in writing by both parties. *See also* paragraph 7.A. hereof.

16. **NO SOLICITATION BY CONTRACTOR**

During the term of this Agreement, Contractor shall not solicit or attempt to solicit, either directly or indirectly, the business or trade of DNA for Contractor's benefit or the benefit of any other person or entity to the exclusion of DNA, nor shall Contractor request or allow anyone to do so on its behalf

17. **INJUNCTIVE RELIEF**

In addition to all other available remedies in the event of a breach of this Agreement, DNA, as the aggrieved party, shall be entitled to immediate injunctive relief to prevent the irreparable harm which will result in the absence of such relief.

4

---

DocuSign Envelope ID: 70BC5646-05E0-4621-BC5A-4E9A114B14DB

18. **FLOATING POLICIES AND COMPETENCE**

Floating refers to the reassignment of Employees, where the Employee's job functions differ from specified requirements. With the express, written permission of DNA, Contractor may float one or more Employees that are within the scope of the Employee's clinical expertise, Joint Commission standards, and to which they have been fully oriented. Contractor shall pay to DNA the agreed upon rate under these circumstances.

19. **ORIENTATION POLICIES**

Contractor will require Employees furnished under this Agreement to review Contractor's fire and disaster, infection control and no-lift policies prior to placement.

20. **SUBCONTRACTING**

DNA, at its sole discretion, may contract with one or more persons or entities for the performance of DNA's services covered by this Agreement, provided the contract shall not relieve DNA of its obligations and liability under this Agreement. Any individual provided under such a subcontracting arrangement shall be deemed an "Employee" solely for purposes of this Agreement.

21. **INCIDENT, ERROR TRACKING SYSTEM**

DNA has a system for reporting, tracking, and documenting unexpected incidents. When any Employee is involved in medication and/or documentation errors, unanticipated deaths, patient incidents, injuries, safety hazards related to the care and services provided, occupational illnesses, or security incidents including incidents of property damage or theft, the Employee and Contractor shall immediately report the incident to DNA, as DNA requires documentation to insure continued patient safety.

22. **ADDITIONAL REPORTING OBLIGATIONS OF CONTRACTOR**

A. Contractor shall also immediately report to DNA any employment-related concerns, problems or issues with any Employee supplied by DNA, including any Employee report made directly to Contractor.

B. If Contractor reasonably believes that any Employee assigned by DNA is incompetent, negligent or has engaged in misconduct, Contractor may require such Employee to leave its premises and shall inform DNA of this action immediately. Contractor's obligation to compensate DNA for the Employee's services shall be limited to the hours actually worked by such Employee; however, any action taken by Contractor in this regard must be based upon a reasonable, good faith belief by Contractor that the Employee must in fact be removed from the premises immediately.

C. Contractor is responsible to determine the adequacy of each Employee's job performance. If Contractor determines that the Employee's performance is unsatisfactory, Contractor will notify DNA of specific deficiencies in writing in circumstances other than those requiring immediate removal from the premises.

5

---

DocuSign Envelope ID: 70BC5646-05E0-4621-BC5A-4E9A114B14DB

23. **ADDITIONAL LIMITATIONS/REQUIREMENTS**

A. Contractor agrees that it will not entrust any Employee with unattended premises, cash, checks, keys, credit cards, merchandise or other valuables without prior, express permission from DNA.

B. Contractor will not request or permit any Employee to use any vehicle, regardless of ownership, in connection with the performance of services for Contractor, without prior, express permission from DNA.

24. **NON-DISCRIMINATION**

Both DNA and Contractor agree that they will abide by all federal, state, and applicable laws regarding the prohibition of discrimination in the provision of services on the basis of race, sex, religion, creed, disability, ancestry, national origin, sexual preference or age.

25. **NO WAIVER**

No course of dealing or failure of either party to strictly enforce any term, right or condition of this Agreement shall be construed as a waiver of such term, right, or condition relating to any subsequent breach.

26. **SURVIVAL OF OBLIGATIONS**

Contractor's obligations under this Agreement which by their nature would continue beyond the termination, cancellation, or expiration of this Agreement, shall survive termination, cancellation or expiration of the Agreement.

27. **NO GENERAL INVALIDITY**

If any of the provisions of this Agreement are judicially declared invalid or unenforceable, such invalidity or unenforceability shall not invalidate or render unenforceable the entire Agreement, and this Agreement shall be construed as if not containing the particular invalid or unenforceable provision or provisions.

28. **DISASTERS AND RELATED EVENTS**

Neither DNA nor Contractor shall be liable for failure to perform hereunder due to contingencies beyond either of their reasonable control including, but not limited to, strikes, riots, war, fire, acts of God or natural disasters, accidents, mechanical failures not caused by the fault or neglect of DNA or Contractor, compliance with any law, regulation, or order of the United States of America or any state, governmental body, or any instrumentality thereof, whether now existing or hereafter created.

29. **ASSIGNMENT/SUCCESSORS AND ASSIGNS**

A. Contractor shall not assign or delegate its rights, duties and obligations under this Agreement, either in whole or in part, or any monies due or to become due hereunder without the prior written consent of DNA, which shall not be unreasonably withheld. Any such assignment without the prior written consent of DNA shall be absolutely invalid. DNA may in its discretion, assign this Agreement in whole or in part to its subsidiaries, or affiliated corporations.

6

DocuSign Envelope ID: 70BC8B49-06E0-4621-BC5A-4B9A114B14DB

B. This Agreement shall be binding upon any and all successors and assigns of Contractor. In the event of a potential asset, stock or other sale of Contractor, Contractor and/or any or all of its agents and representatives (including, but not limited to brokers) shall have an affirmative duty to notify the potential buyer through the due diligence process or otherwise of the binding nature of this Agreement and that it is binding on all successors and assigns of Contractor. Contractor shall also notify DNA of the pendency of any transaction contemplated herein and shall provide DNA with reasonable notice thereof so that DNA may assert all rights it has under this Agreement, including, but not limited to, those referenced in Sections 29.A., 11 and 17 hereof.

C. To the extent Contractor breaches any part of this Section 29, the Indemnification provisions of Section 11 hereof shall be fully enforced by DNA against Contractor. It expressly is understood that liability to DNA shall not be limited to booked but unworked shifts.

### 30.   CHANGES TO AGREEMENT

Any changes to this Agreement shall be effective only if mutually agreed upon in writing by duly authorized representatives of the parties. This Agreement shall not be modified or supplemented, or any rights, duties or obligations of a party in waived, except by such a writing.

### 31.   FINAL AGREEMENT; SURVIVABILITY OF TERMS

This Agreement represents the entire agreement between the parties. It supersedes and voids all contract terms contained in any earlier agreements between the parties. There are no other oral or written agreements between the parties supplemental or contrary to this Agreement. If any provision hereof shall be held unenforceable, the remaining provisions shall be given full force and effect.

### 32.   TERM OF AGREEMENT AND TERMINATION

The term of this Agreement shall be from January 2019 to January 2020 and will automatically renew on an annual basis if not revised by agreement of each party or terminated. Either party may terminate this Agreement for any lawful reason by sending the other written notice of termination at least thirty (30) days before the date of termination. Such termination shall not be a waiver of any right to pursue damages for a pre-existing breach. The parties herein shall deal with each other in good faith during the thirty (30) day period after which any notice of intent to terminate without cause has been given.

7

---

DocuSign Envelope ID: 70BC8B45-06E0-4621-BC5A-4E9A114B14DB

### 33.   NOTICE

Any notice given pursuant to this Agreement shall be given by personal delivery, prepaid telegram, telecopy, overnight delivery service postage prepaid, registered or certified mail, with return receipt requested, directed to the parties at the following addresses:

**Dedicated Nursing Associates, Inc.:**
6536 William Penn Highway Rt 22
Suite 202
Delmont, Pennsylvania 15626

**Contractor:**
5970 Kenwood Road
Cincinnati, Ohio 45243

### 34.   CHOICE OF LAW/VENUE

This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania, without reference to any conflicts of law principles thereof. In addition, any claims brought hereunder shall first attempted to be mediated informally by the parties. In the event mediation is unsuccessful, then any litigation brought hereunder must be brought in the Court of Common Pleas of Westmoreland County, Pennsylvania, or the U.S. District Court for the Western District of Pennsylvania, to the extent federal law or federal diversity jurisdiction would apply.

### 35.   EXECUTION

This Agreement is executed by duly authorized officers, employees or agents of the parties on the dates below, and with the intent to be legally bound hereby:

**Dedicated Nursing Associates, Inc.:**

By: _Madison Brown_   Title: Account Representative Dated: 1/3/2019

By: _Juliette Rainha_   Title: Account Representative  Dated: 1/3/2019
[Authorized Representatives]

**Contractor:**

Entity:

By: _Tracy Class - LNHA_ Title: _Administrator_ Dated: 1/3/19
[Authorized Representative]
per J. Cyrill VP of Operations
[Electronic signature verification has the same legal significance as writing].

8

---

DocuSign Envelope ID: 70BC8B45-06E0-4621-BC5A-4E9A114B14DB

| Dedicated Nursing Associates, Inc<br>Contract Forms | DNA |
| --- | --- |
| DNA Contract Compliance | |
| | **Document Number:** |
| **Document Title:**<br>Joint Commission Compliance Form | **Effective Date:** 01/13/2016 |
| | **Revision Date:** |
| | **Approved by:** D.R./C.W. |
| | **Page Number:**   Page 9 of 9 |

Dedicated Nursing Associates, Inc. (DNA) is a Joint Commission certified organization; we encourage our clients to:

- Provide an orientation and training program to each health care professional at the time of hire.
- Evaluate the competency of the health care professional at the time of orientation and periodically thereafter.
- Agree to provide DNA with verbal or written performance feedback after the employee has completed a client based orientation.
- Agree to report any incident involving a risk to patient safety and quality of care and security incident involving an employee of DNA. This includes proven injuries of safety hazards as defined in the Joint Commission Standards for Sentinel Events.
- DNA acknowledges, as a Joint Commission certified organization, access to its policies and employees that execute client patient care and safety while the client's organization are to be brought to the attention of the client's management personnel. When issues are not addressed, these individuals are encouraged to contact the Joint Commission.
- Staff members that are provided by DNA are our employees that are contracted to work through the agency.
- Reassignment of staff (floating) only in areas of practice within their shared competency.
- We discourage any personnel gain due to the relationship with DNA is a conduct of interest.

Any client of Dedicated Nursing Associates, Inc. is encouraged to report a complaint or concern to the Joint Commission within 30 calendar days of the event by giving rise to the complaint. You may contact the Joint Commission by:

Online:  http://www.jointcommission.org/GenericPublic/Complaint/
Mail:    Office of Quality Monitoring
         The Joint Commission
         One Renaissance Boulevard
         Oakbrook Terrace, IL 60181

_Tracy Class_, LNHA   1/21/19
Client Signature         Date
_Juliette Rainha_        1/3/2019
DNA Account Representative   Date

8

---

### Exhibit A

| Per-Diem Rates | Weekday | Weekend |
| --- | --- | --- |
| a. State Tested Nursing Assistant | $25.00/Hr | $26.00/Hr |
| b. Licensed Practical Nurse | $38.00/Hr | $39.00/Hr |
| c. Registered Nurse | $45.00/Hr | $46.00/Hr |
| **Contract Assignment Rates** | | |
| a. State Tested Nursing Assistant | $33.00/Hr | $34.00/Hr |
| b. Licensed Practical Nurse | $46.00/Hr | $47.00/Hr |
| c. Registered Nurse | $53.00/Hr | $54.00/Hr |

* Travel/Contract Assignments are typically (13) thirteen weeks in duration, however never less than (4) four weeks and encompass all costs, e.g. lodging and travel.
Any new service not listed will be added by an addendum attachment.

** Specialty is considered any unit outside of Long Term Care, Med/Surg, Telemetry. All Registered Nurses that have management functions (floor manager, unit manager, etc) during their assignment will also be considered specialty.

**Weekend Bill Rates**
Contractor agrees to pay the weekend bill rates for the following days and shifts worked:
- Saturday-   7:00 am-3:00 pm
              3:00 pm-11:00 pm
              11:00 pm-7:00 am
- Sunday-     7:00 am-3:00 pm
              3:00 pm-11:00 pm
              11:00 pm-7:00 am

**Holiday Policy**
The following days will be billed at 1 ½ the hourly rate:
- New Year's Eve 3:00 p.m. through New Year's Day
- Martin Luther King Jr. Day
- Easter Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Eve 3:00 p.m. through Christmas Day

10

01/03/2019  THU 19:25   FAX                                      @011/012     01/03/2019  THU 19:25   FAX                                                      @012/013

DocuSign Envelope ID: 70BC9B45-05E0-4621-BC6A-4E6A114B14DB                    DocuSign Envelope ID: 70BC9B45-05E0-4621-BC6A-4E6A114B14DB

**Training/Orientation**
Contractor agrees to pay for all orientation/training hours.

**Lunch Breaks**
Signed time cards that authorize a paid lunch break will be billed to the Contractor.

**Overtime Policy**
Any hours exceeding 40 hours in single payroll week (Sunday through Saturday) will be billed at time and a half (1 ½).

**Cancellation Policy for Per Diem Personnel**

- Per Diem: Any shift that is cancelled with less than two (2) hours notice will result in a four (4) hour billing charge.

**Cancellation Policy for Travel/Contract Assignment:**

- Travel/Contract Assignments are guaranteed.  If cancelled (for any reason), weeks agreed upon will be billed in full. If an employee works part of the assignment, that time and the unworked portion will also be billed. The billed time is not to exceed agreement unless an extension is required and documented. Minimum contract assignments are four (4) weeks.

Interest: Any invoice beyond 30 days past due will be charged interest at a rate of 1.5%.

## CONTACT CHECKLIST

| Point of Contact | |
|---|---|
| Administrator: Name:<br>Tracy Grasm<br>E-mail:<br>Tgrasmer_snf@boulder<br>healthcare.com<br>Phone:<br>513-561-4111 | DON: Susan Oliverio<br>Name:<br>Soliverio@boulderhealthcare.com<br>E-mail:<br>Phone:513-561-4111 |
| Scheduler/Staffing Coordinator:<br>Name: Pam Jones | Other: |
| E-mail:<br>PJones@boulderhealthcare.com<br>Phone: | |

| | |
|---|---|
| **Type of Facility:** | Nursing Efficios / SNP |
| **Size/Number of Beds:** | 131 |
| **Main Need (Discipline):** | Nurses, STNA's |
| **Currently Using Agency?** | Yes |

1 **Who** (ex: OR Nurse, ER Nurse, Med Tech, Telemetry, Nurse Aide etc.) ?

2 **What** (ex: education requirements, clinical requirements, specific years of experience, male or female, height requirements etc.) ?

3 **When** (ex: length of assignment, specific schedule/days, start date etc.) ?

4 **Where** (ex: if multiple locations/wings, where is the help needed) ?

# EXHIBIT 17

**DNA**

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-5013

Madeira Village Nursing and Rehab
5970 Kenwood Road
Cincinnati, OH 45243

**INVOICE**
Invoice No. 190284
Date 06/21/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/21/19 Tue | 06:30P - 07:00A | Anderson, Jordan (LPN) | LTC | S5 Regular | 38.00 | 12.00 | 456.00 |
| 06/12/19 Wed | 10:30P - 06:30A | Carson, Arielle (STNA) | LTC | S3 Regular | 25.00 | 8.00 | 200.00 |
| 06/09/19 Sun | 06:30A - 02:30P | Masters, Rondia (STNA) | LTC | S1 Regular Weekend | 26.00 | 7.50 | 195.00 |
| 06/15/19 Sat | 06:30A - 07:00P | Rudolph, Tabitha (LPN) | LTC | S4 Regular Weekend | 39.00 | 12.00 | 468.00 |
| | | | | **Madeira Village Nursing and Rehab Subtotal:** | 39.50 | | 1,319.00 |
| | | | | | | **Invoice Total:** 39.50 | $1,319.00 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6535 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are paid due per the terms of the contract will be charged interest at a rate of 1.5%



**DNA**

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-5013

Madeira Village Nursing and Rehab
5970 Kenwood Road
Cincinnati, OH 45243

**INVOICE**
Invoice No. 180639
Date 06/19/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/21/19 Fri | 06:30P - 06:45A | Anderson, Jordan (LPN) | LTC | S5 Regular | 38.00 | 11.75 | 446.50 |
| 06/19/19 Wed | 10:30P - 06:30A | Johnson, Ciera (STNA) | LTC | S3 Regular | 25.00 | 8.00 | 200.00 |
| 06/16/19 Sun | 06:30A - 02:30P | Masters, Rondia (STNA) | LTC | S1 Regular Weekend | 26.00 | 7.50 | 195.00 |
| 06/17/19 Mon | 06:30A - 02:30P | Masters, Rondia (STNA) | LTC | S1 Regular | 25.00 | 7.50 | 187.50 |
| 06/18/19 Tue | 06:30A - 02:30P | Masters, Rondia (STNA) | LTC | S1 Regular | 25.00 | 7.50 | 187.50 |
| 06/19/19 Wed | 06:30A - 02:30P | Masters, Rondia (STNA) | LTC | S1 Regular | 25.00 | 7.50 | 187.50 |
| | | **Madeira Village Nursing and Rehab Subtotal:** | | | 49.75 | | 1,404.00 |
| | | | | | | **Invoice Total:** 49.75 | $1,404.00 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are paid due per the terms of the contract will be charged interest at a rate of 1.5%

**DNA**

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-5013

Madeira Village Nursing and Rehab
5970 Kenwood Road
Cincinnati, OH 45243

**INVOICE**
Invoice No. 190960
Date 07/05/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/26/19 Wed | 02:30P - 10:30P | Highlander, Megan (STNA) | LTC | S2 Regular | 25.00 | 7.50 | 187.50 |
| 06/24/19 Mon | 06:30A - 02:30P | Masters, Rondia (STNA) | LTC | S1 Regular | 25.00 | 7.50 | 187.50 |
| 06/25/19 Tue | 06:30A - 02:30P | Masters, Rondia (STNA) | LTC | S1 Regular | 25.00 | 7.50 | 187.50 |
| 06/26/19 Wed | 06:30A - 02:30P | Masters, Rondia (STNA) | LTC | S1 Regular | 25.00 | 7.50 | 187.50 |
| 06/25/19 Tue | 10:30P - 06:30A | Walker, Tamara (STNA) | LTC | S3 Regular | 25.00 | 7.50 | 187.50 |
| | | **Madeira Village Nursing and Rehab Subtotal:** | | | 37.50 | | 937.50 |
| | | | | | | **Invoice Total:** 37.50 | $937.50 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are paid due per the terms of the contract will be charged interest at a rate of 1.5%

**DNA**

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Madeira Village Nursing and Rehab
5970 Kenwood Road
Cincinnati, OH 45243

**INVOICE**
Invoice No. 161330
Date 07/12/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 30 | |

| Data | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|-------------|------|-------|-------|------|-------|------------|
| 07/05/19 Fri | 02:30P - 10:30P | Baker, Tatyana (STNA) | LTC | S2 Regular | 25.00 | 8.00 | 200.00 |
| 07/03/19 Wed | 10:30P - 06:30A | Carson, Arielle (STNA) | LTC | S3 Regular | 25.00 | 1.50 | 37.50 |
| | | | | S3 Regular Holiday | 37.50 | 6.50 | 243.75 |
| 07/03/19 Wed | 06:30A - 02:30P | Clay, Santana (STNA) | LTC | S1 Regular | 25.00 | 7.50 | 187.50 |
| 07/06/19 Sat | 02:30P - 10:30P | Highlander, Megan (STNA) | LTC | S2 Regular Weekend | 26.00 | 7.50 | 195.00 |
| 07/03/19 Wed | 10:30P - 06:30A | Walker, Tamara (STNA) | LTC | S3 Regular | 25.00 | 1.50 | 37.50 |
| | | | | S3 Regular Holiday | 37.50 | 6.00 | 225.00 |
| 07/05/19 Fri | 06:30P - 06:45A | Wilson, Julie (LPN) | LTC | S5 Regular | 38.00 | 11.75 | 446.50 |
| | | | **Madeira Village Nursing and Rehab Subtotal:** | | | **50.25** | **1,572.75** |
| | | | | **Invoice Total:** | | **50.25** | **$1,572.75** |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

**DNA**

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Madeira Village Nursing and Rehab
5970 Kenwood Road
Cincinnati, OH 45243

**INVOICE**
Invoice No. 161942
Date 07/19/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 30 | |

| Data | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|-------------|------|-------|-------|------|-------|------------|
| 07/11/19 Thu | 10:30P - 06:30A | Baker, Tatyana (STNA) | LTC | S3 Regular | 25.00 | 8.00 | 200.00 |
| 07/11/19 Thu | 10:30P - 06:30A | Fant, Antonio (STNA) | LTC | S3 Regular | 25.00 | 7.50 | 187.50 |
| 07/12/19 Fri | 10:30P - 06:30A | Fant, Antonio (STNA) | LTC | S3 Regular | 25.00 | 7.50 | 187.50 |
| | | | **Madeira Village Nursing and Rehab Subtotal:** | | | **23.00** | **575.00** |
| | | | | **Invoice Total:** | | **23.00** | **$575.00** |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

**DNA**

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Madeira Village Nursing and Rehab
5970 Kenwood Road
Cincinnati, OH 45243

**INVOICE**
Invoice No. 162355
Date 07/26/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 30 | |

| Data | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|-------------|------|-------|-------|------|-------|------------|
| 07/16/19 Tue | 06:30A - 02:30P | Masters, Rondia (STNA) | LTC | S1 Regular | 25.00 | 7.50 | 187.50 |
| | | | **Madeira Village Nursing and Rehab Subtotal:** | | | **7.50** | **187.50** |
| | | | | **Invoice Total:** | | **7.50** | **$187.50** |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

Dedicated Nursing Associates, Inc.

6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/1/2019 | 3063i |

**Bill To**
Madeira Village Nursing and Rehab
5970 Kenwood Road
Cincinnati, OH 45243

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1,319 | Invoice #160284 | 0.015 | 19.79 |
| 1,404 | Invoice #160639 | 0.015 | 21.06 |
| 937.5 | Invoice #160990 | 0.015 | 14.06 |
| 1,572.75 | Invoice #161330 | 0.015 | 23.59 |
| 575 | Invoice #161942 | 0.015 | 8.63 |
| 187.5 | Invoice #162355 | 0.015 | 2.81 |

| | Total | $89.94 |
|--|-------|--------|

Dedicated Nursing Associates, Inc.
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

**Invoice**

| Date | Invoice # |
|------|-----------|
| 10/1/2019 | 32071 |

Bill To
Madiera Village Nursing and Rehab
5970 Kenwood Road
Cincinnati, OH 45243

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1,319 | Invoice #160284 | 0.015 | 19.79 |
| 1,404 | Invoice #160639 | 0.015 | 21.06 |
| 937.5 | Invoice #160990 | 0.015 | 14.06 |
| 1,572.75 | Invoice #161330 | 0.015 | 23.59 |
| 575 | Invoice #161942 | 0.015 | 8.63 |
| 187.5 | Invoice #162355 | 0.015 | 2.81 |
| 89.94 | Inv 3068i | 0.015 | 1.35 |

| Total | $91.29 |

Dedicated Nursing Associates, Inc.
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

**Invoice**

| Date | Invoice # |
|------|-----------|
| 10/1/2019 | 32071 |

Bill To
Madiera Village Nursing and Rehab
5970 Kenwood Road
Cincinnati, OH 45243

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1,319 | Invoice #160284 | 0.015 | 19.79 |
| 1,404 | Invoice #160639 | 0.015 | 21.06 |
| 937.5 | Invoice #160990 | 0.015 | 14.06 |
| 1,572.75 | Invoice #161330 | 0.015 | 23.59 |
| 575 | Invoice #161942 | 0.015 | 8.63 |
| 187.5 | Invoice #162355 | 0.015 | 2.81 |
| 89.94 | Inv. 3068i | 0.015 | 1.35 |

| Total | $91.29 |

Dedicated Nursing Associates, Inc.
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

**Statement**

| Date |
|------|
| 10/8/2019 |

To:
Madiera Village Nursing and Rehab
5970 Kenwood Road
Cincinnati, OH 45243

| Amount Due | Amount Enc. |
|------------|-------------|
| $6,176.98 |  |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 06/21/2019 | INV #160284. Due 07/21/2019. Orig. Amount $1,319.00. | 1,319.00 | 1,319.00 |
| 06/28/2019 | INV #160639. Due 07/28/2019. Orig. Amount $1,404.00 | 1,404.00 | 2,723.00 |
| 07/05/2019 | INV #160990. Due 08/04/2019. Orig. Amount $937.50. | 937.50 | 3,660.50 |
| 07/12/2019 | INV #161330. Due 08/11/2019. Orig. Amount $1,572.75. | 1,572.75 | 5,233.25 |
| 07/19/2019 | INV #161942. Due 08/18/2019. Orig. Amount $575.00. | 575.00 | 5,808.25 |
| 07/26/2019 | INV #162355. Due 08/25/2019. Orig. Amount $187.50. | 187.50 | 5,995.75 |
| 09/01/2019 | INV #3068i. Due 10/01/2019. Orig. Amount $89.94. | 89.94 | 6,085.69 |
| 10/01/2019 | INV #32071. Due 10/31/2019. Orig. Amount $91.29. | 91.29 | 6,176.98 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|--------------------|------------|
| 91.29 | 89.94 | 2,335.25 | 3,660.50 | 0.00 | $6,176.98 |

EXHIBIT 18

## MEDICAL STAFFING AGREEMENT

**THIS MEDICAL STAFFING AGREEMENT** ("Agreement"), made this 14th day of January, 2019, between **DEDICATED NURSING ASSOCIATES, INC.** ("DNA"), a Pennsylvania corporation having a place of business at 6536 William Penn Highway Rt. 22, Suite 202, Delmont, Pennsylvania 15626,

A N D

Mayfield Heights Healthcare ("Contractor"), having its principle place of business at 6757 Mayfield Road, Mayfield Heights, Ohio 44124.

**WHEREAS,** DNA is in the business of providing registered nurses, licensed practical nurses, certified nursing aides, home health aides and other medical professionals ("Employee" or "Employees") with particular skills and experience; and

**WHEREAS,** Contractor is in need of personnel with the skill and experience provided by DNA.

**NOW, THEREFORE,** in consideration of the covenants contained herein and intending to be legally bound, the parties hereby agree as follows:

### 1. EMPLOYEES TO BE PROVIDED
The Employees to be provided include, but are not limited to, the following: RN's, LPN's, CNA's, HHA's and NA's.

### 2. QUALIFICATIONS OF EMPLOYEES
DNA will ensure that Employees to be provided shall possess the qualifications required to perform the work for which they are contracted to provide in their particular field of practice. They shall also possess the required qualifications in the areas of education, certification, license, Physical and Mantoux test and criminal clearances, as required.

### 3. DNA AS EMPLOYER
Contractor shall not be responsible for payment of wages, salaries, and other compensation, fringe benefits, unemployment insurance, workers' compensation, social security, or other payroll taxes for staff provided to Contractor by DNA. Further, DNA shall be the employer of all persons it furnishes to Contractor.

### 4. EXPENSES
Contractor shall be responsible for all expenses incurred by DNA Employees relating to patient care (by way of example only, gloves) while on assignment to Contractor under this Agreement.

---

**EXHIBIT 19**

---

### 5. ADMINISTRATIVE LINK
For the purpose of facilitating the services contemplated by this Agreement, Contractor and DNA each shall designate an administrative employee to be available for such purpose.

### 6. COMPENSATION (TIME RECORDS)
Contractor shall compensate DNA for its services in accordance with the schedule set forth in Exhibit "A" hereto, which is incorporated by reference and made part of this Agreement. For the purpose of compensation, DNA shall submit documentation in the form of time records for the services provided to Contractor. Contractor, or its authorized representative, shall be responsible for verifying that the time records are accurate.

### 7. SCHEDULING AND SUBSTITUTE STAFF
A. Contractor must immediately notify DNA of any changes to the agreed upon staffing schedule for Employees. Contractor is not authorized to accept a schedule change that is only discussed with an Employee and not approved in advance by DNA. If the schedule change results in the Employee working fewer hours than scheduled, failure to give notice to and receive consent from DNA may result in a charge for the originally scheduled hours. If a schedule change results in an Employee working over forty (40) hours in one week for DNA, and if there is no agreement to the contrary, Contractor will be charged the overtime billing rate for any hours that were not approved in advance by DNA for the Employee.

B. DNA shall use its best efforts to replace regularly scheduled staff that are unavailable on a given day due to an illness or paid time off, or because of an emergency, vacation or holiday; however, DNA cannot guarantee that it can or will provide substitute staff.

### 8. HIRING OF EMPLOYEES BY CONTRACTOR AND CONVERSION FEE
Contractor may wish to employ directly an Employee who has been supplied by DNA. In the event of such a conversion to the employ of Contractor or to another employer to whom Contractor refers such Employee, Contractor agrees to pay a conversion fee. The conversion fee is $15,000.00 for an RN, $12,000.00 for an LPN, $9,000.00 for a CNA and $9,000.00 for a HHA or NA. The conversion fee will be reduced by $200.00 for each 40 hours of weekly services performed while on assignment to the Contractor, however in no event will there be any less than a $6,000.00 conversion fee for any position. The same calculation will be used if Contractor converts a DNA Employee to part-time status. Again, the conversion fee will not be less than $6,000.00.

A. The conversion fee is payable if Contractor hires the DNA Employee assigned, regardless of the employment classification, on either a permanent, temporary (including temporary assignments through another agency) or consulting basis within six (6) months after the last day of the assignment. Contractor also agrees to pay a conversion fee if the DNA Employee assigned to Contractor is hired by a subsidiary, other related company or any other entity or business as a result of referral of the Employee by Contractor.

### 9. COMPLIANCE WITH APPLICABLE LAW
DNA and Contractor shall comply with the Fair Labor Standards Act, the Occupational Safety and Health Act ("OSHA"), Immigration Reform and Control Act, the Health Insurance Portability and Accountability Act ("HIPAA"), and all other applicable federal, state, and local statutes, laws, ordinances, regulations and standards including, but not limited to, equal employment opportunity, civil rights, anti-discrimination, wage and hour, privacy and Joint Commission, whether as presently enacted or as hereafter amended. Notwithstanding the above, it is agreed that Contractor is primarily responsible for compliance with OSHA and comparable state laws and regulations thereunder, to the extent those laws and regulations apply to Employees assigned to Contractor. This responsibility includes, but is not limited to, required information and training in site-specific protocols, the facility exposure control plan and available personal protective equipment. Contractor will maintain documentation regarding training and related obligations hereunder, and make this documentation available to DNA upon request. Contractor will provide post-exposure evaluation and follow-up in accordance with OSHA standards.

### 10. CONFIDENCE OF INFORMATION
A. Contractor shall keep in confidence all information relating to the methods of operations, trade secrets, business plans, business opportunities, finances, strategic planning and development, research, development, personnel data, recruiting, compensation, billing, and all other confidential knowledge, data and information related to the business and affairs of DNA that may be acquired in furtherance of the relationship contemplated by this Agreement. During and after the term of this Agreement, Contractor shall not, without the prior written consent of DNA, publish, communicate, divulge or disclose any such information.

B. The parties hereto agree to comply with any and all federal or state laws or regulations that have or may become effective during the term of this Agreement, including, but not limited to HIPAA and any amendments, rules and regulations promulgated thereunder. The parties further agree to execute any additional documents that may be required under HIPAA, including, but not limited to, a Business Associates Agreement.

### 11. INDEMNIFICATION
DNA and Contractor shall indemnify, hold harmless, and, upon request, defend the other party and their respective subsidiaries, affiliates, directors, officers, employees, agents and independent contractors, from and against all liens, claims, charges, causes of action of any type, whether in law or equity, liabilities, damages, losses and expenses including, but not limited to, interest, penalties, reasonable attorney's fees and costs of suit, arising out of or in connection with their own acts or omissions, whether in whole or in part, relating to their obligations pursuant to this Agreement.

### 12. PROFESSIONAL LIABILITY INSURANCE
Each party to this Agreement shall obtain, at its own cost, professional liability insurance covering its own act or omissions. Each shall maintain such insurance in amounts not less than Two Million ($2,000,000.00) Dollars per occurrence and Six Million ($6,000,000.00) Dollars annual aggregate.

DocuSign Envelope ID: 91B41F4E-2EF9-4451-9BA3-BB96B46EAAB3

### 13.   GENERAL LIABILITY INSURANCE

Contractor shall maintain accident and general liability insurance covering the premises where DNA Employees will perform services hereunder, as well as any Contractor owned or leased vehicles that DNA Employees may use in the course of their work pursuant to this Agreement. Upon request of DNA, Contractor shall provide a copy of all insurance policies demonstrating compliance with this paragraph.

### 14.   INDEPENDENT STATUS

A.  In the performance of their respective duties under this Agreement, DNA and Contractor shall remain independent contracting entities, and neither shall be deemed to be the employer or employee of the other for any purpose whatsoever. The relationship between the parties shall at all times be that of independent contractors. No provision of this Agreement is intended to, or shall be construed, to render one party an employee, servant or partner of the other.

B.  In the event that the Internal Revenue Service or another government agency questions or challenges the independent contractor status of either DNA or Contractor, both DNA and Contractor, upon receipt by either of them of notice from the Internal Revenue Service or other government agency, shall promptly notify and afford the other party the opportunity to participate in any discussion or negotiation with the Internal Revenue Service or other government agency, irrespective by whom such negotiations were inititated, to the extent permitted by the Internal Revenue Service or other government agencies.

### 15.   COMMUNICATION WITH STAFF

Contractor shall not communicate directly with DNA Employees outside of the assignment scope.  All communications regarding staff scheduling with DNA Employees, whether written, verbal, or in person, shall be relayed through DNA unless otherwise agreed to in writing by both parties.  *See also* paragraph 7.A. hereof.

### 16.   NO SOLICITATION BY CONTRACTOR

During the term of this Agreement, Contractor shall not solicit or attempt to solicit, either directly or indirectly, the business or trade of DNA for Contractor's benefit or the benefit of any other person or entity to the exclusion of DNA, nor shall Contractor request or allow anyone to do so on its behalf.

### 17.   INJUNCTIVE RELIEF

In addition to all other available remedies in the event of a breach of this Agreement, DNA, as the aggrieved party, shall be entitled to immediate injunctive relief to prevent the irreparable harm which will result in the absence of such relief.

### 18.   FLOATING POLICIES AND COMPETENCE

Floating refers to the reassignment of Employees, where the Employee's job functions differ from specified requirements.  With the express, written permission of DNA, Contractor may float one or more Employees that are within the scope of the Employee's clinical expertise, Joint Commission standards, and to which they have been fully oriented.  Contractor shall pay to DNA the agreed upon rate under these circumstances.

### 19.   ORIENTATION POLICIES

Contractor will require Employees furnished under this Agreement to review Contractor's fire and disaster, infection control and no-lift policies prior to placement.

### 20.   SUBCONTRACTING

DNA, at its sole discretion, may contract with one or more persons or entities for the performance of DNA's services covered by this Agreement, provided the contract shall not relieve DNA of its obligations and liability under this Agreement.  Any individual provided under such a subcontracting arrangement shall be deemed an "Employee" solely for purposes of this Agreement.

### 21.   INCIDENT, ERROR TRACKING SYSTEM

DNA has a system for reporting, tracking, and documenting unexpected incidents.  When any Employee is involved in medication and/or documentation errors, unanticipated deaths, patient incidents, injuries, safety hazards related to the care and services provided, occupational illnesses, or security incidents including incidents of property damage or theft, the Employee and Contractor shall immediately report the incident to DNA, as DNA requires documentation to insure continued patient safety.

### 22.   ADDITIONAL REPORTING OBLIGATIONS OF CONTRACTOR

A.  Contractor shall also immediately report to DNA any employment-related concerns, problems or issues with any Employee supplied by DNA, including any Employee report made directly to Contractor.

B.  If Contractor reasonably believes that any Employee assigned by DNA is incompetent, negligent or has engaged in misconduct, Contractor may require such Employee to leave its premises and shall inform DNA of this action immediately.  Contractor's obligation to compensate DNA for Employee's services shall be limited to the hours actually worked by such Employee; however, any action taken by Contractor in this regard must be based upon a reasonable, good faith belief by Contractor that the Employee must in fact be removed from the premises immediately.

C.  Contractor is responsible to determine the adequacy of each Employee's job performance.  If Contractor determines that the Employee's performance is unsatisfactory, Contractor will notify DNA of specific deficiencies in writing in circumstances other than those requiring immediate removal from the premises.

DocuSign Envelope ID: 91B41F4E-2EF9-4451-9BA3-BB96B46EAAB3

### 23.   ADDITIONAL LIMITATIONS/REQUIREMENTS

A.  Contractor agrees that it will not entrust any Employee with unattended premises, cash, checks, keys, credit cards, merchandise or other valuables without prior, express permission from DNA.

B.  Contractor will not request or permit any Employee to use any vehicle, regardless of ownership, in connection with the performance of services for Contractor, without prior, express permission from DNA.

### 24.   NON-DISCRIMINATION

Both DNA and Contractor agree that they will abide by all federal, state, and applicable laws regarding the prohibition of discrimination in the provision of services on the basis of race, sex, religion, creed, disability, ancestry, national origin, sexual preference or age.

### 25.   NO WAIVER

No course of dealing or failure of either party to strictly enforce any term, right or condition of this Agreement shall be construed as a waiver of such term, right, or condition relating to any subsequent breach.

### 26.   SURVIVAL OF OBLIGATIONS

Contractor's obligations under this Agreement which by their nature would continue beyond the termination, cancellation, or expiration of this Agreement, shall survive termination, cancellation or expiration of the Agreement.

### 27.   NO GENERAL INVALIDITY

If any of the provisions of this Agreement are judicially declared invalid or unenforceable, such invalidity or unenforceability shall not invalidate or render unenforceable the entire Agreement, and this Agreement shall be construed as if not containing the particular invalid or unenforceable provision or provisions.

### 28.   DISASTERS AND RELATED EVENTS

Neither DNA nor Contractor shall be liable for failure to perform hereunder due to contingencies beyond either of their reasonable control including, but not limited to, strikes, riots, war, fire, acts of God or natural disasters, accidents, mechanical failures not caused by the fault or neglect of DNA or Contractor, compliance with any law, regulation, or order of the United States of America or any state, governmental body, or any instrumentality thereof, whether now existing or hereafter created.

### 29.   ASSIGNMENT/SUCCESSORS AND ASSIGNS

A.  Contractor shall not assign or delegate its rights, duties and obligations under this Agreement, either in whole or in part, or any monies due or to become due hereunder without the prior written consent of DNA, which shall not be unreasonably withheld. Any such assignment without the prior written consent of DNA shall be absolutely invalid.  DNA may in its discretion, assign this Agreement in whole or in part to its subsidiaries, or affiliated corporations.

B.  This Agreement shall be binding upon any and all successors and assigns of Contractor. In the event of a potential asset, stock or other sale of Contractor, Contractor and/or any or all of its agents and representatives (including, but not limited to brokers) shall have an affirmative duty to notify the potential buyer through the due diligence process or otherwise of the binding nature of this Agreement and that it is binding on all successors and assigns of Contractor.  Contractor shall also notify DNA of the pendency of any transaction contemplated herein and shall provide DNA with reasonable notice thereof so that DNA may assert all rights it has under this Agreement, including, but not limited to, those referenced in Sections 29.A., 11 and 17 hereof.

C.  To the extent Contractor breaches any part of this Section 29, the Indemnification provisions of Section 11 hereof shall be fully enforced by Contractor and Contractor.  It expressly is understood that liability to DNA shall not be limited to booked but unworked shifts.

### 30.   CHANGES TO AGREEMENT

Any changes to this Agreement shall be effective only if mutually agreed upon in writing by duly authorized representatives of the parties.  This Agreement shall not be modified or supplemented, or any rights, duties or obligations of a party in it waived, except by such a writing.

### 31.   FINAL AGREEMENT; SURVIVABILITY OF TERMS

This Agreement represents the entire agreement between the parties.  It supersedes and voids all contract terms contained in any earlier agreements between the parties.  There are no other oral or written agreements between the parties supplemental or contrary to this Agreement. If any provision hereof shall be held unenforceable, the remaining provisions shall be given full force and effect.

### 32.   TERM OF AGREEMENT AND TERMINATION

The term of this Agreement shall be from January 2019 to January 2020, and will automatically renew on an annual basis if not revised by agreement of each party or terminated. Either party may terminate this Agreement for any lawful reason by sending the other written notice of termination at least thirty (30) days before the date of termination.  Such termination shall not be a waiver of any right to pursue damages for a pre-existing breach.  The parties herein shall deal with each other in good faith during the thirty (30) day period after which any notice of intent to terminate without cause has been given.

DocuSign Envelope ID: 91B41F4E-2EF9-4451-9BA3-BB685A6EAAB3
DocuSign Envelope ID: 91B41F4E-2EF9-4451-9BA3-BB685A6EAAB3

33.   **NOTICE**

Any notice given pursuant to this Agreement shall be given by personal delivery, prepaid telegram, telecopy, overnight delivery service postage prepaid, registered or certified mail, with return receipt requested, directed to the parties at the following addresses:

**Dedicated Nursing Associates, Inc.:**
6536 William Penn Highway Rt 22
Suite 202
Delmont, Pennsylvania 15626

**Contractor:**
6757 Mayfield Road
Mayfield Heights, Ohio 44124

34.   **CHOICE OF LAW/VENUE**

This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania, without reference to any conflicts of law principles thereof. In addition, any claims brought hereunder shall first attempted to be mediated informally by the parties.  In the event mediation is unsuccessful, then any litigation brought hereunder must be brought in the Court of Common Pleas of Westmoreland County, Pennsylvania, or the U.S. District Court for the Western District of Pennsylvania, to the extent federal law or federal diversity jurisdiction would apply.

35.   **EXECUTION**

This Agreement is executed by duly authorized officers, employees or agents of the parties on the dates below, and with the intent to be legally bound hereby:

**Dedicated Nursing Associates, Inc.:**

By: _Juliette Roncko_   Title: Account Representative   Dated: 1/14/2019

By: _Madison Brown_   Title: Account Representative   Dated: 1/14/2019
[Authorized Representatives]

**Contractor:**

Entity: Mayfield Hts. Healthcare

By: _Tiara Evans_   Title: LNHA   Dated: 1/14/2019
[Authorized Representative]

[Electronic signature/verification has the same legal significance as writing.]

8

---

Dedicated Nursing Associates, Inc. (DNA), as a Joint Commission-certified health care organization, we encourage our clients to:

| | DNA |
|---|---|
| Dedicated Nursing Associates, Inc. | |
| **Contract Forms** | dedicated Nursing Associates, Inc. |
| **DNA Contract Compliance** | |

| Document Title: | Document Number: |
|---|---|
| Joint Commission Compliance Form | Effective Date: 01/13/2018 |
| | Revision Date: |
| | Approved By: D.R./C.W. |
| | Page Number:   Page 9 of 9 |

- Provide an orientation and training program to each health care professional at the time of hire.
- Evaluate the competence of the health care professional at the time of orientation and periodically thereafter.
- Agree to provide DNA with verbal or written performance feedback after the employee has completed a client based orientation.
- Agree to report any incident involving a risk to patient safety and quality of care and report a sentinel involving an employee of DNA.
- Give incidents errors injuries and safety hazards as defined in the Joint Commission Standards for Sentinel Events.
- DNA acknowledges as a Joint Commission certified organization, notice to its public and employees that concerns about patient care and safety within the client's organization are to be brought to the attention of the client's management personnel. When issues are not addressed, these individuals are encouraged to contact the Joint Commission.
- Staff members that are provided by DNA are our employees that are contracted to work through the agents.
- Reassignment of staff (Housing) not to areas of practice within their clinical competency.
- We discourage any personal gain due to the relationship with DNA (i.e. a conflict of interest).

Any client of Dedicated Nursing Associates, Inc. is encouraged to report a complaint or concern to the Joint Commission within 14 calendar days of the event(s) giving rise to the complaint. You may contact the Joint Commission by:

| Online: | http://www.jointcommission.org/GenericPublic/Complaint/ |
|---|---|
| Mail: | Office of Quality Monitoring |
| | The Joint Commission |
| | One Renaissance Boulevard |
| | Oakbrook Terrace, IL 60181 |

_Tiara Evans_   1/14/2019
                 Date

_Juliette Roncko_   1/14/2019
                    Date

9

---

**Exhibit A**

| Per-Diem Rates | Weekday | Weekend |
|---|---|---|
| a. State Tested Nursing Assistant | $27.00/Hr | $30.00/Hr |
| b. Licensed Practical Nurse | $40.00/Hr | $43.00/Hr |
| c. Registered Nurse | $50.00/Hr | $53.00/Hr |

| Contract Assignment Rates | | |
|---|---|---|
| a. State Tested Nursing Assistant | $35.00/Hr | $38.00/Hr |
| b. Licensed Practical Nurse | $48.00/Hr | $51.00/Hr |
| c. Registered Nurse | $58.00/Hr | $61.00/Hr |

* Travel/Contract Assignments are typically (13) thirteen weeks in duration, however never less than (4) four weeks and encompass all costs, e.g. lodging and travel.
Any new service not listed will be added by an addendum attachment.

** Specialty is considered any unit outside of Long Term Care, Med/Surg, Telemetry. All Registered Nurses that have management functions (floor manager, unit manager, etc) during their assignment will also be considered specialty.

**Weekend Bill Rates**
Contractor agrees to pay the weekend bill rates for the following days and shifts worked:
- Saturday-  7:00 am-3:00 pm
             3:00 pm-11:00 pm
             11:00 pm-7:00 am
- Sunday-   7:00 am-3:00 pm
            3:00 pm-11:00 pm
            11:00 pm-7:00 am

**Holiday Policy**
The following days will be billed at 1 ½ the hourly rate:
- New Year's Eve 3:00 p.m. through New Year's Day
- Martin Luther King Jr. Day
- Easter Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Eve 3:00 p.m. through Christmas Day

10

---

**Training/Orientation**
Contractor agrees to pay for all orientation/training hours.

**Lunch Breaks**
Signed time cards that authorize a paid lunch break will be billed to the Contractor.

**Overtime Policy**
Any hours exceeding 40 hours in single payroll week (Sunday through Saturday) will be billed at time and a half (1 ½).

**Cancellation Policy for Per Diem Personnel**

- **Per Diem:** Any shift that is cancelled with less than two (2) hours notice will result in a four (4) hour billing charge.

**Cancellation Policy for Travel/Contract Assignment:**

- Travel/Contract Assignments are guaranteed.  If cancelled (for any reason), weeks agreed upon will be billed in full. If an employee works part of the assignment, that time and the unworked portion will also be billed. The billed time is not to exceed agreement unless an extension is required and documented. Minimum contract assignments are four (4) weeks.

**Interest:** Any invoice beyond 30 days past due will be charged interest at a rate of 1.5%.

11

DocuSign Envelope ID: 91B41FAE-2EF9-4451-9BA3-9B96B48EAA93          DocuSign Envelope ID: 91B41FAE-2EF9-4451-9BA3-9B96B48EAA93

## CONTACT CHECKLIST

| Point of Contact | |
|---|---|
| **Administrator: Name:** Tiara Bivins | **DON:** Name: Debbie Pratt |
| **E-mail:** tbivins@boulderhealthcare.com | **E-mail:** dpratt@boulderhealthcare.com |
| **Phone:** 440-473-0090 | Phone: 440-473-0090 |
| **Scheduler/Staffing Coordinator:** **Name:** Quiana Tolliver | **Other:** n/a |
| **E-mail:** qtolliver@boulderhealthcare.com | |
| **Phone:** 216-609-9887 | |

| | |
|---|---|
| Type of Facility: SNF/LTC | |
| Size/Number of Beds: 150 | |
| Main Need (Discipline): STNAs | |
| Currently Using Agency? yes | |

1 **Who** (ex: OR Nurse, ER Nurse, Med Tech, Telemetry, Nurse Aide etc.) ?

2 **What** (ex: education requirements, clinical requirements, specific years of experience, male or female, height requirements etc.) ?

3 **When** (ex: length of assignment, specific schedule/days, start date etc.) ?

4 **Where** (ex: if multiple locations/wings, where is the help needed) ?

12

## Billing Information

| Billing/Invoice | |
|---|---|
| **Contact Name:** Jenny Wilson | **Title:** Business Office Manager |
| **Phone Number:** 440-473-0090 | **E-mail Address:** jwilson@boulderhealthcare.com |

| | |
|---|---|
| Corporate Group Affiliation: Boulder Healthcare | |
| Company Billing Name: Mayfield Hts. Healthcare | |
| Billing Address: 6757 Mayfield Rd. Mayfield Hts., OH 44124 | |
| Invoicing Preference: (x ) E-mail | ( ) Mail |
| Payment Preference: ( ) ACH (x ) Check ( ) Credit Card | |
| OT Rate: time and 1/2 | Holiday Rate: time and 1/2 |
| MSP/VMS fee (if applicable): na | |
| Administrative fees (if applicable) & Special billing requirements: na | |

13



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Clermont, PA 15626
(855) 345-6013

Boulder Healthcare - Mayfield Heights Healthcare
6757 Mayfield Road
Mayfield Heights , OH 44124

**INVOICE**
Invoice No. 161596
Date 07/12/2019
Page 1

| | | | | | | Terms | PO Number |
|---|---|---|---|---|---|---|---|
| | | | | | | 32 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 04/22/19 Mon | 03:00P - 11:30P | Tan, Kean (LPN) | LTC | 52 Regular | 40.00 | 8.00 | 320.00 |

**Boulder Healthcare – Mayfield Heights Healthcare** Subtotal: 8.00  320.00

Invoice Total: 8.00  320.00

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Clermont, PA 15626
Thank You for Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%.

# EXHIBIT 20

**DNA**

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Boulder Healthcare - Mayfield Heights Healthcare
6737 Mayfield Road
Mayfield Heights , OH 44124

**INVOICE**
Invoice No. 161390
Date 07/12/2019
Page 1

| | | Terms | PO Number |
|--|--|-------|-----------|
| | | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|------|------|-------|-------|------|-------|------------|
| 04/22/19 Mon | 03:00P - 11:30P | Tan, Keen (LPN) | LTC | S2 Regular | 40.00 | 8.00 | 320.00 |

Boulder Healthcare - Mayfield Heights Healthcare Subtotal:  8.00  **320.00**
Invoice Total:  8.00  **$320.00**

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

Dedicated Nursing Associates. Inc.
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

**Invoice**

| Date | Invoice # |
|------|-----------|
| 10/1/2019 | 32086 |

Bill To
Mayfield Heights Healthcare
6737 Mayfield Road
Mayfield Heights, OH 44124

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Staffing for the week of 6/30/19-7/6/19 | 0.015 | 0.02 |

| | Total | | $0.02 |

---

Dedicated Nursing Associates, Inc.
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

**Statement**

| Date |
|------|
| 10/3/2019 |

To
Mayfield Heights Healthcare
6737 Mayfield Road
Mayfield Heights, OH 44124

| | Amount Due | Amount Enc. |
|--|-----------|-------------|
| | $320.02 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 07/12/2019 | INV #161390. Due 08/11/2019. Orig. Amount $320.00. | 320.00 | 320.00 |
| 10/01/2019 | INV #32086. Due 10/31/2019. Orig. Amount $0.02. | 0.02 | 320.02 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.02 | 0.00 | 320.00 | 0.00 | 0.00 | $320.02 |

EXHIBIT 21

# EXHIBIT 22

## MEDICAL STAFFING AGREEMENT

**THIS MEDICAL STAFFING AGREEMENT** ("Agreement"), made this 1st day of March 2019, between **DEDICATED NURSING ASSOCIATES, INC.** ("DNA"), a Pennsylvania corporation having a place of business at 6536 William Penn Highway Rt 22, Suite 202, Delmont, Pennsylvania 15626,

### A N D

Waterville Healthcare ("Contractor"), having its principle place of business at 8885 Browning Drive, Waterville, Ohio 43566.

**WHEREAS**, DNA is in the business of providing registered nurses, licensed practical nurses, certified nursing aides, home health aides and other medical professionals ("Employee" or "Employees") with particular skills and experience; and

**WHEREAS**, Contractor is in need of personnel with the skill and experience provided by DNA.

**NOW, THEREFORE**, in consideration of the covenants contained herein and intending to be legally bound, the parties hereby agree as follows:

1. **EMPLOYEES TO BE PROVIDED**
The Employees to be provided include, but are not limited to, the following: RN's, LPN's, CNA's, HHA's and NA's.

2. **QUALIFICATIONS OF EMPLOYEES**
DNA will ensure that Employees to be provided shall possess the qualifications required to perform the work for which they are contracted to provide in their particular field of practice. They shall also possess the required qualifications in the areas of education, certification, license, Physical and Mantoux test and criminal clearances, as required.

3. **DNA AS EMPLOYER**
Contractor shall not be responsible for payment of wages, salaries, and other compensation, fringe benefits, unemployment insurance, workers' compensation, social security, or other payroll taxes for staff provided to Contractor by DNA. Further, DNA shall be the employer of all persons it furnishes to Contractor.

4. **EXPENSES**
Contractor shall be responsible for all expenses incurred by DNA Employees relating to patient care (by way of example only, gloves) while on assignment to Contractor under this Agreement.

5. **ADMINISTRATIVE LINK**
For the purpose of facilitating the services contemplated by this Agreement, Contractor and DNA each shall designate an administrative employee to be available for such purpose.

6. **COMPENSATION (TIME RECORDS)**
Contractor shall compensate DNA for its services in accordance with the schedule set forth in Exhibit "A" hereto, which is incorporated by reference and made part of this Agreement. For the purpose of compensation, DNA shall submit documentation in the form of time records for the services provided to Contractor. Contractor, or its authorized representative, shall be responsible for verifying that the time records are accurate.

7. **SCHEDULING AND SUBSTITUTE STAFF**
A. Contractor must immediately notify DNA of any changes to the agreed upon staffing schedule for Employees. Contractor is not authorized to accept a schedule change that is only discussed with an Employee and not approved in advance by DNA. If the schedule change results in the Employee working fewer hours than scheduled, failure to give notice to and receive consent from DNA may result in a charge for the originally scheduled hours. If a schedule change results in an Employee working over forty (40) hours in one week for DNA, and if there is no agreement to the contrary, Contractor will be charged the overtime billing rate for any hours that were not approved in advance by DNA for the Employee.

B. DNA shall use its best efforts to replace regularly scheduled staff that are unavailable on a given day due to an illness or paid time off, or because of an emergency, vacations or holiday; however, DNA cannot guarantee that it can or will provide substitute staff.

8. **HIRING OF EMPLOYEES BY CONTRACTOR AND CONVERSION FEE**
Contractor may wish to employ directly an Employee who has been supplied by DNA. In the event of such a conversion to the employ of Contractor or to another employer to whom Contractor refers such Employee, Contractor agrees to pay a conversion fee. The conversion fee is $15,000.00 for an RN, $12,000.00 for an LPN, $9,000.00 for a CNA and $9,000.00 for a HHA or NA. The conversion fee will be reduced by $200.00 for each 40 hours of weekly services performed while on assignment to the Contractor, however in no event will there be any less than a $6,000.00 conversion fee for any position. The same calculation will be used if Contractor converts a DNA Employee to part-time status. Again, the conversion fee will not be less than $6,000.00.

A. The conversion fee is payable if Contractor hires the DNA Employee assigned, regardless of the employment classification, on either a permanent, temporary (including temporary assignments through another agency) or consulting basis within six (6) months after the last day of the assignment. Contractor also agrees to pay a conversion fee if the DNA Employee assigned to Contractor is hired by a subsidiary, other related company or any other entity or business as a result of referral of the Employee by Contractor.

9. **COMPLIANCE WITH APPLICABLE LAW**
DNA and Contractor shall comply with the Fair Labor Standards Act, the Occupational Safety and Health Act ("OSHA"), Immigration Reform and Control Act, the Health Insurance Portability and Accountability Act ("HIPAA"), and all other applicable federal, state, and local statutes, laws, ordinances, regulations and standards including, but not limited to, equal employment opportunity, civil rights, anti-discrimination, wage and hour, privacy and Joint Commission, whether as presently enacted or as hereafter amended. Notwithstanding the above, it is agreed that Contractor is primarily responsible for compliance with OSHA and comparable state laws and regulations thereunder, to the extent those laws and regulations apply to Employees assigned to Contractor. This responsibility includes, but is not limited to, required information and training in site-specific protocols, the facility exposure control plan and available personal protective equipment. Contractor will maintain documentation regarding training and related obligations hereunder, and make this documentation available to DNA upon request. Contractor will provide post-exposure evaluation and follow-up in accordance with OSHA standards.

10. **CONFIDENCE OF INFORMATION**
A. Contractor shall keep in confidence all information relating to the methods of operations, trade secrets, business plans, business opportunities, finances, strategic planning and development, research, development, personnel data, recruiting, compensation, billing, and all other confidential knowledge, data and information related to the business and affairs of DNA that may be acquired in furtherance of the relationship contemplated by this Agreement. During and after the term of this Agreement, Contractor shall not, without the prior written consent of DNA, publish, communicate, divulge or disclose any such information.

B. The parties hereto agree to comply with any and all federal or state laws or regulations that have or may become effective during the term of this Agreement, including, but not limited to HIPAA and any amendments, rules and regulations promulgated thereunder. The parties further agree to execute any additional documents that may be required under HIPAA, including, but not limited to, a Business Associates Agreement.

11. **INDEMNIFICATION**
DNA and Contractor shall indemnify, hold harmless, and, upon request, defend the other party and their respective subsidiaries, affiliates, directors, officers, employees, agents and independent contractors, from and against all liens, claims, charges, causes of action of any type, whether in law or equity, liabilities, damages, losses and expenses including, but not limited to interest, penalties, reasonable attorney's fees and costs of suit, arising out of or in connection with their own acts or omissions, whether in whole or in part, relating to their obligations pursuant to this Agreement.

12. **PROFESSIONAL LIABILITY INSURANCE**
Each party to this Agreement shall obtain, at its own cost, professional liability insurance covering its own acts or omissions. Each shall maintain such insurance in amounts not less than Two Million ($2,000,000.00) Dollars per occurrence and Six Million ($6,000,000.00) Dollars annual aggregate.

13. **GENERAL LIABILITY INSURANCE**

Contractor shall maintain accident and general liability insurance covering the premises where DNA Employees will perform services hereunder, as well as any Contractor owned or leased vehicles that DNA Employees may use in the course of their work performed under this Agreement. Upon request of DNA, Contractor shall provide a copy of all insurance policies demonstrating compliance with this paragraph.

14. **INDEPENDENT STATUS**

A. In the performance of their respective duties under this Agreement, DNA and Contractor shall remain independent contracting entities, and neither shall be deemed to be the employee or employee of the other for any purpose whatsoever. The relationship between the parties shall at all times be that of independent contractors. No provision of this Agreement is intended to, or shall be construed, to render one party an employee, servant or partner of the other.

B. In the event that the Internal Revenue Service or another government agency questions or challenges the independent contractor status of either DNA or Contractor, both DNA and Contractor, upon receipt by either of them of notice from the Internal Revenue Service or other government agency, shall promptly notify and afford the other party the opportunity to participate in any discussion or negotiation with the Internal Revenue Service or other government agency, irrespective by whom such negotiations were initiated, to the extent permitted by the Internal Revenue Service or other government agencies.

15. **COMMUNICATION WITH STAFF**

Contractor shall not communicate directly with DNA Employees outside of the assignment scope. All communications regarding staff scheduling with DNA Employees, whether written, verbal, or in person, shall be relayed through DNA unless otherwise agreed to in writing by both parties. *See also* paragraph 7.A. hereof.

16. **NO SOLICITATION BY CONTRACTOR**

During the term of this Agreement, Contractor shall not solicit or attempt to solicit, either directly or indirectly, the business or trade of DNA for Contractor's benefit or the benefit of any other person or entity to the exclusion of DNA, nor shall Contractor request or allow anyone to do so on its behalf.

17. **INJUNCTIVE RELIEF**

In addition to all other available remedies in the event of a breach of this Agreement, DNA, as the aggrieved party, shall be entitled to immediate injunctive relief to prevent the irreparable harm which will result in the absence of such relief.

18. **FLOATING POLICIES AND COMPETENCE**

Floating refers to the reassignment of Employees, where the Employee's job functions differ from specified requirements. With the express, written permission of DNA, Contractor may float one or more Employees that are within the scope of the Employee's clinical expertise, Joint Commission standards, and to which they have been fully oriented. Contractor shall pay to DNA the agreed upon rate under those circumstances.

19. **ORIENTATION POLICIES**

Contractor will require Employees furnished under this Agreement to review Contractor's fire and disaster, infection control and no-lift policies prior to placement.

20. **SUBCONTRACTING**

DNA, at its sole discretion, may contract with one or more persons or entities for the performance of DNA's services covered by this Agreement, provided the contract shall not relieve DNA of its obligations and liability under this Agreement. Any individual provided under such a subcontracting arrangement shall be deemed an "Employee" solely for purposes of this Agreement.

21. **INCIDENT, ERROR TRACKING SYSTEM**

DNA has a system for reporting, tracking, and documenting unexpected incidents. When any Employee is involved in medication and/or documentation errors, unanticipated deaths, patient incidents, injuries, safety hazards related to the care and services provided, occupational illnesses, or security incidents including incidents of property damage or theft, the Employee and Contractor shall immediately report the incident to DNA, as DNA requires documentation to insure continued patient safety.

22. **ADDITIONAL REPORTING OBLIGATIONS OF CONTRACTOR**

A. Contractor shall also immediately report to DNA any employment-related concerns, problems or issues with any Employee supplied by DNA, including any Employee report made directly to Contractor.

B. If Contractor reasonably believes that any Employee assigned by DNA is incompetent, negligent or has engaged in misconduct, Contractor may require such Employee to leave its premises and shall inform DNA of this action immediately. Contractor's obligation to compensate DNA for the Employee's services shall be limited to the hours actually worked by such Employee; however, any action taken by Contractor in this regard must be based upon a reasonable, good faith belief by Contractor that the Employee must in fact be removed from the premises immediately.

C. Contractor is responsible to determine the adequacy of each Employee's job performance. If Contractor determines that the Employee's performance is unsatisfactory, Contractor will notify DNA of specific deficiencies in writing in circumstances other than those requiring immediate removal from the premises.

23. **ADDITIONAL LIMITATIONS/REQUIREMENTS**

A. Contractor agrees that it will not entrust any Employee with unattended premises, cash, checks, keys, credit cards, merchandise or other valuables without prior, express permission from DNA.

B. Contractor will not request or permit any Employee to use any vehicle, regardless of ownership, in connection with the performance of services for Contractor, without prior, express permission from DNA.

24. **NON-DISCRIMINATION**

Both DNA and Contractor agree that they will abide by all federal, state, and applicable laws regarding the prohibition of discrimination in the provision of services on the basis of race, sex, religion, creed, disability, ancestry, national origin, sexual preference or age.

25. **NO WAIVER**

No course of dealing or failure of either party to strictly enforce any term, right or condition of this Agreement shall be construed as a waiver of such term, right, or condition relating to any subsequent breach.

26. **SURVIVAL OF OBLIGATIONS**

Contractor's obligations under this Agreement which by their nature would continue beyond the termination, cancellation, or expiration of this Agreement, shall survive termination, cancellation or expiration of the Agreement

27. **NO GENERAL INVALIDITY**

If any of the provisions of this Agreement are judicially declared invalid or unenforceable, such invalidity or unenforceability shall not invalidate or render unenforceable the entire Agreement, and this Agreement shall be construed as if not containing the particular invalid or unenforceable provision or provisions.

28. **DISASTERS AND RELATED EVENTS**

Neither DNA nor Contractor shall be liable for failure to perform hereunder due to contingencies beyond either of their reasonable control including, but not limited to, strikes, riots, war, fire, acts of God or natural disasters, accidents, mechanical failures not caused by the fault or neglect of DNA or Contractor, compliance with any law, regulation, or order of the United States of America or any state, governmental body, or any instrumentality thereof, whether now existing or hereafter created.

29. **ASSIGNMENT/SUCCESSORS AND ASSIGNS**

A. Contractor shall not assign or delegate its rights, duties and obligations under this Agreement, either in whole or in part, or any monies due or to become due hereunder without the prior written consent of DNA, which shall not be unreasonably withheld. Any such assignment without the prior written consent of DNA shall be absolutely invalid. DNA may in its discretion, assign this Agreement in whole or in part to its subsidiaries, or affiliated corporations.

B. This Agreement shall be binding upon any and all successors and assigns of Contractor. In the event of a potential asset, stock or other sale of Contractor, Contractor and/or any or all of its agents and representatives (including, but not limited to brokers) shall have an affirmative duty to notify the potential buyer through the due diligence process or otherwise of the binding nature of this Agreement and that it is binding on all successors and assigns of Contractor. Contractor shall also notify DNA of the pendency of any transaction contemplated herein and shall provide DNA with reasonable notice thereof so that DNA may assert all rights it has under this Agreement, including, but not limited to, those referenced in Sections 29.A., 11 and 17 hereof.

C. To the extent Contractor breaches any part of this Section 29, the Indemnification provisions of Section 11 hereof shall be fully enforced by DNA against Contractor. It expressly is understood that liability to DNA shall not be limited to booked but unworked shifts.

30. **CHANGES TO AGREEMENT**

Any changes to this Agreement shall be effective only if mutually agreed upon in writing by duly authorized representatives of the parties. This Agreement shall not be modified or supplemented, or any rights, duties or obligations of a party in it waived, except by such a writing.

31. **FINAL AGREEMENT; SURVIVABILITY OF TERMS**

This Agreement represents the entire agreement between the parties. It supersedes and voids all contract terms contained in any earlier agreements between the parties. There are no other oral or written agreements between the parties supplemental or contrary to this Agreement. If any provision hereof shall be held unenforceable, the remaining provisions shall be given full force and effect.

32. **TERM OF AGREEMENT AND TERMINATION**

The term of this Agreement shall be from March 2019 to March 2020, and will automatically renew on an annual basis if not revised by agreement of each party or terminated. Either party may terminate this Agreement for any lawful reason by sending the other written notice of termination at least thirty (30) days before the date of termination. Such termination shall not be a waiver of any right to pursue damages for a pre-existing breach. The parties herein shall deal with each other in good faith during the thirty (30) day period after which any notice of intent to terminate without cause has been given.

33.   **NOTICE**

Any notice given pursuant to this Agreement shall be given by personal delivery, prepaid telegram, telecopy, overnight delivery service postage prepaid, registered or certified mail, with return receipt requested, directed to the parties at the following addresses:

**Dedicated Nursing Associates, Inc.:**
6536 William Penn Highway Rt 22
Suite 202
Delmont, Pennsylvania 15626

**Contractor:**
8885 Browning Drive
Waterville, Ohio 43566

34.   **CHOICE OF LAW/VENUE**

This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania, without reference to any conflicts of law principles thereof. In addition, any claims brought hereunder shall first attempted to be mediated informally by the parties.  In the event mediation is unsuccessful, then any litigation brought hereunder must be brought in the Court of Common Pleas of Westmoreland County, Pennsylvania, or the U.S. District Court for the Western District of Pennsylvania, to the extent federal law or federal diversity jurisdiction would apply.

35.   **EXECUTION**

This Agreement is executed by duly authorized officers, employees or agents of the parties on the dates below, and with the intent to be legally bound hereby:

**Dedicated Nursing Associates, Inc.:**

By: _____  Title: _____  Dated: _____

By: _____  Title: _____  Dated: _____
[Authorized Representatives]

**Contractor:**

Entity: _Waterville Healthcare_

By: _____  Title: _Administrator_  Dated: _3/5/19_
[Authorized Representative]

[Electronic signature/verification has the same legal significance as writing].

8

---

**Per-Diem Rates**

| | Weekday | Weekend |
|---|---|---|
| a. State Tested Nursing Assistant | $29.00/Hr | $32.00/Hr |
| b. Licensed Practical Nurse | $42.00/Hr | $45.00/Hr |
| c. Registered Nurse | $52.00/Hr | $55.00/Hr |

**Contract Assignment Rates**

| | | |
|---|---|---|
| a. State Tested Nursing Assistant | $36.00/Hr | $39.00/Hr |
| b. Licensed Practical Nurse | $49.00/Hr | $52.00/Hr |
| c. Registered Nurse | $59.00/Hr | $62.00/Hr |

* Travel/Contract Assignments are typically (13) thirteen weeks in duration, however never less than (4) four weeks and encompass all costs, e.g. lodging and travel.
Any new service not listed will be added by an addendum attachment.

** Specialty is considered any unit outside of Long Term Care, Med/Surg, Telemetry. All Registered Nurses that have management functions (floor manager, unit manager, etc) during their assignment will also be considered specialty.

**Weekend Bill Rates**
Contractor agrees to pay the weekend bill rates for the following days and shifts worked:
· Saturday-  7:00 am-3:00 pm
            3:00 pm-11:00 pm
            11:00 pm-7:00 am
· Sunday-   7:00 am-3:00 pm
            3:00 pm-11:00 pm
            11:00 pm-7:00 am

**Holiday Policy**
The following days will be billed at 1 ½ the hourly rate:
- New Year's Eve 3:00 p.m. through New Year's Day
- Martin Luther King Jr. Day
- Easter Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Eve 3:00 p.m. through Christmas Day

**Training/Orientation**

10

---

| Dedicated Nursing Associates, Inc<br>Contract Forms | **DNA**<br>Dedicated Nursing Associates Inc |
|---|---|
| DNA Contract Compliance | **Document Number:** |
| | **Effective Date:** 01/13/2016 |
| | **Revision Date:** |
| **Document Title:**<br>Joint Commission Compliance Form | **Approved By:** D.R./C.W. |
| | **Page Number:**   Page 9 of 9 |

Dedicated Nursing Associates, Inc. (DNA), as a Joint Commission certified organization, is encouraging our clients to:

- Provide orientation and training program to each health care professional at the time of hire
- Evaluate the competence of the health care professional at the time of orientation and periodically there after
- Agree to provide DNA with medical or written confirmation (feedback) when the employee is excepted as a client based orientation
- Agree to report any incident involving a made patient safety and quality of care immediately and on occasionally an employee of DNA
- Deal with the service in a time and orderly fashion as defined in the Joint Commission Standards for its client basis
- Agree that employee, as a Joint Commission certified organization, review its its policies and employees that service involves about patient care and safety within the client's organization are to be brought to the attention of the client's management personnel. Major areas are not addressed, these individuals are encouraged to contact the Joint Commission
- Staff members that are provided by DNA are our employees that are contracted to work through the agency
- Encouragement of staff (feeling) only sources of services rather than clinical operations
- We developed and we can't give due to the relationship with DNA as a conflict of interest.

Any client of Dedicated Nursing Associates, Inc. is encouraged to report a complaint or concern to the Joint Commission within 3 calendar days of the event by giving it to the compliant. For more contact the Joint Commission by:

Online: _http://www.jointcommission.org/GenerisPublicComplaint/_
Visit:   Office of Quality Monitoring
         The Joint Commission
         One Renaissance Boulevard
         Oakbrook Terrace, IL 60181

Client Signature _____  Date: _8-4-19_

DNA Healthcare Provider Signature _____  Date _____

**Exhibit A**

9

---

Contractor agrees to pay for all orientation/training hours.

**Lunch Breaks**
Signed time cards that authorize a paid lunch break will be billed to the Contractor

**Overtime Policy**
Any hours exceeding 40 hours in single payroll week (Sunday through Saturday) will be billed at time and a half (1 ½).

**Cancellation Policy for Per Diem Personnel**

· Per Diem: Any shift that is cancelled with less than two (2) hours notice will result in a four (4) hour billing charge.

**Cancellation Policy for Travel/Contract Assignment:**

· Travel/Contract Assignments are guaranteed.  If cancelled (for any reason), weeks agreed upon will be billed in full. If an employee works part of the assignment, that time and the unworked portion will also be billed. The billed time is not to exceed agreement unless an extension is required and documented. Minimum contract assignments are four (4) weeks.

**Interest:** Any invoice beyond 30 days past due will be charged interest at a rate of 1.5%.

CONTACT CHECKLIST

11

| Point of Contact | |
|---|---|
| Administrator: Name: Larry White E-mail: lwhite@boulderhealthcare.com Phone: 419-878-8523 | DON: Name: Diana Nelson E-mail: dnelson@boulderhealthcare.com Phone: 419-878-8523 |
| Scheduler/Staffing Coordinator: Name: Brittany Boose E-mail: bboose@boulderhealthcare.com Phone: 419-878-8523 | Other: |

| Type of Facility: | Long Term Care / Rehab |
|---|---|
| Size/Number of Beds: | 126 |
| Main Need (Discipline): | RN, LPN, STNA |
| Currently Using Agency? | Yes |

1 **Who** (ex: OR Nurse, ER Nurse, Med Tech, Telemetry, Nurse Aide etc.) ?

2 **What** (ex: education requirements, clinical requirements, specific years of experience, male or female, height requirements etc.) ?

3 **When** (ex: length of assignment, specific schedule/days, start date etc.) ?

4 **Where** (ex: if multiple locations/wings, where is the help needed) ?

12

## Billing Information

| Billing/Invoice | | |
|---|---|---|
| Contact Name: Larry White | Title: Administrator | |
| Phone Number: 419-878-8523 | E-mail Address: lwhite@boulderhealthcare.com | |

| Corporate Group Affiliation: Boulder Healthcare | | |
|---|---|---|
| Company Billing Name: Boulder Healthcare | | |
| Billing Address: 544 Enterprise Dr, Lewis Center OH 43035 | | |
| Invoicing Preference: | ( ) E-mail | (X) Mail |
| Payment Preference: Card | ( ) ACH (X) Check | ( ) Credit |
| OT Rate: | | Holiday Rate: |
| MSP/VMS fee (if applicable): | | |
| Administrative fees (if applicable) & Special billing requirements: | | |

13

**DNA**

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Dermont, PA 15626
(855) 349-6013

Waterville Healthcare
8685 Browning Drive
Waterville. OH 43566

**INVOICE**
Invoice No. 159972
Date 05/14/2019
Page 1

| | | Terms | PO Number |
|---|---|---|---|
| | | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/02/19 Sun | 06:00A - 02:45P | Russell, Antoinette (Toni) (STNA) | LTC | S4 Regular Weekend | 32.00 | 8.75 | 280.00 |
| 06/08/19 Sat | 06:00A - 02:00P | Russell, Antoinette (Toni) (STNA) | LTC | S1 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 05/30/19 Thu | 02:00P - 10:00P | Sowulewski, Meg (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/06/19 Thu | 06:00P - 06:00A | Steble, Sarah (STNA) | LTC | S3 Regular | 29.00 | 12.00 | 348.00 |
| 06/07/19 Fri | 06:00P - 06:00A | Steble, Sarah (STNA) | LTC | S3 Regular | 29.00 | 12.00 | 348.00 |
| 06/08/19 Sat | 06:00P - 06:00A | Steble, Sarah (STNA) | LTC | S3 Regular Weekend | 32.00 | 12.00 | 384.00 |
| | | | | **Waterville Healthcare Subtotal:** | | **60.25** | **1,833.50** |
| | | | | **Invoice Total:** | | **60.25** | **$1,833.50** |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Dermont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.3%.

# EXHIBIT 23



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Waterville Healthcare
8885 Browning Drive
Waterville , OH 43566

**INVOICE**
Invoice No: 160242
Date 06/21/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/11/19 Tue | 06:00P - 06:30A | Rowe, Eloise (STNA) | LTC | S5 Regular | 29.00 | 12.00 | 348.00 |
| 06/10/19 Mon | 02:00P - 10:00P | Sowulewski, Meg (STNA) | LTC | S2 Regular | 29.00 | 8.00 | 232.00 |
| 06/10/19 Mon | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S4 Regular | 29.00 | 12.00 | 348.00 |
| 06/15/19 Sat | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular Weekend | 32.00 | 12.00 | 384.00 |

**Waterville Healthcare Subtotal:** 44.00 1,312.00
**Invoice Total:** 44.00 $1,312.00

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Waterville Healthcare
8885 Browning Drive
Waterville , OH 43566

**INVOICE**
Invoice No: 160598
Date 06/28/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/16/19 Sun | 08:00A - 04:00P | Sowulewski, Meg (STNA) | LTC | S1 Regular Weekend | 32.00 | 7.50 | 240.00 |
| 06/17/19 Mon | 02:30P - 10:00P | Sowulewski, Meg (STNA) | LTC | S2 Regular | 29.00 | 7.50 | 217.50 |
| 06/18/19 Tue | 06:00P - 06:30A | Steible, Sarah (STNA) | LTC | S3 Regular | 29.00 | 12.50 | 362.50 |
| 06/19/19 Wed | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S3 Regular | 29.00 | 10.50 | 304.50 |
| | | | | S3 Overtime | 43.50 | 1.50 | 65.25 |
| 06/20/19 Thu | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S3 Overtime | 43.50 | 12.00 | 522.00 |
| 06/22/19 Sat | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S3 Overtime Weekend | 48.00 | 12.00 | 576.00 |

**Waterville Healthcare Subtotal:** 63.50 2,287.75
**Invoice Total:** 63.50 $2,287.75

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Waterville Healthcare
8885 Browning Drive
Waterville , OH 43566

**INVOICE**
Invoice No: 160952
Date 07/05/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/23/19 Sun | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular Weekend | 32.00 | 12.00 | 384.00 |
| 06/24/19 Mon | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S3 Regular | 29.00 | 12.00 | 348.00 |
| 06/29/19 Sat | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular Weekend | 32.00 | 12.00 | 384.00 |

**Waterville Healthcare Subtotal:** 36.00 1,116.00
**Invoice Total:** 36.00 $1,116.00

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%



**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Waterville Healthcare
8885 Browning Drive
Waterville , OH 43566

**INVOICE**
Invoice No: 161282
Date 07/12/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 06/30/19 Sun | 06:00P - 06:00A | Goode, Antoinette (STNA) | LTC | S5 Regular Weekend | 32.00 | 11.50 | 368.00 |
| 07/01/19 Mon | 02:00P - 02:00A | Sowulewski, Meg (STNA) | LTC | S5 Regular | 29.00 | 12.00 | 348.00 |
| 07/06/19 Sat | 06:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | S5 Regular Weekend | 32.00 | 8.00 | 256.00 |
| | | | | S5 Overtime Weekend | 48.00 | 3.50 | 168.00 |
| 06/30/19 Sun | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular Weekend | 32.00 | 12.00 | 384.00 |
| 07/01/19 Mon | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular | 29.00 | 12.00 | 348.00 |
| 07/03/19 Wed | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular | 29.00 | 6.00 | 174.00 |
| | | | | S5 Regular Holiday | 43.50 | 6.00 | 261.00 |
| 07/04/19 Thu | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular | 29.00 | 4.00 | 116.00 |
| | | | | S5 Overtime | 43.50 | 2.00 | 87.00 |
| | | | | S5 Overtime Holiday | 65.25 | 6.00 | 391.50 |
| 07/05/19 Fri | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Overtime | 43.50 | 12.00 | 522.00 |

**Waterville Healthcare Subtotal:** 95.00 3,423.50
**Invoice Total:** 95.00 $3,423.50

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

## DNA

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Waterville Healthcare
4465 Browning Drive
Waterville , OH 43566

### INVOICE
Invoice No. 161933
Date 07/19/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/08/19 Mon | 06:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | S5 Regular | 29.00 | 11.50 | 333.50 |
| 07/11/19 Thu | 06:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | S5 Regular | 29.00 | 11.50 | 333.50 |
| 07/13/19 Sat | 06:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | S5 Regular Weekend | 32.00 | 11.50 | 368.00 |
| 07/11/19 Thu | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular | 29.00 | 3.75 | 108.75 |
| | | | | S5 Regular | 29.00 | 3.75 | 108.75 |
| 07/12/19 Fri | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular | 29.00 | 3.75 | 108.75 |
| | | | | S5 Overtime | 43.50 | 8.25 | 358.88 |

**Waterville Healthcare Subtotal:** 58.50 1,850.63
**Invoice Total:** 58.50 $1,850.63

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

## DNA

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Waterville Healthcare
4465 Browning Drive
Waterville , OH 43566

### INVOICE
Invoice No. 162343
Date 07/26/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/16/19 Tue | 06:00P - 12:45A | Goode, Antoinette (STNA) | LTC | S5 Regular | 29.00 | 6.75 | 195.75 |
| 07/17/19 Wed | 06:00P - 06:00A | Goode, Antoinette (STNA) | LTC | S5 Regular | 29.00 | 12.00 | 348.00 |
| 07/18/19 Thu | 06:00P - 06:00A | Goode, Antoinette (STNA) | LTC | S5 Regular | 29.00 | 12.00 | 348.00 |
| 07/19/19 Fri | 06:00P - 06:30A | Rowe, Eloise (STNA) | LTC | S5 Regular | 29.00 | 4.00 | 116.00 |
| | | | | S3 Overtime | 43.50 | 8.00 | 348.00 |
| 07/14/19 Sun | 06:00A - 02:30P | Russell, Antoinette (Toni) (STNA) | LTC | S1 Regular Weekend | 32.00 | 8.50 | 272.00 |
| 07/18/19 Thu | 06:00A - 02:30P | Russell, Antoinette (Toni) (STNA) | LTC | S4 Regular | 25.00 | 8.50 | 246.50 |
| 07/14/19 Sun | 06:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | S4 Regular Weekend | 32.00 | 12.00 | 384.00 |
| 07/15/19 Mon | 06:00P - 06:15A | Sowulewski, Meg (STNA) | LTC | S5 Regular | 29.00 | 12.25 | 355.25 |
| 07/17/19 Wed | 06:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | S5 Regular | 29.00 | 11.50 | 333.50 |
| 07/20/19 Sat | 06:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | S5 Regular Weekend | 32.00 | 4.25 | 136.00 |
| | | | | S5 Overtime Weekend | 48.00 | 7.75 | 372.00 |
| 07/14/19 Sun | 06:30P - 06:00A | Valentine, Camilla (STNA) | LTC | S5 Regular | 32.00 | 11.50 | 368.00 |
| 07/16/19 Tue | 06:00P - 06:00A | Valentine, Camilla (STNA) | LTC | S2 Regular | 29.00 | 11.50 | 333.50 |
| 07/19/19 Fri | 06:00P - 06:30A | Valentine, Camilla (STNA) | LTC | S5 Regular | 29.00 | 11.50 | 333.50 |
| 07/18/19 Thu | 06:00A - 06:15P | Westhoven, Salena (STNA) | LTC | S5 Regular | 32.00 | 12.00 | 384.00 |

**Waterville Healthcare Subtotal:** 166.25 5,239.25
**Invoice Total:** 166.25 $5,239.25

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

## DNA

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Waterville Healthcare
4465 Browning Drive
Waterville , OH 43566

### INVOICE
Invoice No. 162713
Date 08/02/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/23/19 Tue | 06:00P - 06:00A | Goode, Antoinette (STNA) | LTC | S3 Regular | 29.00 | 8.00 | 232.00 |
| 07/21/19 Sun | 06:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | S5 Regular Weekend | 29.00 | 8.00 | 232.00 |
| 07/22/19 Mon | 06:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | S5 Regular | 32.00 | 11.50 | 368.00 |
| 07/26/19 Fri | 06:00P - 06:15A | Sowulewski, Meg (STNA) | LTC | S5 Regular | 29.00 | 11.50 | 333.50 |
| 07/27/19 Sat | 07:15P - 06:15A | Sowulewski, Meg (STNA) | LTC | S5 Regular Weekend | 29.00 | 11.75 | 340.75 |
| | | | | S5 Overtime Weekend | 48.00 | 5.25 | 168.00 |
| 07/23/19 Tue | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S3 Regular | 32.00 | 5.25 | 252.00 |
| 07/25/19 Thu | 02:00P - 06:00A | Steible, Sarah (STNA) | LTC | S3 Regular | 29.00 | 12.00 | 348.00 |
| | | | | S3 Regular | 29.00 | 13.00 | 377.00 |
| | | | | S3 Overtime | 43.50 | 3.00 | 130.50 |
| 07/26/19 Fri | 02:00P - 06:00A | Steible, Sarah (STNA) | LTC | S3 Overtime | 43.50 | 16.00 | 696.00 |
| 07/27/19 Sat | 02:00P - 06:00A | Valentine, Camilla (STNA) | LTC | S5 Overtime Weekend | 48.00 | 12.00 | 576.00 |
| 07/21/19 Sun | 06:15P - 05:00A | Valentine, Camilla (STNA) | LTC | S5 Regular Weekend | 32.00 | 12.00 | 384.00 |
| 07/23/19 Tue | 06:15P - 05:00A | Valentine, Camilla (STNA) | LTC | S3 Regular | 29.00 | 10.75 | 311.75 |

**Waterville Healthcare Subtotal:** 132.00 4,517.50
**Invoice Total:** 132.00 $4,517.50

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

## DNA

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Waterville Healthcare
4465 Browning Drive
Waterville , OH 43566

### INVOICE
Invoice No. 162910
Date 08/09/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/02/19 Fri | 06:30P - 11:30A | Akankwasa, Priscilla (LPN) | LTC | S5 Regular | 42.00 | 6.00 | 252.00 |
| | | | | S5 Overtime | 63.00 | 10.50 | 661.50 |
| 08/03/19 Sat | 06:30P - 07:00A | Akankwasa, Priscilla (LPN) | LTC | S5 Overtime Weekend | 67.50 | 12.00 | 810.00 |
| 07/31/19 Wed | 06:30P - 11:30P | Rushing, Ashley (LPN) | LTC | S2 Regular | 42.00 | 6.00 | 252.00 |
| 08/02/19 Fri | 06:30P - 11:30P | Rushing, Ashley (LPN) | LTC | S5 Regular | 42.00 | 5.00 | 210.00 |
| 08/03/19 Sat | 06:30P - 07:00A | Rushing, Ashley (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 07/28/19 Sun | 06:00A - 02:00P | Russell, Antoinette (Toni) (STNA) | LTC | S5 Regular Weekend | 45.00 | 12.00 | 540.00 |
| 07/28/19 Sun | 07:45P - 06:00A | Sowulewski, Meg (STNA) | LTC | S5 Regular | 32.00 | 8.00 | 256.00 |
| 07/29/19 Mon | 06:00P - 06:15A | Sowulewski, Meg (STNA) | LTC | S5 Regular | 32.00 | 10.25 | 328.00 |
| 08/02/19 Fri | 06:00P - 06:15A | Sowulewski, Meg (STNA) | LTC | S5 Regular | 29.00 | 12.25 | 355.25 |
| 07/29/19 Mon | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular Weekend | 32.00 | 16.00 | 512.00 |
| 05/01/19 Thu | 02:00P - 06:00A | Steible, Sarah (STNA) | LTC | S3 Regular | 29.00 | 16.00 | 464.00 |
| | | | | S3 Regular | 29.00 | 8.00 | 232.00 |
| 08/02/19 Fri | 02:00P - 06:00A | Steible, Sarah (STNA) | LTC | S3 Overtime | 43.50 | 8.00 | 348.00 |
| 08/03/19 Sat | 06:00A - 06:00A | Steible, Sarah (STNA) | LTC | S5 Overtime Weekend | 43.50 | 16.00 | 696.00 |
| 07/27/19 Sat | 07:00P - 06:15A | Steible, Sarah (STNA) | LTC | S3 Overtime Weekend | 48.00 | 12.00 | 576.00 |
| 07/31/19 Wed | 07:15P - 06:15A | Valentine, Camilla (STNA) | LTC | S5 Regular | 29.00 | 11.35 | 318.00 |

**Waterville Healthcare Subtotal:** 204.50 8,031.00
**Invoice Total:** 204.50 $8,031.00

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%



**Dedicated Nursing Associates, Inc**
5538 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(355) 349-5013

Waterville Healthcare
3955 Browning Drive
Waterville, OH 43566

**INVOICE**
Invoice No. 163276
Date 08/10/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/06/19 Tue | 06:30P - 07:00A | Akankwasa, Priscilla (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/07/19 Wed | 06:30P - 07:00A | Akankwasa, Priscilla (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/08/19 Thu | 06:30P - 07:00A | Akankwasa, Priscilla (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/09/19 Fri | 06:30P - 07:00A | Johns, Tiffany (STNA) | LTC | S5 Regular | 29.00 | 8.00 | 232.00 |
| 08/06/19 Tue | 06:30A - 06:15P | Phelps, Ashley (LPN) | LTC | S4 Regular | 29.00 | 11.75 | 340.75 |
| 08/10/19 Sat | 06:30P - 07:00A | Rowe, Eloise (STNA) | LTC | S5 Regular Weekend | 32.00 | 8.00 | 256.00 |
| | | | | S5 Regular Weekend | 32.00 | 4.50 | 144.00 |
| 08/07/19 Wed | 06:30P - 07:00A | Rushing, Ashley (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/08/19 Thu | 06:30P - 07:00A | Rushing, Ashley (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/09/19 Fri | 06:00A - 02:00P | Russell, Antoinette (Toni) (STNA) | LTC | S4 Regular Weekend | 29.00 | 8.00 | 232.00 |
| 08/10/19 Sat | 06:00A - 02:00P | Russell, Antoinette (Toni) (STNA) | LTC | S4 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 08/04/19 Sun | 02:00P - 06:00A | Steible, Sarah (STNA) | LTC | S3 Regular Weekend | 32.00 | 16.00 | 512.00 |
| 08/05/19 Mon | 02:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular | 29.00 | 16.00 | 464.00 |
| | | | | S5 Regular | 29.00 | 8.00 | 232.00 |
| 08/07/19 Wed | 06:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Overtime | 43.50 | 4.00 | 174.00 |
| 08/09/19 Fri | 02:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Overtime | 43.50 | 12.00 | 522.00 |
| 08/10/19 Sat | 02:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Overtime Weekend | 48.00 | 16.00 | 768.00 |
| 08/05/19 Tue | 07:00P - 06:00A | Valentine, Camilla (STNA) | LTC | S5 Regular | 29.00 | 11.30 | 319.00 |
| 08/03/19 Fri | 06:00P - 06:00A | Valentine, Camilla (STNA) | LTC | S5 Regular | 29.00 | 12.00 | 348.00 |
| 08/10/19 Sat | 07:45P - 06:30A | Valentine, Camilla (STNA) | LTC | S5 Regular Weekend | 32.00 | 10.75 | 344.00 |

**Waterville Healthcare Subtotal:** 230.00 $8,359.75

**Invoice Total:** 230.00 $8,359.75

**Please Send Payments to:**
Dedicated Nursing Associates Inc
5538 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving Your!
All Invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---



**Dedicated Nursing Associates, Inc**
5536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(355) 349-5013

Waterville Healthcare
3955 Browning Drive
Waterville, OH 43566

**INVOICE**
Invoice No. 163664
Date 08/22/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/12/19 Mon | 09:00P - 07:00A | Akankwasa, Priscilla (LPN) | LTC | S5 Regular | 42.00 | 9.50 | 399.00 |
| 08/13/19 Tue | 06:30P - 07:00A | Akankwasa, Priscilla (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/14/19 Wed | 06:30P - 07:00A | Akankwasa, Priscilla (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/16/19 Fri | 06:30P - 07:00A | Akankwasa, Priscilla (LPN) | LTC | S5 Regular | 42.00 | 6.50 | 273.00 |
| | | | | S5 Overtime | 63.00 | 5.50 | 346.50 |
| 08/16/19 Fri | 07:15P - 06:00A | Johns, Tiffany (STNA) | LTC | S5 Regular | 29.00 | 10.75 | 311.75 |
| 08/15/19 Thu | 06:00A - 06:00P | Phelps, Ashley (STNA) | LTC | S5 Regular | 29.00 | 11.50 | 333.50 |
| 08/11/19 Sun | 07:00P - 07:00A | Rowe, Eloise (STNA) | LTC | S5 Regular Weekend | 32.00 | 11.50 | 368.00 |
| 08/12/19 Mon | 06:00P - 06:15A | Rowe, Eloise (STNA) | LTC | S5 Regular | 29.00 | 11.75 | 340.75 |
| 08/13/19 Tue | 06:30P - 08:15A | Rowe, Eloise (STNA) | LTC | S5 Regular | 29.00 | 13.75 | 398.75 |
| 08/13/19 Tue | 06:30P - 07:00A | Rushing, Ashley (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/16/19 Fri | 06:30P - 07:00A | Rushing, Ashley (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/14/19 Wed | 06:00A - 04:00P | Russell, Antoinette (Toni) (STNA) | LTC | S5 Regular Weekend | 45.00 | 12.00 | 540.00 |
| 08/11/19 Sun | 06:00A - 04:00P | Russell, Antoinette (Toni) (STNA) | LTC | S1 Regular | 30.00 | 8.00 | 296.00 |
| 08/12/19 Mon | 06:00A - 04:00P | Russell, Antoinette (Toni) (STNA) | LTC | S1 Regular | 29.00 | 10.00 | 290.00 |
| 08/13/19 Tue | 06:00A - 04:00P | Russell, Antoinette (Toni) (STNA) | LTC | S1 Regular | 29.00 | 10.00 | 290.00 |
| 08/15/19 Thu | 06:00A - 04:00P | Russell, Antoinette (Toni) (STNA) | LTC | S1 Regular | 29.00 | 10.00 | 290.00 |
| 08/16/19 Fri | 06:00A - 04:00P | Russell, Antoinette (Toni) (STNA) | LTC | S1 Regular | 29.00 | 2.00 | 58.00 |
| | | | | S1 Overtime | 43.50 | 8.00 | 348.00 |
| 08/17/19 Sat | 06:00P - 06:00A | Smith, Lakesha (STNA) | LTC | S1 Overtime Weekend | 48.00 | 10.00 | 480.00 |
| 08/17/19 Sat | 06:00P - 06:00A | Smith, Lakesha (STNA) | LTC | S5 Regular Weekend | 32.00 | 12.00 | 384.00 |
| 08/13/19 Tue | 02:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | S5 Regular | 29.00 | 11.50 | 333.50 |
| 08/11/19 Sun | 02:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular Weekend | 32.00 | 16.00 | 512.00 |
| 08/15/19 Thu | 02:00P - 06:15P | Steible, Sarah (STNA) | LTC | S5 Regular | 29.00 | 4.25 | 123.25 |
| 08/16/19 Fri | 02:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular | 29.00 | 16.00 | 464.00 |

**Waterville Healthcare Subtotal:** 258.50 $9,150.00

**Invoice Total:** 258.50 $9,150.00

**Please Send Payments to:**
Dedicated Nursing Associates Inc
5536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving Your!
All Invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---



**Dedicated Nursing Associates, Inc**
5536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(955) 349-5013

Waterville Healthcare
3955 Browning Drive
Waterville, OH 43566

**INVOICE**
Invoice No. 151892
Date 08/30/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/18/19 Sun | 06:30P - 07:00A | Akankwasa, Priscilla (LPN) | LTC | S5 Regular Weekend | 45.00 | 12.50 | 540.00 |
| 08/22/19 Thu | 06:30P - 07:00A | Akankwasa, Priscilla (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/24/19 Sat | 07:00P - 06:15A | Johns, Tiffany (STNA) | LTC | S5 Regular Weekend | 32.00 | 11.25 | 360.00 |
| 08/20/19 Tue | 06:30P - 07:00A | Phelps, Ashley (STNA) | LTC | S4 Regular | 29.00 | 11.50 | 333.50 |
| 08/20/19 Tue | 06:30P - 07:00A | Rushing, Ashley (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/21/19 Wed | 06:30P - 07:30A | Rushing, Ashley (LPN) | LTC | S5 Regular | 42.00 | 12.50 | 525.00 |
| 08/19/19 Mon | 06:00A - 04:00P | Russell, Antoinette (Toni) (STNA) | LTC | S1 Regular | 29.00 | 10.00 | 290.00 |
| 08/23/19 Fri | 06:00A - 04:00P | Russell, Antoinette (Toni) (STNA) | LTC | S1 Regular | 29.00 | 10.00 | 290.00 |
| 08/24/19 Sat | 06:00A - 04:00P | Russell, Antoinette (Toni) (STNA) | LTC | S1 Regular Weekend | 32.00 | 10.00 | 320.00 |
| 08/19/19 Sun | 06:00P - 06:00A | Smith, Lakesha (STNA) | LTC | S5 Regular Weekend | 32.00 | 12.00 | 384.00 |
| 08/24/19 Sat | 06:00P - 06:00A | Smith, Lakesha (STNA) | LTC | S5 Regular Weekend | 32.00 | 12.00 | 384.00 |
| 08/19/19 Mon | 02:00P - 06:15A | Sowulewski, Meg (STNA) | LTC | S5 Regular | 29.00 | 12.25 | 355.25 |
| 08/20/19 Fri | 02:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | S5 Regular | 29.00 | 11.50 | 333.50 |
| 08/19/19 Mon | 02:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular | 29.00 | 16.00 | 464.00 |
| 08/23/19 Fri | 02:00P - 06:00A | Steible, Sarah (STNA) | LTC | S5 Regular | 29.00 | 16.00 | 464.00 |

**Waterville Healthcare Subtotal:** 181.00 6,051.25

**Invoice Total:** 181.00 $6,051.25

**Please Send Payments to:**
Dedicated Nursing Associates Inc
5536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving Your!
All Invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---



**Dedicated Nursing Associates, Inc**
5536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(955) 349-5013

Waterville Healthcare
3955 Browning Drive
Waterville, OH 43566

**INVOICE**
Invoice No. 164160
Date 08/30/2019
Page 1

| Terms | PO Number |
|---|---|
| 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/25/19 Sun | 06:30P - 07:30A | Akankwasa, Priscilla (LPN) | LTC | S5 Regular Weekend | 45.00 | 12.50 | 562.50 |
| 08/26/19 Mon | 06:30P - 07:00A | Akankwasa, Priscilla (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/29/19 Thu | 06:30P - 07:00A | Akankwasa, Priscilla (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/31/19 Sat | 06:30P - 07:00A | Akankwasa, Priscilla (LPN) | LTC | S5 Regular Weekend | 45.00 | 3.50 | 157.50 |
| | | | | S5 Overtime Weekend | 67.50 | 8.50 | 573.75 |
| 08/29/19 Thu | 06:00P - 06:00A | Riddle, Courtney (STNA) | LTC | S5 Regular | 29.00 | 12.00 | 348.00 |
| 08/27/19 Tue | 06:30P - 07:00A | Rushing, Ashley (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/28/19 Wed | 06:30P - 07:00A | Rushing, Ashley (LPN) | LTC | S5 Regular | 42.00 | 12.00 | 504.00 |
| 08/25/19 Sun | 06:00A - 04:00P | Russell, Antoinette (Toni) (STNA) | LTC | S1 Regular Weekend | 32.00 | 10.00 | 320.00 |
| 08/29/19 Thu | 06:00A - 04:00P | Russell, Antoinette (Toni) (STNA) | LTC | S1 Regular | 29.00 | 10.00 | 290.00 |
| 08/25/19 Sun | 06:00P - 06:00A | Smith, Lakesha (STNA) | LTC | S5 Regular Weekend | 32.00 | 8.00 | 256.00 |
| 08/31/19 Sat | 02:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | S5 Regular Weekend | 32.00 | 12.00 | 384.00 |
| 08/25/19 Sun | 10:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | S3 Regular | 29.00 | 8.00 | 232.00 |

**Waterville Healthcare Subtotal:** 142.50 5,429.75

**Invoice Total:** 142.50 $5,429.75

**Please Send Payments to:**
Dedicated Nursing Associates Inc
5536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving Your!
All Invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

Dedicated Nursing Associates, Inc.

**Invoice**

6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

| Date | Invoice # |
|------|-----------|
| 9/1/2019 | 3166 |

**Bill To**

Waterville Healthcare
8885 Browning Drive
Waterville, OH 43566

| | P.O. No. | Terms | Project |
|---|---|---|---|
| | | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Interest on the following: | | |
| 1,833.5 | Invoice #159973 | 0.015 | 27.50 |
| 1,312 | Invoice #160242 | 0.015 | 19.68 |
| 2,287.5 | Invoice #160598 | 0.015 | 34.31 |
| 1,116 | Invoice #160992 | 0.015 | 16.74 |
| 3,423.5 | Invoice #161282 | 0.015 | 51.35 |
| 1,850.63 | Invoice #161933 | 0.015 | 27.76 |
| 5,229.25 | Invoice #162343 | 0.015 | 78.44 |
| 4,517.5 | Invoice #162713 | 0.015 | 67.76 |

| | **Total** | | $323.54 |

---

DNA

Dedicated Nursing Associates, Inc
5525 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-4313

Waterville Healthcare
8885 Browning Drive
Waterville , OH 43566

**INVOICE**

Invoice No. 184465
Date 08/19/2019
Page 1

| | | | | | | Terms | PO Number |
|---|---|---|---|---|---|---|---|
| | | | | | | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 08/16/19 Fri | 06:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | SS Regular | 29.00 | 12.00 | 348.00 |
| 08/18/19 Sun | 06:00P - 06:00A | Sowulewski, Meg (STNA) | LTC | SS Regular Weekend | 32.00 | 6.75 | 216.00 |
| | | | | SS Overtime Weekend | 48.00 | 4.75 | 228.00 |
| | | | **Waterville Healthcare Subtotal:** | | **23.50** | | **792.00** |
| | | | | | Invoice Total: | 23.50 | $792.00 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

Dedicated Nursing Associates, Inc.

**Invoice**

6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

| Date | Invoice # |
|------|-----------|
| 10/1/2019 | 3163 |

**Bill To**

Waterville Healthcare
8885 Browning Drive
Waterville, OH 43566

| | P.O. No. | Terms | Project |
|---|---|---|---|
| | | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Interest on the following: | | |
| 1,833.5 | Invoice #159973 | 0.015 | 27.50 |
| 1,312 | Invoice #160242 | 0.015 | 19.68 |
| 2,287.5 | Invoice #160598 | 0.015 | 34.31 |
| 1,116 | Invoice #160992 | 0.015 | 16.74 |
| 3,423.5 | Invoice #161282 | 0.015 | 51.35 |
| 1,850.63 | Invoice #161933 | 0.015 | 27.76 |
| 5,229.25 | Invoice #162343 | 0.015 | 78.44 |
| 4,517.5 | Invoice #162713 | 0.015 | 67.76 |
| 8,031 | Invoice #162910 | 0.015 | 120.47 |
| 8,359.75 | Invoice #163278 | 0.015 | 125.40 |
| 9,156 | Invoice #163666 | 0.015 | 137.34 |
| 6,051.25 | Invoice #163992 | 0.015 | 90.77 |
| 323.54 | Invoice #33106 | 0.015 | 4.85 |

| | **Total** | | $802.37 |

**EXHIBIT 24**

Dedicated Nursing Associates, Inc.
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

## Statement

| Date |
|---|
| 10/1/2019 |

To:
Waterville Healthcare
8885 Browning Drive
Waterville, OH 43566

| | Amount Due | Amount Enc. |
|---|---|---|
| | $60,290.74 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/03/2019 | PMT #806. | -225.05 | -225.05 |
| 06/14/2019 | INV #159973. Due 07/14/2019. Orig. Amount $1,833.50. | 1,833.50 | 1,608.45 |
| 06/21/2019 | INV #160242. Due 07/21/2019. Orig. Amount $1,312.00. | 1,312.00 | 2,920.45 |
| 06/28/2019 | INV #160598. Due 07/28/2019. Orig. Amount $2,287.75. | 2,287.75 | 5,208.20 |
| 07/05/2019 | INV #160952. Due 08/04/2019. Orig. Amount $1,116.00. | 1,116.00 | 6,324.20 |
| 07/12/2019 | INV #161282. Due 08/11/2019. Orig. Amount $3,423.50. | 3,423.50 | 9,747.70 |
| 07/19/2019 | INV #161933. Due 08/18/2019. Orig. Amount $1,850.63. | 1,850.63 | 11,598.33 |
| 07/26/2019 | INV #162513. Due 08/25/2019. Orig. Amount $5,229.25. | 5,229.25 | 16,827.58 |
| 08/02/2019 | INV #162713. Due 09/01/2019. Orig. Amount $4,517.50. | 4,517.50 | 21,345.08 |
| 08/09/2019 | INV #162910. Due 09/08/2019. Orig. Amount $8,031.00. | 8,031.00 | 29,376.08 |
| 08/16/2019 | INV #163278. Due 09/15/2019. Orig. Amount $8,359.75. | 8,359.75 | 37,735.83 |
| 08/23/2019 | INV #163666. Due 09/22/2019. Orig. Amount $9,156.00. | 9,156.00 | 46,891.83 |
| 08/30/2019 | INV #163992. Due 09/29/2019. Orig. Amount $6,051.25. | 6,051.25 | 52,943.08 |
| 09/01/2019 | INV #3110i. Due 10/01/2019. Orig. Amount $323.54. | 323.54 | 53,266.62 |
| 09/06/2019 | INV #164180. Due 10/06/2019. Orig. Amount $5,429.75. | 5,429.75 | 58,696.37 |
| 09/13/2019 | INV #164465. Due 10/13/2019. Orig. Amount $792.00. | 792.00 | 59,488.37 |
| 10/01/2019 | INV #3163i. Due 10/31/2019. Orig. Amount $802.37. | 802.37 | 60,290.74 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 1,594.37 | 37,351.29 | 15,020.88 | 6,324.20 | 0.00 | $60,290.74 |

# EXHIBIT 25

---

### MEDICAL STAFFING AGREEMENT

**THIS MEDICAL STAFFING AGREEMENT** ("Agreement"), made this 15th day of March, 2019, between **DEDICATED NURSING ASSOCIATES, INC.** ("DNA"), a Pennsylvania corporation having a place of business at 6536 William Penn Highway Rt. 22, Suite 202, Delmont, Pennsylvania 15626.

### A N D

Woodridge Healthcare ("Contractor"), having its principle place of business at 3801 Woodridge Boulevard, Fairfield, Ohio 45041.

**WHEREAS**, DNA is in the business of providing registered nurses, licensed practical nurses, certified nursing aides, home health aides and other medical professionals ("Employee" or "Employees") with particular skills and experience; and

**WHEREAS**, Contractor is in need of personnel with the skill and experience provided by DNA.

**NOW, THEREFORE**, in consideration of the covenants contained herein and intending to be legally bound, the parties hereby agree as follows:

1. **EMPLOYEES TO BE PROVIDED**
The Employees to be provided include, but are not limited to, the following: RN's, LPN's, CNA's, HHA's and NA's.

2. **QUALIFICATIONS OF EMPLOYEES**
DNA will ensure that Employees to be provided shall possess the qualifications required to perform the work for which they are contracted to provide in their particular field of practice. They shall also possess the required qualifications in the areas of education, certification, license, Physical and Mantoux test and criminal clearances, as required.

3. **DNA AS EMPLOYER**
Contractor shall not be responsible for payment of wages, salaries, and other compensation, fringe benefits, unemployment insurance, workers' compensation, social security, or other payroll taxes for staff provided to Contractor by DNA. Further, DNA shall be the employer of all persons it furnishes to Contractor.

4. **EXPENSES**
Contractor shall be responsible for all expenses incurred by DNA Employees relating to patient care (by way of example only, gloves) while on assignment to Contractor under this Agreement.

5. **ADMINISTRATIVE LINK**
For the purpose of facilitating the services contemplated by this Agreement, Contractor and DNA each shall designate an administrative employee to be available for such purpose.

6. **COMPENSATION (TIME RECORDS)**
Contractor shall compensate DNA for its services in accordance with the schedule set forth in Exhibit "A" hereto, which is incorporated by reference and made part of this Agreement. For the purpose of compensation, DNA shall submit documentation in the form of time records for the services provided to Contractor. Contractor, or its authorized representative, shall be responsible for verifying that the time records are accurate.

7. **SCHEDULING AND SUBSTITUTE STAFF**
A. Contractor must immediately notify DNA of any changes to the agreed upon staffing schedule for Employees. Contractor is not authorized to accept a schedule change that is only discussed with an Employee and not approved in advance by DNA. If the schedule change results in the Employee working fewer hours than scheduled, failure to give notice to and receive consent from DNA may result in a charge for the originally scheduled hours. If a schedule change results in an Employee working over forty (40) hours in one week for DNA, and if there is no agreement to the contrary, Contractor will be charged the overtime billing rate for any hours that were not approved in advance by DNA for the Employee.

B. DNA shall use its best efforts to replace regularly scheduled staff that are unavailable on a given day due to an illness or paid time off, or because of an emergency, vacation or holiday; however, DNA cannot guarantee that it can or will provide substitute staff.

8. **HIRING OF EMPLOYEES BY CONTRACTOR AND CONVERSION FEE**
Contractor may wish to employ directly an Employee who has been supplied by DNA. In the event of such a conversion to the employ of Contractor or to another employer to whom Contractor refers such Employee, Contractor agrees to pay a conversion fee. The conversion fee is $15,000.00 for an RN, $12,000.00 for an LPN, $9,000.00 for a CNA and $9,000.00 for a HHA or NA. The conversion fee will be reduced by $200.00 for each 40 hours of weekly services performed while on assignment to the Contractor, however in no event will there be any less than a $6,000.00 conversion fee for any position. The same calculation will be used if Contractor converts a DNA Employee to part-time status. Again, the conversion fee will not be less than $6,000.00.

A. The conversion fee is payable if Contractor hires the DNA Employee assigned, regardless of the employment classification, on either a permanent, temporary (including temporary assignments through another agency) or consulting basis within six (6) months after the last day of the assignment. Contractor also agrees to pay a conversion fee if the DNA Employee assigned to Contractor is hired by a subsidiary, other related company or any other entity or business as a result of referral of the Employee by Contractor.

1

2

9. **COMPLIANCE WITH APPLICABLE LAW**

DNA and Contractor shall comply with the Fair Labor Standards Act, the Occupational Safety and Health Act ("OSHA"), Immigration Reform and Control Act, the Health Insurance Portability and Accountability Act ("HIPAA"), and all other applicable federal, state, and local statutes, laws, ordinances, regulations and standards including, but not limited to, equal employment opportunity, civil rights, anti-discrimination, wage and hour, privacy and Joint Commission, whether as presently enacted or as hereafter amended. Notwithstanding the above, it is agreed that Contractor is primarily responsible for compliance with OSHA and comparable state laws and regulations thereunder, to the extent those laws and regulations apply to Employees assigned to Contractor. This responsibility includes, but is not limited to, required information and training in site-specific protocols, the facility exposure control plan and available personal protective equipment. Contractor will maintain documentation regarding training and related obligations hereunder, and make this documentation available to DNA upon request. Contractor will provide post-exposure evaluation and follow-up in accordance with OSHA standards.

10. **CONFIDENCE OF INFORMATION**

A. Contractor shall keep in confidence all information relating to the methods of operations, trade secrets, business plans, business opportunities, finances, strategic planning and development, research, development, personnel data, recruiting, compensation, billing, and all other confidential knowledge, data and information related to the business and affairs of DNA that may be acquired in furtherance of the relationship contemplated by this Agreement. During and after the term of this Agreement, Contractor shall not, without the prior written consent of DNA, publish, communicate, divulge or disclose any such information.

B. The parties hereto agree to comply with any and all federal or state laws or regulations that have or may become effective during the term of this Agreement, including, but not limited to HIPAA and any amendments, rules and regulations promulgated thereunder. The parties further agree to execute any additional documents that may be required under HIPAA, including, but not limited to, a Business Associates Agreement.

11. **INDEMNIFICATION**

DNA and Contractor shall indemnify, hold harmless, and, upon request, defend the other party and their respective subsidiaries, affiliates, directors, officers, employees, agents and independent contractors, from and against all liens, claims, charges, causes of action of any type, whether in law or equity, liabilities, damages, losses and expenses including, but not limited to, interest, penalties, reasonable attorney's fees and costs of suit, arising out of or in connection with their own acts or omissions, whether in whole or in part, relating to their obligations pursuant to this Agreement.

12. **PROFESSIONAL LIABILITY INSURANCE**

Each party to this Agreement shall obtain, at its own cost, professional liability insurance covering its own act or omissions. Each shall maintain such insurance in amounts not less than Two Million ($2,000,000.00) Dollars per occurrence and Six Million ($6,000,000.00) Dollars annual aggregate.

3

13. **GENERAL LIABILITY INSURANCE**

Contractor shall maintain accident and general liability insurance covering the premises where DNA Employees will perform services hereunder, as well as any Contractor owned or leased vehicles that DNA Employees may use in the course of their work pursuant to this Agreement. Upon request of DNA, Contractor shall provide a copy of all insurance policies demonstrating compliance with this paragraph.

14. **INDEPENDENT STATUS**

A. In the performance of their respective duties under this Agreement, DNA and Contractor shall remain independent contracting entities, and neither shall be deemed to be the employer or employee of the other for any purpose whatsoever. The relationship between the parties shall at all times be that of independent contractors. No provision of this Agreement is intended to, or shall be construed, to render one party an employee, servant or partner of the other.

B. In the event that the Internal Revenue Service or another government agency questions or challenges the independent contractor status of either DNA or Contractor, both DNA and Contractor, upon receipt by either of them of notice from the Internal Revenue Service or other government agency, shall promptly notify and afford the other party the opportunity to participate in any discussion or negotiation with the Internal Revenue Service or other government agency, irrespective by whom such negotiations were initiated, to the extent permitted by the Internal Revenue Service or other government agencies.

15. **COMMUNICATION WITH STAFF**

Contractor shall not communicate directly with DNA Employees outside of the assignment scope. All communications regarding staff scheduling with DNA Employees, whether written, verbal, or in person, shall be relayed through DNA unless otherwise agreed to in writing by both parties. *See also* paragraph 7 A. hereof.

16. **NO SOLICITATION BY CONTRACTOR**

During the term of this Agreement, Contractor shall not solicit or attempt to solicit, either directly or indirectly, the business or trade of DNA for Contractor's benefit or the benefit of any other person or entity to the exclusion of DNA, nor shall Contractor request or allow anyone to do so on its behalf.

17. **INJUNCTIVE RELIEF**

In addition to all other available remedies in the event of a breach of this Agreement, DNA, as the aggrieved party, shall be entitled to immediate injunctive relief to prevent the irreparable harm which will result in the absence of such relief.

4

18. **FLOATING POLICIES AND COMPETENCE**

Floating refers to the reassignment of Employees, where the Employee's job functions differ from specified requirements. With the express, written permission of DNA, Contractor may float one or more Employees that are within the scope of the Employee's clinical expertise, to whom Joint Commission standards, and to which they have been fully oriented. Contractor shall pay to DNA the agreed upon rate under these circumstances.

19. **ORIENTATION POLICIES**

Contractor will require Employees furnished under this Agreement to review Contractor's fire and disaster, infection control and no-lift policies prior to placement.

20. **SUBCONTRACTING**

DNA, at its sole discretion, may contract with one or more persons or entities for the performance of DNA's services covered by this Agreement, provided the contract shall not relieve DNA of its obligations and liability under this Agreement. Any individual provided under such a subcontracting arrangement shall be deemed an "Employee" solely for purposes of this Agreement.

21. **INCIDENT, ERROR TRACKING SYSTEM**

DNA has a system for reporting, tracking, and documenting unexpected incidents. When any Employee is involved in medication and/or documentation errors, unanticipated deaths, patient incidents, injuries, safety hazards related to the care and services provided, occupational illnesses, or security incidents including incidents of property damage or theft, the Employee and Contractor shall immediately report the incident to DNA, as DNA requires documentation to insure continued patient safety.

22. **ADDITIONAL REPORTING OBLIGATIONS OF CONTRACTOR**

A. Contractor shall also immediately report to DNA any employment-related concerns, problems or issues with any Employee supplied by DNA, including any Employee report made directly to Contractor.

B. If Contractor reasonably believes that any Employee assigned by DNA is incompetent, negligent or has engaged in misconduct, Contractor may require such Employee to leave its premises and shall inform DNA of this action immediately. Contractor's obligation to compensate DNA for the Employee's services shall be limited to the hours actually worked by such Employee; however, any action taken by Contractor in this regard must be based upon a reasonable, good faith belief by Contractor that the Employee must in fact be removed from the premises immediately.

C. Contractor is responsible to determine the adequacy of each Employee's job performance. If Contractor determines that the Employee's performance is unsatisfactory, Contractor will notify DNA of specific deficiencies in writing in circumstances other than those requiring immediate removal from the premises.

5

23. **ADDITIONAL LIMITATIONS/REQUIREMENTS**

A. Contractor agrees that it will not entrust any Employee with unattended premises, cash, checks, keys, credit cards, merchandise or other valuables without prior, express permission from DNA.

B. Contractor will not request or permit any Employee to use any vehicle, regardless of ownership, in connection with the performance of services for Contractor, without prior, express permission from DNA.

24. **NON-DISCRIMINATION**

Both DNA and Contractor agree that they will abide by all federal, state, and applicable laws regarding the prohibition of discrimination in the provision of services on the basis of race, sex, religion, creed, disability, ancestry, national origin, sexual preference or age.

25. **NO WAIVER**

No course of dealing or failure of either party to strictly enforce any term, right, or condition of this Agreement shall be construed as a waiver of such term, right, or condition relating to any subsequent breach.

26. **SURVIVAL OF OBLIGATIONS**

Contractor's obligations under this Agreement which by their nature would continue beyond the termination, cancellation, or expiration of this Agreement, shall survive termination, cancellation or expiration of the Agreement.

27. **NO GENERAL INVALIDITY**

If any of the provisions of this Agreement are judicially declared invalid or unenforceable, such invalidity or unenforceability shall not invalidate or render unenforceable the entire Agreement, and this Agreement shall be construed as if not containing the particular invalid or unenforceable provision or provisions.

28. **DISASTERS AND RELATED EVENTS**

Neither DNA nor Contractor shall be liable for failure to perform hereunder due to contingencies beyond either of their reasonable control including, but not limited to, strikes, riots, war, fire, acts of God or natural disasters, accidents, mechanical failures not caused by the fault or neglect of DNA or Contractor, compliance with any law, regulation, or order of the United States of America or any state, governmental body, or any instrumentality thereof, whether now existing or hereafter created.

29. **ASSIGNMENT/SUCCESSORS AND ASSIGNS**

A. Contractor shall not assign or delegate its rights, duties and obligations under this Agreement, either in whole or in part, or any monies due or to become due hereunder without the prior written consent of DNA, which shall not be unreasonably withheld. Any such assignment without the prior written consent of DNA shall be absolutely invalid. DNA may in its discretion, assign this Agreement in whole or in part to its subsidiaries, or affiliated corporations.

6

B. This Agreement shall be binding upon any and all successors and assigns of Contractor. In the event of a potential asset, stock or other sale of Contractor, Contractor and/or any or all of its agents and representatives (including, but not limited to brokers) shall have an affirmative duty to notify the potential buyer through the due diligence process or otherwise of the binding nature of this Agreement and that it is binding on all successors and assigns of Contractor. Contractor shall also notify DNA of the pendency of any transaction contemplated herein and shall provide DNA with reasonable notice thereof so that DNA may assert all rights it has under this Agreement, including, but not limited to, those referenced in Sections 29.A., 11 and 17 hereof.

C. To the extent Contractor breaches any part of this Section 29, the Indemnification provisions of Section 11 hereof shall be fully enforced by DNA against Contractor. It expressly is understood that liability to DNA shall **not** be limited to booked but unworked shifts.

### 30.    CHANGES TO AGREEMENT
Any changes to this Agreement shall be effective only if mutually agreed upon in writing by duly authorized representatives of the parties. This Agreement shall not be modified or supplemented, or any rights, duties or obligations of a party in it waived, except by such a writing.

### 31.    FINAL AGREEMENT; SURVIVABILITY OF TERMS
This Agreement represents the entire agreement between the parties. It supersedes and voids all contract terms contained in any earlier agreements between the parties. There are no other oral or written agreements between the parties supplemental or contrary to this Agreement. If any provision hereof shall be held unenforceable, the remaining provisions shall be given full force and effect.

### 32.    TERM OF AGREEMENT AND TERMINATION
The term of this Agreement shall be from March 2019 to March 2020, and will automatically renew on an annual basis if not revised by agreement of each party or terminated. Either party may terminate this Agreement for any lawful reason by sending the other written notice of termination at least thirty (30) days before the date of termination. Such termination shall not be a waiver of any right to pursue damages for a pre-existing breach. The parties herein shall deal with each other in good faith during the thirty (30) day period after which any notice of intent to terminate without cause has been given.

### 33.    NOTICE
Any notice given pursuant to this Agreement shall be given by personal delivery, prepaid telegram, telecopy, overnight delivery service postage prepaid, registered or certified mail, with return receipt requested, directed to the parties at the following addresses:

**Dedicated Nursing Associates, Inc.**
6536 William Penn Highway Rt 22
Suite 202
Delmont, Pennsylvania 15626

**Contractor:**
3801 Woodridge Boulevard
Fairfield, Ohio 45014

### 34.    CHOICE OF LAW/VENUE
This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania, without reference to any conflicts of law principles thereof. In addition, any claims brought hereunder shall first attempted to be mediated. Should the parties. In the event mediation is unsuccessful, then any litigation brought hereunder must be brought in the Court of Common Pleas of Westmoreland County, Pennsylvania, or the U.S. District Court for the Western District of Pennsylvania, to the extent federal law or federal diversity jurisdiction would apply.

### 35.    EXECUTION
This Agreement is executed by duly authorized officers, employees or agents of the parties on the dates below, and with the intent to be legally bound hereby:

**Dedicated Nursing Associates, Inc.:**

By: _Lakoda Livesales_   Title: _LNHA_   Dated: _3/18/19_

By: _____   Title: _Account Rep_   Dated: _3/18/19_
[Authorized Representatives]

**Contractor:**

Entity: _____

By: _____   Title: _____   Dated: _____
[Authorized Representative]

[Electronic signature/verification has the same legal significance as writing.]

7

8

---

Exhibit A



| Dedicated Nursing Associates, Inc | |
| Contract Forms | DNA |
| DNA Contract Compliance | |

| | |
| --- | --- |
| **Document Title:** | Document Number: |
| Joint Commission Compliance Form | Effective Date: 01/13/2016 |
| | Revision Date: |
| | Approved By: D.R./C.W. |
| | Page Number:   Page 9 of 9 |

**Per-Diem Rates** | Weekday | Weekend
--- | --- | ---
a. State Tested Nursing Assistant | $29.50/Hr | $32.50/Hr
b. Licensed Practical Nurse | $42.50/Hr | $45.50/Hr
c. Registered Nurse | $52.50/Hr | $55.50/Hr

**Contract Assignment Rates** | |
--- | --- | ---
a. State Tested Nursing Assistant | $36.50/Hr | $39.50/Hr
b. Licensed Practical Nurse | $49.50/Hr | $52.50/Hr
c. Registered Nurse | $59.50/Hr | $62.50/Hr

* Travel/Contract Assignments are typically (13) thirteen weeks in duration, however never less than (4) four weeks and encompass all costs, e.g. lodging and travel.
Any new service not listed will be added by an addendum attachment.

** Specialty is considered any unit outside of Long Term Care, Med/Surg, Telemetry. All Registered Nurses that have management functions (floor manager, unit manager, etc) during their assignment will also be considered specialty.

**Weekend Bill Rates**
Contractor agrees to pay the weekend bill rates for the following days and shifts worked:
· Saturday -   7:00 am-3:00 pm
                    3:00 pm-11:00 pm
                    11:00 pm-7:00 am
· Sunday -    7:00 am-3:00 pm
                    3:00 pm-11:00 pm
                    11:00 pm-7:00 am

**Holiday Policy**
The following days will be billed at 1 ½ the hourly rate:
- New Year's Eve 3:00 p.m. through New Year's Day
- Martin Luther King Jr. Day
- Easter Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Eve 3:00 p.m. through Christmas Day

9

10

**Training/Orientation**
Contractor agrees to pay for all orientation/training hours.

**Lunch Breaks**
Signed time cards that authorize a paid lunch break will be billed to the Contractor.

**Overtime Policy**
Any hours exceeding 40 hours in single payroll week (Sunday through Saturday) will be billed at time and a half (1 ½).

**Cancellation Policy for Per Diem Personnel**

- Per Diem: Any shift that is cancelled with less than two (2) hours notice will result in a four (4) hour billing charge.

**Cancellation Policy for Travel/Contract Assignment:**

- Travel/Contract Assignments are guaranteed. If cancelled (for any reason), weeks agreed upon will be billed in full. If an employee works part of the assignment, that time and the unworked portion will also be billed. The billed time is not to exceed agreement unless an extension is required and documented. Minimum contract assignments are four (4) weeks.

**Interest:** Any invoice beyond 30 days past due will be charged interest at a rate of 1.5%.

### CONTACT CHECKLIST

| Point of Contact | |
|---|---|
| Administrator:<br>Name: LaRonda Usember | DON:<br>Name: Heidi Gaston |
| E-mail: lUisember@bowlder<br>healthcare.com | E-mail: Hgaston@bowlderhealthcare.com |
| Phone: (513) 673-3086 | Phone: (513) |
| Scheduler/Staffing Coordinator:<br>Name: | Corporate Point of Contact:<br>Name: Mathew Dapore |
| E-mail: | Email: mdapore@hillstonehc.com |
| Phone: | Phone: 937(614) 401-7294 |

| | |
|---|---|
| Type of Facility: | Woodridge Healthcare |
| Size/Number of Beds: | 112 SNF   AL 184 |
| Main Need (Discipline): | SNF |
| Currently Using Agency? | NO |

1 **Who** (ex: OR Nurse, ER Nurse, Med Tech, Telemetry, Nurse Aide etc.) ?
   LPN only - and or STNA

2 **What** (ex: education requirements, clinical requirements, specific years of experience, male or female, height requirements etc.) ?
   Licensed LPN, or Sick tested Nursing Assistant

3 **When** (ex: length of assignment, specific schedule/days, start date etc.) ?

4 **Where** (ex: If multiple locations/wings, where is the help needed) ?
   ~~For 7~~ Healthcare 2nd Fl. LPN -
   Possibly AL LPN at times.
   STNA throughout SNF NOT AL

### Billing Information

| Billing/Invoice | | |
|---|---|---|
| Contact Name: Consandra Lyons | Title: VP | |
| Phone Number: | E-mail Address: Clyons@hillstonehc.com | |

| Corporate Group Affiliation: | | |
|---|---|---|
| Company Billing Name: Hillstone healthcare | | |
| Billing Address: 544 Enterprise Drive Lewis Center OH 43035 | | |
| Invoicing Preference: | ( ) E-mail | (X) Mail |
| Payment Preference: Card | ( ) ACH | (X) Check  ( ) Credit |
| OT Rate: | Holiday Rate: | |
| MSP/VMS fee (if applicable): | | |
| Administrative fees (if applicable) & Special billing requirements: | | |

# EXHIBIT 26

G



**Dedicated Nursing Associates, Inc**
5538 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Woodridge Healthcare
3901 Woodridge Boulevard
Fairfield, OH 45014

INVOICE
Invoice No. 189753
Date 06/17/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 20 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|-------------|------|-------|-------|------|-------|-----------|
| 05/31/19 Fri | 03:00P - 11:00P | Brown, Sherrine (LPN) | LTC - Assisted Living | S2 Regular | 42.50 | 7.50 | 318.75 |
| 05/27/19 Mon | 07:00A - 03:00P | Bryan, Meredith (LPN) | LTC - Assisted Living | S2 Regular Holiday | 42.50 | 8.00 | 340.00 |
| 05/27/19 Mon | 03:00P - 11:00P | Bryan, Meredith (LPN) | LTC - Assisted Living | S2 Regular Holiday | 42.50 | 7.50 | 318.75 |
| 05/31/19 Fri | 07:00A - 03:00P | Bryan, Meredith (LPN) | LTC - Assisted Living | S2 Regular | 42.50 | 8.00 | 340.00 |
| 05/31/19 Fri | 03:00P - 11:00P | Bryan, Meredith (LPN) | LTC - Assisted Living | S2 Regular | 42.50 | 7.50 | 318.75 |
| 05/30/19 Thu | 07:00A - 07:00A | Caldwell, Bernadette (STNA) | LTC | S5 Regular | 29.50 | 4.00 | 118.00 |
| 05/31/19 Fri | 07:00P - 07:00A | Caldwell, Bernadette (STNA) | LTC | S5 Regular | 29.50 | 11.50 | 339.25 |
| 05/27/19 Mon | 07:00P - 07:00A | Coleman, Jazmyn (STNA) | LTC | S5 Regular | 29.50 | 7.00 | 206.50 |
| 05/31/19 Fri | 09:30P - 07:00A | Coleman, Jazmyn (STNA) | LTC | S5 Regular Holiday | 44.25 | 5.00 | 221.25 |
| 06/01/19 Sat | 07:00P - 07:00A | Coleman, Jazmyn (STNA) | LTC | S5 Regular | 29.50 | 9.50 | 280.25 |
| 05/27/19 Mon | 07:00A - 03:00P | Davis, Debora (STNA) | LTC | S5 Regular Weekend | 32.50 | 12.00 | 390.00 |
| 05/27/19 Wed | 03:00P - 11:00P | Davis, Debora (STNA) | LTC | S2 Regular Holiday | 44.25 | 7.50 | 331.88 |
| 05/29/19 Wed | 07:00A - 07:00P | Davis, Debora (STNA) | LTC | S4 Regular | 29.50 | 11.50 | 339.25 |
| 06/01/19 Sat | 03:00P - 07:30P | Davis, Debora (STNA) | LTC | S2 Regular Weekend | 32.50 | 8.00 | 260.00 |
| 05/26/19 Sun | 07:00A - 07:00P | Irwin, Teresa (LPN) | LTC | S2 Regular Weekend | 32.50 | 12.00 | 390.00 |
| 05/26/19 Sun | 11:00A - 03:30P | Irwin, Teresa (LPN) | LTC - Assisted Living | S2 Regular Weekend | 45.50 | 4.50 | 204.75 |
| 06/01/19 Sat | 02:45P - 11:00P | Irwin, Teresa (LPN) | LTC - Assisted Living | S2 Regular Weekend | 65.50 | 8.25 | 373.36 |
| 05/28/19 Tue | 07:00A - 07:00P | Johnson, Catherine (STNA) | LTC | S4 Regular | 29.50 | 11.50 | 339.25 |
| 05/29/19 Wed | 07:00A - 11:00A | Johnson, Catherine (STNA) | LTC | S4 Regular | 29.50 | 4.00 | 118.00 |
| 05/30/19 Thu | 07:00A - 03:00P | Johnson, Catherine (STNA) | LTC | S4 Regular | 29.50 | 8.00 | 236.00 |
| 05/31/19 Fri | 07:00A - 07:00P | Johnson, Catherine (STNA) | LTC | S4 Regular | 29.50 | 11.50 | 339.25 |
| 05/28/19 Tue | 07:00A - 07:00P | Ponder, Ebony (STNA) | LTC | S4 Regular | 29.50 | 11.50 | 339.25 |
| 05/29/19 Wed | 07:00A - 07:00P | Ponder, Ebony (STNA) | LTC | S4 Regular | 29.50 | 11.50 | 339.25 |
| 05/31/19 Fri | 07:00A - 07:00P | Ponder, Ebony (STNA) | LTC | S4 Regular | 29.50 | 7.50 | 221.25 |
| 05/27/19 Mon | 07:00A - 07:00P | Roper, Tahj (STNA) | LTC | S4 Regular Holiday | 44.25 | 11.50 | 508.88 |
| 05/28/19 Tue | 07:00A - 07:00P | Roper, Tahj (STNA) | LTC - Skilled | S1 Regular | 29.50 | 11.50 | 339.25 |
| 05/29/19 Wed | 07:00A - 07:00P | Roper, Tahj (STNA) | LTC - Skilled | S1 Regular | 29.50 | 11.50 | 339.25 |

**Please Send Payments to:**
Dedicated Nursing Associates Inc
5538 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%



Invoice No. 189753
Date 06/17/2019
Page 2

| | PO Number |
|---|-----------|
| 20 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|-------------|------|-------|-------|------|-------|-----------|
| 05/27/19 Mon | 07:00A - 07:00P | Upshaw, Tavara (LPN) | LTC | S4 Regular Holiday | 42.50 | 12.00 | 510.00 |
| 05/28/19 Tue | 03:00P - 03:00P | Upshaw, Tavara (LPN) | LTC - Assisted Living | S4 Regular | 42.50 | 8.00 | 340.00 |
| 05/31/19 Fri | 07:00A - 03:00P | Upshaw, Tavara (LPN) | LTC | S1 Regular Weekend | 45.50 | 8.00 | 364.00 |
| 05/26/19 Sun | 07:00P - 07:15A | Walker, Tamara (STNA) | LTC | S5 Regular Weekend | 32.50 | 5.00 | 162.50 |
| | | | | S5 Regular Weekend Holiday | 48.75 | 6.75 | 329.06 |
| 06/01/19 Sat | 07:00P - 07:00A | Walker, Tamara (STNA) | LTC | S5 Regular Weekend | 32.50 | 11.50 | 373.75 |

**Woodridge Healthcare Subtotal: 303.50 10,766.33**

**Invoice Total: 303.50 $10,766.33**



**Dedicated Nursing Associates, Inc**
5538 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Woodridge Healthcare
3901 Woodridge Boulevard
Fairfield, OH 45014

INVOICE
Invoice No. 189032
Date 06/10/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 20 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|-------------|------|-------|-------|------|-------|-----------|
| 06/03/19 Mon | 07:00P - 07:15A | Balker, Tatyana (STNA) | LTC | S5 Regular | 29.50 | 12.25 | 361.38 |
| 06/02/19 Mon | 07:00A - 07:00P | Besingi, Emila (STNA) | LTC | S4 Regular | 29.50 | 12.00 | 354.00 |
| 06/02/19 Sun | 03:00P - 11:00P | Brown, Sherrine (LPN) | LTC - Assisted Living | S2 Regular Weekend | 45.50 | 7.50 | 341.25 |
| 06/07/19 Fri | 03:00P - 11:00P | Brown, Sherrine (LPN) | LTC - Assisted Living | S2 Regular | 42.50 | 7.50 | 318.75 |
| 05/27/19 Mon | 07:00P - 07:00A | Coleman, Jazmyn (STNA) | LTC | S5 Regular | 29.50 | 12.00 | 354.00 |
| 06/08/19 Sat | 07:00P - 07:00A | Coleman, Jazmyn (STNA) | LTC | S5 Regular | 32.50 | 12.00 | 390.00 |
| 06/05/19 Wed | 07:00A - 07:00A | Francis, Sandra (STNA) | LTC | S5 Regular | 29.50 | 12.00 | 354.00 |
| 06/07/19 Fri | 07:00P - 07:00A | Francis, Sandra (STNA) | LTC | S5 Regular | 29.50 | 12.00 | 354.00 |
| 06/05/19 Wed | 06:45A - 09:30P | Irwin, Teresa (LPN) | LTC - Assisted Living | S2 Regular | 42.50 | 8.75 | 371.88 |
| 06/04/19 Tue | 03:00P - 11:00P | Irwin, Teresa (LPN) | LTC - Assisted Living | S2 Regular | 42.50 | 8.25 | 350.63 |
| 06/08/19 Sat | 02:45P - 11:15P | Irwin, Teresa (LPN) | LTC - Assisted Living | S2 Regular Weekend | 46.50 | 8.50 | 386.75 |
| 06/09/19 Sun | 07:00P - 07:15A | Kelly, Aryonna (STNA) | LTC | S5 Regular | 29.50 | 11.75 | 346.63 |
| 06/07/19 Fri | 07:00P - 07:30A | Kelly, Aryonna (STNA) | LTC | S5 Regular | 29.50 | 12.00 | 354.00 |
| 06/06/19 Thu | 07:00A - 07:00P | Masters, Ronda (STNA) | LTC | S4 Regular | 29.50 | 12.00 | 354.00 |
| 06/04/19 Tue | 07:00A - 07:00P | Ponder, Ebony (STNA) | LTC | S4 Regular | 29.50 | 11.50 | 339.25 |
| 06/05/19 Wed | 07:00A - 07:00P | Ponder, Ebony (STNA) | LTC | S4 Regular | 29.50 | 11.50 | 339.25 |
| 06/01/19 Sat | 07:00A - 07:00P | Rowe, Alexis (STNA) | LTC | S4 Regular Weekend | 32.50 | 12.00 | 390.00 |
| 06/02/19 Sun | 07:00A - 07:00P | Rowe, Alexis (STNA) | LTC | S4 Regular Weekend | 32.50 | 11.50 | 373.75 |
| 06/03/19 Mon | 07:00A - 07:00P | Rowe, Alexis (STNA) | LTC | S4 Regular | 29.50 | 12.00 | 354.00 |
| 06/05/19 Wed | 07:00A - 07:00P | Rowe, Alexis (STNA) | LTC | S4 Regular | 29.50 | 12.00 | 354.00 |
| 06/18/19 Sat | 07:00A - 03:15P | Rowe, Alexis (STNA) | LTC | S1 Regular Weekend | 32.50 | 5.00 | 162.50 |
| | | | | S1 Overtime Weekend | 48.75 | 3.25 | 158.44 |
| 05/05/19 Wed | 07:00A - 07:30P | Upshaw, Tavara (LPN) | LTC | S4 Regular | 42.50 | 12.50 | 531.25 |
| 06/07/19 Fri | 07:00P - 07:30A | Kelly, Aryonna (STNA) | LTC | S4 Regular | 42.50 | 12.00 | 510.00 |
| 06/08/19 Sat | 07:00P - 07:00A | Upshaw, Tavara (LPN) | LTC | S4 Regular | 42.50 | 8.00 | 364.00 |
| 06/02/19 Sun | 07:00P - 07:00A | Walker, Tamara (STNA) | LTC | S5 Regular Weekend | 32.50 | 11.50 | 373.75 |

**Woodridge Healthcare Subtotal: 258.25 8,521.96**

**Invoice Total: 258.25 $8,521.96**

**Please Send Payments to:**
Dedicated Nursing Associates Inc
5538 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%



**Dedicated Nursing Associates, Inc**
5538 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Woodridge Healthcare
3901 Woodridge Boulevard
Fairfield, OH 45014

INVOICE
Invoice No. 190215
Date 06/21/2019
Page 1

| Terms | PO Number |
|-------|-----------|
| 20 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|------|-------------|------|-------|-------|------|-------|-----------|
| 06/16/19 Sun | 07:00A - 07:00P | Baxter, Tatyana (STNA) | LTC | S4 Regular Weekend | 32.50 | 12.00 | 390.00 |
| 06/20/19 Thu | 07:00P - 07:00P | Besingi, Emila (STNA) | LTC | S4 Regular | 29.50 | 11.50 | 339.25 |
| 06/17/19 Fri | 07:00A - 07:00P | Besingi, Emila (STNA) | LTC | S4 Regular | 29.50 | 11.50 | 339.25 |
| 06/19/19 Sun | 07:00A - 07:30P | Brown, Sherrine (LPN) | LTC - Skilled | S4 Regular Weekend | 45.50 | 12.00 | 546.00 |
| 06/13/19 Thu | 07:00P - 07:00A | Caldwell, Bernadette (STNA) | LTC | S5 Regular | 29.50 | 11.50 | 339.25 |
| 06/04/19 Tue | 07:00P - 12:00A | Coleman, Jazmyn (STNA) | LTC | S5 Regular | 29.50 | 5.00 | 147.50 |
| 06/09/19 Sun | 07:00P - 07:00A | Coleman, Jazmyn (STNA) | LTC | S5 Regular Weekend | 32.50 | 12.00 | 390.00 |
| 06/11/19 Tue | 07:00P - 07:00A | Coleman, Jazmyn (STNA) | LTC | S5 Regular | 29.50 | 12.00 | 354.00 |
| 06/14/19 Fri | 07:00P - 07:00A | Coleman, Jazmyn (STNA) | LTC | S5 Regular | 29.50 | 12.00 | 354.00 |
| 06/13/19 Thu | 02:45P - 11:00P | Irwin, Teresa (LPN) | LTC - Assisted Living | S5 Regular | 29.50 | 8.25 | 350.63 |
| 06/24/19 Tue | 07:00P - 12:15A | Kelly, Aryonna (STNA) | LTC | S5 Regular | 29.50 | 4.50 | 132.75 |
| 06/10/19 Mon | 07:00P - 07:15A | Kelly, Aryonna (STNA) | LTC | S5 Regular | 29.50 | 0.75 | 22.13 |
| 06/12/19 Wed | 07:00A - 07:00P | Ponder, Ebony (STNA) | LTC | S4 Regular | 29.50 | 11.75 | 346.63 |
| 06/13/19 Thu | 07:00A - 07:00P | Ponder, Ebony (STNA) | LTC | S4 Regular | 29.50 | 11.50 | 339.25 |
| 06/10/19 Mon | 07:00A - 07:00P | Rowe, Alexis (STNA) | LTC | S4 Regular | 29.50 | 11.50 | 339.25 |
| 06/16/19 Mon | 07:00A - 07:00P | Upshaw, Tavara (LPN) | LTC | S4 Regular | 42.50 | 12.00 | 354.00 |
| 06/09/19 Sun | 07:00P - 07:00A | Walker, Tamara (STNA) | LTC | S4 Regular | 42.50 | 12.00 | 510.00 |
| 06/13/19 Thu | 07:00P - 07:00A | Walker, Tamara (STNA) | LTC | S5 Regular | 32.50 | 11.50 | 373.75 |
| 06/14/19 Fri | 07:00P - 07:00A | Walker, Tamara (STNA) | LTC | S5 Regular | 29.50 | 11.50 | 339.25 |
| 06/21/19 Sun | 07:00A - 12:15A | Wright, Alisha (STNA) | LTC | S5 Regular | 32.50 | 12.00 | 390.00 |

**Woodridge Healthcare Subtotal: 218.25 7,000.14**

**Invoice Total: 218.25 $7,000.14**

**Please Send Payments to:**
Dedicated Nursing Associates Inc
5538 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

## DNA

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(555) 349-6013

Woodridge Healthcare
3801 Woodridge Boulevard
Fairfield, OH 45041

**INVOICE**
Invoice No. 161955
Date 07/16/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/09/19 Tue | 07:00A - 07:00P | Lindsay, Angela (STNA) | LTC | S4 Regular | 29.50 | 12.00 | 354.00 |
| 07/12/19 Fri | 10:30A - 07:00P | Roper, Tanj (STNA) | LTC | S1 Regular | 29.50 | 8.50 | 250.75 |

**Woodridge Healthcare Subtotal:** 20.50 604.75
**Invoice Total:** 20.50 $604.75

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22 (Suite 201)
Delmont, PA 15626.
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

## DNA

**Dedicated Nursing Associates, Inc**
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626
(855) 349-6013

Woodridge Healthcare
3801 Woodridge Boulevard
Fairfield, OH 45041

**INVOICE**
Invoice No. 161967
Date 07/26/2019
Page 1

| | Terms | PO Number |
|---|---|---|
| | 30 | |

| Date | Shift Worked | Temp | Dept. | Desc. | Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/16/19 Tue | 07:00A - 07:00P | Roper, Tanj (STNA) | LTC | S4 Regular | 29.50 | 11.50 | 339.25 |
| 07/17/19 Wed | 07:00A - 11:00A | Roper, Tanj (STNA) | LTC | S4 Regular | 29.50 | 4.00 | 118.00 |

**Woodridge Healthcare Subtotal:** 15.50 457.25
**Invoice Total:** 15.50 $457.25

**Please Send Payments to:**
Dedicated Nursing Associates Inc
6536 William Penn Hwy Rt 22, Suite 201
Delmont, PA 15626.
Thank You For Allowing Us the Privilege of Serving You!
All invoices that are past due per the terms of the contract will be charged interest at a rate of 1.5%

---

Dedicated Nursing Associates, Inc.

6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

# Invoice

| Date | Invoice # |
|---|---|
| 9/1/2019 | 31161 |

**Bill To**
Woodridge Healthcare
3801 Woodridge Boulevard
Fairfield, OH 45041

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Interest on the following: | | |
| 10,768.33 | Invoice #159753 | 0.0015 | 16.15 |
| 8,833.03 | Invoice #160037 | 0.015 | 132.50 |
| 7,000.14 | Invoice #160297 | 0.015 | 105.00 |
| 118 | Invoice #161004 | 0.015 | 1.77 |
| 236 | Invoice #161343 | 0.015 | 3.54 |
| 604.75 | Invoice #161955 | 0.015 | 9.07 |
| 457.25 | Invoice #162367 | 0.015 | 6.86 |

**Total** $274.89

---

Dedicated Nursing Associates, Inc.

6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/2019 | 31681 |

**Bill To**
Woodridge Healthcare
3801 Woodridge Boulevard
Fairfield, OH 45041

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Interest on the following: | | |
| 10,768.33 | Invoice #159753 | 0.0015 | 16.15 |
| 8,833.03 | Invoice #160037 | 0.015 | 132.50 |
| 7,000.14 | Invoice #160297 | 0.015 | 105.00 |
| 118 | Invoice #161004 | 0.015 | 1.77 |
| 236 | Invoice #161343 | 0.015 | 3.54 |
| 604.75 | Invoice #161955 | 0.015 | 9.07 |
| 457.25 | Invoice #162367 | 0.015 | 6.86 |
| 274.89 | Invoice #274.89 | 0.015 | 4.12 |

**Total** $279.01

Dedicated Nursing Associates, Inc.
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

## Invoice

| Date | Invoice # |
|------|-----------|
| 10-1-2019 | 3164b |

**Bill To**

Woodridge Healthcare
3801 Woodridge Boulevard
Fairfield, OH 45041

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Interest on the following: | | |
| 10,768.33 | Invoice #159753 | 0.0015 | 16.15 |
| 8,833.03 | Invoice #160037 | 0.015 | 132.50 |
| 7,000.14 | Invoice #160297 | 0.015 | 105.00 |
| 118 | Invoice #161004 | 0.015 | 1.77 |
| 236 | Invoice #161343 | 0.015 | 3.54 |
| 604.75 | Invoice #161955 | 0.015 | 9.07 |
| 457.25 | Invoice #162367 | 0.015 | 6.86 |
| 274.89 | Invoice #274.89 | 0.015 | 4.12 |

| | Total | $279.01 |
|---|-------|---------|

EXHIBIT 27

---

Dedicated Nursing Associates, Inc
6536 William Penn Hwy Rt 22
Suite 201
Delmont, PA 15626

## Statement

| Date |
|------|
| 10-8-2019 |

**To**

Woodridge Healthcare
3801 Woodridge Boulevard
Fairfield, OH 45041

| | Amount Due | Amount Enc |
|---|------------|------------|
| | $27,890.18 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 06/07/2019 | INV #159753. Due 07/07/2019. Orig. Amount $10,768.33. | 10,087.11 | 10,087.11 |
| 06/14/2019 | INV #160037. Due 07/14/2019. Orig. Amount $8,833.03. | 8,833.03 | 18,920.14 |
| 06/21/2019 | INV #160297. Due 07/21/2019. Orig. Amount $7,000.14. | 7,000.14 | 25,920.28 |
| 07/05/2019 | INV #161004. Due 08/04/2019. Orig. Amount $118.00. | 118.00 | 26,038.28 |
| 07/12/2019 | INV #161343. Due 08/11/2019. Orig. Amount $236.00. | 236.00 | 26,274.28 |
| 07/19/2019 | INV #161955. Due 08/18/2019. Orig. Amount $604.75. | 604.75 | 26,879.03 |
| 07/26/2019 | INV #162367. Due 08/25/2019. Orig. Amount $457.25. | 457.25 | 27,336.28 |
| 09/01/2019 | INV #3116i. Due 10/01/2019. Orig. Amount $274.89. | 274.89 | 27,611.17 |
| 10/01/2019 | INV #3168l. Due 10/31/2019. Orig. Amount $279.01. | 279.01 | 27,890.18 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 279.01 | 274.89 | 1,298.00 | 15,951.17 | 10,087.11 | $27,890.18 |

EXHIBIT 28

9/26/2019 AKRON HEALTHCARE Ownership Information

# Medicare.gov | Nursing Home Compare
The Official U.S. Government Site for Medicare

## Ownership Information

AKRON HEALTHCARE
1211 W MARKET ST null
AKRON, OH 44313
(330) 867-8530

*Ownership has changed within the past 12 months
Ownership: For profit - Corporation
Legal Business Name: AKRON HEALTHCARE LLC

### Owners and Managers of AKRON HEALTHCARE

5% OR GREATER DIRECT OWNERSHIP INTEREST
BOULDER OPERATIONS HOLDINGS LLC (100%), since 12/05/2018

5% OR GREATER INDIRECT OWNERSHIP INTEREST
BOULDER FG HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BOULDER HEALTHCARE LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BSD TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
GOLDNER FAMILY TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
ROYAL OAK HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
SG BOULDER HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BERGSTEN, PAUL (NO PERCENTAGE PROVIDED), since 12/05/2018
DAPORE, MATTHEW (NO PERCENTAGE PROVIDED), since 12/05/2018

OPERATIONAL/MANAGERIAL CONTROL
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018

OFFICER
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018

MANAGING EMPLOYEE
PALYAK, LINDSEY, since 12/05/2018

---

9/26/2019 BELLEFONTAINE HEALTHCARE Ownership Information

# Medicare.gov | Nursing Home Compare
The Official U.S. Government Site for Medicare

## Ownership Information

BELLEFONTAINE HEALTHCARE
221 NORTH SCHOOL STREET null
BELLEFONTAINE, OH 43311
(937) 599-5123

*Ownership has changed within the past 12 months
Ownership: Non profit - Corporation
Legal Business Name: BELLEFONTAINE HEALTHCARE LLC

### Owners and Managers of BELLEFONTAINE HEALTHCARE

5% OR GREATER DIRECT OWNERSHIP INTEREST
BOULDER OPERATIONS HOLDINGS LLC (100%), since 12/05/2018

5% OR GREATER INDIRECT OWNERSHIP INTEREST
BOULDER HEALTHCARE LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BSD TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
GOLDNER FAMILY TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
ROYAL OAK HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
SG BOULDER HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BERGSTEN, PAUL (NO PERCENTAGE PROVIDED), since 12/05/2018
DAPORE, MATTHEW (NO PERCENTAGE PROVIDED), since 12/05/2018

OPERATIONAL/MANAGERIAL CONTROL
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018
FEIN, ARIEL, since 12/21/2018
GOLDNER, SUSAN, since 12/21/2018

OFFICER
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018

MANAGING EMPLOYEE
POWELL, KRISTIN, since 12/05/2018

---

9/26/2019 EUCLID BEACH HEALTHCARE Ownership Information

# Medicare.gov | Nursing Home Compare
The Official U.S. Government Site for Medicare

## Ownership Information

EUCLID BEACH HEALTHCARE
16101 EUCLID BEACH BLVD null
CLEVELAND, OH 44110
(216) 486-2300

*Ownership has changed within the past 12 months
Ownership: Non profit - Other
Legal Business Name: EUCLID BEACH HEALTHCARE LLC

### Owners and Managers of EUCLID BEACH HEALTHCARE

5% OR GREATER DIRECT OWNERSHIP INTEREST
BOULDER OPERATIONS HOLDINGS LLC (100%), since 12/05/2018

5% OR GREATER INDIRECT OWNERSHIP INTEREST
BOULDER FG HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BOULDER HEALTHCARE LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BSD TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
GOLDNER FAMILY TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
ROYAL OAK HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
SG BOULDER HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BERGSTEN, PAUL (NO PERCENTAGE PROVIDED), since 12/05/2018
DAPORE, MATTHEW (NO PERCENTAGE PROVIDED), since 12/05/2011

OPERATIONAL/MANAGERIAL CONTROL
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018

OFFICER
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018

MANAGING EMPLOYEE
FLUHART, LISA, since 12/05/2018

---

9/26/2019 GREENVILLE HEALTHCARE Ownership Information

# Medicare.gov | Nursing Home Compare
The Official U.S. Government Site for Medicare

## Ownership Information

GREENVILLE HEALTHCARE
243 MARION DRIVE null
GREENVILLE, OH 45331
(937) 548-3141

*Ownership has changed within the past 12 months
Ownership: For profit - Corporation
Legal Business Name: GREENVILLE HEALTHCARE LLC

### Owners and Managers of GREENVILLE HEALTHCARE

5% OR GREATER DIRECT OWNERSHIP INTEREST
BOULDER OPERATIONS HOLDINGS LLC (100%), since 12/05/2018

5% OR GREATER INDIRECT OWNERSHIP INTEREST
BOULDER FG HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BOULDER HEALTHCARE LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BSD TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
GOLDNER FAMILY TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
ROYAL OAK HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
SG BOULDER HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BERGSTEN, PAUL (NO PERCENTAGE PROVIDED), since 12/05/2018
DAPORE, MATTHEW (NO PERCENTAGE PROVIDED), since 12/05/2018

OPERATIONAL/MANAGERIAL CONTROL
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018
FEIN, ARIEL, since 12/21/2018
GOLDNER, SUSAN, since 12/21/2018

OFFICER
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018

MANAGING EMPLOYEE
ADAMS, ANGELA, since 12/05/2018

# Medicare.gov | Nursing Home Compare
The Official U.S. Government Site for Medicare

## Ownership Information

NORTH OLMSTED HEALTHCARE
23225 LORAIN RD null
NORTH OLMSTED, OH 44070
(440) 779-6900

*Ownership has changed within the past 12 months
Ownership: For profit - Corporation
Legal Business Name: NORTH OLMSTED HEALTHCARE LLC

### Owners and Managers of NORTH OLMSTED HEALTHCARE

5% OR GREATER DIRECT OWNERSHIP INTEREST
BOULDER OPERATIONS HOLDINGS LLC (100%), since 12/05/2018

5% OR GREATER INDIRECT OWNERSHIP INTEREST
BOULDER FG HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BOULDER HEALTHCARE LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BSD TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
GOLDNER FAMILY TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
ROYAL OAK HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
SG BOULDER HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BERGSTEN, PAUL (NO PERCENTAGE PROVIDED), since 12/05/2018
DAPORE, MATTHEW (NO PERCENTAGE PROVIDED), since 12/05/2018

OPERATIONAL/MANAGERIAL CONTROL
BERGSTEN, PAUL, since 12/05/2018

OFFICER
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018

MANAGING EMPLOYEE
DAPORE, MATTHEW, since 12/05/2018
FARRIS, DEBORAH, since 12/05/2018

---

# Medicare.gov | Nursing Home Compare
The Official U.S. Government Site for Medicare

## Ownership Information

MADEIRA HEALTHCARE
5970 KENWOOD ROAD null
CINCINNATI, OH 45243
(513) 561-4111

*Ownership has changed within the past 12 months
Ownership: For profit - Corporation
Legal Business Name: MADEIRA HEALTHCARE LLC

### Owners and Managers of MADEIRA HEALTHCARE

5% OR GREATER DIRECT OWNERSHIP INTEREST
BOULDER OPERATIONS HOLDINGS LLC (100%), since 12/05/2018

5% OR GREATER INDIRECT OWNERSHIP INTEREST
BOULDER FG HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BOULDER HEALTHCARE LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BSD TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
GOLDNER FAMILY TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
ROYAL OAK HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
SG BOULDER HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BERGSTEN, PAUL (NO PERCENTAGE PROVIDED), since 12/05/2018
DAPORE, MATTHEW (NO PERCENTAGE PROVIDED), since 12/05/2018

OPERATIONAL/MANAGERIAL CONTROL
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018

OFFICER
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018

MANAGING EMPLOYEE
JOHNSON-CROOM, TRACY, since 12/05/2018

---

# Medicare.gov | Nursing Home Compare
The Official U.S. Government Site for Medicare

## Ownership Information

MAYFIELD HEIGHTS HEALTHCARE
6757 MAYFIELD RD null
MAYFIELD HEIGHTS, OH 44124
(440) 473-0090

*Ownership has changed within the past 12 months
Ownership: Non profit - Corporation
Legal Business Name: MAYFIELD HEIGHTS HEALTHCARE LLC

### Owners and Managers of MAYFIELD HEIGHTS HEALTHCARE.

5% OR GREATER DIRECT OWNERSHIP INTEREST
BOULDER OPERATIONS HOLDINGS LLC (100%), since 12/05/2018

5% OR GREATER INDIRECT OWNERSHIP INTEREST
BOULDER FG HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BOULDER HEALTHCARE LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BSD TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
GOLDNER FAMILY TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
ROYAL OAK HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
SG BOULDER HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BERGSTEN, PAUL (NO PERCENTAGE PROVIDED), since 12/05/2018
DAPORE, MATTHEW (NO PERCENTAGE PROVIDED), since 12/05/2018

OPERATIONAL/MANAGERIAL CONTROL
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018

OFFICER
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018

MANAGING EMPLOYEE
BIVINS, TIARA, since 12/05/2018

---

# Medicare.gov | Nursing Home Compare
The Official U.S. Government Site for Medicare

## Ownership Information

WATERVILLE HEALTHCARE
8885 BROWNING DRIVE null
WATERVILLE, OH 43566
(419) 878-8523

*Ownership has changed within the past 12 months
Ownership: For profit - Corporation
Legal Business Name: WATERVILLE HEALTHCARE LLC

### Owners and Managers of WATERVILLE HEALTHCARE

5% OR GREATER DIRECT OWNERSHIP INTEREST
BOULDER OPERATIONS HOLDINGS LLC (100%), since 12/05/2018

5% OR GREATER INDIRECT OWNERSHIP INTEREST
BOULDER FG HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BOULDER HEALTHCARE LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BSD TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
GOLDNER FAMILY TRUST (NO PERCENTAGE PROVIDED), since 12/05/2018
ROYAL OAK HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
SG BOULDER HOLDINGS LLC (NO PERCENTAGE PROVIDED), since 12/05/2018
BERGSTEN, PAUL (NO PERCENTAGE PROVIDED), since 12/05/2018
DAPORE, MATTHEW (NO PERCENTAGE PROVIDED), since 12/05/2018

OPERATIONAL/MANAGERIAL CONTROL
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018
FEIN, ARIEL, since 12/21/2018
GOLDNER, SUSAN, since 12/21/2018

OFFICER
BERGSTEN, PAUL, since 12/05/2018
DAPORE, MATTHEW, since 12/05/2018

MANAGING EMPLOYEE
PERKINS, BENJAMIN, since 12/05/2018

9/26/2019
WOODRIDGE HEALTHCARE Ownership Information

## Medicare.gov | **Nursing Home Compare**
The Official U.S. Government Site for Medicare

### Ownership Information

WOODRIDGE HEALTHCARE
3801 WOODRIDGE BOULEVARD null
FAIRFIELD, OH 45014
(513) 874-9933

*Ownership has changed within the past 12 months
Ownership: For profit - Corporation
Legal Business Name: WOODRIDGE HEALTHCARE LLC

#### Owners and Managers of WOODRIDGE HEALTHCARE

5% OR GREATER INDIRECT OWNERSHIP INTEREST
**BOULDER FG HOLDINGS LLC (NO PERCENTAGE PROVIDED)**, since 12/05/2018
**BOULDER HEALTHCARE LLC (NO PERCENTAGE PROVIDED)**, since 12/05/2018
**BOULDER OPERATIONS HOLDINGS LLC (NO PERCENTAGE PROVIDED)**, since 12/05/2018
**BSD TRUST (NO PERCENTAGE PROVIDED)**, since 12/05/2018
**GOLDNER FAMILY TRUST (NO PERCENTAGE PROVIDED)**, since 12/05/2018
**ROYAL OAK HOLDINGS LLC (NO PERCENTAGE PROVIDED)**, since 12/05/2018
**SG BOULDER HOLDINGS LLC (NO PERCENTAGE PROVIDED)**, since 12/05/2018
**BERGSTEN, PAUL (NO PERCENTAGE PROVIDED)**, since 12/05/2018
**DAPORE, MATTHEW (NO PERCENTAGE PROVIDED)**, since 12/05/2018

OPERATIONAL/MANAGERIAL CONTROL
**BERGSTEN, PAUL**, since 12/05/2018
**DAPORE, MATTHEW** since 12/05/2018

OFFICER
**BERGSTEN, PAUL**, since 12/05/2018
**DAPORE, MATTHEW**, since 12/05/2018

MANAGING EMPLOYEE
**BOWMAN, TARA**, since 12/05/2018

http://www.medicare.gov/nursinghomecompare/ownership-info.html#IDs=365738

[1]

**EXHIBIT 29**

10/4/2019
Missouri Business Filings

### John R. Ashcroft
Missouri Secretary of State

**MISSOURI ONLINE BUSINESS FILING**

(?) Online Help

#### Search for a Business Entity

Exact Match searches should include selected designations (inc., llc, etc.) and punctuation.
We recommend you do not include these for other searches.

Search:  Business Name    ‡

##### Search for a Business Entity

Business Name:  Reach LTC        Includes Names   Starting With ‡   Only Active Corporations

##### Search Results as of 10/4/2018 12:47 PM

| Business Name | Charter No. | Type | Status | Created | Registered Agent Name |
|---|---|---|---|---|---|
| Reach LTC | 50L1364101 | Fictitious Name (Domestic) | Fictitious Active | 1/13/2018 | |
| Reach LTC | 00L1388902 | Fictitious Name (Domestic) | Fictitious Active | 6/7/2014 | |
| Reach LTC | 00L1398800 | Fictitious Name (Domestic) | Fictitious Active | 8/7/2018 | |
| Reach LTC | 00L1399900 | Fictitious Name (Domestic) | Fictitious Active | 6/7/2018 | |
| Reach LTC | 00L1399900 | Fictitious Name (Domestic) | Fictitious Active | 6/7/2019 | |

**EXHIBIT 30**

https://bsd.sos.mo.gov/BusinessEntity/BESearch.aspx?SearchType=0

[1]



**State of Missouri**
John R. Ashcroft, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

X001364161
Date Filed: 7/12/2019
Expiration Date: 7/12/2024
John R. Ashcroft
Missouri Secretary of State

### Registration of Fictitious Name
*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)
**Please check one box:**

☒ New Registration    ☐ Renewal _____ Charter number    ☐ Amendment _____ Charter number    ☐ Correction _____ Charter number

**The undersigned is doing business under the following name and at the following address:**
Business name to be registered:  Reach LTC
Business Address:  22 Herrick Dr
*(PO Box may only be used in addition to a physical street address)*
City, State and Zip Code:  Lawrence, NY  11559

**Owner Information:**
If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| SRZ MGMT HOLDINGS LLC | FL001423630 | 221 Bolivar Street | Jefferson City, MO | 65101 | 100.00 |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct.
(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

SRZ MGMT HOLDINGS LLC - SAMUEL GOLDNER
SRZ MGMT HOLDINGS LLC - Samuel  Goldner    07/12/2019
*Owner's Signature or Authorized Signature of Business Entity    Printed Name    Date*

Name and address to return filed document:
Name:  Susan R. Winkelman
Address:  Email_Susan.Winkelman@huschblackwell.com
City, State, and Zip Code:

Copy 56 (09/2010)

---



**State of Missouri**
John R. Ashcroft, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

X001366608
Date Filed: 8/7/2019
Expiration Date: 8/7/2024
John R. Ashcroft
Missouri Secretary of State

### Registration of Fictitious Name
*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)
**Please check one box:**

☒ New Registration    ☐ Renewal _____ Charter number    ☐ Amendment _____ Charter number    ☐ Correction _____ Charter number

**The undersigned is doing business under the following name and at the following address:**
Business name to be registered:  Reach LTC
Business Address:  6400 The Cedars Ct
*(PO Box may only be used in addition to a physical street address)*
City, State and Zip Code:  Cedar Hill, MO  63016

**Owner Information:**
If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| SIRO MGMT Big River LLC | FL001427116 | 221 Bolivar Street | Jefferson City, MO | 65101 | 100.00 |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct.
(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

SIRO MGMT BIG RIVER LLC - SAMUEL GOLDNER
SIRO MGMT Big River LLC - Samuel  Goldner    08/07/2019
*Owner's Signature or Authorized Signature of Business Entity    Printed Name    Date*

Name and address to return filed document:
Name:  Susan R. Winkelman
Address:  Email_Susan.Winkelman@huschblackwell.com
City, State and Zip Code:

Copy 56 (09/2010)

---



**State of Missouri**
John R. Ashcroft, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

X001366607
Date Filed: 8/7/2019
Expiration Date: 8/7/2024
John R. Ashcroft
Missouri Secretary of State

### Registration of Fictitious Name
*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)
**Please check one box:**

☒ New Registration    ☐ Renewal _____ Charter number    ☐ Amendment _____ Charter number    ☐ Correction _____ Charter number

**The undersigned is doing business under the following name and at the following address:**
Business name to be registered:  Reach LTC
Business Address:  4960 Laclede Ave
*(PO Box may only be used in addition to a physical street address)*
City, State and Zip Code:  St Louis, MO  63108

**Owner Information:**
If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| SIRO MGMT Royal Oak LLC | FL001427111 | 221 Bolivar Street | Jefferson City, MO | 65101 | 100.00 |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct.
(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

SIRO MGMT ROYAL OAK LLC - SAMUEL GOLDNER
SIRO MGMT Royal Oak LLC - Samuel  Goldner    08/07/2019
*Owner's Signature or Authorized Signature of Business Entity    Printed Name    Date*

Name and address to return filed document:
Name:  Susan R. Winkelman
Address:  Email_Susan.Winkelman@huschblackwell.com
City, State, and Zip Code:

Copy 56 (09/2010)

---



**State of Missouri**
John R. Ashcroft, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

X001366606
Date Filed: 8/7/2019
Expiration Date: 8/7/2024
John R. Ashcroft
Missouri Secretary of State

### Registration of Fictitious Name
*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)
**Please check one box:**

☒ New Registration    ☐ Renewal _____ Charter number    ☐ Amendment _____ Charter number    ☐ Correction _____ Charter number

**The undersigned is doing business under the following name and at the following address:**
Business name to be registered:  Reach LTC
Business Address:  5303 Bermuda Dr
*(PO Box may only be used in addition to a physical street address)*
City, State and Zip Code:  Normandy, MO  63121

**Owner Information:**
If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| SIRO MGMT Oakwood LLC | FL001427114 | 221 Bolivar Street | Jefferson City, MO | 65101 | 100.00 |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct.
(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

SIRO MGMT OAKWOOD LLC - SAMUEL GOLDNER
SIRO MGMT Oakwood LLC - Samuel  Goldner    08/07/2019
*Owner's Signature or Authorized Signature of Business Entity    Printed Name    Date*

Name and address to return filed document:
Name:  Susan R. Winkelman
Address:  Email_Susan.Winkelman@huschblackwell.com
City, State, and Zip Code:

Copy 56 (09/2010)



**State of Missouri**
John R. Ashcroft, Secretary of State
**Corporations Division**
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

X001366605
**Date Filed: 8/7/2019**
**Expiration Date: 8/7/2024**
**John R. Ashcroft**
**Missouri Secretary of State**

## Registration of Fictitious Name

*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)
**Please check one box:**

|  | New | ☐ Renewal | _____ | ☐ Amendment | _____ | ☐ Correction | _____ |
|---|---|---|---|---|---|---|---|
| ☒ | Registration | | *Charter number* | | *Charter number* | | *Charter number* |

**The undersigned is doing business under the following name and at the following address:**

Business name to be registered:    Reach LTC

Business Address:    5026 Faraon St
*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code:    St Joseph , MO  64506

## Owner Information:

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| Reach AW Management LLC | LC001649486 | 120 South Central Ave. | Clayton, MO | 63105 | 100.00 |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct:
*(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo.)*

| | REACH AW MANAGEMENT LLC - SAMUEL | |
|---|---|---|
| Reach AW Management LLC - Samuel  Goldner | GOLDNER | 08/07/2019 |
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

| Name and address to return filed document |
|---|
| Name:    Susan R. Winkelman |
| Address:    Email  Susan.Winkelman@huschblackwell.com |
| City, State, and Zip Code: |

Corp. 56 (09/2010)

DOC ID ---> 202131201968

# EXHIBIT 31

DATE 11/08/2021 — DOCUMENT ID 202131201968 — DESCRIPTION TRADE NAME REGISTRATION (RNC) — FILING 30.00 — EXPED 0.00 — CERT 0.00 — COPY 0.00

### Receipt

This is not a bill. Please do not remit payment.

UNISEARCH INC.
3958-D BROWN PARK DR
HILLIARD, OH 43026

## STATE OF OHIO
### CERTIFICATE

**Ohio Secretary of State, Frank LaRose**

4770749

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**HIGHLAND SQUARE REHABILITATION AND NURSING CENTER**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
| --- | --- |
| TRADE NAME REGISTRATION | 202131201968 |

Effective Date: 11/05/2021

Date of First Use: 11/04/2021

Expiration Date: 11/03/2026

BUCKEYE FOREST AT AKRON LLC
1800 ROCKAWAY AVE, STE. 300
HEWLETT, NY 11557

Witness my hand and the seal of the
Secretary of State at Columbus, Ohio this
8th day of November, A.D. 2021.

United States of America
State of Ohio
Office of the Secretary of State

Ohio Secretary of State

---

DOC ID ---> 202131201968

Form 534A Prescribed by

**Frank LaRose**
*Ohio Secretary of State*

Toll Free: 877 767 3453
Central Ohio: 614 466 3910
OhioSoS.gov
businessservices@OhioSoS.gov
File online or for more information: OhioBusinessCentral.gov

## Name Registration
Filing Fee: $39
Form Must be Typed

**CHECK ONLY ONE (1) Box**

☑ Trade Name (167-RNO)   Date of first use 11/04/2021 MM/DD/YYYY

☐ Fictitious Name (169-NFO)

Highland Square Rehabilitation and Nursing Center
Name being Registered or Reported

Buckleye Forest at Akron LLC
Name of the Registrant

Note: If the registrant is a partnership, please provide the name of the partnership. Individual partner names are not permitted but are required on page 2 of the form.

Registrant's Entity Number (if registered with Ohio Secretary of State) 4783926

**All registrants must complete the information in this section**

The general nature of business conducted by the registrant

Ownership and operation of an Assisted Living, Nursing Care, and/or Independent Living facility in the State of Ohio

Business address

1800 Rockaway Avenue, Suite 300
Mailing Address

| Hewlett | NY | 11557 |
| City | State | ZIP Code |

Form 534A — Page 2 of 4 — Last Revised: 08/2019

---

DOC ID ---> 202131201968

Complete the information in this section if registrant is a partnership NOT registered in Ohio pursuant to ORC 1776. If partnership is registered, provide registration number on page one.

Provide the name and address of at least one general partner.

Name        Address

NOTE: Pursuant to OAS 99-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio. If a general partner is a foreign corporation/limited liability company licensed in Ohio under an assumed name, please provide the assumed name and the name as registered in its jurisdiction of formation.

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document

Required
Application must be
signed by the registrant or
an authorized representative

Signature 

If authorized representative
is an individual, then they
must sign in the "signature"
box and print their name
in the "Print Name" box.

Diana Johnson, Authorized Person
Print Name

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Form 534A — Page 3 of 4 — Last Revised: 08/2019

9/12/22, 10:26 AM

Highland Square Nursing and
Rehabilitation                                                              ✕

## Ownership

**Legal business name**
Buckeye Forest at Akron LLC

**Ownership type**
For profit - Corporation

**Contact info**
1211 W Market St
Akron, OH 44313
(330) 867-8530

# EXHIBIT 32

**Owners and managers of Highland Square Nursing and
Rehabilitation**

OWNER
5% or greater direct ownership interest

**KATZ, LARRY (100%)**
since 12/31/2021

DIRECTOR

**KATZ, LARRY**

https://www.medicare.gov/care-compare/details/nursing-home/365316?city=Akron&state=OH&zipcode=44313&measure=nursing_home_ownership    Page 1 of 2

---

9/12/22, 10:26 AM

since 12/31/2021

OFFICER

**KATZ, LARRY**
since 12/31/2021

**LAHASKY, EPHRAM**
since 12/31/2021

MANAGING EMPLOYEE

**MARTIN, AMY**
since 12/31/2021

# EXHIBIT 33

10/5/22, 1:28 PM                            10/5/22, 1:28 PM

Ayden Healthcare of Belle Springs.    ✕        since 12/31/2021

## Ownership

**OFFICER**

**MORHAIME, ANN**

since 12/31/2021

**Legal business name**
Buckeye Forest at Bellefontaine LLC

**MANAGING EMPLOYEE**

**Ownership type**
For profit – Corporation

**MORRIS, LORI**

since 12/31/2021

**Contact info**
221 North School Street
Bellefontaine, OH 43311
(937) 599-5123

### Owners and managers of Ayden Healthcare of Belle Springs.

View detailed ownership information on all nursing homes

**OWNER**
5% or greater direct ownership interest

**LAHASKY, EPHRAM (100%)**

since 12/31/2021

**DIRECTOR**

**MORHAIME, ANN**

**Frank LaRose**
*Ohio Secretary of State*

**Wed Oct 05 2022**

| | |
|---|---|
| Entity#: | 4770751 |
| Filing Type: | REGISTERED TRADE NAME |
| Original Filing Date: | 11/05/2021 |
| Location: | ... |
| Business Name: | GARDENS OF EUCLID BEACH |
| | |
| Status: | Active |
| Exp. Date: | 11/05/2026 |

### Agent/Registrant Information

BUCKEYE FOREST AT CLEVELAND LLC
1800 ROCKAWAY AVE , STE. 200
HEWLETT NY 11557
11/05/2021
Active

# EXHIBIT 34

### Filings

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| TRADE NAME/ORIGINAL FILING | 11/05/2021 | 202131201972 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE

I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that the within
officer records appears from the business records on file in the custody of the Secretary of State.

Witness my hand and the seal of the
Secretary of State at Columbus
this this 5th of October, A.D. 2022

*Ohio Secretary of State*



10/5/22, 1:31 PM

Gardens of Euclid Beach

✕

## Ownership

**Legal business name**
Buckeye Forest at Cleveland

**Ownership type**
For profit - Corporation

**Contact info**
16101 Euclid Beach Blvd
Cleveland, OH 44110
(216) 486-2300

### Owners and managers of Gardens of Euclid Beach

View detailed ownership information on all nursing homes

**OWNER**
5% or greater direct ownership interest

FEUER, SAMUEL (100%)
since 12/31/2021

**DIRECTOR**

KATZ, LARRY

https://www.medicare.gov/care-compare/details/nursing-home/36556...=Cleveland&state=OH&zipcode=44110&measure=nursing-home-ownership        Page 1 of 2

# EXHIBIT 35

---

10/5/22, 1:31 PM

since 12/31/2021

**LAHASKY, EPHRAM**
since 12/31/2021

**OFFICER**

KATZ, **LARRY**
since 12/31/2021

LAHASKY, **EPHRAM**
since 12/31/2021

**MANAGING EMPLOYEE**

BIGGS, **KARIN**
since 12/31/2021

https://www.medicare.gov/care-compare/details/nursing-home/36556...=Cleveland&state=OH&zipcode=44110&measure=nursing-home-ownership        Page 2 of 2

# EXHIBIT 36

10/5/22, 1:32 PM

**Ayden Healthcare of Greenville**                                    ✕

# Ownership

**Legal business name**
Buckeye Forest at Greenville LLC

**Ownership type**
For profit - Partnership

**Contact info**
243 Marion Drive
Greenville, OH 45331
(937) 548-3141

### Owners and managers of Ayden Healthcare of Greenville

View detailed ownership information on all nursing homes

**OWNER**
5% or greater direct ownership interest

LAHASKY, EPHRAM (100%)
since 12/31/2021

**DIRECTOR**

MORHAIME, ANN

---

10/5/22, 1:32 PM

since 12/31/2021

**OFFICER**

MORHAIME, ANN
since 12/31/2021

**MANAGING EMPLOYEE**

MANUEL, JAMES
since 12/31/2021

---

# EXHIBIT 37

---

10/5/22, 1:34 PM

**Ayden Healthcare of Madeira**                                    ✕

# Ownership

**Legal business name**
Buckeye Forest at Madeira LLC

**Ownership type**
For profit - Corporation

**Contact info**
5970 Kenwood Road
Cincinnati, OH 45243
(513) 561-4111

### Owners and managers of Ayden Healthcare of Madeira

View detailed ownership information on all nursing homes

**OWNER**
5% or greater direct ownership interest

KAZARNOVSKY, SOLOMON (50%)
since 12/31/2021

STEIN, ABBA (50%)
since 12/31/2021

**OPERATIONAL/MANAGERIAL CONTROL**

**KAZARNOVSKY, SOLOMON**

since 12/31/2021

**STEIN, ABBA**

since 12/31/2021

**OFFICER**

**KAZARNOVSKY, SOLOMON**

since 12/31/2021

# EXHIBIT 38



**Frank LaRose**
*Ohio Secretary of State*

**Wed Oct 05 2022**

| | |
|---|---|
| Entity#: | 4763936 |
| Filing Type: | FOREIGN LIMITED LIABILITY COMPANY |
| Original Filing Date: | 10/22/2021 |
| Location: | .. |
| Business Name: | BUCKEYE FOREST AT MAYFIELD HEIGHTS LLC |
| Status: | Active |
| Exp. Date: | . |

## Filings

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| FOREIGN LLC – CERTIFICATE OF REGISTRATION | 10/22/2021 | 202129801354 |
| TRADE NAME/ORIGINAL FILING | 11/05/2021 | 202131201974 |
| FOREIGN AGENT RESIGNATION | 09/01/2022 | 202224403546 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE

I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that it is a true
of all records appearing in this office concerning the records of the Secretary of State.

Done at the City of Columbus and the seal of the
Secretary of State at Columbus,
Ohio this 5th day of October A.D. 2022

# EXHIBIT 39

10/5/22, 1:35 PM

**Gardens of Mayfield Village**
## Ownership                                               ✕

### Legal business name
Buckeye Forest at Mayfield Heights LLC

### Ownership type
For profit – Corporation

### Contact info
6757 Mayfield Rd
Mayfield Heights, OH 44124
(440) 473-0090

### Owners and managers of Gardens of Mayfield Village

View detailed ownership information on all nursing homes

**OWNER**
5% or greater direct ownership interest

**WEISZ, MORDECHAI (100%)**
since 12/31/2021

**DIRECTOR**

**KATZ, LARRY**

since 12/31/2021

**LAHASKY, EPHRAM**
since 12/31/2021

**OFFICER**

**KATZ, LARRY**
since 12/31/2021

**LAHASKY, EPHRAM**
since 12/31/2021

**MANAGING EMPLOYEE**

**DEUTSCH, PAUL**
since 12/31/2021



**Frank LaRose**
*Ohio Secretary of State*

**Wed Oct 05 2022**

| | |
|---|---|
| **Entity#:** | 4770753 |
| **Filing Type:** | REGISTERED TRADE NAME |
| **Original Filing Date:** | 11/05/2021 |
| **Location:** | ... |
| **Business Name:** | GARDENS OF NORTH OLMSTED |
| | |
| **Status:** | Active |
| **Exp. Date:** | 11/05/2026 |

**Agent/Registrant Information**

BUCKEYE FOREST AT NORTH OLMSTED LLC
1800 ROCKAWAY AVE., STE. 200
HEWLETT NY 11557
11/05/2021
Active

## EXHIBIT 40

**Filings**

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| TRADE NAME/ORIGINAL FILING | 11/05/2021 | 202131201976 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE

I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that this is a true and accurate copy from the business cards and index as made of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 5th of October, A.D. 2022

Ohio Secretary of State



Page 1 of 1

10/5/22, 2:31 PM

Gardens of North Olmsted

## Ownership                                                                  ✕

**Legal business name**
Buckeye Forest at North Olmstead LLC

**Ownership type**
For profit – Corporation

**Contact info**
23225 Lorain Rd
North Olmsted, OH 44070
(440) 779-6900

### Owners and managers of Gardens of North Olmsted

View detailed ownership information on all nursing homes

**OWNER**
5% or greater direct ownership interest
_____

LESHKOWITZ, ELI (100%)
since 12/31/2021

**DIRECTOR**
_____

KATZ, LARRY

# EXHIBIT 41

---

10/5/22, 2:31 PM

since 12/31/2021

LAHASKY, EPHRAM
since 12/31/2021

**OFFICER**
_____

KATZ, LARRY
since 12/31/2021

LAHASKY, EPHRAM
since 12/31/2021

**MANAGING EMPLOYEE**
_____

SOLTIS, ERIN
since 12/31/2021

# EXHIBIT 42

9/12/22, 10:11 AM

9/12/22, 10:11 AM

Ayden Healthcare of Waterville                                    ✕

# Ownership

MANAGING EMPLOYEE

**SOLLER, BRIAN**

since 12/31/2021

**Legal business name**
Buckeye Forest at Waterville

**Ownership type**
For profit - Corporation

**Contact info**
8885 Browning Drive
Waterville, OH 43566
(419) 878-8523

## Owners and managers of Ayden Healthcare of Waterville

**OWNER**
5% or greater direct ownership interest

**LAHASKY, EPHRAM (100%)**

since 12/31/2021

**OFFICER**

**MORHAIME, ANN**

since 12/31/2021

**Frank LaRose**
*Ohio Secretary of State*

**Wed Oct 05 2022**

| | |
|---|---|
| Entity#: | 4550830 |
| Filing Type: | REGISTERED TRADE NAME |
| Original Filing Date: | 09/30/2020 |
| Location: | --- |
| Business Name: | AYDEN HEALTHCARE OF FAIRFIELD |
| | |
| Status: | Active |
| Exp. Date: | 09/30/2025 |

## Agent/Registrant Information

WOODRIDGE HEALTHCARE LLC
3801 WOODRIDGE BOULEVARD
FAIRFIELD OH 45014
09/30/2020
Active

# EXHIBIT 43

## Filings

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| TRADE NAME/ORIGINAL FILING | 09/30/2020 | 202027403804 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE

I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that this is a list of all records approved on file by me in cases and in the records of the Secretary of State

Witness my hand and the seal of the
Secretary of State at Columbus,
Ohio this 5th of October, A.D. 2012





Ohio Secretary of State

Page 1 of 1



**Frank LaRose**
*Ohio Secretary of State*

**Wed Oct 05 2022**

| | |
|---|---|
| Entity#: | 4851439 |
| Filing Type: | REGISTERED TRADE NAME |
| Original Filing Date: | 04/12/2022 |
| Location: | --- |
| Business Name: | AYDEN HEALTHCARE OF FAIRFIELD |
| | |
| Status: | Active |
| Exp. Date: | 04/12/2027 |

### Agent/Registrant Information

BUCKEYE FOREST AT FAIRFIELD LLC
3801 WOODRIDGE BOULEVARD
FAIRFIELD OH 45014
04/12/2022
Active

# EXHIBIT 44

### Filings

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| TRADE NAME/ORIGINAL FILING | 04/12/2022 | 202210200744 |



UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE

I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that this is a list of all records appeared for this business entity and on the speed of the Secretary of State

Bear in my hand and the seal of the
Secretary of State at Columbus,
Ohio Oct 05, 2022 October, 4/5, 2022
Ohio Secretary of State

Page 1 of 1

---

## Ayden Healthcare of Fairfield
# Ownership                                                ✕

**Legal business name**
Buckeye Forest at Fairfield LLC

**Ownership type**
For profit - Corporation

**Contact info**
3801 Woodridge Boulevard
Fairfield, OH 45014
(513) 874-9933

**Owners and managers of Ayden Healthcare of Fairfield**

**OWNER**
5% or greater direct ownership interest

**KAZARNOVSKY, SOLOMON (50%)**
since 12/31/2021

**STEIN, ABBA (50%)**
since 12/31/2021

**OPERATIONAL/MANAGERIAL CONTROL**

---

**KAZARNOVSKY, SOLOMON**
since 12/31/2021

**STEIN, ABBA**
since 12/31/2021

**OFFICER**

**KAZARNOVSKY, SOLOMON**
since 12/31/2021



**Frank LaRose**
*Ohio Secretary of State*

**Wed Oct 05 2022**

| | |
|---|---|
| **Entity#:** | 4763926 |
| **Filing Type:** | FOREIGN LIMITED LIABILITY COMPANY |
| **Original Filing Date:** | 10/22/2021 |
| **Location:** | .. |
| **Business Name:** | BUCKEYE FOREST AT AKRON LLC |
| | |
| **Status:** | Active |
| **Exp. Date:** | - |

### Agent/Registrant Information

NATIONAL REGISTERED AGENTS, INC.
4400 EASTON COMMONS WAY, SUITE 125
COLUMBUS OH 43219
09/19/2022
Active

### Filings

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| FOREIGN LLC – CERTIFICATE OF REGISTRATION | 10/22/2021 | 202129801334 |
| TRADE NAME/ORIGINAL FILING | 11/05/2021 | 202131201968 |
| FOREIGN AGENT RESIGNATION | 09/01/2022 | 202224403434 |
| FOREIGN/DESIGNATED APPOINTMENT OF AGENT | 09/19/2022 | 202226205410 |



Page 1 of 1

# EXHIBIT 45

DOC ID ----> 202129801334

DOC ID ----> 202129801334

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|---|---|---|---|---|---|---|
| 10/25/2021 | 202129801334 | REGISTRATION OF FOREIGN FOR PROFIT LLC (LFP) | 99.00 | 100.00 | 0.00 | 0.00 |

**Receipt**
This is not a bill. Please do not remit payment.

UNISEARCH, INC.
3956-C BROWN PARK DR
HILLIARD, OH 43026



## STATE OF OHIO
### C E R T I F I C A T E
#### Ohio Secretary of State, Frank LaRose
4763926

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**BUCKEYE FOREST AT AKRON LLC**

and, that said business records show the filing and recording of

Document(s)
REGISTRATION OF FOREIGN FOR PROFIT LLC

Document No(s):
202129801334

Effective Date: 10/22/2021

Witness my hand and the seal of the
Secretary of State at Columbus, Ohio this
25th day of October, A.D. 2021.

United States of America
State of Ohio
Office of the Secretary of State

Ohio Secretary of State

---

Form 533B Prescribed by

**Frank LaRose**
*Ohio Secretary of State*

Toll Free: 877 767 3453
Central Ohio: 614 466 3910
OhioSoS.gov
business@OhioSoS.gov
File online or for more information: OhioBusinessCentral.gov

For faster service, follow instructions located at this path.

### Registration of a Foreign Limited Liability Company
Filing Fee: $99
Form Must Be Typed

CHECK ONLY ONE (1) BOX

☒ (1) Registration of a Foreign For Profit Limited
Liability Company
(166-LFA)
ORC 1705

☐ (2) Registration of a Foreign Nonprofit
Limited Liability Company
(166-LFA)
ORC 1705

Jurisdiction of Formation: NY

Jurisdiction of Formation:

Date of Formation: August 17, 2021

Date of Formation:

Name of Limited Liability Company or its jurisdiction of formation

BUCKEYE FOREST AT AKRON LLC

Name under which the foreign limited liability company desires to transact business in Ohio (if different from its name in its jurisdiction of formation) is

Name must include one of the following words or abbreviations - "limited liability company," "limited," "L.L.C.," "LLC," "ltd," or "ltd"

The address to which interested persons may direct requests for copies of the limited liability company's operating agreement, bylaws, or other charter documents of the company is

THE LIMITED LIABILITY COMPANY

Name

1800 ROCKAWAY AVENUE SUITE 200

Mailing Address

HEWLETT                                    NY    11557

City                                       State   ZIP Code

Form 533B                    Page 2 of 5                    Last Revised: 05/2019

DOC ID ----> 202129801334

The limited liability company hereby appoints the following as its agent upon whom process against the limited liability company may be served in the state of Ohio. The name and complete address of the agent is

| COGENCY GLOBAL, INC. | | |
| --- | --- | --- |
| Name of Agent | | |
| 3958-D Brown Park Dr. | | |
| Mailing Address | | |
| Hilliard | Ohio | 43026 |
| City | State | ZIP Code |

The limited liability company irrevocably consents to service of process on the agent listed above as long as the authority of the agent continues, and to service of process upon the Ohio Secretary of State if

   a.   an agent is not appointed, or
   b.   an agent is appointed but the authority of that agent has been revoked, or
   c.   the agent cannot be found or served after the exercise of reasonable diligence.

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

| Required | |
| --- | --- |
| Must be signed by an authorized representative. | Signature |
| If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box | By (if applicable) |
| | DIANA JOHNSON, AUTHORIZED PERSON |
| | Print Name |
| If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box | Signature |
| | By (if applicable) |
| | Print Name |
| | Signature |
| | By (if applicable) |
| | Print Name |

Form 533B             Page 5 of 5           Last Revised 06/2019

---



**Frank LaRose**
*Ohio Secretary of State*

Wed Oct 05 2022

| | |
| --- | --- |
| Entity#: | 4763928 |
| Filing Type: | FOREIGN LIMITED LIABILITY COMPANY |
| Original Filing Date: | 10/22/2021 |
| Location: | -- |
| Business Name: | BUCKEYE FOREST AT BELLEFONTAINE LLC |
| Status: | Active |
| Exp. Date: | . |

## Filings

| Filing Type | Date of Filing | Document ID |
| --- | --- | --- |
| FOREIGN LLC – CERTIFICATE OF REGISTRATION | 10/22/2021 | 202129801338 |
| FOREIGN AGENT RESIGNATION | 09/01/2022 | 202224403440 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE

I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that this is a true and correct copy, consisting of one page, of the record now in my custody and in the lawful possession and control of the Secretary of State.

Witness my hand and the seal of the Secretary of State at Columbus, Ohio, this 5th of October, A.D. 2022

*Frank LaRose*
Ohio Secretary of State

---



**Frank LaRose**
*Ohio Secretary of State*

Wed Oct 05 2022

| | |
| --- | --- |
| Entity#: | 4763930 |
| Filing Type: | FOREIGN LIMITED LIABILITY COMPANY |
| Original Filing Date: | 10/22/2021 |
| Location: | -- |
| Business Name: | BUCKEYE FOREST AT CLEVELAND LLC |
| Status: | Active |
| Exp. Date: | . |

## Filings

| Filing Type | Date of Filing | Document ID |
| --- | --- | --- |
| FOREIGN LLC – CERTIFICATE OF REGISTRATION | 10/22/2021 | 202129801342 |
| TRADE NAME/ORIGINAL FILING | 11/05/2021 | 202131201972 |
| FOREIGN AGENT RESIGNATION | 09/01/2022 | 202224403464 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE

I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that this is a true and correct copy, consisting of one page, of the business record now in my custody and in the lawful possession and control of the Secretary of State.

Witness my hand and the seal of the Secretary of State at Columbus, Ohio, this 5th of October, A.D. 2022

*Frank LaRose*
Ohio Secretary of State

---



**Frank LaRose**
*Ohio Secretary of State*

Wed Oct 05 2022

| | |
| --- | --- |
| Entity#: | 4763933 |
| Filing Type: | FOREIGN LIMITED LIABILITY COMPANY |
| Original Filing Date: | 10/22/2021 |
| Location: | -- |
| Business Name: | BUCKEYE FOREST AT GREENVILLE LLC |
| Status: | Active |
| Exp. Date: | . |

## Filings

| Filing Type | Date of Filing | Document ID |
| --- | --- | --- |
| FOREIGN LLC – CERTIFICATE OF REGISTRATION | 10/22/2021 | 202129801348 |
| FOREIGN AGENT RESIGNATION | 09/01/2022 | 202224403524 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE

I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that this is a true and correct copy, consisting of one page, of the record now in my custody and in the lawful possession and control of the Secretary of State.

Witness my hand and the seal of the Secretary of State at Columbus, Ohio, this 5th of October, A.D. 2022

*Frank LaRose*
Ohio Secretary of State



**Frank LaRose**
*Ohio Secretary of State*

Wed Oct 05 2022

| | |
|---|---|
| Entity#: | 4763935 |
| Filing Type: | FOREIGN LIMITED LIABILITY COMPANY |
| Original Filing Date: | 10/22/2021 |
| Location: | -- |
| Business Name: | BUCKEYE FOREST AT MADEIRA LLC |
| | |
| Status: | Active |
| Exp. Date: | - |

**Filings**

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| FOREIGN LLC – CERTIFICATE OF REGISTRATION | 10/22/2021 | 202129601352 |
| TRADE NAME/ORIGINAL FILING | 04/12/2022 | 202210200728 |
| FOREIGN AGENT RESIGNATION | 09/01/2022 | 202224403540 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE




---

**Frank LaRose**
*Ohio Secretary of State*

Wed Oct 05 2022

| | |
|---|---|
| Entity#: | 4763936 |
| Filing Type: | FOREIGN LIMITED LIABILITY COMPANY |
| Original Filing Date: | 10/22/2021 |
| Location: | -- |
| Business Name: | BUCKEYE FOREST AT MAYFIELD HEIGHTS LLC |
| | |
| Status: | Active |
| Exp. Date: | - |

**Filings**

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| FOREIGN LLC – CERTIFICATE OF REGISTRATION | 10/22/2021 | 202129801354 |
| TRADE NAME/ORIGINAL FILING | 11/05/2021 | 202131201974 |
| FOREIGN AGENT RESIGNATION | 09/01/2022 | 202224403546 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE




---



**Frank LaRose**
*Ohio Secretary of State*

Wed Oct 05 2022

| | |
|---|---|
| Entity#: | 4763923 |
| Filing Type: | FOREIGN LIMITED LIABILITY COMPANY |
| Original Filing Date: | 10/22/2021 |
| Location: | -- |
| Business Name: | BUCKEYE FOREST AT NORTH OLMSTEAD LLC |
| | |
| Status: | Active |
| Exp. Date: | - |

**Filings**

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| FOREIGN LLC – CERTIFICATE OF REGISTRATION | 10/22/2021 | 202129801328 |
| TRADE NAME/ORIGINAL FILING | 11/05/2021 | 202131201975 |
| FOREIGN AGENT RESIGNATION | 09/01/2022 | 202224403550 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE



---



**Frank LaRose**
*Ohio Secretary of State*

Wed Oct 05 2022

| | |
|---|---|
| Entity#: | 4763938 |
| Filing Type: | FOREIGN LIMITED LIABILITY COMPANY |
| Original Filing Date: | 10/22/2021 |
| Location: | -- |
| Business Name: | BUCKEYE FOREST AT WATERVILLE LLC |
| | |
| Status: | Active |
| Exp. Date: | - |

**Filings**

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| FOREIGN LLC – CERTIFICATE OF REGISTRATION | 10/22/2021 | 202129801358 |
| FOREIGN AGENT RESIGNATION | 09/01/2022 | 202224403566 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE





**Wed Oct 05 2022**

| | |
|---|---|
| **Entity#:** | 4763932 |
| **Filing Type:** | FOREIGN LIMITED LIABILITY COMPANY |
| **Original Filing Date:** | 10/22/2021 |
| **Location:** | -- |
| **Business Name:** | BUCKEYE FOREST AT FAIRFIELD LLC |
| | |
| **Status:** | Active |
| **Exp. Date:** | . |

## Filings

EXHIBIT 46

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| FOREIGN LLC – CERTIFICATE OF REGISTRATION | 10/22/2021 | 202129801346 |
| TRADE NAME/ORIGINAL FILING | 04/12/2022 | 202210200744 |
| FOREIGN AGENT RESIGNATION | 09/01/2022 | 202224403520 |



UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE

*I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that the within is a true copy of all records appeared on this business entity and on the custody of the Secretary of State.*

*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 5th of October, A.D. 2022*

*Ohio Secretary of State*

Page 1 of 1

---

Ayden Healthcare of Belle Springs.

## Ownership

**Legal business name**
Buckeye Forest at Bellefontaine LLC

**Ownership type**
For profit – Corporation

**Contact info**
221 North School Street
Bellefontaine, OH 43311
(937) 599-5123

### Owners and managers of Ayden Healthcare of Belle Springs.


View detailed ownership information on all nursing homes

**OWNER**
5% or greater direct ownership interest

LAHASKY, EPHRAM (100%)
since 12/31/2021

**DIRECTOR**

MORHAIME, ANN

---

since 12/31/2021

**OFFICER**

MORHAIME, ANN
since 12/31/2021

**MANAGING EMPLOYEE**

MORRIS, LORI
since 12/31/2021

---

10/5/22, 1:32 PM

Ayden Healthcare of Greenville

# Ownership

✕

**Legal business name**
Buckeye Forest at Greenville LLC

**Ownership type**
For profit - Partnership

**Contact info**
243 Marion Drive
Greenville, OH 45331
(937) 548-3141

## Owners and managers of Ayden Healthcare of Greenville

View detailed ownership information on all nursing homes

**OWNER**
5% or greater direct ownership interest

**LAHASKY, EPHRAM (100%)**
since 12/31/2021

**DIRECTOR**

**MORHAIME, ANN**

10/5/22, 1:32 PM

since 12/31/2021

**OFFICER**

**MORHAIME, ANN**
since 12/31/2021

**MANAGING EMPLOYEE**

**MANUEL, JAMES**
since 12/31/2021

https://www.medicare.gov/care-compare/details/nursing-home/365532_/Greenville&state=OH&ripcode=45331&measure=nursing-home-ownership    Page 1 of 3

https://www.medicare.gov/care-compare/details/nursing-home/36552...Greenville&state=OH&ripcode=45331&measure=nursing-home-ownership    Page 2 of 3

---

9/12/22, 10:11 AM

Ayden Healthcare of Waterville

# Ownership

✕

**Legal business name**
Buckeye Forest at Waterville

**Ownership type**
For profit - Corporation

**Contact info**
8885 Browning Drive
Waterville, OH 43566
(419) 878-8523

## Owners and managers of Ayden Healthcare of Waterville

**OWNER**
5% or greater direct ownership interest

**LAHASKY, EPHRAM (100%)**
since 12/31/2021

**OFFICER**

**MORHAIME, ANN**
since 12/31/2021

9/12/22, 10:11 AM

**MANAGING EMPLOYEE**

**SOLLER, BRIAN**
since 12/31/2021

https://www.medicare.gov/care-compare/details/nursing-home/365617_Waterville&state=OH&ripcode=43566&measure=nursing-home-ownership    Page 1 of 2

https://www.medicare.gov/care-compare/details/nursing-home/365617_Waterville&state=OH&ripcode=43566&measure=nursing-home-ownership    Page 2 of 2

Ayden Healthcare of Madeira

✕

## Ownership

**Legal business name**
Buckeye Forest at Madeira LLC

**Ownership type**
For profit – Corporation

**Contact info**
5970 Kenwood Road
Cincinnati, OH 45243
(513) 561-4111

### Owners and managers of Ayden Healthcare of Madeira

View detailed ownership information on all nursing homes

**OWNER**
5% or greater direct ownership interest

**KAZARNOVSKY, SOLOMON (50%)**

since 12/31/2021

**STEIN, ABBA (50%)**

since 12/31/2021

**OPERATIONAL/MANAGERIAL CONTROL**

---

# EXHIBIT 47

---

KAZARNOVSKY, SOLOMON

since 12/31/2021

STEIN, ABBA

since 12/31/2021

**OFFICER**

KAZARNOVSKY, SOLOMON

since 12/31/2021

---

Ayden Healthcare of Fairfield

✕

## Ownership

**Legal business name**
Buckeye Forest at Fairfield LLC

**Ownership type**
For profit – Corporation

**Contact info**
3801 Woodridge Boulevard
Fairfield, OH 45014
(513) 874-9933

### Owners and managers of Ayden Healthcare of Fairfield

**OWNER**
5% or greater direct ownership interest

**KAZARNOVSKY, SOLOMON (50%)**

since 12/31/2021

**STEIN, ABBA (50%)**

since 12/31/2021

**OPERATIONAL/MANAGERIAL CONTROL**

**KAZARNOVSKY, SOLOMON**

since 12/31/2021

**STEIN, ABBA**

since 12/31/2021

**OFFICER**

**KAZARNOVSKY, SOLOMON**

since 12/31/2021

# EXHIBIT 48

## Gardens of Mayfield Village

# Ownership    ✕

**Legal business name**
Buckeye Forest at Mayfield Heights LLC

**Ownership type**
For profit - Corporation

**Contact info**
6757 Mayfield Rd
Mayfield Heights. OH 44124
(440) 473-0090

## Owners and managers of Gardens of Mayfield Village

View detailed ownership information on all nursing homes

**OWNER**
5% or greater direct ownership interest

**WEISZ, MORDECHAI (100%)**

since 12/31/2021

**DIRECTOR**

**KATZ, LARRY**

since 12/31/2021

**LAHASKY, EPHRAM**

since 12/31/2021

**OFFICER**

**KATZ, LARRY**

since 12/31/2021

**LAHASKY, EPHRAM**

since 12/31/2021

**MANAGING EMPLOYEE**

**DEUTSCH, PAUL**

since 12/31/2021

10/5/22, 2:31 PM

Gardens of North Olmsted                                                                    ✕

## Ownership

**Legal business name**
Buckeye Forest at North Olmstead LLC

**Ownership type**
For profit - Corporation

**Contact info**
23225 Lorain Rd
North Olmsted, OH 44070
(440) 779-6900

# EXHIBIT 49

### Owners and managers of Gardens of North Olmsted

View detailed ownership information on all nursing homes

**OWNER**
5% or greater direct ownership interest

LESHKOWITZ, ELI (100%)
since 12/31/2021

**DIRECTOR**

KATZ, LARRY

10/5/22, 2:31 PM

since 12/31/2021

**LAHASKY, EPHRAM**
since 12/31/2021

**OFFICER**

**KATZ, LARRY**
since 12/31/2021

**LAHASKY, EPHRAM**
since 12/31/2021

**MANAGING EMPLOYEE**

**SOLTIS, ERIN**
since 12/31/2021