IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEDICATED NURSING ASSOCIATES, INC.,** | ) ) ) | CIVIL ACTION NO. **23-1597** |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| **AKRON HEALTHCARE LLC D/B/A AKRON HEALTHCARE, et al.,** | ) ) ) | |
| Defendants. | ) ) ) ) | |

### ORDER OF COURT

AND NOW, this 2nd day of July, 2024, upon consideration of: (1) the magistrate judge's report and recommendation ("R&R") (ECF No. 50), which recommended that the case be remanded to state court for lack of subject-matter jurisdiction unless Defendants demonstrated complete diversity of citizenship for all the LLC parties, and that the pending motion to dismiss be denied without prejudice; (2) Defendants' supplemental disclosure statement (ECF No. 51), which set forth the citizenship of the LLC parties; and (3) Defendants' objections to the R&R (ECF No. 52);

It is hereby ORDERED that the recommendations in the R&R are denied as moot, in light of the supplemental disclosure statement; Defendants' objections to the R&R (ECF No. 52) are

1

denied as moot; and the case is remanded to the magistrate judge for further proceedings, including resolution of the pending motion to dismiss.

                BY THE COURT

                */s/ Joy Flowers Conti*
                JOY FLOWERS CONTI
                SENIOR UNITED STATES DISTRICT JUDGE