IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEDICATED NURSING ASSOCIATES INC.,** | CIVIL ACTION NO. **23-1597** |
| Plaintiff, | |
| v. | |
| **BUCKEYE FOREST AT AKRON LLC, d/b/a HIGHLAND SQUARE REHABILITATION AND NURSING CENTER, et al.** | |
| Defendants. | |

### ORDER OF COURT

AND NOW, this 17th day of December, 2024, in accordance with the memorandum opinion, it is hereby ORDERED that the motions to dismiss for lack of personal jurisdiction and failure to state a claim (ECF No. 7) filed by defendants Buckeye Forest at Akron LLC, et al., and the motion to dismiss for failure to state a claim (ECF No. 39) filed by defendant Hillstone Healthcare are granted. The complaint is dismissed without prejudice to plaintiff's ability to refile it in the appropriate forum. The magistrate judge's report and recommendation (ECF No. 57) is adopted as the opinion of the court, as supplemented in the memorandum opinion. The clerk shall docket this case closed.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE